| | |
|---|---|
| 1 | Sheila A.G. Armbrust (SBN 265998) |
| | sarmbrust@sidley.com |
| 2 | Stephen Chang (SBN 312580) |
| | stephen.chang@sidley.com |
| 3 | Laura V. Herrera (SBN 343929) |
| | laura.herrera@sidley.com |
| 4 | SIDLEY AUSTIN LLP |
| | 555 California Street |
| 5 | Suite 2000 |
| | San Francisco, CA 94104 |
| 6 | Telephone: +1 415 772 1200 |
| | Facsimile: +1 415 772 7400 |
| 7 | |
| | Amy P. Lally (SBN 198555) |
| 8 | alally@sidley.com |
| | SIDLEY AUSTIN LLP |
| 9 | 1999 Avenue of the Stars |
| | 17th Floor |
| 10 | Los Angeles, CA 90067 |
| | Telephone: +1 310 595 9662 |
| 11 | Facsimile: +1 310 595 9501 |
| 12 | *Attorneys for Defendant* |
| | *Higher Education Loan Authority of the State of* |
| 13 | *Missouri* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | | |
|---|---|---|
| | JAIME MALDONADO, ANNA VARELA, ALMA GARY and JEFF PLAMONDON, individually and on behalf of all others similarly situated, | Case No. 24-cv-7850 |
| | | **DEFENDANT HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CIVIL L.R. 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |
| | Plaintiffs, | |
| | vs. | |
| | HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30, | State Action Filed: September 4, 2024 |
| | | State Action Served: October 10, 2024 |
| | Defendants. | |

DEFENDANTS' CORPORATE DISCLOSURE AND CIVIL L.R. 3-15 CERTIFICATION, CASE NO. 24-CV-7850

Defendant is a governmental entity exempt from the corporate disclosure requirements of Federal Rule of Civil Procedure 7.1, as well as the disclosure requirements of Local Civil Rule 3-15.

Without conceding that Defendant is subject to the disclosure requirements of Local Civil Rule 3-15, the undersigned certifies that no persons, associations of persons, firms, partnerships, corporations (including, but not limited to parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 8, 2024

By: */s/ Sheila A.G. Armbrust*
Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Stephen Chang (SBN 312580)
stephen.chang@sidley.com
Laura V. Herrera (SBN 343929)
laura.herrera@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595 9662
Facsimile: +1 310 595 9501

*Attorneys for Defendant*
*Higher Education Loan Authority of the State of Missouri*