| | |
|---|---|
| 1 | Sheila A.G. Armbrust (SBN 265998) |
| | sarmbrust@sidley.com |
| 2 | Stephen Chang (SBN 312580) |
| | stephen.chang@sidley.com |
| 3 | Laura V. Herrera (SBN 343929) |
| | laura.herrera@sidley.com |
| 4 | SIDLEY AUSTIN LLP |
| | 555 California Street |
| 5 | Suite 2000 |
| | San Francisco, CA 94104 |
| 6 | Telephone: +1 415 772 1200 |
| | Facsimile: +1 415 772 7400 |
| 7 | |
| 8 | Amy P. Lally (SBN 198555) |
| | alally@sidley.com |
| 9 | SIDLEY AUSTIN LLP |
| | 1999 Avenue of the Stars |
| 10 | 17th Floor |
| | Los Angeles, CA 90067 |
| 11 | Telephone: +1 310 595 9662 |
| | Facsimile: +1 310 595 9501 |
| 12 | *Attorneys for Defendant* |
| | *Higher Education Loan Authority of the State of* |
| 13 | *Missouri* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JAIME MALDONADO, ANNA VARELA, ALMA GARY and JEFF PLAMONDON, individually and on behalf of all others similarly situated, | Case No. 24-cv-7850 |
| | **PROOF OF SERVICE** |
| Plaintiffs, | |
| vs. | |
| HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30, | |
| Defendants. | |

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           )  SS
COUNTY OF SAN FRANCISCO    )
                           )

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 California Street Suite 2000, San Francisco, CA 94104.

On November 8, 2024, I served the foregoing document(s) described as:

- **DEFENDANT HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441 AND 1442;**
- **CIVIL CASE COVER SHEET;**
- **DECLARATION OF JENNIFER FARMER ISO DEFENDANT HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441 AND 1442;**
- **EXHIBITS A THROUGH F;**
- **DECLARATION OF KAREN LENK ISO DEFENDANT HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441 AND 1442**
- **EXHIBITS A THROUGH N;**
- **DECLARATION OF SHEILA A.G. ARMBRUST ISO DEFENDANT HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441 AND 1442;**
- **EXHIBITS A THROUGH M**

on all interested in parties in this action as follows:

Noah Zinner
Rebecca C. Eisenbrey
Rebecca C. Ellis
Project on Predatory Student Lending
769 Centre Street
Jamaica Plain, MA 02130
nzinner@ppsl.org

Daniel "Sparky" Abraham
Jubilee Legal
300 E. Esplanade Drive
Oxnard, CA 93036
sparky@jubilee.legal

Adam J. McNeile
Malachi J. Haswell

1  Kemnitzer, Barron & Krieg, LLP
   1120 Mar West St., Ste. C2
2  Tiburon, CA 94920
   Telephone: (415) 632-1900
3  adam@kbklegal.com
   kai@@kbklegal.com
4  *Attorneys for Plaintiffs' Jaime Maldonado, et al.*

5  ☒   (VIA E-MAIL OR ELECTRONIC TRANSMISSION)  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

8  ☒   (VIA U.S. MAIL BY COURIER)  I served the foregoing document(s) by U.S. Mail, as follows:  I caused for true copies of the document(s) in a sealed envelope addressed to each interested party as shown in the attached service list.  The documents were placed each such envelope with postage thereon fully prepaid, for collection and mailing on behalf of Sidley Austin LLP, San Francisco, California.  I am readily familiar with Courier's practice for collection and processing of correspondence for mailing with the United States Postal Service.  Under that practice, the correspondence would be deposited in the United States Postal Service during the ordinary course of business.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on November 8, 2024, at San Mateo, California.

/s/ Laura V. Herrera
Laura V. Herrera