1  Sheila A.G. Armbrust (SBN 265998)
   sarmbrust@sidley.com
2  Stephen Chang (SBN 312580)
   stephen.chang@sidley.com
3  Laura V. Herrera (SBN 343929)
   laura.herrera@sidley.com
4  SIDLEY AUSTIN LLP
   555 California Street
5  Suite 2000
   San Francisco, CA 94104
6  Telephone: +1 415 772 1200
   Facsimile: +1 415 772 7400
7
   Amy P. Lally (SBN 198555)
8  alally@sidley.com
   SIDLEY AUSTIN LLP
9  1999 Avenue of the Stars
   17th Floor
10 Los Angeles, CA 90067
   Telephone: +1 310 595 9662
11 Facsimile: +1 310 595 9501

12 *Attorneys for Defendant*
   *Higher Education Loan Authority of the*
13 *State of Missouri*

14            UNITED STATES DISTRICT COURT

15           NORTHERN DISTRICT OF CALIFORNIA

16             SAN FRANCISCO DIVISION

17 JAIME MALDONADO, ANNA VARELA,          Case No.  3:24-CV-07850 VC
   ALMA GARY and JEFF PLAMONDON,
18 individually and on behalf of all others similarly    Assigned to Hon. Vince Chhabria
   situated,
19                                         **STIPULATION AND [PROPOSED]**
20            Plaintiffs,                   **ORDER SETTING MOTION TO DISMISS**
                                            **BRIEFING SCHEDULE**
21      vs.                                 Case Removed:  November 8, 2024

22 HIGHER EDUCATION LOAN AUTHORITY         (Superior Court of California for the County of
   OF THE STATE OF MISSOURI, and           Alameda, Case No. 24CV090146)
23 DOES 1-30,

24            Defendants.

25

26

27

28

Defendant Higher Education Loan Authority of the State of Missouri ("MOHELA") and Plaintiffs Jaime Maldonado, Anna Varela, Alma Gary, and Jeff Plamondon ("Plaintiffs") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on September 4, 2024, Plaintiffs filed their Complaint against MOHELA in the Superior Court of California for the County of Alameda;

WHEREAS, Plaintiffs mailed the Complaint to MOHELA on October 1, 2024, and completed service pursuant to MOHELA's signed Notice and Acknowledgement of Service on October 10, 2024;

WHEREAS, on November 8, 2024, MOHELA timely filed a Notice of Removal of Action under Title 28, United States Code Sections 1441 and 1443;

WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), MOHELA's deadline to answer or present other defenses or objections to the Complaint in this Court is November 15, 2024;

WHEREAS, MOHELA intends to file a Motion to Dismiss the Complaint (the "Motion");

WHEREAS, if MOHELA were to file the Motion on November 15, 2024, pursuant to Civil Local Rules 7-3(a) and (c), Plaintiffs' Opposition would be due on November 29, 2024 and MOHELA's Reply would be due on December 6, 2024;

WHEREAS, the Parties have met and conferred regarding an alternative briefing schedule and agree that good cause exists for MOHELA's Motion to be due on December 20, 2024, Plaintiffs' Opposition to be due on January 21, 2025, and MOHELA's Reply to be due on February 7, 2025;

WHEREAS, the Parties agree it will be efficient and otherwise in the interests of justice to set the agreed-upon briefing schedule to provide the Parties time to better address the arguments that may be raised before the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the Parties hereto, through their undersigned counsel, that the Court enter an order extending the time within which MOHELA may file the Motion to Dismiss and setting the briefing schedule for the Motion as follows:

1.  MOHELA's Motion shall be due on December 20, 2024;

2.  Plaintiffs' Opposition shall be due on January 21, 2025;

3.  MOHELA's Reply shall be due on February 7, 2025.

**IT IS SO STIPULATED.**

Date:  November 12, 2024

By: */s/ Sheila A.G. Armbrust*
Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Stephen Chang (SBN 312580)
stephen.chang@sidley.com
Laura V. Herrera (SBN 343929)
laura.herrera@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595 9662
Facsimile: +1 310 595 9501

*Attorneys for Defendant*
*Higher Education Loan Authority of the*
*State of Missouri*

Date:  November 12, 2024

By: */s/Kai Haswell*
Adam McNeile, SBN 280296
Malachi J. Haswell, SBN 307729
KEMNITZER, BARRON & KRIEG, LLP
1120 Mar West., Ste. C2
Tiburon, CA 94920
Phone: (415) 632-1900
adam@kbklegal.com
kai@@kbklegal.com

Noah Zinner, SBN 247581
Rebecca C. Eisenbrey (*pro hac vice*
application forthcoming)
Rebecca C. Ellis (*pro hac vice* application
forthcoming)
PROJECT ON PREDATORY
STUDENT LENDING
769 Centre Street
Jamaica Plain, MA 02130

Phone: (617) 390-2669
nzinner@ppsl.org
reisenbrey@ppsl.org;
REllis@ppsl.org
sean@kbklegal.com

Daniel "Sparky" Abrahams, SBN 299193
JUBILEE LEGAL
300 E. Esplanade Drive, Suite 900
Oxnard, CA 93036
Phone: (805) 946-0386
sparky@jubilee.legal

*Attorneys for Plaintiffs and the
Proposed Class*

**LOCAL RULE 5-1 FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Sheila A.G. Armbrust, attest that concurrence in the filing of this document has been obtained.

Dated: November 12, 2024            */s/ Sheila A.G. Armbrust*
                                    Sheila A.G. Armbrust

1

2                                  **[PROPOSED] ORDER**

3        Having considered the above stipulation, the Court extends the time within which MOHELA

4 may file a Motion to Dismiss (the "Motion") and sets the briefing schedule for the Motion as

follows:

5            1.   MOHELA's Motion shall be due on December 20, 2024;

6            2.   Plaintiffs' Opposition shall be due on January 21, 2025;

7            3.   MOHELA's Reply shall be due on February 7, 2025.

8

9 **IT IS SO ORDERED.**

10

11 Dated: November ___13___, 2024                   _____

12                                           Hon. Vince Chhabria
                                        United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28