PROJECT ON PREDATORY STUDENT LENDING
NOAH ZINNER                         Bar No. 247581
REBECCA C. EISENBREY (*pro hac vice* application forthcoming)
REBECCA C. ELLIS (*pro hac vice* application forthcoming)
769 Centre St.
Jamaica Plain, MA 02130
Telephone: (617) 390-2669
nzinner@ppsl.org

JUBILEE LEGAL
DANIEL "SPARKY" ABRAHAM   Bar No. 299193
300 E. Esplanade Dr., Ste. 900
Oxnard, CA 93036
Telephone: (805) 946-0386
sparky@jubilee.legal

KEMNITZER, BARRON & KRIEG, LLP
ADAM J. MCNEILE             Bar No. 280296
MALACHI J. HASWELL          Bar No. 307729
1120 Mar West St., Ste. C2
Tiburon, CA 94920
Telephone: (415) 632-1900
adam@kbklegal.com
kai@kbklegal.com

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME MALDONADO, ANNA VARELA, ALMA GARY AND JEFF PLAMONDON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30 <br><br> Defendants. | Case No. 3:24-cv-07850-VC <br><br> CLASS ACTION <br><br> **CERTIFICATION OF CONFLICTS AND INTERESTED PARTIES** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the

1
Certification of Conflicts and Interested Parties

1  named parties, there is no such interest to report, and that as of this date, there is no conflict of
2  interest (other than the named parties) to report.

3  Dated:  November 20, 2024                   PROJECT ON PREDATORY STUDENT
                                                LENDING
4
                                                JUBILEE LEGAL
5
                                                KEMNITZER, BARRON & KRIEG, LLP
6

7
                                      By:      /s/ *Adam J. McNeile*
8                                               ADAM J. MCNEILE
                                                Attorneys for Plaintiffs and the Proposed Class
9