Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Laura V. Herrera (SBN 343929)
laura.herrera@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595 9662
Facsimile: +1 310 595 9501

*Attorneys for Defendant*
*Higher Education Loan Authority of the State of*
*Missouri*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| JAIME MALDONADO, ANNA VARELA, ALMA GARY and JEFF PLAMONDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30,<br><br>Defendants. | Case No. 3:24-CV-07850 VC<br><br>Assigned to Hon. Vince Chhabria<br><br>**DECLARATION OF JENNIFER FARMER IN SUPPORT OF DEFENDANT HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI'S MOTION TO DISMISS COMPLAINT AND STRIKE CLASS DEFINITION**<br><br>Date: March 6, 2025<br>Time: 10:00 a.m.<br>Location: Courtroom 4, 17th Floor<br><br>Case Removed: November 8, 2024<br><br>(Superior Court of California for the County of Alameda, Case No. 24CV090146) |

DECLARATION OF JENNIFER FARMER IN SUPPORT OF DEFENDANT HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI'S MOTION TO DISMISS COMPLAINT AND STRIKE CLASS DEFINITION,
CASE NO. 3:24-CV-07850 VC

**DECLARATION OF JENNIFER FARMER**

I, Jennifer Farmer, declare the following:

1.      I am the Chief Operating Officer and Director of Federal Contracts at the Higher Education Loan Authority of the State of Missouri ("MOHELA"). I have served as Chief Operating Officer since July 2023 and as Director of Federal Contracts since 2010. In these capacities I have been involved with the negotiation and implementation of MOHELA's federal loan servicing contracts with the U.S. Department of Education's Office of Federal Student Aid ("Department"), including the two contracts discussed below.

2.      I make this declaration based on my personal knowledge, investigation, and belief. The matters set forth herein are true and correct to the best of my knowledge and, if called as a witness, I could testify competently thereto.

3.      I submit this declaration in support of MOHELA's Motion to Dismiss Complaint.

4.      MOHELA's contracts with the Department provide for MOHELA to service federal student loan borrower accounts, which entails, but is not limited to, the administration of student borrower payments, including assistance in connection with the Department's discharge of loans and refunding of amounts received by the Department. In its capacity as a Department-contracted loan servicer, MOHELA is not a party to the Department's lending agreements with student loan borrowers, nor is it the originator of the Department's loans to student borrowers; that is, all of the loans are originated by, funded by, and owned by the Department.

5.      MOHELA has had two principal contracts with the Department for servicing federal student loans. Contract No. ED-FSA-11-D-0012 (the "DL Contract") was awarded by the Department to MOHELA on September 27, 2011 and has been modified periodically since then. A true and correct copy of the DL Contract is attached as Exhibit A. Contract No. 91003123D0004 (the Unified Servicing and Data Solution contract or "USDS Contract") was awarded by the Department to MOHELA on April 25, 2023. A true and correct copy of the USDS Contract is attached as Exhibit B.

1

DECLARATION OF JENNIFER FARMER IN SUPPORT OF DEFENDANT HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI'S MOTION TO DISMISS COMPLAINT AND STRIKE CLASS DEFINITION, CASE NO. 3:24-CV-07850 VC

6.    Since 2011, MOHELA has and continues to service federal student loans pursuant to the DL Contract. The DL Contract will cease to be operational after December 31, 2024.

7.    The USDS Contract "is a Multiple Award, Indefinite Delivery, Indefinite Quantity (IDIQ) Contract with the ability to issue Task Orders with multiple or singular contract types." Ex. B at 36. IDIQ contracts such as the USDS Contract are shells; they provide the federal agency (*i.e.* FSA) the option to order work, but they do not authorize any work. Pursuant to the terms of the USDS Contract, performance of any particular work is not authorized until the Department issues a Task Order or other order. *See id.* at 59–60 (incorporating Federal Acquisition Regulations 52.216-18, 52.216-22); *see also id.* at 36 (providing that FSA would issue such "Task Orders … based on the terms and conditions of the Contract").

8.    Although MOHELA and the Department entered into the USDS Contract in April 2023, MOHELA did not begin servicing any loans under the USDS Contract until April 1, 2024, and, even then, not all of the loans serviced by MOHELA were serviced under the USDS Contract as many continued being serviced under the DL Contract for some time.

9.    The USDS Contract provided for a lengthy "Phase-in Period" during which the servicer (*i.e.,* MOHELA) was required to "prepare to assume full responsibility for all areas of operation in accordance with the terms and conditions of the Contract." Ex. B at 21. The Phase-in Period would conclude on a date termed the "Go-Live date," and servicing could begin only after the "Go-Live date." *Id.* The USDS Contract provided that the Go-Live date would be "no later than 324 calendar days after Initial Task Order award." *Id.* at 35.

10.    Pursuant to the Initial Task Order issued on April 24, 2023, MOHELA's work to become performance ready could continue through March 14, 2024, *i.e.*, the "Go-Live date." A true and correct copy of the April 24, 2023 Initial Task Order is attached as Exhibit C. A modification to the USDS Contract, dated February 2, 2024, later extended the Go-Live date to March 24, 2024.

11.    Following completion of a required "Production Readiness Review," the Department issued a second Task Order on March 27, 2024, directing MOHELA to begin servicing student loans under the USDS Contract. A true and correct copy of the March 27, 2024 Task Order is attached as

2

Exhibit D. That Task Order directed MOHELA to engage in "student loan servicing in accordance with the requirements of the USDS contract," specifying that the period of performance for such servicing tasks would begin on April 1, 2024. Ex. D at 3. MOHELA did not service any student loans pursuant to the USDS Contract until April 1, 2024 and, as mentioned, many loans continued to be serviced pursuant to the DL Contract for some time after that date.

12.     Beginning April 1, 2024, MOHELA serviced borrowers' loans under two separate contracts: the DL Contract and the USDS Contract. Servicing student loan borrowers' accounts under the DL Contract was gradually phased out during the remainder of 2024 to permit a transition from the IT platform required under the DL Contract to Fiserv, the IT platform required under the USDS Contract. Transferring such accounts to the Fiserv system took several months because, pursuant to FSA requirements, the transfer had to occur in batches, with each batch subject to FSA oversight and sign-off. Accounts remaining on MOHELA's older servicing system could be serviced only under the DL Contract, as that system is not authorized for use under the USDS Contract. MOHELA completed the process of transferring borrower accounts to the Fiserv system in October 2024. From September 2011 to October 2024, the primary contract covering student borrower accounts with MOHELA was the DL Contract.

13.     A portion of MOHELA's performance obligations under the USDS Contract are described in a series of attachments to that contract. As an example, Attachment 1 describes MOHELA's "Business Operations Servicing Requirements." A true and correct copy of Version 2.8.0 of Attachment 1 to the USDS Contract, reflecting the Department's October 4, 2024 update to the document, is attached as Exhibit E. Across Attachment 1's 322 pages are hundreds of directives with which MOHELA must comply in the servicing of Direct Loans, including directives requiring MOHELA to work directly with and under Department personnel. Ex. E at 9 (describing processes MOHELA shall take to "carry out the escalated issues process with Federal Student Aid operations points of contact"). On December 4, 2024, the Department issued an updated "Business Operations Servicing Requirements." A true and correct copy of Version 2.8.1 of Attachment 1 to the USDS Contract, reflecting the aforementioned update to the document, is attached as Exhibit F.

3

14.    Similarly, in addition to the attachments to the DL Contract itself, the Department has issued dozens of documents setting forth detailed requirements governing MOHELA's performance under the DL Contract. A true and correct copy of Modification P00091 (dated September 3, 2021) of the DL Contract is attached as Exhibit G.

15.    As to borrowers who are entitled to federal student loan discharge based on borrower defense as the result of misconduct on the part of participating educational institutions as determined by the Department ("borrower defense"), pursuant to the terms of both the DL and USDS Contracts, MOHELA may only discharge, stop payment collection, refund, or make tradeline changes with the credit reporting agencies with respect to borrower accounts at the Department's express direction. Ex. A (DL Contract) at 36 ln. 4; Ex. E (Att. 1 to USDS Contract) at 165 (§§ 23018.002, 23018.031), 170 (§ 23018.180, 23018.1810). For example, under the USDS Contract, the Department must initiate a borrower defense discharge approval or denial by instructing MOHELA accordingly. Ex. E, Att. 1 to USDS Contract, at §§ 23018.002 ("The servicer shall provide an email address where FSA can send borrower defense related actions (e.g., the approval/denial decisions to the servicer for further action)."); 23018.031 ("The request to apply a borrower a defense approval may be received via the DCC platform or via email request from the FSA."); 23018.050 ("The request to apply a borrower defense denial may be received via the DCC platform or via email request from FSA."); 23018.1810 ("Servicers shall accept a file containing loans identified by FSA that are eligible for Borrower Defense discharge as part of a group discharge."). Likewise, under the DL contract, MOHELA must execute discharge transactions after receiving FSA approval. Ex. A (DL Contract) at 36 ln. 4 (MOHELA must "process discharge transactions after receiving and reviewing required supporting documentation meeting the required regulatory guidelines and receiving FSA approval"). As to borrower defense discharges, the Department controls the timing of notice to federal student loan servicers, including MOHELA, for the discharge of federal student loans, including for loans taken for attendance at the "Group Discharge" schools referenced in the Complaint at ¶ 2. The Department has provided MOHELA lists of loans to be discharged on an intermittent and rolling basis since at least 2022.

4

DECLARATION OF JENNIFER FARMER IN SUPPORT OF DEFENDANT HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI'S MOTION TO DISMISS COMPLAINT AND STRIKE CLASS DEFINITION, CASE NO. 3:24-CV-07850 VC

16.    Plaintiff Jaime Maldonado's federal student loans serviced by MOHELA were, at the Department's direction, fully discharged on October 24, 2024, and a refund was requested by MOHELA of the U.S. Treasury in the amount of $8,746.51 on October 25, 2024.

17.    Plaintiff Anna Varela's federal student loans serviced by MOHELA were, at the Department's direction, fully discharged as of September 10, 2024, and a refund was requested by MOHELA of the U.S. Treasury in the amount of $3,886.91.

18.    MOHELA has not received documents or communications from the Department directing it to discharge any federal student loans for Plaintiffs Jeff Plamondon or Alma Gary. MOHELA has received communications from the Department indicating that Plaintiffs Plamondon and Gary are in forbearance and are not required to make any payments at this time.

I hereby declare under penalty of perjury of the laws of the United States that the foregoing statements are true and correct.

Executed on this 19th day of December 2024, in Foristell, Missouri.

By:_____
Jennifer Farmer

5

DECLARATION OF JENNIFER FARMER IN SUPPORT OF DEFENDANT HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI'S MOTION TO DISMISS COMPLAINT AND STRIKE CLASS DEFINITION, CASE NO. 3:24-CV-07850 VC