# EXHIBIT C

## ORDER FOR SUPPLIES OR SERVICES

| | PAGE | OF | PAGES |
|---|---|---|---|
| | 1 | | 3 |

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER | 2. CONTRACT NUMBER (If any) |
|---|---|
| APR 24, 2023 | 91003123D0004 |

| 3. ORDER NUMBER | 4. REQUISITION/REFERENCE NUMBER |
|---|---|
| 91003123F0320 | EDOFSA-23-000470 |

**5. ISSUING OFFICE** (Address correspondence to)    FSA-ACQ

US Department of Education, FSA - Acquisitions, 830 First St NE - Suite 91F3
Washington, DC, 20202, USA
Christina Lene, 202-987-1934

**6. SHIP TO:** FSA-ACQ

a. NAME OF CONSIGNEE    Ult Dest:FSA-ACQ

b. STREET ADDRESS
 FSA - Acquisitions, 830 First St NE - Suite 91F3

| c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|
| Washington | DC | 20202 |

f. SHIP VIA

**7. TO:**    00032048 TIN: 431261525

a. NAME OF CONTRACTOR    UEI:N76QY63KMM18
MISSOURI HIGHER EDUCATION LOAN AUTHORITY

b. COMPANY NAME

c. STREET ADDRESS
633 SPIRIT DR

| d. CITY | e. STATE | f. ZIP CODE |
|---|---|---|
| CHESTERFIELD | MO | 63005 |

**8. TYPE OF ORDER**

☐ a. PURCHASE

REFERENCE YOUR:

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

☒ b. DELIVERY -- Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**10. REQUISITIONING OFFICE**

OFSA

**9. ACCOUNTING AND APPROPRIATION DATA**

Obligated Amount: $295,754.00

**11. BUSINESS CLASSIFICATION** (Check appropriate box(es))

☐ a. SMALL    ☐ b. OTHER THAN SMALL    ☐ c. DISADVANTAGED    ☐ d. WOMEN-OWNED    ☐ e. HUBZone

☐ f. SERVICE-DISABLED VETERAN-OWNED    ☐ g. WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOSB PROGRAM    ☐ h. EDWOSB

**12. F.O.B. POINT**

Destination

| 13. PLACE OF | | 14. GOVERNMENT B/L NUMBER | 15. DELIVER TO F.O.B. POINT ON OR BEFORE (Date) | 16. DISCOUNT TERMS |
|---|---|---|---|---|
| a. INSPECTION | b. ACCEPTANCE | | MAR 14, 2024 | Net 30 |

### 17. SCHEDULE (See reverse for Rejections)

| ITEM NUMBER (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | | | | | | |

| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NUMBER |
|---|---|---|

*SEE BILLING INSTRUCTIONS ON REVERSE*

**21. MAIL INVOICE TO:**

a. NAME

b. STREET ADDRESS (or P.O. Box)
Invoices shall be submitted to ED via:
https://IPP.for.fiscal.treasury.gov

| c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|
| Washington | DC | 20202 |

$295,754.00    **17(h) TOT.** ◁ (Cont. pages)

$295,754.00    ◁ **17(i) GRAND TOTAL**

**22. UNITED STATES OF AMERICA BY** (Signature)

JACKSON MCCLAM

Digitally signed by JACKSON MCCLAM
Date: 2023.04.24 15:39:11 -04'00'

**23. NAME** (Typed)
Jackson McClam 202-304-2149
TITLE: CONTRACTING/ORDERING OFFICER

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 347** (REV. 2/2012)
Prescribed by GSA/FAR 48 CFR 53.213(f)

**SUPPLEMENTAL INVOICING INFORMATION**

If desired, this order (or a copy thereof) may be used by the Contractor as the Contractor's invoice, instead of a separate invoice, provided the following statement, (signed and dated) is on (or attached to) the order: "Payment is requested in the amount of $ _____ . No other invoice will be submitted." However, if the Contractor wishes to submit an invoice, the following information must be provided: contract number (if any), order number, item number(s), description of supplies or service, sizes, quantities, unit prices, and extended totals. Prepaid shipping costs will be indicated as a separate item on the invoice. Where shipping costs exceed $10 (except for parcel post), the billing must be supported by a bill of lading or receipt. When several orders are invoiced to an ordering activity during the same billing period, consolidated periodic billings are encouraged.

**RECEIVING REPORT**

Quantity in the "Quantity Accepted" column on the face of this order has been: ☐ inspected, ☐ accepted, ☐ received by me and conforms to contract. Items listed below have been rejected for the reasons indicated.

| SHIPMENT NUMBER | PARTIAL | | DATE RECEIVED | SIGNATURE OF AUTHORIZED U.S. GOVERNMENT REPRESENTATIVE | DATE |
|---|---|---|---|---|---|
| | FINAL | | | | |
| TOTAL CONTAINERS | GROSS WEIGHT | | RECEIVED AT | TITLE | |

**REPORT OF REJECTIONS**

| ITEM NUMBER | SUPPLIES OR SERVICES | UNIT | QUANTITY REJECTED | REASON FOR REJECTION |
|---|---|---|---|---|
| | | | | |

91003123F0320

**OPTIONAL FORM 347** (REV. 2/2012) **BACK**

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | Accounting and Appropriation Data:<br>0202M2023.B.2023.EN400000.6V4.2572A.ZDK.000.0000.000000<br>Cost Applied: $295,754.00<br><br>The Initial Task Order is a firm-fixed price task order for the tasks and deliverables required for the USDS Servicer to become performance ready, attain its authorization to operate (ATO), and achieve go-live (Go-Live) of its servicing system, as more fully described in the Contract.<br><br>The Initial Task Order is issued against Contract CLIN 7 Development, Modernization & Enhancements, of the Contract.<br><br>All work, deliverables, and system related development provided by the USDS Servicer must be in accordance with the requirements of the Contract for the Initial Task Order.  Attachment 23 is incorporated.<br><br>Period of Performance:  04/25/2023  to  03/14/2024<br>Pricing Option:  Firm-Fixed-Price | 1.00 | SE | 295,754.00 | 295,754.00 |