# EXHIBIT D

## ORDER FOR SUPPLIES OR SERVICES

| | PAGE | OF | PAGES |
|---|---|---|---|
| | 1 | | 5 |

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER<br>MAR 27, 2024 | 2. CONTRACT NUMBER *(If any)*<br>91003123D0004 | 6. SHIP TO: FSA-ACQ |
|---|---|---|

| 3. ORDER NUMBER<br>91003124F0311 | 4. REQUISITION/REFERENCE NUMBER | a. NAME OF CONSIGNEE |
|---|---|---|

**5. ISSUING OFFICE** *(Address correspondence to)*    FSA-ACQ
US Department of Education, FSA - Acquisitions, 830 First St NE - Suite 91F3
Washington, DC, 20202, USA
Nannie Brillant, 202-987-0615

**b. STREET ADDRESS**
FSA - Acquisitions, 830 First St NE - Suite 91F3

| c. CITY<br>Washington | d. STATE<br>DC | e. ZIP CODE<br>20202 |
|---|---|---|

**f. SHIP VIA**

**7. TO:**    00032048 TIN: 431261525

**8. TYPE OF ORDER**

**a. NAME OF CONTRACTOR**    UEI:N76QY63KMM18
MISSOURI HIGHER EDUCATION LOAN AUTHORITY

[ ] a. PURCHASE

REFERENCE YOUR: _____

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

[X] b. DELIVERY -- Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**b. COMPANY NAME**

**c. STREET ADDRESS**
633 SPIRIT DR

**10. REQUISITIONING OFFICE**

| d. CITY<br>CHESTERFIELD | e. STATE<br>MO | f. ZIP CODE<br>63005 |
|---|---|---|

**9. ACCOUNTING AND APPROPRIATION DATA**
See Schedule    Obligated Amount: $51,795,880.02

**11. BUSINESS CLASSIFICATION** *(Check appropriate box(es))*

[ ] a. SMALL    [X] b. OTHER THAN SMALL    [ ] c. DISADVANTAGED    [ ] d. WOMEN-OWNED    [ ] e. HUBZone

[ ] f. SERVICE-DISABLED VETERAN-OWNED    [ ] g. WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOSB PROGRAM    [ ] h. EDWOSB

**12. F.O.B. POINT**
Destination

| 13. PLACE OF | | 14. GOVERNMENT B/L NUMBER | 15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)* | 16. DISCOUNT TERMS |
|---|---|---|---|---|
| a. INSPECTION | b. ACCEPTANCE | | | Net 30 |

### 17. SCHEDULE *(See reverse for Rejections)*

| ITEM NUMBER (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | See Continuation Page For Line Item Details | | | | | |

| | 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NUMBER | $51,795,880.02 | **17(h) TOT.** *(Cont. pages)* |
|---|---|---|---|---|---|

*SEE BILLING INSTRUCTIONS ON REVERSE*

**21. MAIL INVOICE TO:**

a. NAME

b. STREET ADDRESS *(or P.O. Box)*
Invoices shall be submitted to ED via:
https://IPP.for.fiscal.treasury.gov

| c. CITY<br>Washington | d. STATE<br>DC | e. ZIP CODE<br>20202 |
|---|---|---|

$51,795,880.02    **17(i) GRAND TOTAL**

**22. UNITED STATES OF AMERICA BY** *(Signature)*    JACKSON MCCLAM

Digitally signed by JACKSON MCCLAM
Date: 2024.03.27 17:02:47 -04'00'

**23. NAME** *(Typed)*
Jackson McClam 202-304-2149
TITLE: CONTRACTING/ORDERING OFFICER

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 347** (REV. 2/2012)
Prescribed by GSA/FAR 48 CFR 53.213(f)

**SUPPLEMENTAL INVOICING INFORMATION**

If desired, this order (or a copy thereof) may be used by the Contractor as the Contractor's invoice, instead of a separate invoice, provided the following statement, (signed and dated) is on (or attached to) the order:  "Payment is requested in the amount of $ _____ . No other invoice will be submitted." However, if the Contractor wishes to submit an invoice, the following information must be provided: contract number (if any), order number, item number(s), description of supplies or service, sizes, quantities, unit prices, and extended totals.  Prepaid shipping costs will be indicated as a separate item on the invoice.  Where shipping costs exceed $10 (except for parcel post), the billing must be supported by a bill of lading or receipt.  When several orders are invoiced to an ordering activity during the same billing period, consolidated periodic billings are encouraged.

**RECEIVING REPORT**

Quantity in the "Quantity Accepted" column on the face of this order has been: ☐ inspected, ☐ accepted, ☐ received by me and conforms to contract.  Items listed below have been rejected for the reasons indicated.

| SHIPMENT NUMBER | PARTIAL | | DATE RECEIVED | SIGNATURE OF AUTHORIZED U.S. GOVERNMENT REPRESENTATIVE | DATE |
|---|---|---|---|---|---|
| | FINAL | | | | |
| TOTAL CONTAINERS | GROSS WEIGHT | | RECEIVED AT | TITLE | |

**REPORT OF REJECTIONS**

| ITEM NUMBER | SUPPLIES OR SERVICES | UNIT | QUANTITY REJECTED | REASON FOR REJECTION |
|---|---|---|---|---|
| | | | | |

91003124F0311

**OPTIONAL FORM 347** (REV. 2/2012) **BACK**

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | Contracting Officer: Jackson McClam, 202-304-2149, jackson.mcclam@ed.gov<br><br>Primary Contracting Officer Representative: Maxine Jackson, 404-974-9311, maxine.jackson@ed.gov<br><br>Alternate Contracting Officer Representative(s): None<br><br>Property Administrator Point of Contact: None<br><br>Primary Technical Point of Contact: None<br><br>Alternate Technical Point(s) of Contact: None<br><br>Operations and Maintenance (O&M) Task Order for student loan servicing in accordance with the requirements of the USDS contract.<br><br>All work and deliverables provided by the USDS Servicer must be in accordance with the requirements of the Contract for the Task Order.<br>Budget Initiative: Unified Servicing and Data Solution (USDS) IT O & M<br>IDIQ CLIN 1 Servicing System Operations<br>Qty: 23,597,714 * Tiered Pricing = $13,933,830.98<br><br>Accounting and Appropriation Data:<br>0202M2024.B.2024.EN400000.6V4.2572A.ZDL.000.0000.000000<br>$13,933,830.98<br>PR NUMBER: EDOFSA-24-000514<br>Period of Performance:  04/01/2024  to  06/30/2024<br>Pricing Option:  Fixed-Price with Economic Price Adjustment | 1.00 | SE | 13,933,830.98 | 13,933,830.98 |
| 0002 | Budget Initiative: Unified Servicing and Data Solution (USDS) IT O & M<br>IDIQ CLIN 2 Cybersecurity Services<br>Qty: 23,597,714 * Tiered Pricing = $1,746,364.75<br><br>Accounting and Appropriation Data:<br>0202M2024.B.2024.EN400000.6V4.2572A.ZDL.000.0000.000000<br>$1,746,364.75<br>PR NUMBER: EDOFSA-24-000514<br>Period of Performance:  04/01/2024  to  06/30/2024<br>Pricing Option:  Fixed-Price with Economic Price Adjustment | 1.00 | SE | 1,746,364.75 | 1,746,364.75 |
| 0003 | IDIQ CLIN 3 Contact Center and Back-Office Processing Operation & Maintenance<br><br>Funding is provided on SubCLINs.<br><br>Fixed-Price with Economic Price Adjustment with Performance Incentives (At-risk Borrowers & Service Level Agreements & Objectives)<br><br>Period of Performance:  04/01/2024  to  06/30/2024 | 1.00 | EA | NSP | NSP |

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003AA | Budget Initiative: Unified Servicing and Data Solution (USDS) O & M<br>CLIN 3 SubCLIN Non-service Borrowers<br>Qty: 23,509,950 * Tiered Pricing = $27,728,346<br><br>Accounting and Appropriation Data:<br>0202M2024.B.2024.EN400000.6V4.2521A.USD.000.<br>0000.000000<br>$27,728,346.00<br>PR NUMBER: EDOFSA-24-000514<br>Period of Performance: 04/01/2024 to 06/30/2024 | 1.00 | SE | 27,728,346.00 | 27,728,346.00 |
| 0003AB | Budget Initiative: Unified Servicing and Data Solution (USDS) O & M<br>CLIN 3 SubCLIN Service Members<br>Qty: 87,763 * Tiered Pricing = $117,124<br><br>Accounting and Appropriation Data:<br>0202M2024.B.2024.EN400000.6V4.2521A.USD.000.<br>0000.000000<br>$117,124.00<br>PR NUMBER: EDOFSA-24-000514<br>Period of Performance: 04/01/2024 to 06/30/2024 | 1.00 | SE | 117,124.00 | 117,124.00 |
| 0003AC | Budget Initiative: Unified Servicing and Data Solution (USDS) O & M<br>CLIN 3 Supplemental - Performance Incentive for At-Risk Borrowers<br><br>Accounting and Appropriation Data:<br>0202M2024.B.2024.EN400000.6V4.2521A.USD.000.<br>0000.000000<br>$1,000,000.00<br>PR NUMBER: EDOFSA-24-000514<br>Period of Performance: 04/01/2024 to 06/30/2024 | 1.00 | SE | 1,000,000.00 | 1,000,000.00 |
| 0004 | Budget Initiative: Unified Servicing and Data Solution (USDS) IT O & M<br>IDIQ CLIN 4 Website and Mobile Services<br>Qty: 23,597,714 * Tiered Pricing = $366,964.29<br><br>Accounting and Appropriation Data:<br>0202M2024.B.2024.EN400000.6V4.2572A.ZDL.000.<br>0000.000000<br>$366,964.29<br>PR NUMBER: EDOFSA-24-000514<br>Period of Performance: 04/01/2024 to 06/30/2024<br>Pricing Option: Fixed-Price with Economic Price Adjustment | **1.00** | SE | **366,964.29** | **366,964.29** |
| 0006 | IDIQ CLIN 6 Fulfillment Services<br><br>Funding is provided on SubCLINs.<br><br>Period of Performance: 04/01/2024 to 06/30/2024<br>Pricing Option: Firm-Fixed-Price | **1.00** | EA | NSP | NSP |
| 0006AA | Budget Initiative: Unified Servicing and Data Solution (USDS) O & M<br>CLIN 6 SubCLIN Envelopes Sent<br>Qty: 8,535,286 | 1.00 | SE | 6,669,882.00 | 6,669,882.00 |

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
|  | Accounting and Appropriation Data:<br>0202M2024.B.2024.EN400000.6V4.2521A.USD.000.0000.000000<br>$6,669,882.00<br>PR NUMBER: EDOFSA-24-000514<br>Period of Performance: 04/01/2024  to  06/30/2024<br>Pricing Option:  Firm-Fixed-Price | | | | |
| 0006AB | Budget Initiative: Unified Servicing and Data Solution (USDS)  O & M<br>CLIN 6 SubCLIN Scanned Documents<br>Qty: 332,968<br><br>Accounting and Appropriation Data:<br>0202M2024.B.2024.EN400000.6V4.2521A.USD.000.0000.000000<br>$221,738.00<br>PR NUMBER: EDOFSA-24-000514<br>Period of Performance: 04/01/2024  to  06/30/2024<br>Pricing Option:  Firm-Fixed-Price | 1.00 | SE | 221,738.00 | 221,738.00 |
| 0006AC | Budget Initiative: Unified Servicing and Data Solution (USDS)  O & M<br>CLIN 6 SubCLIN Alternative Format Documents<br>Qty: 2,149<br><br>Accounting and Appropriation Data:<br>0202M2024.B.2024.EN400000.6V4.2521A.USD.000.0000.000000<br>$11,630.00<br>PR NUMBER: EDOFSA-24-000514<br>Period of Performance: 04/01/2024  to  06/30/2024<br>Pricing Option:  Firm-Fixed-Price | 1.00 | SE | 11,630.00 | 11,630.00 |