Jesse D. Franklin-Murdock (SBN 339034)
**DHILLON LAW GROUP INC.**
177 Post Street, Suite 700
San Francisco, CA 94108
Tel. 415-433-1700
Fax. 415-520-6593
jfranklin-murdock@dhillonlaw.com

Joshua M. Divine (Mo Bar No. 69875)*
Office of the Missouri Attorney General
Supreme Court Building
207 West High Street
Jefferson City, Missouri 65102
(573) 751-1800 | josh.divine@ago.mo.gov

*counsel for amicus curiae State of Missouri*

*pro hac vice* forthcoming

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **JAMIE MALDONADO, ANNA VARELA, ALMA GARY** and **JEFF PLAMONDON**, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br>vs.<br><br>**HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI**, and **DOES 1–30**,<br><br>Defendants. | Case No.: 3:24-cv-07850 VC<br><br>**DECLARATION OF JESSE D. FRANKLIN-MURDOCK IN SUPPORT OF THE ADMINISTRATIVE MOTION OF THE STATE OF MISSOURI FOR LEAVE TO FILE A BRIEF AS AMICUS CURIAE**<br><br>Hon. Judge Vince Chhabria |



I, Jesse D. Franklin-Murdock, declare as follows:

1. I am an attorney licensed to practice law in all state and federal courts in the State of California. I am counsel at the law firm Dhillon Law Group Inc.

2. I am one of the attorneys representing the State of Missouri as amicus curiae in the above-captioned matter.

3. I am over twenty-one years old and am a citizen of the United States. I am a member in good standing of the California State Bar (Bar No. 339034) and am admitted to practice before the United States District Court for the Northern District of California. My business address is 177 Post Street, Suite 700, San Francisco, California 94108.

4. Civil Local Rule 7-11 states that administrative motions "must be accompanied by . . . either a stipulation under Civil L.R. 7-12 or by a declaration that explains why a stipulation could not be obtained."

5. Before filing the Administrative Motion of the State of Missouri for Leave to File a Brief as Amicus Curiae, Counsel for the State of Missouri consulted with counsel for the parties on whether they would consent to Missouri's Motion. Counsel for Defendant stated that Defendants consent to the State's filing of an amicus brief in this case. Counsel for Plaintiffs stated that they were "not prepared to stipulate at this time," and would "reconsider" Missouri's request after the Motion was filed. Thus, a stipulation could not be obtained.

I, Jesse D. Franklin-Murdock, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: December 30, 2024       By: _____
                                    JESSE D. FRANKLIN-MURDOCK