Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Laura V. Herrera (SBN 343929)
laura.herrera@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595 9662
Facsimile: +1 310 595 9501

*Attorneys for Defendant*
*Higher Education Loan Authority of the*
*State of Missouri*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| JAIME MALDONADO, ANNA VARELA, ALMA GARY and JEFF PLAMONDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30,<br><br>Defendants. | Case No.  3:24-CV-07850 VC<br><br>Assigned to Hon. Vince Chhabria<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND INITIAL CASE MANAGEMENT STATEMENT**<br><br>Case Removed:  November 8, 2024<br><br>(Superior Court of California for the County of Alameda, Case No. 24CV090146) |

## **STIPULATION**

WHEREAS, on November 13, 2024, the Court Ordered the Initial Case Management Statement due by January 31, 2025, and set the Initial Case Management Conference for February 7, 2025, at 10:00 a.m. (Dkt. No. 10);

WHEREAS, on December 20, 2024, Defendant filed a motion to dismiss complaint and strike class definition that may be dispositive of the entire case (Dkt. No. 21);

WHEREAS, Defendant's motion is currently scheduled for hearing on March 6, 2025 at 10:00 a.m. (*Id.*);

WHEREAS, this is the second request by the parties for an extension of time, with the first request made by a joint stipulation to modify the briefing schedule for Defendant's motion to dismiss (Dkt. No. 14);

WHEREAS, in the spirit of economy and efficiency, and as permitted by paragraph 14 of the Court's Standing Order, the Parties respectfully request that the Initial Case Management Conference be continued to 15 days after the hearing on Defendant's motion to dismiss complaint and strike class definition (Dkt. No. 21) and that the deadline to file the Case Management Statement be reset based on that date;

Based on the foregoing, and pursuant to Civil Local Rules 6-2(a), 7-12, and paragraph 14 of the Court's Standing Order, the Undersigned parties hereby stipulate and agree:

The schedule should be revised as follows:

- Deadline to File Initial Case Management Statement: Friday, March 14, 2025
- Initial Case Management Conference: 10:00 a.m. on Friday, March 21, 2025

IT IS SO STIPULATED.

                                                                                            Respectfully submitted,

DATED: January 15, 2025                                       */s/ Noah Zinner*
                                                                                     NOAH ZINNER
                                                                                     REBECCA ELLIS
                                                                                     REBECCA EISENBREY
                                                                                     Project on Predatory Student Lending
                                                                                     Attorneys for Plaintiffs

DATED: January 15, 2025                                       */s/ Laura Herrera-Sarabia*
                                                                                     LAURA HERRERA-SARABIA
                                                                                     SHEILA A.G. ARMBRUST
                                                                                     AMY P. LALLY
                                                                                     Attorneys for Defendant

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)

I, Laura Herrera-Sarabia, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

DATED: January 15, 2025                                       */s/ Laura Herrera-Sarabia*
                                                                                     LAURA HERRERA-SARABIA

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED: The deadline for the Initial Case Management Statement is continued from January 31, 2025, to Friday, March 14, 2025, and the Initial Case Management Conference is continued from February 7, 2025, to Friday, March 21, 2025.

DATED: _____

HONORABLE VINCE CHHABRIA  
United States District Judge