Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Laura V. Herrera (SBN 343929)
laura.herrera@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595 9662
Facsimile: +1 310 595 9501

*Attorneys for Defendant*
*Higher Education Loan Authority of the*
*State of Missouri*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| JAIME MALDONADO, ANNA VARELA, ALMA GARY and JEFF PLAMONDON, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30,<br><br>　　　　　Defendants. | Case No. 3:24-CV-07850 VC<br><br>Assigned to Hon. Vince Chhabria<br><br>**DECLARATION OF LAURA HERRERA-SARABIA IN SUPPORT OF JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND INITIAL CASE MANAGEMENT STATEMENT**<br><br>Case Removed: November 8, 2024<br><br>(Superior Court of California for the County of Alameda, Case No. 24CV090146) |

I, Laura Herrera, declare as follows:

1. I am an associate at Sidley Austin LLP and represent Defendant Higher Education Loan Authority of the State of Missouri in the above captioned matter. I am a member in good standing of the State Bar of California. I make this declaration in support of the Parties' Joint Stipulation to Continue the Initial Case Management Conference and Initial Case Management Statement (the "Joint Stipulation"). The matters stated in this declaration are true of my own knowledge, and if necessary, I could and would competently testify to them.

2. In the Joint Stipulation, the parties jointly stipulate to continue the deadline for the Initial Case Management Statement from January 31, 2025, to Friday, March 14, 2025, and to continue the Initial Case Management Conference from February 7, 2024, to Friday, March 21, 2025.

3. The Parties jointly so stipulate in the spirit of economy and efficiency given that Defendant's currently pending motion to dismiss complaint and strike class definition (Dkt. No. 21) may be dispositive of the entire case.

4. This is the second extension of time made in this case. The first was a joint stipulation modifying the briefing schedule for Defendant's motion to dismiss. Dkt. No. 14.

5. The extension of time requested herein will not impact any deadlines except for the Initial Case Management Statement and the Initial Case Management Conference. Dkt. No. 10.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate. Executed on 15th day of January 2025, in San Francisco, CA.

Respectfully submitted,

*/s/ Laura Herrera-Sarabia*
Laura Herrera-Sarabia
Attorney for Defendant

1

DECLARATION OF LAURA HERRERA-SARABIA IN SUPPORT OF JOINT STIPULATION TO CONTINUE INITIAL CMC AND CMS
CASE NO. 3:24-CV-07850 VC