PROJECT ON PREDATORY STUDENT LENDING
NOAH ZINNER Bar No. 247581
REBECCA C. EISENBREY Admitted *pro hac vice*
REBECCA C. ELLIS Admitted *pro hac vice*
769 Centre St.
Jamaica Plain, MA 02130
Telephone: (617) 390-2669
nzinner@ppsl.org

JUBILEE LEGAL
DANIEL "SPARKY" ABRAHAM Bar No. 299193
300 E. Esplanade Dr., Ste. 900
Oxnard, CA 93036
Telephone: (805) 946-0386
sparky@jubilee.legal

KEMNITZER, BARRON & KRIEG, LLP
ADAM J. MCNEILE Bar No. 280296
MALACHI J. HASWELL Bar No. 307729
1120 Mar West St., Ste. C2
Tiburon, CA 94920
Telephone: (415) 632-1900
adam@kbklegal.com
kai@kbklegal.com

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAIME MALDONADO, ANNA VARELA, ALMA GARY, and JEFF PLAMONDON, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30,

Defendants.

______________________________________/

**Case No. 3:24-cv-07850-VC**

**DECLARATION OF MALACHI J. HASWELL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS**

Date: July 10, 2025
Time: 10:00 a.m.
Location: Courtroom 4, 17th Floor

Assigned for all purposes to Hon. Vince Chhabria

I, Malachi J. Haswell, declare as follows:

1. I am an attorney at law, licensed to practice in the State of California, and before this Court, and am an attorney with Kemnitzer, Barron & Krieg, LLP, attorneys of record for Plaintiffs in the above captioned matter.

2. I am familiar with the pleadings and files in this action. I have personal knowledge of the facts stated herein and could and would testify competently thereto.

3. On February 27, 2025, Plaintiffs served MOHELA with Requests for Production of Documents, Set One.

4. On May 9, 2025, MOHELA produced documents in response to Plaintiffs' RFPs. Attached hereto as **Exhibit A** is a true and correct copy of the document MOHELA produced as MOHELA_000015–18.

5. MOHELA designated the entire document as confidential pursuant to the parties' protective order. Plaintiffs have disputed the confidentiality designation for this document; however, the parties' meet and confer process regarding confidentiality is ongoing. Accordingly, Plaintiffs have filed Exhibit A provisionally under seal pursuant to Civil Local Rule 79-5(f).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this Declaration is executed on June 6, 2025 at Oakland, California.

Dated: June 6, 2025

/s/ *Malachi J. Haswell*

Malachi J. Haswell

# EXHIBIT A

EXHIBIT FILED UNDER SEAL
LOCAL RULE 79-5(d)