# EXHIBIT A

| | |
|---|---|
| **From:** | Jennings, Colby |
| **To:** | Craig, Tyler; grp.FC-Contracting; Adams, Brenda; FSAVendorManagementTeam |
| **Cc:** | grp.BDDischarges; Bubel, Susan; Brown, Janis; Keniazh Cornett; USDSCORTEAM |
| **Subject:** | RE: Borrower Defense Group Reporting |
| **Date:** | Wednesday, March 5, 2025 7:04:46 AM |
| **Attachments:** | image001.png |
| | image004.png |
| | image005.png |
| | image006.png |

> **Caution:** This email originated from outside the organization. Please take care when clicking links or opening attachments.

Hi Tyler,

Thank you for your patience while we discussed internally.

We have made great strides in the last several months working together to make sure that all reports are submitted on a weekly basis and in the correct format, which is greatly appreciated. The issue that I continue to run into with MOHELA reports is that they are not in a consistent format, which you've noted will be corrected in future reporting. Misaligned columns requiring manual intervention, or the files not provided in the CSV files create barriers for FSA to confirm that work in progress and reported as completed is accurate if not provided in their correct format each week. As I work to transition my Borrower Defense duties and specifically reporting, I am continuing to work with you so that the person (Janis Brown) this work transitions to can be successful and in turn make sure that your reporting is accurately reflected internally to FSA and externally to you during the MOHELA Status Calls. Because you have so many files outstanding and report progress each week on those files, it is very labor intensive when the files must be modified or checked for further accuracy before we process them.

We understand and appreciate that MOHELA confirms that Sweet files do take priority and we are not asking you reprioritize that decision. While we understand that it delays the progress on other files, the secondary issue is that if you are reporting progress on other files, that we understand what that progress is which I could not ascertain while looking at the submissions week over week with the huge spikes (which is good) but the data did not materialize in a way to show those big jumps to close out in-progress cases as I noted below in the screenshots of week over week submissions. That is why I questioned the accuracy and asked MOHELA to review again to confirm. You are still required to submit weekly updates, regardless of the progress made or not.

I cannot stress enough to MOHELA that I am very appreciative for the progress that you have made towards improving the reporting aligned with both the legacy CR as well as the current stated USDS requirements. We do have to continue to work towards further improvements so that this transition is successful to the new reporting team to reduce challenges in the aggregation of MOHELA's data submissions week over week.

We are prepared to discuss this e-mail thread as well as the e-mail response to the workplans, which we are actively reviewing. A meeting will be scheduled this week by Keniazh, likely for Friday. If you have any materials to share in advance or questions to be observed in advance, please send those so we can be prepared to discuss.

Colby Jennings
Supervisory Management and Program Analyst
Office of Federal Student Aid
U.S. Department of Education

Email: colby.jennings@ed.gov
Cell Phone: (202) 213-3744
Phone Number: (202) 453-5902


decorative

**From:** Craig, Tyler <TylerC@MOHELA.com>
**Sent:** Thursday, February 20, 2025 4:11 PM
**To:** Jennings, Colby <Colby.Jennings@ed.gov>; grp.FC-Contracting <grp.FC-Contracting@MOHELA.com>; Adams, Brenda <Brenda.Adams@ed.gov>; FSAVendorManagementTeam <FSAVendorManagementTeam@ed.gov>
**Cc:** grp.BDDischarges <grp.BDDischarges@mohela.com>; Bubel, Susan <Susan.Bubel2@ed.gov>; Brown, Janis <Janis.Brown@ed.gov>; Cornett, Keniazh <Keniazh.Cornett@ed.gov>; USDSCORTEAM <USDSCORTEAM@ed.gov>
**Subject:** RE: Borrower Defense Group Reporting

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Colby,

1. We are sending all files in our possession, as we have been previously requested to, regardless of if we'd made progress in the prior week or not. Today, we have 28 files with open approvals pending. As you've been made aware during our weekly discussions with FS, our workforce has always first prioritized SWEET related (exhibit C) files towards completion. This of course has delayed the forward progress of other files. Should we cease sending all open approval files to you each week unless progress was made?
    a. We also have discussed with your team during our weekly meetings the inclusions of "N/A" notations under the "all processing" complete column in each file. Certain examples would include prior discharge or transferred loans. Regardless of action taken or not, we are taking the time to review each loan in each file to determine if action is needed. Those where none is needed are reflected in our progress as "N/A".
2. This is the same situation.
3. This will be corrected immediately and reflect in next week's reporting.

We want to ensure we're on the same page, so if you would like to discuss, let me know.

Thanks,

**Tyler Craig**
Senior Manager – Loan Servicing |
633 Spirit Drive │ Chesterfield, MO 63005
Phone: 636.733.3700 ext. 4528│
Cell: 636.634.0162
tylerc@mohela.com │ mohela.com

**From:** Jennings, Colby <Colby.Jennings@ed.gov>
**Sent:** Thursday, February 20, 2025 2:23 PM
**To:** grp.FC-Contracting <grp.FC-Contracting@MOHELA.com>; Adams, Brenda <Brenda.Adams@ed.gov>; FSAVendorManagementTeam <FSAVendorManagementTeam@ed.gov>
**Cc:** grp.BDDischarges <grp.BDDischarges@mohela.com>; Bubel, Susan <Susan.Bubel2@ed.gov>; Brown, Janis <Janis.Brown@ed.gov>; Keniazh Cornett <keniazh.Cornett@ed.gov>; USDSCORTEAM <USDSCORTEAM@ed.gov>
**Subject:** RE: Borrower Defense Group Reporting

> **Caution:** This email originated from outside the organization. Please take care when clicking links or opening attachments.

Thank you. I have some additional observations from your reporting to raise to ensure that for consistency and accuracy purposes are corrected going forward:

1. Per the file provided for progress on February 10 compared to February 17 had significant disparities week over week.
    a. For example:
        i. The following files were reported as making progress; however, there was no progress at all week over week. What is the reason for the updates in the files but no progress changes from prior files? Is there an error in the accuracy of reporting?

| | Cohort Date (Date of | | Servicer | Borrowers (Number of | Loans (Number of Loans in | Borrowers Complete (Number of borrowers | Loans Complete (Number of |

| Date | Cohort) | Name | (Servcier Name) | Borrowers in Cohort - this number is static | Cohort - this number is static | complete - Cumulative) | loans complete - Cumulative) |
|---|---|---|---|---|---|---|---|
| 02/18/2025 | 12/30/2022 | Group CCI | MOHELA | 15278 | 49872 | 8270 | 27370 |
| 02/18/2025 | 12/30/2022 | Group ITT | MOHELA | 6083 | 22707 | 2985 | 16077 |
| 02/18/2025 | 05/03/2024 | 512_T1FP_AI | MOHELA | 476 | 1,876 | 9 | 17 |
| 02/18/2025 | 06/07/2024 | Group CCI | MOHELA | 18142 | 63929 | 1960 | 7212 |
| 02/18/2025 | 06/07/2024 | 500 Group ITT | MOHELA | 6345 | 27667 | 1724 | 5318 |
| Date | Cohort Date (Date of Cohort) | Name | Servicer (Servcier Name) | Borrowers (Number of Borrowers in Cohort - this number is static) | Loans (Number of Loans in Cohort - this number is static) | Borrowers Complete (Number of borrowers complete - Cumulative) | Loans Complete (Number of loans complete - Cumulative) |
| 02/10/2025 | 12/30/2022 | Group CCI | MOHELA | 15278 | 49872 | 870 | |
| 02/10/2025 | 12/30/2022 | Group ITT | MOHELA | 6083 | 22707 | 3952 | |
| 02/10/2025 | 05/03/2024 | 512_T1FP_AI | MOHELA | 476 | 1,876 | 3 | 10 |
| 02/10/2025 | 06/07/2024 | Group CCI | MOHELA | 18142 | 63929 | 157 | 405 |
| 02/10/2025 | 06/07/2024 | 500 Group ITT | MOHELA | 6345 | 27667 | 52 | 160 |

2. Westwood Two also had a huge jump from about 1200 borrowers complete to over 2400; however, when reviewing your completions you only completed 1 borrower/2 loans. Please review reporting and let us know if this reporting this week is accurate.
3. The files provided to us in many of these instances where MOHELA provided updates were not in the correct format or had the columns mis-aligned or out of order. There is also missing data (award ID or loan type) and some spreadsheets have multiple tabs where it is not clear which tab is the correct one to be reviewing.

In order for this reporting to be effective, we need to understand if there are issues with the accuracy of your reporting and to ensure that the proper format is utilized going forward. Please let us know if you have any questions after review of this e-mail and if we need to schedule a meeting to discuss further. Thank you!

Colby Jennings
Supervisory Management and Program Analyst
Office of Federal Student Aid
U.S. Department of Education

Email: colby.jennings@ed.gov
Cell Phone: (202) 213-3744
Phone Number: (202) 453-5902


decorative

**From:** grp.FC-Contracting <grp.FC-Contracting@MOHELA.com>
**Sent:** Thursday, February 20, 2025 2:21 PM
**To:** Jennings, Colby <Colby.Jennings@ed.gov>; grp.FC-Contracting <grp.FC-Contracting@MOHELA.com>; Adams, Brenda <Brenda.Adams@ed.gov>; FSAVendorManagementTeam <FSAVendorManagementTeam@ed.gov>
**Cc:** grp.BDDischarges <grp.BDDischarges@mohela.com>
**Subject:** RE: Borrower Defense Group Reporting

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Acknowledging—thx Colby

**From:** Jennings, Colby <Colby.Jennings@ed.gov>
**Sent:** Thursday, February 20, 2025 1:06 PM
**To:** grp.FC-Contracting <grp.FC-Contracting@MOHELA.com>; Adams, Brenda <Brenda.Adams@ed.gov>; FSAVendorManagementTeam <FSAVendorManagementTeam@ed.gov>
**Cc:** grp.BDDischarges <grp.BDDischarges@mohela.com>
**Subject:** RE: Borrower Defense Group Reporting

> **Caution:** This email originated from outside the organization. Please take care when clicking links or opening attachments.

Hello,

Please make sure to include DSEWReports@ed.gov on all reporting going forward and CC Janis Brown (Janis.Brown@ed.gov).

Colby Jennings
Supervisory Management and Program Analyst
Office of Federal Student Aid
U.S. Department of Education

Email: colby.jennings@ed.gov
Cell Phone: (202) 213-3744
Phone Number: (202) 453-5902


decorative

**From:** grp.FC-Contracting <grp.FC-Contracting@MOHELA.com>
**Sent:** Tuesday, February 18, 2025 6:07 PM
**To:** grp.FC-Contracting <grp.FC-Contracting@MOHELA.com>; Jennings, Colby <Colby.Jennings@ed.gov>; Adams, Brenda <Brenda.Adams@ed.gov>; FSAVendorManagementTeam <FSAVendorManagementTeam@ed.gov>

**Cc:** grp.BDDischarges <grp.BDDischarges@mohela.com>
**Subject:** Borrower Defense Group Reporting

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Good afternoon,

Please see attached our BD Reports for this week.   Summary included.

Current SEAD PW to open.

Thanks,

Tony Johnston
**MOHELA Federal Contracts**
Federal Contracts and Program Management|
Phone: 636.733.3700
Grp.fc-contracting@MOHELA.com

---

**From:** Jennings, Colby <Colby.Jennings@ed.gov>
**Sent:** Tuesday, February 11, 2025 6:59 AM
**To:** grp.FC-Contracting <grp.FC-Contracting@MOHELA.com>; Adams, Brenda <Brenda.Adams@ed.gov>; FSAVendorManagementTeam <FSAVendorManagementTeam@ed.gov>
**Cc:** grp.BDDischarges <grp.BDDischarges@mohela.com>
**Subject:** RE: Borrower Defense Group Reporting

> **Caution:** This email originated from outside the organization. Please take care when clicking links or opening attachments.

Good morning!

Thank you for the weekly updates! Can you please provide a copy of this week's status such as the prior weeks submission? This report is extremely helpful to our efforts of reviewing week over week updates and reviewing in-progress files. Attached is the copy of last week's update for reference which was included in the files.

Colby Jennings
Supervisory Management and Program Analyst
Office of Federal Student Aid
U.S. Department of Education

Email: colby.jennings@ed.gov
Cell Phone: (202) 213-3744
Phone Number: (202) 453-5902

decorative

---

**From:** grp.FC-Contracting <grp.FC-Contracting@MOHELA.com>
**Sent:** Monday, February 10, 2025 5:15 PM
**To:** grp.FC-Contracting <grp.FC-Contracting@MOHELA.com>; Jennings, Colby <Colby.Jennings@ed.gov>; Adams, Brenda <Brenda.Adams@ed.gov>; FSAVendorManagementTeam <FSAVendorManagementTeam@ed.gov>
**Cc:** grp.BDDischarges <grp.BDDischarges@mohela.com>
**Subject:** Borrower Defense Group Reporting

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Good afternoon,

Please see attached our **in-process** Borrower Defense files

*Current SEAD PW* to open.

Thank you,

Tony Johnston
**MOHELA Federal Contracts**
Federal Contracts and Program Management|
Phone: 636.733.3700
Grp.fc-contracting@MOHELA.com

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

The information in this email is confidential and may be legally privileged. If you have received this email in error please notify the sender immediately. MOHELA reserves the right to record all email sent to and from

this address and may, at its sole discretion, archive, monitor and/or review said email. MOHELA does not accept responsibility for any loss or damage arising from the use of this email or attachments. Any views or opinions expressed in this email are solely those of the author and do not necessarily represent those of MOHELA.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CONFIDENTIAL

MOHELA_000018