Noah Zinner, SBN 247581
Rebecca C. Eisenbrey (Admitted *pro hac vice*)
Rebecca C. Ellis (Admitted *pro hac vice*)
PROJECT ON PREDATORY
STUDENT LENDING
769 Centre Street
Jamaica Plain, MA 02130
Phone: (617) 390-2669
nzinner@ppsl.org

Daniel "Sparky" Abrahams, SBN 299193
JUBILEE LEGAL
300 E. Esplanade Drive, Suite 900
Oxnard, CA 93036
Phone: (805) 946-0386
sparky@jubilee.legal

Adam McNeile, SBN 280296
Malachi J. Haswell, SBN 307729
KEMNITZER, BARRON & KRIEG, LLP
1120 Mar West., Ste. C2
Tiburon, CA 94920
Phone: (415) 632-1900
adam@kbklegal.com
kai@@kbklegal.com

*Attorneys for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JAIME MALDONADO, ANNA VARELA, ALMA GARY and JEFF PLAMONDON, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30,<br><br>　　　　　Defendants. | Case No. 3:24-CV-07850-VC<br><br>Assigned to Hon. Vince Chhabria<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE** |

Defendant Higher Education Loan Authority of the State of Missouri ("MOHELA") and Plaintiffs Jaime Maldonado, Anna Varela, Alma Gary, and Jeff Plamondon ("Plaintiffs") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on July 8, 2025, this Court ordered the Parties to be prepared to discuss the schedule for motion for summary judgment briefing at their July 10, 2025, Case Management Conference, ECF No. 69;

WHEREAS, the Parties thereafter met and conferred and agreed that motions for summary judgment as to the named plaintiffs would proceed before class certification, and agreed on the following briefing schedule:

Defendant's opening brief: October 9, 2025

Plaintiffs' opening brief/opposition: October 30, 2025

Defendant's opposition/reply: November 20, 2025

Plaintiffs' reply: December 12, 2025

WHEREAS, although the Parties presented this briefing schedule to the Court at the July 10, 2025, Case Management Conference, the schedule adopted by the Court reversed the briefing order, requiring Plaintiffs to file their opening brief on October 9, 2025, and MOHELA to file its opening brief/opposition on October 30, 2025, ECF No. 73;

WHEREAS, the Parties agree it will be efficient and otherwise in the interests of justice to set the agreed-upon briefing schedule;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the Parties hereto, through their undersigned counsel, that the Court enter an order resetting the briefing schedule for the motion(s) for summary judgment as follows:

Defendant's opening brief: October 9, 2025

Plaintiffs' opening brief/opposition: October 30, 2025

Defendant's opposition/reply: November 20, 2025

1

Plaintiffs' reply: December 12, 2025

If Plaintiffs determine that they are not filing a cross motion, they will inform MOHELA before October 9, 2025, so that a mutually acceptable hearing date can be set for early December.

**IT IS SO STIPULATED.**

Date:   July 28, 2025                    By: /s/ Rebecca C. Eisenbrey
                                         Rebecca C. Eisenbrey
                                         Noah Zinner
                                         Rebecca C. Ellis
                                         PROJECT ON PREDATORY STUDENT LENDING

                                         Malachi J. Haswell
                                         Adam J. McNeile
                                         KEMNITZER, BARRON & KRIEG, LLP

                                         Daniel "Sparky" Abraham
                                         JUBILEE LEGAL

                                         *Attorneys for Plaintiffs and the Proposed Class*

Date:   July 28, 2025                    By: /s/ Shiela A.G. Armbrust
                                         Sheila A.G. Armbrust
                                         sarmbrust@sidley.com
                                         Tony Mekari
                                         tmekari@sidley.com
                                         SIDLEY AUSTIN LLP
                                         555 California Street
                                         Suite 2000
                                         San Francisco, CA 94104

                                         Amy P. Lally
                                         alally@sidley.com
                                         SIDLEY AUSTIN LLP
                                         1999 Avenue of the Stars
                                         17th Floor
                                         Los Angeles, CA 90067

                                         Anna Tutundjian
                                         atutundjian@sidley.com
                                         SIDLEY AUSTIN LLP

2

350 S Grand Avenue
Los Angeles, CA 90071

Jacquelyn Fradette
jrafette@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005

*Attorneys for Defendant Higher Education Loan Authority of the State of Missouri*

**LOCAL RULE 5-1 FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Rebecca Eisenbrey, attest that concurrence in the filing of this document has been obtained.


Dated: July 28, 2025                                     /s/ Rebecca Eisenbrey
                                                         Rebecca C. Eisenbrey

**[~~PROPOSED~~] ORDER**

Having considered the above stipulation, the Court sets the briefing schedule for the motion(s) for summary judgment as follows:

Defendant's opening brief: October 9, 2025

Plaintiffs' opening brief/opposition: October 30, 2025

Defendant's opposition/reply: November 20, 2025

Plaintiffs' reply: December 12, 2025

If Plaintiffs determine that they are not filing a cross motion, they will inform MOHELA before October 9, 2025, so that a mutually acceptable hearing date can be set for early December.

**IT IS SO ORDERED.**

Dated: July __29__, 2025

_____
Hon. Vince Chhabria
United States District Judge