Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Tony S. Mekari (SBN 347057)
tony.mekari@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9662

Anna Tutundjian (SBN 309969)
atutundjian@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Jacquelyn Fradette (*pro hac vice*)
jfradette@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8822

*Attorneys for Defendant*
*Higher Education Loan Authority of the*
*State of Missouri*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAIME MALDONADO, ANNA VARELA, ALMA GARY, and JEFF PLAMONDON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30, <br><br> Defendants. | Case No. 3:24-CV-07850 VC <br><br> Assigned to Hon. Vince Chhabria <br><br> Referred for Discovery to Hon. Peter Kang <br><br> **JOINT STATUS REPORT REGARDING DEFENDANT'S MOTION TO RETAIN CONFIDENTIALITY** <br><br> Case Removed:  November 8, 2024 <br><br> (Superior Court of California for the County of Alameda, Case No. 24CV090146) |

1  Defendant Higher Education Loan Authority of the State of Missouri ("MOHELA") and
2  Plaintiffs Jaime Maldonado, Anna Varela, Alma Gary, and Jeff Plamondon ("Plaintiffs")
3  (collectively, the "Parties"), by and through their undersigned counsel, hereby provide a joint
4  status report regarding MOHELA's motion to retain confidentiality ("Motion"), Dkt. No. 74, as
5  ordered by the Court on August 26, 2025, Dkt. No. 84.

6  The parties met and conferred via videoconference on August 29, 2025, regarding the
7  documents at issue in MOHELA's Motion. During that meeting, the Parties were able to narrow
8  the dispute as to certain documents and continue to meet and confer on the remaining documents.
9  The Parties further discussed via videoconference the documents at issue on September 3, 2025.

10  In light of continuing efforts to resolve this dispute informally, the Parties request that the
11  Court allow the Parties to continue meeting and conferring and defer any ruling until after the
12  Parties submit a further status report by September 19, 2025.

Respectfully submitted,

Date: September 5, 2025

By: */s/ Anna Tutundjian*
Anna Tutundjian (SBN 309969)
atutundjian@sidley.com
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Tony S. Mekari (SBN 347057)
tony.mekari@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9662
Facsimile: (310) 595-9501

|   |   |   |
|---|---|---|
| 1 | | Jacquelyn Fradette (pro hac vice) |
| 2 | | jfradette@sidley.com |
| | | SIDLEY AUSTIN LLP |
| 3 | | 1501 K Street, N.W. |
| | | Washington, D.C. 20005 |
| 4 | | Telephone: (202) 736-8822 |
| 5 | | *Attorneys for Defendant* |
| | | *Higher Education Loan Authority of the* |
| 6 | | *State of Missouri* |
| 7 | | |
| 8 | Date: September 5, 2025 | By: */s/ Rebecca C. Eisenbrey* |
| | | Noah Zinner, SBN 247581 |
| 9 | | Rebecca C. Eisenbrey (pro hac vice) |
| | | Rebecca C. Ellis (pro hac vice) |
| 10 | | PROJECT ON PREDATORY |
| | | STUDENT LENDING |
| 11 | | 769 Centre Street |
| | | Jamaica Plain, MA 02130 |
| 12 | | Phone: (617) 390-2669 |
| | | nzinner@ppsl.org |
| 13 | | reisenbrey@ppsl.org |
| | | REllis@ppsl.org |
| 14 | | sean@kbklegal.com |
| 15 | | Daniel "Sparky" Abrahams, SBN 299193 |
| | | JUBILEE LEGAL |
| 16 | | 300 E. Esplanade Drive, Suite 900 |
| | | Oxnard, CA 93036 |
| 17 | | Phone: (805) 946-0386 |
| | | sparky@jubilee.legal |
| 18 | | |
| 19 | | Adam McNeile, SBN 280296 |
| | | Malachi J. Haswell, SBN 307729 |
| 20 | | KEMNITZER, BARRON & KRIEG, LLP |
| | | 1120 Mar West, Ste. C2 |
| 21 | | Tiburon, CA 94920 |
| | | Phone: (415) 632-1900 |
| 22 | | adam@kbklegal.com |
| | | kai@@kbklegal.com |
| 23 | | *Attorneys for Plaintiffs and the* |
| | | *Proposed Class* |

2

JOINT STATUS REPORT REGARDING DEFENDANT'S MOTION TO MAINTAIN CONFIDENTIALITY
CASE NO. 3:24-CV-07850 VC

**LOCAL RULE 5-1 FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Anna Tutundjian, attest that concurrence in the filing of this document has been obtained.

Date: September 5, 2025                    By:   */s/ Anna Tutundjian*
                                                  Anna Tutundjian