Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Tony S. Mekari (SBN 347057)
tony.mekari@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

Anna Tutundjian (SBN 309969)
atutundjian@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9662

Jacquelyn Fradette (*pro hac vice*)
jfradette@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8822

*Attorneys for Defendant*
*Higher Education Loan Authority of the*
*State of Missouri*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAIME MALDONADO, ANNA VARELA, ALMA GARY, and JEFF PLAMONDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30,<br><br>Defendants. | Case No. 3:24-CV-07850 VC<br><br>Assigned to Hon. Vince Chhabria<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE FOR MOTION(S) FOR SUMMARY JUDGMENT**<br><br>Case Removed: November 8, 2024<br><br>(Superior Court of California for the County of Alameda, Case No. 24CV090146) |

Defendant Higher Education Loan Authority of the State of Missouri ("MOHELA") and Plaintiffs Jaime Maldonado, Anna Varela, Alma Gary, and Jeff Plamondon ("Plaintiffs") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on July 29, 2025, the Court set the briefing schedule for the Parties' anticipated motion(s) for summary judgment. Dkt. No. 80 at 6.

WHEREAS, good cause exists to modify the current briefing schedule as the Parties are scheduled to mediate on September 17, 2025; the depositions of all named plaintiffs are scheduled to take place in September 2025; and the Parties are in the process of scheduling MOHELA's deposition under Fed. R. Civ. P. 30(b)(6).

WHEREAS, it will be efficient and in the interests of justice to modify the motion for summary judgment briefing schedule to provide the Parties more time to engage in mediation and discovery efforts before briefing the anticipated motion(s) for summary judgment. This requested modification will not affect the schedule of the case as the hearing on the motion(s) for summary judgment, set for January 22, 2026, *see* Dkt. No. 73, will remain the same.

WHEREAS, the Parties have agreed to continue the motion for summary judgment briefing schedule as follows:

|  | Current Briefing Schedule | Stipulated Briefing Schedule |
|---|---|---|
| Defendant's opening brief | October 9, 2025 | November 7, 2025 |
| Plaintiffs' opening brief/opposition | October 30, 2025 | December 1, 2025 |
| Defendant's opposition/reply | November 20, 2025 | December 19, 2025 |
| Plaintiffs' reply | December 12, 2025 | January 8, 2026 |

//

//

1

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE FOR MOTION(S) FOR SUMMARY JUDGMENT
CASE NO. 3:24-CV-07850 VC

WHEREAS, this is the Parties' fourth request for a modification or extension of time. *See* Dkt. No. 9 (modifying the briefing schedule for motion to dismiss); Dkt. No. 27 (continuing the initial case management conference in light of the then-pending motion to dismiss); Dkt. No. 57 (modifying the briefing schedule for motion for judgment on the pleadings).

Based on the foregoing, and pursuant to Civil Local Rules 6-2(a) and 7-12, the undersigned Parties hereby stipulate and agree that the briefing schedule for the motion(s) for summary judgment should be revised as follows:

1. Defendant's opening brief shall be due on November 7, 2025;
2. Plaintiffs' opening brief/opposition shall be due on December 1, 2025;
3. Defendant's opposition/reply brief shall be due on December 19, 2025; and
4. Plaintiffs' reply shall be due on January 8, 2026.

**IT IS SO STIPULATED.**

Date: September 16, 2025

By: */s/ Anna Tutundjian*
Anna Tutundjian (SBN 309969)
atutundjian@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Tony S. Mekari (SBN 347057)
tony.mekari@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9662
Facsimile: (310) 595-9501

        Jacquelyn Fradette (pro hac vice)
        jfradette@sidley.com
        SIDLEY AUSTIN LLP
        1501 K Street, N.W.
        Washington, D.C. 20005
        Telephone: (202) 736-8822

*Attorneys for Defendant*
*Higher Education Loan Authority of the State of Missouri*

Date: September 16, 2025      By: */s/ Noah Zinner*
        Noah Zinner, SBN 247581
        Rebecca C. Eisenbrey (pro hac vice)
        Rebecca C. Ellis (pro hac vice)
        PROJECT ON PREDATORY STUDENT LENDING
        769 Centre Street
        Jamaica Plain, MA 02130
        Phone: (617) 390-2669
        nzinner@ppsl.org
        reisenbrey@ppsl.org
        REllis@ppsl.org
        sean@kbklegal.com

        Daniel "Sparky" Abrahams, SBN 299193
        JUBILEE LEGAL
        300 E. Esplanade Drive, Suite 900
        Oxnard, CA 93036
        Phone: (805) 946-0386
        sparky@jubilee.legal

        Adam McNeile, SBN 280296
        Malachi J. Haswell, SBN 307729
        KEMNITZER, BARRON & KRIEG, LLP
        1120 Mar West, Ste. C2
        Tiburon, CA 94920
        Phone: (415) 632-1900
        adam@kbklegal.com
        kai@@kbklegal.com

*Attorneys for Plaintiffs and the Proposed Class*

**LOCAL RULE 5-1 FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Anna Tutundjian, attest that concurrence in the filing of this document has been obtained.

Date: September 16, 2025                         By:   */s/ Anna Tutundjian*
                                                       Anna Tutundjian

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED: The briefing schedule for the Parties' motion(s) for summary judgment is modified as follows:

1. Defendant's opening brief shall be due on November 7, 2025;

2. Plaintiffs' opening brief/opposition shall be due on December 1, 2025;

3. Defendant's opposition/reply brief shall be due on December 19, 2025; and

4. Plaintiffs' reply shall be due on January 8, 2026.

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE VINCE CHHABRIA
United States District Judge