Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Tony S. Mekari (SBN 347057)
tony.mekari@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

Anna Tutundjian (SBN 309969)
atutundjian@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9662

Jacquelyn Fradette (*pro hac vice*)
jfradette@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8822

*Attorneys for Defendant*
*Higher Education Loan Authority of the*
*State of Missouri*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAIME MALDONADO, ANNA VARELA, ALMA GARY, and JEFF PLAMONDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30,<br><br>Defendants. | Case No. 3:24-CV-07850 VC<br><br>Assigned to Hon. Vince Chhabria<br><br>Referred for Discovery to Hon. Peter Kang<br><br>**FURTHER JOINT STATUS REPORT REGARDING DEFENDANT'S MOTION TO RETAIN CONFIDENTIALITY**<br><br>Case Removed:  November 8, 2024<br><br>(Superior Court of California for the County of Alameda, Case No. 24CV090146) |

1    Defendant Higher Education Loan Authority of the State of Missouri ("MOHELA") and
2 Plaintiffs Jaime Maldonado, Anna Varela, Alma Gary, and Jeff Plamondon ("Plaintiffs")
3 (collectively, the "Parties"), by and through their undersigned counsel, hereby provide a further
4 joint status report regarding MOHELA's motion to retain confidentiality ("Motion"), Dkt. No.
5 74.
6    Since the filing of the Parties' earlier joint status report, Dkt. 85, MOHELA has contacted
7 the Department of Education's Office of General Counsel and is currently in discussions
8 regarding the confidentiality treatment of the documents at issue. The Department's initial
9 guidance is that any document that is not explicitly marked as CUI but nonetheless could be
10 considered CUI (collectively, "CUI documents") should be treated confidentially in this
11 litigation. The Department's Office of General Counsel also indicated that Plaintiffs must
12 possess and implement sufficient privacy and safeguarding controls for handling CUI
13 documents.
14    Given the Department's initial response, and in light of MOHELA's regulatory and
15 contractual obligations to the Department, MOHELA is in the process of conferring with the
16 Department's Office of General Counsel and seeking additional guidance and clarification. In the
17 meantime, MOHELA can confirm that it is not withholding CUI documents or any documents
18 on the basis of confidentiality, and it has and will continue to produce such documents in this
19 case.
20    Plaintiffs remain willing to discuss MOHELA's rationale for retaining confidentiality on
21 selected documents pursuant to FRCP 26, including any rationale based on MOHELA's
22 continuing discussions with the Department, but by continuing these discussions do not waive
23 their position or right to challenge.
24    The Parties met and conferred via videoconference on September 19, 2025, regarding the
25 above. In light of the Parties' continuing efforts to resolve this dispute informally, the Parties
26 request that the Court permit further meet and confer efforts and defer any ruling until after the
27 Parties submit a further status report by October 3, 2025.
28

Respectfully submitted,

Date: September 19, 2025						By: */s/ Anna Tutundjian*
								Anna Tutundjian (SBN 309969)
								atutundjian@sidley.com
								350 South Grand Avenue
								Los Angeles, CA 90071
								Telephone: (213) 896-6000
								Facsimile: (213) 896-6600

								Sheila A.G. Armbrust (SBN 265998)
								sarmbrust@sidley.com
								Tony S. Mekari (SBN 347057)
								tony.mekari@sidley.com
								SIDLEY AUSTIN LLP
								555 California Street, Suite 2000
								San Francisco, CA 94104
								Telephone: (415) 772-1200
								Facsimile: (415) 772-7400

								Amy P. Lally (SBN 198555)
								alally@sidley.com
								SIDLEY AUSTIN LLP
								1999 Avenue of the Stars, 17th Floor
								Los Angeles, CA 90067
								Telephone: (310) 595-9662
								Facsimile: (310) 595-9501

								Jacquelyn Fradette (pro hac vice)
								jfradette@sidley.com
								SIDLEY AUSTIN LLP
								1501 K Street, N.W.
								Washington, D.C. 20005
								Telephone: (202) 736-8822

								*Attorneys for Defendant*
								*Higher Education Loan Authority of the State of Missouri*

| | |
|---|---|
| Date: September 19, 2025 | By: */s/ Malachi J. Haswell* <br> Malachi J. Haswell, SBN 307729 <br> Adam McNeile, SBN 280296 <br> KEMNITZER, BARRON & KRIEG, LLP <br> 1120 Mar West, Ste. C2 <br> Tiburon, CA 94920 <br> Phone: (415) 632-1900 <br> adam@kbklegal.com <br> kai@@kbklegal.com <br><br> Noah Zinner, SBN 247581 <br> Rebecca C. Eisenbrey (pro hac vice) <br> Rebecca C. Ellis (pro hac vice) <br> PROJECT ON PREDATORY STUDENT LENDING <br> 769 Centre Street <br> Jamaica Plain, MA 02130 <br> Phone: (617) 390-2669 <br> nzinner@ppsl.org <br> reisenbrey@ppsl.org <br> REllis@ppsl.org <br> sean@kbklegal.com <br><br> Daniel "Sparky" Abrahams, SBN 299193 <br> JUBILEE LEGAL <br> 300 E. Esplanade Drive, Suite 900 <br> Oxnard, CA 93036 <br> Phone: (805) 946-0386 <br> sparky@jubilee.legal <br><br> *Attorneys for Plaintiffs and the Proposed Class* |

**LOCAL RULE 5-1 FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Anna Tutundjian, attest that concurrence in the filing of this document has been obtained.

Date: September 19, 2025                    By:   */s/ Anna Tutundjian*
                                                          Anna Tutundjian