Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Tony S. Mekari (SBN 347057)
tony.mekari@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Anna Tutundjian (SBN 309969)
atutundjian@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9662
Facsimile: (310) 595-9501

Jacquelyn Fradette (*pro hac vice*)
jfradette@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8822

*Attorneys for Defendant*
*Higher Education Loan Authority of the*
*State of Missouri*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAIME MALDONADO, ANNA VARELA, ALMA GARY, and JEFF PLAMONDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30,<br><br>Defendants. | Case No. 3:24-CV-07850 VC<br><br>Assigned to Hon. Vince Chhabria<br><br>Referred for Discovery to Hon. Peter Kang<br><br>**FURTHER JOINT STATUS REPORT REGARDING DEFENDANT'S MOTION TO MAINTAIN CONFIDENTIALITY**<br><br>Case Removed: November 8, 2024<br><br>(Superior Court of California for the County of Alameda, Case No. 24CV090146) |

1   Defendant Higher Education Loan Authority of the State of Missouri ("MOHELA") and
2   Plaintiffs Jaime Maldonado, Anna Varela, Alma Gary, and Jeff Plamondon ("Plaintiffs")
3   (collectively, the "Parties"), by and through their undersigned counsel, hereby provide a further
4   joint status report regarding MOHELA's motion to maintain confidentiality ("Motion"), Dkt. No.
5   74.
6   Since the filing of the Parties' previous joint status report, Dkt. 89, the Department of
7   Education (the "Department"), though its Office of General Counsel, has provided MOHELA
8   further guidance as to its position regarding the production of documents and information
9   constituting Controlled Unclassified Information ("CUI") in this action.
10   The Department has insisted that any such documents and information be handled and
11   safeguarded in accordance with the requirements set forth in 32 C.F.R. part 2002. The Department
12   additionally requires that such information should not be shared with any person or entity that is not
13   willing or able to comply with the security requirements prescribed in 32 C.F.R. part 2002. The
14   Department further insisted that such information should not be redisclosed to other parties without
15   the Department's knowledge or consent.
16   In light of MOHELA's regulatory and contractual obligations to the Department, MOHELA
17   continues to confer with the Department's Office of General Counsel to seek additional guidance
18   and clarification. Additionally, there exists the possibility that the Department will file a declaration
19   for purposes of this motion regarding the handling and safeguarding of CUI. In the meantime,
20   MOHELA can confirm that it is not withholding CUI documents or any documents on the basis of
21   confidentiality, and it has and will continue to produce such documents in this case.
22   Plaintiffs remain willing to discuss MOHELA's rationale for maintaining confidentiality on
23   selected documents pursuant to FRCP 26, including any rationale based on MOHELA's continuing
24   discussions with the Department, but by continuing these discussions do not waive their position or
25   right to challenge.
26   The Parties met and conferred via videoconference on October 2, 2025, regarding the above.
27   In light of the Parties' continuing efforts to resolve this dispute informally, the Parties request that
28

the Court permit further meet and confer efforts and defer any ruling until after the Parties submit a further status report by October 22, 2025.

Respectfully submitted,

Date: October 3, 2025

By: */s/ Anna Tutundjian*
Anna Tutundjian (SBN 309969)
atutundjian@sidley.com
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Tony S. Mekari (SBN 347057)
tony.mekari@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9662
Facsimile: (310) 595-9501

Jacquelyn Fradette (pro hac vice)
jfradette@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8822

*Attorneys for Defendant
Higher Education Loan Authority of the
State of Missouri*

| | |
|---|---|
| Date: October 3, 2025 | By: */s/ Rebecca C. Eisenbrey* <br> Malachi J. Haswell (SBN 307729) <br> Adam McNeile (SBN 280296) <br> KEMNITZER, BARRON & KRIEG, LLP <br> 1120 Mar West, Suite C2 <br> Tiburon, CA 94920 <br> Telephone: (415) 632-1900 <br> adam@kbklegal.com <br> kai@@kbklegal.com <br><br> Noah Zinner (SBN 247581) <br> Rebecca C. Eisenbrey (pro hac vice) <br> Rebecca C. Ellis (pro hac vice) <br> PROJECT ON PREDATORY <br> STUDENT LENDING <br> 769 Centre Street <br> Jamaica Plain, MA 02130 <br> Telephone: (617) 390-2669 <br> nzinner@ppsl.org <br> reisenbrey@ppsl.org <br> REllis@ppsl.org <br> sean@kbklegal.com <br><br> Daniel "Sparky" Abrahams (SBN 299193) <br> JUBILEE LEGAL <br> 300 E. Esplanade Drive, Suite 900 <br> Oxnard, CA 93036 <br> Telephone: (805) 946-0386 <br> sparky@jubilee.legal <br><br> *Attorneys for Plaintiffs and the Proposed Class* |

**LOCAL RULE 5-1 FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Anna Tutundjian, attest that concurrence in the filing of this document has been obtained.

Date: October 3, 2025          By:   */s/ Anna Tutundjian*
                                     Anna Tutundjian