| | |
|---|---|
| Sheila A.G. Armbrust (SBN 265998) | Amy P. Lally (SBN 198555) |
| sarmbrust@sidley.com | alally@sidley.com |
| Tony S. Mekari (SBN 347057) | SIDLEY AUSTIN LLP |
| tony.mekari@sidley.com | 1999 Avenue of the Stars, 17th Floor |
| SIDLEY AUSTIN LLP | Los Angeles, CA 90067 |
| 555 California Street, Suite 2000 | Telephone: (310) 595-9662 |
| San Francisco, CA 94104 | |
| Telephone: (415) 772-1200 | |
| | |
| Anna Tutundjian (SBN 309969) | Jacquelyn Fradette (*pro hac vice*) |
| atutundjian@sidley.com | jfradette@sidley.com |
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| 350 South Grand Avenue | 1501 K Street, N.W. |
| Los Angeles, CA 90071 | Washington, D.C. 20005 |
| Telephone: (213) 896-6000 | Telephone: (202) 736-8822 |
| Facsimile: (213) 896-6600 | |

*Attorneys for Defendant*
*Higher Education Loan Authority of the*
*State of Missouri*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAIME MALDONADO, ANNA VARELA, ALMA GARY, and JEFF PLAMONDON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30, <br><br> Defendants. | Case No. 3:24-CV-07850 VC <br><br> Assigned to Hon. Vince Chhabria <br><br> Referred for Discovery to Hon. Peter Kang <br><br> **FURTHER JOINT STATUS REPORT REGARDING DEFENDANT'S MOTION TO MAINTAIN CONFIDENTIALITY** <br><br> Case Removed: November 8, 2024 <br><br> (Superior Court of California for the County of Alameda, Case No. 24CV090146) |

Defendant Higher Education Loan Authority of the State of Missouri ("MOHELA") and Plaintiffs Jaime Maldonado, Anna Varela, Alma Gary, and Jeff Plamondon ("Plaintiffs") (collectively, the "Parties"), by and through their undersigned counsel, hereby provide a further joint status report regarding MOHELA's motion to maintain confidentiality ("Motion"), Dkt. No. 74.

**MOHELA's Statement:**

As described in the Parties' previous joint status reports, the Department of Education (the "Department"), through its Office of General Counsel, insists that any documents and information produced in this action that may constitute Controlled Unclassified Information ("CUI") be handled and safeguarded in accordance with the requirements set forth in 32 C.F.R. part 2002. The Department additionally requires that such information should not be shared with any person or entity that is not willing or able to comply with the security requirements prescribed in 32 C.F.R. part 2002. The Department further insists that such information should not be redisclosed to other parties without the Department's knowledge or consent.

"The CUI Program standardizes the way the executive branch handles information that requires protection under laws, regulations, or Government-wide policies[.]" 34 C.F.R. § 2002.1(b). "All unclassified information throughout the executive branch that requires any safeguarding or dissemination control is CUI. Law, regulation (to include this part), or Government-wide policy must require or permit such controls." *Id.* § 2002.1(c). The Department's input is necessary to determine whether material is CUI. *See id.* §§ 2002.20(a)(4), 2002.20(a)(7), 2002.50. Under MOHELA's contractual and regulatory obligations, it lacks the authority to disclose CUI non-confidentially, especially in light of the Department's recent instructions that MOHELA and recipients of documents produced in this action be handled and safeguarded pursuant to 32 C.F.R. part 2002. Under the lower burden of "good cause" applicable here, the challenged documents should remain confidential.

MOHELA continues to seek additional guidance and clarification from the Department's Office of General Counsel in light of MOHELA's regulatory and contractual obligations to the Department. MOHELA has communicated with the Department on this topic and there exists the

possibility that the Department will file a declaration for purposes of this motion regarding the handling and safeguarding of CUI. However, the ongoing government shutdown has stalled those efforts. Once the shutdown concludes, MOHELA intends to obtain a declaration from the Department's Office of General Counsel and continue to seek further guidance and clarification.

In the meantime, MOHELA confirms that it is not withholding CUI documents or any documents on the basis of confidentiality, and it has and will continue to produce such documents in this case. Moreover, Plaintiffs have still not articulated any valid reason to assert their confidentiality challenge at this juncture, disconnected from any imminent motion practice reliant on the challenged documents. Accordingly, Plaintiffs are not prejudiced by the continued confidential status of the challenged documents.

MOHELA requests that the Court permit further meet and confer efforts and defer any ruling until after the Parties submit a further status report by November 12, 2025.

**Plaintiffs' Statement:**

Plaintiffs have remained willing to discuss MOHELA's rationale for maintaining confidentiality on selected documents pursuant to Federal Rule of Civil Procedure 26, but as no further rationale has been provided during the meet and confer process, Plaintiffs do not believe that additional delay is warranted. As Plaintiffs argued in their Response in Opposition to MOHELA's Motion to Maintain Confidentiality, MOHELA has neither established that any of the challenged documents is actually CUI nor provided any other basis for maintaining the challenged documents' confidentiality under the Protective Order or Rule 26. *See generally* ECF No. 77. That has not changed. Even if the Department were planning to file a declaration in this case, a statement that MOHELA is required to handle CUI in accordance with the requirements set forth in 32 C.F.R. part 2002 would not support MOHELA's argument on either point.

Plaintiffs ask the Court to rule on MOHELA's motion. Plaintiffs will file the challenged documents under seal at the Court's request.

//

//

Respectfully submitted,

Date: October 22, 2025

By: */s/ Jacquelyn Fradette*
Jacquelyn Fradette (*pro hac vice*)
jfradette@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8822

Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Tony S. Mekari (SBN 347057)
tony.mekari@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9662
Facsimile: (310) 595-9501

Anna Tutundjian (SBN 309969)
atutundjian@sidley.com
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendant*
*Higher Education Loan Authority of the State of Missouri*

Date: October 22, 2025				By: */s/ Rebecca C. Eisenbrey*
						Malachi J. Haswell, SBN 307729
						Adam McNeile, SBN 280296
						KEMNITZER, BARRON & KRIEG, LLP
						1120 Mar West, Ste. C2
						Tiburon, CA 94920
						Phone: (415) 632-1900
						adam@kbklegal.com
						kai@@kbklegal.com

						Noah Zinner, SBN 247581
						Rebecca C. Eisenbrey (pro hac vice)
						Rebecca C. Ellis (pro hac vice)
						PROJECT ON PREDATORY
						STUDENT LENDING
						769 Centre Street
						Jamaica Plain, MA 02130
						Phone: (617) 390-2669
						nzinner@ppsl.org
						reisenbrey@ppsl.org
						REllis@ppsl.org
						sean@kbklegal.com

						Daniel "Sparky" Abrahams, SBN 299193
						JUBILEE LEGAL
						300 E. Esplanade Drive, Suite 900
						Oxnard, CA 93036
						Phone: (805) 946-0386
						sparky@jubilee.legal

						*Attorneys for Plaintiffs and the*
						*Proposed Class*

**LOCAL RULE 5-1 FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Jacquelyn Fradette, attest that concurrence in the filing of this document has been obtained.

Date: October 22, 2025                              By:      */s/ Jacquelyn Fradette*
                                                                    Jacquelyn Fradette

---

5

FURTHER JOINT STATUS REPORT REGARDING DEFENDANT'S
MOTION TO MAINTAIN CONFIDENTIALITY, CASE NO. 3:24-CV-07850 VC