Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Tony S. Mekari (SBN 347057)
tony.mekari@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9662

Anna Tutundjian (SBN 309969)
atutundjian@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000

Jacquelyn Fradette (*pro hac vice*)
jfradette@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8822

*Attorneys for Defendant
Higher Education Loan Authority of the
State of Missouri*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAIME MALDONADO, ANNA VARELA, ALMA GARY and JEFF PLAMONDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30,<br><br>Defendants. | Case No. 3:24-CV-07850 VC<br><br>Assigned to Hon. Vince Chhabria<br><br>**DECLARATION OF LAQUAN ANTHONY IN SUPPORT OF DEFENDANT HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: January 22, 2026<br>Time: 10:00 a.m.<br>Location: Courtroom 4, 17th Floor<br><br>Case Removed: November 8, 2024<br><br>(Superior Court of California for the County of Alameda, Case No. 24CV090146) |

# DECLARATION OF LAQUAN ANTHONY

I, LaQuan Anthony, declare the following:

1. I am the Loan Servicing Manager at the Higher Education Loan Authority of the State of Missouri ("MOHELA"). I have served as Loan Servicing Manager since August 7, 2023. In this capacity, I am involved in the process of discharging federal student loans that the Department of Education, including the Office of Federal Student Aid (the "Department"), has directed MOHELA to discharge under the procedure known as Borrower Defense Group Discharge.

2. I make this declaration based on my personal knowledge, investigation, and belief, unless otherwise indicated. The matters set forth herein are true and correct to the best of my knowledge and, if called as a witness, I could testify competently thereto.

3. MOHELA received from the Department lists of loans to discharge under Borrower Defense Group Discharge as an attachment to an email and via the Student Aid Internet Gateway ("SAIG"), including via Box.com.

4. On the following dates, MOHELA received lists of loans to be discharged under Borrower Defense Group Discharge from the Department for borrowers who are currently California residents and who attended one of the institutions identified in the complaint filed in this action (the "Group Discharge Files"):

   a) December 30, 2022
   b) January 27, 2023
   c) March 29, 2023
   d) April 18, 2023
   e) August 23, 2023
   f) May 3, 2024
   g) June 7, 2024
   h) June 11, 2024
   i) January 14, 2025
   j) January 16, 2025

5. Attached hereto as Exhibit ZZ is a true and correct copy of email communications MOHELA received in the ordinary course and scope of business from the Department on January 24, 2023 and January 26, 2023.

//

6. MOHELA has not received any Group Discharge Files from the Department since January 16, 2025.

7. I reviewed the Group Discharge Files for federal student loans borrowed by Plaintiffs Jaime Maldonado, Anna Varela, Jeff Plamondon, and Alma Gary based on their social security numbers and also loan award IDs.

8. Certain of Plaintiff Maldonado's federal student loans are listed in the Group Discharge Files dated December 30, 2022, and January 27, 2023. Certain of Plaintiff Maldonado's loans are also listed in the Group Discharge Files dated June 7, 2024. MOHELA discharged Plaintiff Maldonado's federal student loans as of October 24, 2024.

9. Certain of Plaintiff Varela's federal student loans are listed in the Group Discharge Files dated April 18, 2023, and June 11, 2024. MOHELA discharged Plaintiff Varela's federal student loans as of September 10, 2024.

10. Plaintiffs Plamondon's and Gary's federal student loans are not included in any of the Group Discharge Files.

I hereby declare under penalty of perjury of the laws of the United States that the foregoing statements are true and correct.

Executed on this 7th day of November 2025, in Mechanicsburg, Pennsylvania.

By: *LaQuan Anthony* (Signed by: A5B6926D3FB94E5...)
LaQuan Anthony