# EXHIBIT ZZ

## RE: Group Files error

| | |
|---|---|
| **From:** | "Illes, Michael" <michael.illes@ed.gov> |
| **To:** | "Hadley, John" <jhadley@glhec.org>; "Brown, Jamie" <jbrown2@glhec.org>; "O'Daniel, Tonya" <to'daniel@glhec.org>; "Werner, Allen" <awerner@glhec.org>; Amy.Goheen <amy.goheen@nelnet.net>; Matt.Stover <matt.stover@nelnet.net>; z-nelnetborrowerdefense@nelnet.net; "borrowerdefense@osla.org" <borrowerdefense@osla.org>; Analysts-Compliance <analysts-compliance@edfinancial.com>; Anthony Hussein/MAXIMUS <anthonyhussein@maximus.com>; Douglas C Seeley/MAXIMUS <douglascseeley@maximus.com>; grp.bddischarges@mohela.com; Karen M Smith/MAXIMUS <karenmsmith@maximus.com>; heathermcmanus@maximus.com; lindagramlich@maximus.com; michellemarsh@maximus.com; theresaelms@maximus.com; karenknoche@maximus.com; aher@glhec.org; borrowerdefense@edfinancial.com |
| **Cc:** | FSAVendorManagementTeam <fsavendormanagementteam@ed.gov>; "Garry, Michael" <michael.garry@ed.gov>; "Phillips, Debra" <debra.phillips@ed.gov>; "Cox, Brenda" <brenda.cox@ed.gov> |
| **Date:** | Thu, 26 Jan 2023 21:49:54 +0000 |

Hi,
The updated group files were sent to SAIG today. Hopefully, these will be sent by SAIG to all servicers tomorrow. Only files that were affected are being resent, ie. no T1DL files.
In addition, during our sorting process we discovered the need for a new discharge type for ED held FFEL consolidation loans (EDCL) as they are a combination of both T1FP and SPC3 and do not fit succinctly into either. If you come across any EDCL please hold off processing them. We will provide the files as a separate cohort with instructions at a later date.
Thank you very much,
Michael Illes
Lead Loan Analyst
Student Experience and Aid Delivery
michael.illes@ed.gov

Federal Student Aid

---

**From:** Illes, Michael
**Sent:** Tuesday, January 24, 2023 7:58 AM
**To:** 'Hadley, John' ; 'Brown, Jamie' ; 'O'Daniel, Tonya' ; 'Werner, Allen' ; Amy.Goheen ; Matt.Stover ; 'z-NelnetBorrowerDefense@nelnet.net' ; 'borrowerdefense@osla.org' ; Analysts-Compliance ; 'Anthony Hussein/MAXIMUS' ; 'Douglas C Seeley/MAXIMUS' ; 'grp.BDDischarges@mohela.com'; 'Karen M Smith/MAXIMUS' ; 'HeatherMcManus@maximus.com'; 'LindaGramlich@Maximus.com'; 'MichelleMarsh@Maximus.com' ; 'TheresaElms@Maximus.com' ; 'KarenKnoche@Maximus.com'; 'aher@glhec.org' ; 'borrowerdefense@edfinancial.com'
**Cc:** FSAVendorManagementTeam ; Garry, Michael ; Phillips, Debra ; Cox, Brenda
**Subject:** Group Files error
**Importance:** High

Servicer BD teams,
There was an error in sorting the SPC3 and T1FP group files that were sent in late December/early January. The T1FP files sent to consolidation servicers contained ED held underlying loans (GA code 500-583) that are SPC3 discharges and were supposed to be sent to underlying servicers. Any ED held underlying loans should not be processed as T1FP discharges but instead rejected. FSA is in the process of resorting the files and will be resending soon.
Please let us know if you have any questions.
Thanks,
Michael Illes
Lead Loan Analyst
Student Experience and Aid Delivery
michael.illes@ed.gov

Federal Student Aid