| | |
|---|---|
| Sheila A.G. Armbrust (SBN 265998)<br>sarmbrust@sidley.com<br>Tony S. Mekari (SBN 347057)<br>tony.mekari@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200 | Amy P. Lally (SBN 198555)<br>alally@sidley.com<br>SIDLEY AUSTIN LLP<br>1999 Avenue of the Stars, 17th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 595-9662 |
| Anna Tutundjian (SBN 309969)<br>atutundjian@sidley.com<br>SIDLEY AUSTIN LLP<br>350 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 896-6000 | Jacquelyn Fradette (*pro hac vice*)<br>jfradette@sidley.com<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 736-8822 |

*Attorneys for Defendant Higher Education Loan Authority of the State of Missouri*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAIME MALDONADO, ANNA VARELA, ALMA GARY, and JEFF PLAMONDON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30,<br>    Defendants. | Case No. 3:24-CV-07850-VC<br>Assigned to Hon. Vince Chhabria<br>Referred for Discovery to Hon. Peter Kang<br><br>**DECLARATION OF SHEILA A.G. ARMBRUST IN SUPPORT OF DEFENDANT HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: January 22, 2026<br>Time: 10:00 a.m.<br>Location: Courtroom 4, 17th Floor<br><br>Case Removed: November 8, 2024<br>(Superior Court of California for the County of Alameda, Case No. 24CV090146) |

**DECLARATION OF SHEILA A.G. ARMBRUST**

I, Sheila A.G. Armbrust, declare as follows:

1. I am an attorney licensed to practice law in the State of California and in this Court. I am a partner with the law firm of Sidley Austin LLP, counsel of record for Defendant Higher Education Loan Authority of the State of Missouri ("MOHELA") in this action. The facts stated herein are true and correct based upon my personal knowledge and, if called as a witness to testify, I could and would competently testify thereto.

2. Attached as exhibits to this declaration are true and correct copies of the following documents:

**Exhibit A**: A document produced by Plaintiffs Jaime Maldonado, Anna Varela, Alma Gary, and Jeff Plamondon (collectively, "Plaintiffs") in this action, Bates numbered PLS000101.

**Exhibits B through E**: Four screenshots taken on October 29, 2025, from the website of the Department of Education's Office of Federal Student Aid, https://studentaid.gov/announcements-events/borrower-defense-update.

**Exhibit F**: A document produced by Plaintiffs in this action, Bates numbered PLS001126.

**Exhibit G**: A document produced by Plaintiffs in this action, Bates numbered PLS001755.

**Exhibit H**: A document produced by Plaintiffs in this action, Bates numbered PLS004534.

**Exhibit I**: A document produced by Plaintiffs in this action, Bates numbered PLS004540.

**Exhibit J**: A document produced by Plaintiffs in this action, Bates numbered PLS001516.

**Exhibit K**: A document produced by Plaintiffs in this action, Bates numbered PLS004713.

**Exhibit L:** A document produced by MOHELA in this action, Bates numbered MOHELA_001687.

**Exhibit M:** A document produced by MOHELA in this action, Bates numbered MOHELA_002634.

**Exhibit N**: A document produced by Plaintiffs in this action, Bates numbered PLS004911.

**Exhibit O**: Excerpts from the deposition of Anna Varela, taken on September 24, 2025.

**Exhibit P**: Excerpts from the deposition of Alma Gary, taken on September 22, 2025.

//

1

DECLARATION OF SHEILA A.G. ARMBRUST IN SUPPORT OF DEFENDANT'S
MOTION FOR PARTIAL SUMMARY JUDGMENT, CASE NO. 3:24-CV-07850-VC

**Exhibit Q**: Excerpts of a document produced by MOHELA in this action, Bates numbered MOHELA_000074.

**Exhibit R**: Excerpts of a document produced by MOHELA in this action, Bates numbered MOHELA_000225.

**Exhibit S**: A document produced by MOHELA in this action, Bates numbered MOHELA_000007.

**Exhibit T**: Excerpts from the deposition of Jeff Plamondon, taken on September 23, 2025.

**Exhibit U**: A document produced by Plaintiffs in this action, Bates numbered PLS000529.

**Exhibit V**: An excerpt of the first row of a document produced in this action, Bates numbered MOHELA_003755.

**Exhibit W**: Excerpts from the deposition of Jaime Maldonado, taken on September 18, 2025.

**Exhibit X**: A document produced by Plaintiffs in this action, Bates numbered PLS004693.

**Exhibit Y**: A document produced by MOHELA in this action, Bates numbered MOHELA_001738.

**Exhibit Z**: A document produced by MOHELA in this action, Bates numbered MOHELA_001605.

**Exhibit AA**: A document produced by Plaintiffs in this action, Bates numbered PLS000404.

**Exhibit BB**: A document produced by Plaintiffs in this action, Bates numbered PLS000124.

**Exhibit CC**: A document produced by Plaintiffs in this action, Bates numbered PLS000007.

**Exhibit DD**: A document produced by MOHELA in this action, Bates numbered MOHELA_002454.

**Exhibit EE**: A document produced by MOHELA in this action, Bates numbered MOHELA_001613.

**Exhibit FF**: A document produced by MOHELA in this action, Bates numbered MOHELA_001686.

**Exhibit GG**: A document produced by MOHELA in this action, Bates numbered MOHELA_001231.

**Exhibit HH**: A document produced by MOHELA in this action, Bates numbered MOHELA_001235.

**Exhibit II**: A document produced by MOHELA in this action, Bates numbered MOHELA_001352.

**Exhibit JJ**: A document produced by MOHELA in this action, Bates numbered MOHELA_002483.

**Exhibit KK**: A document produced my MOHELA in this action, Bates numbered MOHELA_001377

3. The "Group Discharge Files" identified in the Declaration of LaQuan Anthony in Support of MOHELA's Partial Motion for Summary Judgment ("Anthony Decl.") at ¶ 4, with the exception of (a) and (e), were produced by MOHELA in this action on September 4, 2025, redacted such that only the last four digits of borrowers' social security numbers remained visible, and filtered such that they contained only current California residents. The "Group Discharge Files" that were produced in this action on September 4, 2025, are Bates numbered as follows:

(b) MOHELA_003725

(c) MOHELA_003726

(d) MOHELA_003727

(f) MOHELA_003747

(g) MOHELA_003750, MOHELA_003755

(h) MOHELA_003753, MOHELA_003759

(i) MOHELA_003720

(j) MOHELA_003724

4. An excerpt of all current California residents who are included in the "Group Discharge File" identified in the Anthony Decl. at ¶ 4(e) was produced by MOHELA in this action on November 7, 2025, redacted such that only the last four digits of borrowers' social security numbers remained visible, Bates numbered as MOHELA_007948.

1   I declare under penalty of perjury under the laws of the United States that the above is true
2   and accurate. Executed on the 7th day of November 2025, in San Francisco, California.

By: */s/ Sheila A.G. Armbrust*
Sheila A.G. Armbrust