# EXHIBIT B

## Corinthian Group Discharge

### ED Approves Group Discharge for All Corinthian Colleges Students

June 2, 2022

ED approved a group discharge for all students with federal student loans who attended a school owned or operated by Corinthian Colleges, Inc. (CCI) from its founding in 1995 to its closure in April 2015. Federal student loan borrowers who attended CCI between 1995 and 2015 will receive discharges of their federal student loans, whether or not they submitted an application for borrower defense. Approximately 560,000 borrowers will receive 100% discharges of their federal student loans, resulting in approximately $5.8 billion in discharges. **Eligible borrowers will have their CCI loans discharged without needing to take any additional action.**

This group discharge follows previous findings that supported the approval of more than 100,000 individual borrower defense applications for CCI borrowers to date. In 2015 and 2016, ED found that CCI misrepresented

- the employment prospects of its graduates,
- its job placement rates, and
- the transferability of its credits.

**If this finding affects you and/or your borrower defense claim, ED will notify you by email of your loan discharge.**

- [Read the CCI group discharge executive summary.](#)*

*ED strives to make all content accessible to everyone. While this document does not currently meet the standards of Section 508 of the Rehabilitation Act of 1973, as amended, we are working to create accessible versions. For immediate assistance on receiving a 508-compliant document, please send us a written request, including title of document, date of request, and your email address, to:

Federal Student Aid Information Center
P.O. Box 84
Washington, D.C. 20044