# EXHIBIT C

## ITT, Kaplan Group Discharges

### ED Approves Group Discharge for ITT Technical Institute Borrowers and for Certain Kaplan Career Institute Borrowers

Aug. 16, 2022

ED announced that it will discharge all remaining federal student loans that borrowers received to attend ITT Technical Institute (ITT) from Jan. 1, 2005, through its closure in September 2016. This will provide discharges to all federal student loan borrowers who attended ITT during that period, including borrowers who have not yet applied for borrower defense. Approximately 208,000 borrowers will receive discharges of their federal student loans, resulting in nearly $3.9 billion in discharges. **Eligible borrowers will have their ITT loans discharged without needing to take any additional action.**

This group discharge builds on ED's previous findings that ITT:

- engaged in widespread and pervasive misrepresentations that falsely guaranteed borrowers would obtain jobs,
- lied to students about their ability to transfer credits, and
- lied to students who sought an associate degree in nursing about obtaining programmatic accreditation.

Combined, these findings have resulted in the approval of $660 million in borrower defense claims for approximately 23,000 ITT students.

ED also announced that it will grant borrower defense discharges for approximately 100 borrowers who attended Kaplan Career Institute's Kenmore Square Campus in Boston, MA, and were enrolled in the Medical Assistant or Medical Billing & Coding Program between July 1, 2011, and Feb. 16, 2012. **Affected borrowers will have their eligible Kaplan loans discharged without needing to take any additional action.**

**If these findings affect you and/or your borrower defense claim, ED will notify you by email of your loan discharge.**

- [Read the ITT group discharge executive summary.](#)*

In its announcement, ED noted that it formally initiated a collection proceeding against DeVry University (DeVry), requiring DeVry to pay millions of dollars for previously approved borrower defense applications.

*ED strives to make all content accessible to everyone. While this document does not currently meet the standards of Section 508 of the Rehabilitation Act of 1973, as amended, we are working to create an accessible version. For immediate assistance on receiving a 508-compliant document, please send us a written request, including title of document, date of request, and your email address, to:*

Federal Student Aid Information Center
P.O. Box 84
Washington, D.C. 20044