# EXHIBIT D

# Westwood College Group Discharge

## ED Approves Group Discharge for Westwood College Borrowers

Aug. 30, 2022

The U.S. Department of Education (ED) announced that it will discharge all remaining federal student loans for borrowers who enrolled in any Westwood College (Westwood) location between Jan. 1, 2002, and Nov. 17, 2015, when it stopped enrolling new students. This announcement includes borrowers who haven't yet applied for a borrower defense to repayment (borrower defense) discharge. Approximately 79,000 borrowers will receive discharges of their federal student loans, resulting in nearly $1.5 billion in discharges. **Eligible borrowers will have their Westwood loans discharged without needing to take any additional action.**

This group discharge builds on ED's previous findings about Westwood's wrongdoing:

- From Jan. 1, 2002, to Nov. 17, 2015, Westwood misrepresented its graduates' employment prospects, including by making misleading guarantees that graduates would obtain employment in their fields of study and by giving assurances of unrealistic post-graduation salaries.

- From May 1, 2004, to Nov. 17, 2015, Westwood made widespread misrepresentations to students that its criminal justice program would lead to careers as police officers in Illinois.

- From Jan. 1, 2002, to Nov. 17, 2015, Westwood exaggerated the transferability of its credits while knowing its credits would rarely transfer.

**If these findings affect you and/or your borrower defense claim, ED will notify you by email of your loan discharge.**

- [Read the Westwood group discharge executive summary](#).*

*ED strives to make all content accessible to everyone. While this document does not currently meet the standards of Section 508 of the Rehabilitation Act of 1973, as amended, we are working to create accessible versions. For immediate assistance on receiving a 508-compliant document, please send us a written request, including title of document, date of request, and your email address, to:*

Federal Student Aid Information Center
P.O. Box 84
Washington, D.C. 20044