# EXHIBIT E

# The Art Institutes Discharge

**ED Approves Group Discharge for Nearly 317,000 The Art Institutes Borrowers, Who Will Receive Over $6.1 Billion in Student Loan Discharges**

May 1, 2024

The U.S. Department of Education (ED) announced that borrowers who enrolled at The Art Institutes between Jan. 1, 2004, and Oct. 16, 2017, will receive 100% discharges of their eligible federal student loans. Nearly 317,000 borrowers will have more than $6.1 billion in loans discharged automatically.

This group discharge will provide relief to borrowers harmed by The Art Institutes' actions, including borrowers who have not yet applied for borrower defense. **Borrowers do not need to take any action to receive their discharge.**

**Borrowers affected by this group discharge will begin receiving notifications from ED today.**

**Borrowers approved for a discharge will have their loans remain in forbearance/stopped collections and do not need to resume making payments while ED processes the discharge.** When their discharges are processed, borrowers will see any remaining loan balances adjusted and credit trade lines deleted. Any payments they made to ED on their related federal student loans will also be refunded. Processing these discharges, refunds, and credit trade line deletions will take some time—especially for borrowers who have consolidated multiple times, had their loans serviced by multiple servicers, or have their loans serviced by servicers who are now out of business—but borrowers who receive a notice will receive these benefits.

This group discharge is based on ED's findings that The Art Institutes made widespread and pervasive substantial misrepresentations that borrowers relied on to their detriment. As discussed in more detail in the executive summary, The Art Institutes' misrepresentations related to graduate employment rates, graduate salaries, the school's ability to connect students to employers, and the provision of ongoing career services after graduation.

ED's findings are based on its independent review of evidence from the attorneys general offices of Pennsylvania, Massachusetts, and Iowa, and of other evidence in ED's possession.

**If these findings affect you and/or your borrower defense claim, ED will notify you by email of your loan discharge.**

- [Read the executive summary for The Art Institutes group discharge.](#)*

*ED strives to make all content accessible to everyone. While this document does not currently meet the standards of Section 508 of the Rehabilitation Act of 1973, as amended, we are working to create accessible versions. For immediate assistance on receiving a 508-compliant document, please send us a written request, including title of document, date of request, and your email address, to:*

Federal Student Aid Information Center
P.O. Box 84
Washington, D.C. 20044