# EXHIBIT F

Click here to view this email as a web page.



November 17, 2022

Dear Jaime Maldonado:

Subject: Student Loan Discharge Based on Borrower Defense Evidence

The Department of Education ("Department") has determined that **the loan(s) you received to attend a school owned and operated by Corinthian Colleges Inc. are eligible for full loan discharge.** This means the remaining balance on the loan(s) will be forgiven. **You do not have to make any more payments on the loan(s).**

Your loan(s) will be discharged as part of a Department action ("Group Discharge") to discharge all outstanding loans for attendance at Corinthian Colleges Inc. after finding that it engaged in widespread misconduct that violated state consumer protection laws and/or made widespread substantial misrepresentations about its educational programs, both of which are grounds for borrower defense to repayment under the borrower defense regulations (34 C.F.R. § 685.206 and/or § 685.222). The Department is discharging your loans without requiring you to file an application because of the pervasive and widespread nature of the school's conduct.

You also may receive a refund for prior payments made to the Department on your discharged loan(s) related to Corinthian Colleges Inc. Your servicer will let you know if you are eligible for a payment refund, which would be mailed to you. Please check your online account with your loan servicer to ensure your address is correct so you can receive any refund. **Otherwise, you do not have to take any further action to receive your discharge.** Your credit report will also be updated to reflect this discharge when it is complete.

If you do not wish to accept this discharge, please contact your servicer within 30 days of receiving this letter.

It will take the Department some time to process your discharge. Until the Department completes its work, your eligible loan(s) from Corinthian Colleges Inc. will remain paused in forbearance/stopped collections, and we will not ask you to resume making payments. If your loan(s) are in default, we will not attempt to collect on the loan(s) being discharged. If you have other loans not covered by this group discharge, you will enter repayment and/or collections when the national pause on student loan repayment and collections ends.

If you have questions about this notice, please call our borrower defense hotline at 1-855-279-6207 from 8:00-8:00 ET on Monday-Friday or from 11:00-5:00 ET on Saturday or Sunday.

Sincerely,

*Richard Cordray*

Richard Cordray
Chief Operating Officer
Federal Student Aid

Federal**Student**Aid
An OFFICE *of the* U.S. DEPARTMENT *of* EDUCATION

830 First Street, NE, Washington, D.C. 20002
StudentAid.gov/borrower-defense