# EXHIBIT L

```
!�-L锟斤拷���NOOP-REGION:KM
!�-L锟斤拷���NOOP-DOCID:VCRP
!�-L锟斤拷���NOOP-SSN:    5449
!�-L锟斤拷���NOOP-LOANSEQ:0001
!�-L锟斤拷���NOOP-LAST:GARY
!�-L锟斤拷���NOOP-FIRST:ALMA
                                              CREDIT BUREAU HISTORY
RUN DATE: 07/03/24 11:14:12
0  BORROWER SSN:      5449                            BORROWER NAME: ALMA P GARY
   LOAN PROGRAM: DLUCNS         GUARANTY DATE: 07/27/2016       FIRST DISB: 07/27/16          CL
ID:
   CURRENT OWNER: 898500   - DEPARTMENT OF EDUCATION
0                          REPORTED              STATUS              SPECIAL
CONSUMER
                           DATE                                      COMMENT
INFORMATION
0
                           06/30/24           11 - CURRENT      DEFER
                           05/31/24           11 - CURRENT      DEFER
                           04/30/24           11 - CURRENT      DEFER
                           03/31/24           11 - CURRENT      DEFER
                           02/29/24           11 - CURRENT      DEFER
                           01/31/24           11 - CURRENT
                           12/31/23           11 - CURRENT      DEFER
                           11/30/23           11 - CURRENT      DEFER
                           10/31/23           11 - CURRENT      DEFER
                           09/30/23           11 - CURRENT      DEFER
                           08/31/23           11 - CURRENT
                           07/31/23           11 - CURRENT
                           06/30/23           11 - CURRENT
                           05/31/23           11 - CURRENT
                           04/30/23           11 - CURRENT
                           03/31/23           11 - CURRENT
                           02/28/23           11 - CURRENT
                           01/31/23           11 - CURRENT
                           12/31/22           11 - CURRENT
                           11/30/22           11 - CURRENT
                           10/31/22           11 - CURRENT
                           09/30/22           11 - CURRENT
                           08/31/22           11 - CURRENT
                           07/31/22           11 - CURRENT
                           06/30/22           11 - CURRENT
                           05/31/22           11 - CURRENT
                           04/30/22           11 - CURRENT
                           03/31/22           11 - CURRENT
                           02/28/22           11 - CURRENT
                           01/31/22           11 - CURRENT
                           12/31/21           11 - CURRENT
                           11/30/21           11 - CURRENT
                           10/31/21           11 - CURRENT
                           09/30/21           11 - CURRENT
                           08/31/21           11 - CURRENT
1  TSXTM                              MISSOURI HIGHER EDUCATION LOAN AUTHORITY
PAGE: 002
                                              CREDIT BUREAU HISTORY
RUN DATE: 07/03/24 11:14:12
0  BORROWER SSN:      5449                            BORROWER NAME: ALMA P GARY
   LOAN PROGRAM: DLUCNS         GUARANTY DATE: 07/27/2016       FIRST DISB: 07/27/16          CL
ID:
   CURRENT OWNER: 898500   - DEPARTMENT OF EDUCATION
0                          REPORTED              STATUS              SPECIAL
CONSUMER
                           DATE                                      COMMENT
INFORMATION
```

CONFIDENTIAL                                                                                                                                      MOHELA_001687

```
0                              07/31/21        11 - CURRENT
                               06/30/21        11 - CURRENT
                               05/31/21        11 - CURRENT
                               04/30/21        11 - CURRENT
                               03/31/21        11 - CURRENT
                               02/28/21        11 - CURRENT
                               01/31/21        11 - CURRENT
                               12/31/20        11 - CURRENT
                               11/30/20        11 - CURRENT
                               10/31/20        11 - CURRENT
                               09/30/20        11 - CURRENT
                               08/31/20        11 - CURRENT
                               07/31/20        11 - CURRENT
                               06/30/20        11 - CURRENT
                               05/31/20        11 - CURRENT
                               04/30/20        11 - CURRENT
                               03/31/20        11 - CURRENT
                               02/29/20        11 - CURRENT
                               01/31/20        11 - CURRENT
                               12/31/19        11 - CURRENT
                               11/30/19        11 - CURRENT
                               10/31/19        11 - CURRENT    DEFER
                               09/30/19        11 - CURRENT
                               08/31/19        11 - CURRENT
                               07/31/19        11 - CURRENT
                               06/30/19        11 - CURRENT
                               05/31/19        11 - CURRENT
                               04/30/19        11 - CURRENT
                               03/31/19        11 - CURRENT
                               02/28/19        11 - CURRENT
                               01/31/19        11 - CURRENT
                               12/31/18        11 - CURRENT
                               11/30/18        11 - CURRENT
                               10/31/18        11 - CURRENT
                               09/30/18        11 - CURRENT
1    TSXTM                                     MISSOURI HIGHER EDUCATION LOAN AUTHORITY
PAGE: 003

                                               CREDIT BUREAU HISTORY

RUN DATE: 07/03/24 11:14:12
0   BORROWER SSN:           5449               BORROWER NAME: ALMA P GARY
    LOAN PROGRAM: DLUCNS        GUARANTY DATE: 07/27/2016      FIRST DISB: 07/27/16          CL
ID:
    CURRENT OWNER: 898500    - DEPARTMENT OF EDUCATION
0                              REPORTED          STATUS               SPECIAL
CONSUMER
                               DATE                                   COMMENT
INFORMATION
0                              08/31/18        11 - CURRENT    DEFER
                               07/31/18        11 - CURRENT
                               06/30/18        11 - CURRENT
                               05/31/18        11 - CURRENT
                               04/30/18        11 - CURRENT    DEFER     CP - FORBEARANC
                               03/31/18        11 - CURRENT    DEFER     CP - FORBEARANC
                               02/28/18        11 - CURRENT    DEFER     CP - FORBEARANC
                               01/31/18        11 - CURRENT    DEFER     CP - FORBEARANC
                               12/31/17        11 - CURRENT    DEFER     CP - FORBEARANC
                               11/30/17        11 - CURRENT    DEFER     CP - FORBEARANC
                               10/31/17        11 - CURRENT    DEFER     CP - FORBEARANC
                               09/30/17        11 - CURRENT    DEFER     CP - FORBEARANC
                               08/31/17        11 - CURRENT
                               07/31/17        11 - CURRENT
1    TSXTM                                     MISSOURI HIGHER EDUCATION LOAN AUTHORITY
PAGE: 001
```

CONFIDENTIAL                                                                                                          MOHELA_001688