# EXHIBIT M

```
!�-L锟斤拷���NOOP-REGION:KM
!�-L锟斤拷���NOOP-DOCID:VCRP
!�-L锟斤拷���NOOP-SSN:█████9751
!�-L锟斤拷���NOOP-LOANSEQ:0002
!�-L锟斤拷���NOOP-LAST:PLAMO
!�-L锟斤拷���NOOP-FIRST:JEFF
```

```
                                    CREDIT BUREAU HISTORY                    R         5/ 8/
0   BORROWER SSN: █████ 75            BORRO      ME: JEFF M PLAMONDON
    LOAN PROGRAM: DLUCNS      GUARANTY DATE: 10/13/2022     FIRST DISB: 10/13/22      CL ID:
    CURRENT OWNER: 898500    - DEPARTMENT OF EDUCATION
                     REPORTE                              SPECIAL          CONSUMER
                     DATE                                 CO               FOR  TIO
0                    04/30/24       11 - CURRENT   DEFER
                     03/31/24       11 - CURRENT   DEFER
                     02/29/24       11 - CURRENT   DEFER
                     01/31/24       11 - CURRENT   DEFER
                     12/31/23       11 - CURRENT   DEFER
                     11/30/23       11 - CURRENT   DEFER
                     10/31/23       11 - CURRENT   DEFER
                     09/30/23       11 - CURRENT     ER
                     08/31/23       11 - CURRENT
                     07/31/23       11 - CURRENT
                     06/30/23       11 - CURRENT
                     05/31/23       11 - CURRENT
                     04/30/23       11 - CURRENT
                     03/31/23       11 - CURRENT
                     02/28/23       11 - CURRENT
                     01/31/23       11 - CURRENT
                     12/31/22       11 - CURRENT
                     11/30/22       11 - CURRENT
                     10/31/22       11 - CURRENT
    TS                             ISSOURI     ER EDUC TIO  LO   AUTHORIT                  PAGE: 00
```

CONFIDENTIAL                                                                                      MOHELA_002634