# EXHIBIT N



| NOTICE TO CHECK RECIPIENT | | TREASURY-FINANCIAL MANAGEMENT SERVICE    TFS FORM 3090(Rev.) | |
|---|---|---|---|
| VENDOR NAME: | JAIME MALDONADO | VENDOR I.D. NUMBER: | |
| AGENCY NAME AND BILLING ADDRESS: | US DEPT OF EDUCATION 400 MARYLAND AVE SW WASHINGTON, DC 20202 | U.S. TREASURY REG. FINANCIAL CENTER: | KANSAS CITY, MO |
| | | CHECK NUMBER: 4039-61024122 | CHECK AMOUNT: $****8746*51 | CHECK DATE: 11-12-24 |

NM20241101000032   FED STUDENT LOAN REFUND
JAIME MALDONADO

THIS REFUND IS BEING SENT DUE TO
SWEET SETTLEMENT
EFFECTIVE DATE: 10/24/2024

AGENCY SCHEDULE NUMBER
0000YPCK251322

AGENCY TELEPHONE NUMBER
202-245-7194

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR PHONE NUMBER) INDICATED ABOVE


Def EXHIBIT 8
WITNESS: Maldonado
DATE: 9-18-25
Anrae Wimberley, CSR 7778

CONFIDENTIAL