# EXHIBIT Q

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | | 1. REQUISITION NUMBER | | PAGE 1 OF 2 | |
|---|---|---|---|---|---|
| 2. CONTRACT NO. ED-FSA-11-D-0012 | 3. AWARD/EFFECTIVE DATE SEP 27, 2011 | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE | |
| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME Nicholas Chung  nicholas.chung@ed.gov | | b. TELEPHONE NUMBER (No collect calls) 202-377-3635 | 8. OFFER DUE DATE/ LOCAL TIME | |

9. ISSUED BY   CODE  FSA-FS2
United States Department of Education
Federal Student Aid/Mission Support Group
830 First St NE - Suite 91F3
Washington DC 20202

10. THIS ACQUISITON IS
☐ UNRESTRICTED OR   ☐ SET ASIDE:   % FOR:
☐ SMALL BUSINESS   ☐ EMERGING SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
NAICS:
SIZE STANDARD:
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS   ☐ 8(A)

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED  ☐ SEE SCHEDULE | 12. DISCOUNT TERMS Net 30 | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING | |
|---|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION ☐ RFQ  ☐ IFB  ☐ RFP | |

15. DELIVER TO   CODE

16. ADMINISTERED BY   CODE  FSA-FS2
United States Department of Education
Federal Student Aid/Mission Support Group
830 First St NE - Suite 91F3
Washington DC 20202

17a. CONTRACTOR/OFFEROR   CODE 00032048   FACILITY CODE
MISSOURI HIGHER EDUCATION LOAN AUTHORITY
633 SPIRIT DR
CHESTERFIELD MO 630051243

CAGE: 41YN3
TIN: 431261525   DUNS: 189396138
TELEPHONE NO.

18a. PAYMENT WILL BE MADE BY   CODE

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED  ☒ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Please see continuation page for line item details. | | | | |

(Use Reverse and/or Attach Additional Sheets as Necessary)

25. ACCOUNTING AND APPROPRIATION DATA
See Schedule

26. TOTAL AWARD AMOUNT (For Govt. Use Only)
$0.00

☒ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA  ☐ ARE  ☒ ARE NOT ATTACHED
☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA  ☒ ARE  ☐ ARE NOT ATTACHED

☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED

☐ 29. AWARD OF CONTRACT: REF. ___ OFFER DATED ___. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR
*/s/ Raymond H Bayer/*

30b. NAME AND TITLE OF SIGNER (Type or print)
Raymond H. Bayer, Jr.
Executive Director and CFO

30c. DATE SIGNED
9/27/2011

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)
*/s/ MCW/*

31b. NAME OF CONTRACTING OFFICER (Type or print)
Mike Whisler
mike.whisler@ed.gov

31c. DATE SIGNED
SEP 27, 2011

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 3/2005)
Prescribed by GSA - FAR (48 CFR) 53.212

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED  ☐ INSPECTED  ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELPHONE NUMBER OF AUTHORZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL  ☐ FINAL | | | ☐ COMPLETE  ☐ PARTIAL  ☐ FINAL | |
| 38. S/R ACCOUNT NO. | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | |
| | | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD)   42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 3/2005) BACK

MOHELA_000075

# Attachment A-2
# Not-For-Profit (NFP) High-Level Federal Servicer Requirements

| | High Level Requirements | Requirement Category |
|---|---|---|
| 1 | The servicer shall have the ability to service FFEL, Direct, and FISL loans as required by statutory and regulatory guidelines. | Processing & Servicing |
| 2 | The servicer shall have the ability to assess charge/fees (i.e. Non Sufficient Funds or late charges). *Note: no charges for other fees on loans in the ED portfolio are to be assessed at this time.* | Processing & Servicing |
| 3 | The servicer shall have the ability to support borrower benefit plans. | Processing & Servicing |
| 4 | The servicer shall process discharge transactions after receiving and reviewing required supporting documentation meeting the required regulatory guidelines and receiving FSA approval. | Processing & Servicing |
| 5 | The servicer shall provide FSA the ability to access account information on FSA accounts that exist on the servicer's system. | Processing & Servicing |
| 6 | The servicer shall provide FSA the ability to access to image information on FSA accounts that exist on the servicer's system. | Processing & Servicing |
| 7 | The servicer shall provide access for FSA to listen to live and/or recorded inbound and outbound calls. | Processing & Servicing |
| 8 | The Servicer shall process government initiated control mail. | Processing & Servicing |
| 9 | The Servicer shall provide repayment plans for all loans types, including plans in existence prior to, and after, the Higher Education Reconciliation Act of 2005 (HERA). Servicers will also need to implement the Income Contingent Repayment plan. | Processing & Servicing |
| 10 | The servicer shall perform reconciliations of portfolio balances and financial activity. | Financial Reports & Reconciliation |
| 11 | The servicer shall provide accounting reports needed for reconciliations. | Financial Reports & Reconciliation |
| 12 | The servicer shall perform daily, weekly and monthly internal system balancing of all payment activity accepted from all sources (manual and via system interface). | Financial Reports & Reconciliation |
| 13 | The servicer shall create a financial interface between the FSA servicer and FSA Financial Management System (FMS) to provide financial data to FMS on a daily, weekly and monthly basis. | FMS Interface |
| 14 | The servicer shall accurately translate (map) each servicing transaction from the Servicer's subsidiary ledger to FSA's general ledger (FMS). | FMS Interface |