# EXHIBIT R



# Business Operations Servicing Requirements
## Attachment 01

MOHELA_000225

## Revision History

| VERSION | DATE | AUTHOR | DESCRIPTION |
|---|---|---|---|
| Version 0.0.1 | 3/29/2022 | Acquisition Team | Initial USDS Procurement Package |
| Version 0.0.2 | 6/22/2022 | Acquisition Team | USDS Amendment 0003 |
| Version 0.0.3 | 7/06/2022 | Acquisition Team | USDS Amendment 0004 |
| Version 0.0.4 | 7/12/2022 | Acquisition Team | USDS Amendment 0005 |
| Version 0.0.5 | 2/23/2023 | Acquisition Team | USDS Discussions |
| Version 0.0.6 | 3/07/2023 | Acquisition Team | USDS Award |
| Version 0.1.1 | 8/18/2023 | USDS Requirements Team | CR 6735 USDS Mobile App Removal |
| Version 1.0.0 | 10/31/2023 | USDS Requirements Team | CR 6715 USDS CR1 and CR 6675 CRI Servicer & SPS Setup |
| Version 1.1.0 | 11/2/2023 | USDS Requirements Team | CR 6681 USDS IDR Proxy Payment for Servicers |
| Version 1.2.0 | 1/8/2024 | USDS Requirements Team | CR 6677 USDS Servicer Integration with SPS |
| Version 1.2.1 | 1/11/2024 | USDS Requirements Team | BHAR Implementation Update<br>Standing Payment Instruction name correction |
| Version 1.2.2 | 1/22/2024 | USDS Requirements Team | CR 6677 - Requirements Correction |
| Version 1.3.0 | 1/26/2024 | USDS Requirements Team | CR 6924 USDS Bus Ops Change 2 |
| Version 1.4.0 | 1/31/2024 | USDS Requirements Team | CR 6845 School Portal Not Allowed |
| Version 1.5.0 | 2/14/2024 | USDS Requirements Team | CR 6894 Support USDS Servicers Changing Borrower Facing Website URLs and CR 6912 FSA Google Analytics |
| Version 1.6.0 | 03/07/2024 | USDS Requirements Team | CR 6951 USDS Servicer Federal Holiday Schedule |
| Version 1.6.1 | 03/22/2024 | USDS Requirements Team | Call Center, Due Diligence, and SLA Negotiations |
| Version 1.7.0 | 03/26/2024 | USDS Requirements Team | CR 6969 USDS Mailing and Billing Changes |
| Version 1.8.0 | 03/28/2024 | USDS Requirements Team | CR 6904 USDS Servicer IDR Regulation Changes |

| Version 1.8.1 | 04/19/2024 | USDS Requirements Team | At Risk Allocation and Incentives |
|---|---|---|---|
| Version 1.9.0 | 04/29/2024 | USDS Requirements Team | *Sweet* Refunds Address Validation<br>CR 7009 Proxy Payment Update |
| Version 2.0.0 | 05/20/2024 | USDS Requirements Team | CR 6927 FY24 – Financial Audit Handouts<br>CR 6979 USDS Servicer Reporting Revisions |
| Version 2.1.0 | 05/24/2024 | USDS Requirements Team | CR 7010 Additional SAVE Recalculation File |
| Version 2.1.1 | 05/28/2024 | USDS Requirements Team | Descope of CR 6681 IDR Proxy and CR 6904 Servicing IDR Regulation Changes |
| Version 2.2.0 | 06/14/2024 | USDS Requirements Team | CR 7037 USDS Student Debt Relief Discharge Processing |
| Version 2.2.1 | 06/24/2024 | USDS Requirements Team | CR 7037 – Requirements Update |
| Version 2.3.0 | 07/12/2024 | USDS Requirements Team | CR 6676 Consolidation Originator Updates<br>CR 7026 Reamortization Schedule |
| Version 2.4.0 | 07/18/2024 | USDS Requirements Team | CR 6972 USDS Bus Ops Change 3 |
| Version 2.5.0 | 08/16/2024 | USDS Requirements Team | CR 7067 Joint Consolidation Loan Separation – Phase I |
| Version 2.6.0 | 09/11/2024 | USDS Requirements Team | CR 7054 NSLDS IDR Proxy Ineligible Months |
| Version 2.7.0 | 09/17/2024 | USDS Requirements Team | CR 6822 Fine Grain Forbearance Reporting |
| Version 2.8.0 | 10/04/2024 | USDS Requirements Team | Change Order #2 July 18 Administrative Stay<br>Change Order #3 CR 7140 IDR Sort Functionality<br>Change Order #5 CR 7153 Pending IDR Application Forbearance<br>Change Order #6 CR 7170 Moving IDR Anniversary Dates |

MOHELA_000227

*TABLE OF CONTENTS*

| Section | Category | Deferred Future CLIN 7 Requirements |
|---|---|---|
| 2000 | Accessibility | |
| 3000 | Website and applications | 3002.030, 3002.031, 3002.050, 3002.070 |
| 4000 | Common Origination and Disbursement Interface | |
| 5000 | Repayment Plans | |
| 9000 | Treasury | |
| 12000 | NSLDS | |
| 14000 | Interaction with DMCS | |
| 15000 | Consolidation Origination | |
| 16000 | Common Application Interface | |
| 17000 | Compliance & Monitoring | |
| 18000 | Servicing Transfers | |
| 19000 | System Access | |
| 20000 | Processing – General | 20014.000 |
| 21000 | Deferments | |
| 22000 | Forbearances | |
| 23000 | Discharges, Forgiveness, Bankruptcy, and Litigation | 23003.000 |
| 24000 | Correspondence, Communication & Due Diligence | 24019.020, 24019.051 |
| 25000 | Borrower Benefits & Subsidies | |
| 26000 | Interest Rates, Interest Calculation, Charges and Fees | |
| 27000 | Interest Capitalization | |
| 28000 | Payment & Refund Processing | 28008.031, 28008.040 |
| 29000 | Adjustment Processing | |
| 30000 | Credit Reporting & Processing | 30027.000, 30027.010, 30027.020 |
| 31000 | Cohort Default Rate Activity | |
| 32000 | Control Mail, Ombudsman & Escalated Issues | |
| 33000 | Outreach Campaigns | |
| 34000 | Specialty Programs | |
| 35000 | Specialty Tasks | |
| 36000 | Training | |
| 40000 | Change Management | |
| 42000 | IDR Forgiveness | |
| 43000 | Student Debt Relief Forgiveness | |
| 46000 | Records Retention | |
| 47000 | Data Management & Integration | 47000.000, 47001.000, 47002.002, 47003.000, 47006.000, 47008.000, 47009.000, 47010.000, 47011.000 |

| 48000 | Reporting | |
|---|---|---|
| 49000 | Contact Center | |
| 50000 | Other | |
| Appendix A | Attachment Crosswalk | |

MOHELA_000229

| | Instructions for these requirements |
|---|---|
| 1 | These requirements are referenced as Attachment #1 in the Statement of Work (SOW). If you are submitting a proposal for this solicitation, it is assumed the proposed solution will meet all of these requirements. For any requirements not currently met, the offeror should clearly identify those requirements and provide a plan for meeting them within the implementation schedule in accordance with the solicitation instructions to offerors. |
| 2 | There are attachments referenced as part of the requirements. As with the statement above, submitting a proposal assumes the system meets all of the requirement at go-live. |
| 3 | The requirements mention the work required by the contractor. The word contractor is synonymous with "USDS Servicer". All vendors should ensure their solution can support the requirements. |
| 4 | The term "system" in this document refers to the offeror's total solution, if not specifically spelled out. |

MOHELA_000230

  range and meet the normal closed school discharge requirements.
- 23017.051: The contractor shall not send out applications to this population.
- 23017.052: The contractor or contactors shall not go back and look at prior denials to see if the borrower would now qualify.

- **23018.000: The contractor shall process Borrower Defense Discharges. Contractors shall maintain compliance with new instructions surrounding borrower defense as they are provided.**
    - 23018.001: See attachments:
        - "23018_Adhoc Instructions V24"
        - "23018_Appr_Examples V6"
        - "23018_Appr_QuestionsResponse V16"
        - "23018_ApprovalRequestResponse V3"
        - "23018_Servicer Ineligible Instructions V7b"
        - "23018_Servicer Letter_01_BD Discharge Notice_Above 0_approved_021220"
        - "23018_Servicer Letter_02_BD Discharge Notice_Equal to 0_approve_022120"
        - "23018_Servicer Letter_04_BDApprovedNoLoans_ReceivedInterestCredit_approved_042020"
        - "23018_Servicer Letter_05_SPC1_Specialv2"
        - "23018_Servicer Letter_06_SPC2_SPC3_020922"
    - 23018.002: The servicer shall provide an email address where FSA can send borrower defense related actions (e.g., the approval/denial decisions to the servicer for further action).
  - 23018.010: The contractor shall accept and apply requests to put a borrower's loans into non-capitalizing forbearance or stopped collections (see requirements under section 22011, Forbearances, for details).
  - 23018.020: The contractor shall accept and apply requests to remove any forbearance or stopped collections from a borrower's loan(s) (See requirements under section 22011, Forbearances, for details).
  - 23018.030: The contractor shall process borrower defense approvals.
    - 23018.031: The request to apply a borrower defense approval may be received via the DCC platform or via email request from FSA.
    - 23018.032: The contractor shall refer to FSA instruction (see attachments in 23018.000) for additional approval processing instructions.
    - 23018.033: The contractor shall complete the processing of the discharge within 15 business days, unless otherwise noted in the requirements (e.g., 23018.1860).
    - 23018.034: The contractor shall send a single notification of the approval decision and processing of the approval (can be combined with redisclosure). For borrowers with a full discharge, this notice will act as a paid in full notice. See attachments listed in 23018.000.
    - 23018.035: FSA will send the contractor templates of letters that borrowers will receive via normal communication channels.
    - 23018.036: The contractor shall only update the completed date and status in CEMS.
    - 23018.037: The contractor shall notify FSA via email if a borrower defense discharge approval/denial is received for a loan that is not serviced by them or if the loans were previously fully discharged or forgiven. The email to FSA should indicate why the discharge cannot be processed, and if due to a transfer off when the transfer was done and where the loan was sent. The contractor shall take no further action regarding borrower defense discharge after notifying FSA unless instructed by FSA. The contractor shall use the COD monthly password when

- refund has been issued. If the refund has not yet been cashed, the contractor shall initiate a refund cancellation (and when cancellation is successful, reapply all payments with previous effective dates).
    - 23018.154: The contractor shall complete borrower defense to repayment discharges within specified timeframes.
- 23018.160: The contractor shall forward to FSA any requests for borrower defense.
    - 23018.161: The contractor shall scan any postal mail borrower defense requests and email them to the FSAOperations@ed.gov address.
    - 23018.162: The contractor shall send any email borrower defense requests and email them to the FSAOperations@ed.gov address.
- 23018.170: The contractor shall instruct customer service and staff on how to respond to inquiries about borrower defense discharges.
    - 23018.171: The contractor shall train staff on the borrower defense discharge process and how to respond to borrower inquiries or inquiries from other servicers.
    - 23018.172: The contractor shall provide information, including borrower defense case documents, to other servicers if needed to service borrowers (e.g., a servicer holding a consolidation loan may need additional information about underlying loans that were discharged to respond to borrower inquiries).
- 23018.180: The contractor shall process borrower defense group approvals and discharges.
    - 23018.1810: Servicers shall accept a file containing loans identified by FSA that are eligible for Borrower Defense discharge as part of a group discharge.
        - 23018.1811: FSA will provide the file in a comma-delimited flat file format (see attachment "23018.180_BD Group Discharge File Layout").
        - 23018.1812: FSA will place the file in SAIG via message class AHSLDEOP. Servicers may provide their preferred mailbox to FSAVendorManagementTeam@ed.gov.
    - 23018.1820: Servicers shall place all identified loans that are currently serviced by the servicer into a Borrower Defense forbearance, with a start date equal to the date the file is received and an end date that is 60 business days from the start date. (Note: DMCS should apply a collections hold instead of a forbearance.)
    - 23018.1830: Loans previously discharged should not be processed in this group Borrower Defense process. If a loan included in the file has previously received a discharge of any type, the servicer shall notify FSA and not process a group Borrower Defense discharge for that loan. Notification can be sent to FSAVendorManagementTeam@ed.gov, DSEWReports@ed.gov, and VOG-FSA@ed.gov.
    - 23018.1840: All group discharges are 100% discharges as there will be no partial discharges.
        - 23018.1841: The exception would be if there is a Consolidation loan consisting of eligible and non-eligible underlying loans.
    - 23018.1850: Except in the case of eligible FFEL or Perkins loans that have been consolidated into a Direct Consolidation Loan, federally held FFEL loans that have not been consolidated, and transferred loans, servicers shall discharge the eligible loans effective the date of first disbursement, except as indicated otherwise in Requirements 23018.1860, for the full net disbursement amount within 15 business days of receiving the file and delete all related credit tradelines at the regular next reporting to the credit reporting agencies after the discharge is complete.
        - 23018.1851: If the servicer is unable to process the discharge within the 15 business days, the servicer must notify FSA in advance of the 15 business days of the cause for delay and justification that supports the requested extension period. The servicer must get approval from FSA for extending the time period. If FSA approval to extend is

MOHELA_000392

- obtained by the servicer, the servicer shall extend the Borrower Defense forbearance to the approved extension date if it is beyond the forbearance end date of the existing Borrower Defense forbearance.
- 23018.1860: For eligible FFEL or Perkins loans that have been consolidated into a Direct Consolidation Loan, federally held FFEL loans that have not been consolidated, and transferred loans, the servicer shall discharge the eligible loans for the full net disbursement amount within 45 business days of receiving the file and delete all related credit tradelines at the regular next reporting to the credit reporting agencies after the discharge is complete.
    - 23018.1861: The effective date for eligible FFEL or Perkins loans that have been consolidated into a Direct Consolidation Loan is the disbursement date of the consolidation loan and the discharge portion of the consolidation loan rather than the underlying loan.
    - 23018.1862: The effective date for eligible federally held FFEL loans that have not been consolidated is the date the loan became federally held. Servicers shall use the transfer load date if the loan was not previously transferred to the servicer from another FLS. If the loan was received from an FLS, the servicer shall use the date the loan was first transferred to an FLS.
    - 23018.1863: For borrowers that have loans for both requirements 23018.1850-23018.1860, servicers shall have 45 business days to complete the discharge.
    - 23018.1864: The 45-business day turnaround time in requirements 23018.1860 and 23018.1863 apply to both group discharge approvals and individual discharge approvals that fit the criteria in those requirements.
- 23018.1870: The servicer shall reallocate payments previously applied to the eligible loan to the borrower's other loans and/or issue a refund payment request within 60 business days of completing the discharge adjustment.
    - 23018.1871: To the extent practicable the discharge, reallocation and refund process should be completed together; however, servicers shall not delay applying a discharge if the reallocation or refund process cannot be completed within the 15-business day requirement in section 5, with the exception noted there.
- 23018.1880: Servicers shall discharge the eligible loans as follows in accordance with current borrower defense instructions.
    - 23018.1881: Discharge types 1) T1DL, 2) T1FP, and 3) SPC3 will be used.
    - 23018.1882: Discharge Types 1) SOL1, 2) SOL2, 3) SPC1, and 4) SPC2 will not be used.
    - 23018.1883: Borrowers will all receive 100% relief (i.e., there will no partial discharges [e.g., 50% relief]).
    - 23018.1884: Servicers shall continue to use the Borrower Defense processing instructions.
- 23018.1890: Servicers shall not be required to update Borrower Defense cases in Customer Engagement Management System (CEMS) for group Borrower Defense discharges processed in accordance with this CR.
    - 23018.1891: Servicers shall send a response file in a comma-delimited flat file format (see attachment "23018.1890_BD Group Discharge File Response Layout").
    - 23018.1892: The response file is a cumulative file associated with the file that is sent under 1 above.
    - 23018.1893: This process is only for processing and reporting on loans in a group Borrower Defense. It does not replace the process in place for individual Borrower Defense cases.