# EXHIBIT S

# Business Operations Change Request Form

As Of: 7/26/2022  3:05:16PM

## Administrative Information

**CR:** 6346       **Drafted:** 7/13/2022  2:25:21PM       **Submitted:** 7/14/2022  12:37:36PM

**Title:** Borrower Defense Group Discharges

**Sponsor:** Brenda Cox        **Business Analyst:** Emir Frisby

**Anticipated Implementation Date:** 09/01/2022         *EMERGENCY*

## Change Request Details

**Reason (Business Need):**

FSA has the need to implement the ability for servicers to handle large group discharges for borrower defense. It is anticipated cohorts of borrowers who attended specific schools during determined timeframes will be granted a discharge without the need to apply. This will result in a substantial increase of borrower defense discharge volume-. Borrowers with individual applications for Borrower Defense will continue in the current process and will not be processed under this CR.

**Description (Requirements):**

Requirements:
1. Servicers shall accept a file containing loans identified by FSA that are eligible for Borrower Defense discharge as part of a group discharge.
1.1. FSA will provide the file in a comma-delimited flat file format (see attached "Eligible Loans for Servicers" file layout).
1.2. FSA will place the file in SAIG via message class AHSLDEOP. Servicers may provide their preferred mailbox at the time of IA submission.

2. Servicers shall place all identified loans that are currently serviced by the servicer into a non-capping Borrower Defense forbearance with a start date equal to the date the file is received and an end date that is 60 business days from the start date. (Note: DMCS should apply a collections hold instead of a forbearance.)

3. Loans previously discharged should not be processed in this group Borrower Defense process. If a loan included in the file has previously received a discharge of any type, the servicer shall notify FSA and not process a group Borrower Defense discharge for that loan. Notification can be sent to FSAVendorManagementTeam@ed.gov.

4. All group discharges are 100% discharges as there will be no partial discharges.
4.1. The exception would be if there is a Consolidation loan consisting of eligible and non-eligible underlying loans.

5. Except in the case of eligible FFEL or Perkins loans that have been consolidated into a Direct Consolidation Loan, federally held FFEL loans that have not been consolidated, and transferred loans, servicers shall discharge the eligible loans effective the date of first disbursement, except as indicated otherwise in Section 6, for the full net disbursement amount within 15 business days of receiving the file and delete all related credit tradelines at the regular next reporting to the credit reporting agencies after the discharge is complete.
5.1. If the servicer is unable to process the discharge within the 15 business days, the servicer must notify FSA in advance of the 15 business days of the cause for delay and justification that supports the requested extension period. The servicer must get approval from FSA for extending the time period. If FSA approval to extend is obtained by the servicer, the servicer shall extend the Borrower Defense forbearance to the approved extension date if it is beyond the forbearance end date of the existing Borrower Defense forbearance.  (Note:  DMCS should apply a collections hold instead of a forbearance.)

6. For eligible FFEL or Perkins loans that have been consolidated into a Direct Consolidation Loan, federally-held FFEL loans that have not been consolidated, and transferred loans, the servicer shall discharge the eligible loans for the full net disbursement amount within 45 business days of receiving the file and delete all related credit tradelines at the regular next reporting to the credit reporting agencies after the discharge is complete.

6.1 The effective date for eligible FFEL or Perkins loans that have been consolidated into a Direct Consolidation Loan is the disbursement date of the consolidation loan and the discharge portion of the consolidation loan rather than the underlying loan.

6.2 The effective date for eligible federally-held FFEL loans that have not been consolidated is the date the loan became federally-held. Servicers shall use the transfer load date if the loan was not previously transferred to the servicer from another FLS. If the loan was received from an FLS, the servicer shall use the date the loan was first transferred to an FLS.

6.3 For borrowers that have loans for both requirements 5 & 6, servicers shall have 45 business days to complete the discharge.

7. The servicer shall reallocate payments previously applied to the eligible loan to the borrower's other loans and/or issue a refund payment request within 60 business days of completing the discharge adjustment.
7.1. To the extent practicable the discharge, reallocation and refund process should be completed together, however servicers shall not delay applying a discharge if the reallocation or refund process cannot be completed within the 15-business day requirement in section 5 with the exception noted there.

8. Servicers shall discharge the eligible loans as follows in accordance with current borrower defense instructions.
8.1. Discharge types 1) T1DL, 2) T1FP and 3) SPC3 will be used.
8.2. Discharge Types 1) SOL1, 2) SOL2, 3) SPC1 and 4) SPC2 will not be used.
8.3. Borrowers will all receive 100% relief (i.e., there will no partial discharges (e.g., 50% relief)).
8.4. Servicers shall continue to use the Borrower Defense processing instructions.

9. Servicers shall NOT be required to update Borrower Defense cases in Customer Engagement Management System (CEMS) for group Borrower Defense discharges processed in accordance with this CR.
9.1. Servicers shall send a response file in a comma-delimited flat file format (see attached "Eligible Loans for Servicer Response" file layout).
9.2 The response file is a cumulative file associated with the file that is sent under 1 above.
9.3 This process is only for processing and reporting on loans in a group Borrower Defense. It does not replace the process in place for individual Borrower Defense cases.
9.4. Servicers shall send the response file to tivasreports@ed.gov, DSEWReports@ed.gov, and VOG-FSA@ed.gov, Michael Illes and Michael Garry by 3:00 p.m. Eastern on Monday each week.
9.5 The naming convention for the response file should be based on the following: BD[NSLDS GA Code of Servicer][Date file received MMDDCCYY][Date of response MMDDCCYY]. Example: BD50008012202208102022.

10. Servicers shall send the borrower an approval letter within 7 business days after the discharge is applied.
10.1. The approval letter shall notify the borrower their loans have been discharged and prior payments made will be reallocated to loans with an open balance or if no balance exists, applicable refund requests have been initiated, and other information specified by BD regulations.
10.2. FSA will provide servicers with the letter template to be used.

11. Servicers shall follow existing borrower defense discharge requirements related to FMS reporting, COD reporting, Credit Bureau reporting, storage of approval/denial information, annotation of accounts, and reporting to NSLDS.

**Does this change require a new network connection**
 **(Secure File Transfer Protocol is mandatory for all new connections)?**   No

**IST Anticipated?**                                                          No

|  |
|---|
| **FSA Service/System/Area Impacted** |

*Communications - Notification Only*
*Enterprise Risk Management*
*Enterprise Security - Notification Only*
*Policy,Implement&Oversight (PIO)-Notifica*
*Vendor Oversight – Notification Only*
DMCS
AidVantage
EdFinancial
Great Lakes
MOHELA
MOHELA - PSLF
MOHELA - TEACH
Nelnet

CONFIDENTIAL

OSLA
Perkins
PHEAA
PSLF - PHEAA
TEACH - PHEAA
TPD

**Validation - Artifacts and Corresponding Requirement IDs (Required for Services)**
  9.1 Sample response file & Compliance Statement

**Artifacts Due Date:** 08/20/2022        **BU Reviewer:**