# EXHIBIT U



Menu

# Account Summary  As of 02/14/2025 (ET)

**Total Payment Due:**                                                                                         **$0.00**

Custom Pay ⌄     ⓘ

## Your Loans  ⓘ

| Loan ▾ | Due Date ▾ | Amount ⓘ ▾ |
|---|---|---|
| **1-01 DL Consolidated - Subsidized** | 02/18/2025 | $0.00 |
| **Current Balance** $18,874.61 | **Type** Direct | |
| **Interest Rate** 6.500% | **Status** No Payment Due | |
| **Repayment Plan** Saving on a Valuable Education | | |
| ⊕ **1-02 DL Consolidated - Unsubsidized** | 02/18/2025 | $0.00 |

**Total Current Balance:** $37,789.52

**Total Number of Loans:** 2

**View all Loan Details →**

Please note: This message, from a debt collector, is an attempt to collect a debt and any information obtained will be used for that purpose.

## Recent Payments  ⓘ

| Date ▾ | Amount ▾ | Status ▾ |
|---|---|---|

### No Recent Payments

**View all Account History →**

### LOOKING TO CHANGE YOUR REPAYMENT PLAN?

Use the Loan Simulator at StudentAid.gov to evaluate your options

**Loan Simulator**



  

**Federal Student Loan Management**

Postpone Payments

Loan Forgiveness & Discharge

Loan Consolidation

Military Benefits

**Help & Support**

Contact Us

Info Center

FAQs

Sitemap

**About Us**

New to MOHELA

About MOHELA

Careers

Feedback

WebMaster

**Contact Info**

1-888-866-4352 (Toll Free)
636-532-0060 (International)
TTY: Dial 711

Fax
1-866-222-7060 (Toll Free)
636-787-4038 (International)

Public Service Loan Forgiveness
800-4-FEDAID (Toll Free)

Official Servicer *of*

**Federal Student Aid**
*An OFFICE of the U.S. DEPARTMENT of EDUCATION*

Federal Student Aid (FSA) is your federal loan provider. FSA uses servicers (private companies) like Mohela to manage billing, questions, and payments, and to help you enroll in the best repayment plan for you.

Learn more about Federal Student Aid

See your repayment options with *Loan Simulator*

Privacy Policy

Security

Accessibility

Disclaimer of Endorsement

Massachusetts State Ombudsman

usa.gov

ed.gov

StudentAid.gov

NMLS Resource Center
NMLS # 1442770

Copyright © 2024 Higher Education Loan Authority of the State of Missouri (MOHELA). All Rights Reserved.

PLS000530