# EXHIBIT V

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | state | Servicer | SSN | CEMS Case number | Request Type | Award ID | Loan Type | First Disb Date | NSLDS Label | Apply Discharge?_1= Yes, 0=No |

| | K | L | M | N | O |
|---|---|---|---|---|---|
| 1 | Apply Interest Credit_1= Yes, 0= | Apply Forbearance/ Stop End?_1= | Discharge Percentage | Discharge Type Code | Consolidation Award ID_(if neede |

|   | P | Q | R | S | T |
|---|---|---|---|---|---|
| 1 | Case Opened Date | Borrower Notification Date | Days of Interest Credit _(if eli | All processing completed?_(Y/N) | Date of Completion On Servicing/ |

| | U | V | W | X |
|---|---|---|---|---|
| 1 | Date CEMS updated MM/DD/CCYY | Reason unable to complete/other | SPC3 Effective Date | Principal Balance Date Before SP |

| | Y | Z | AA |
|---|---|---|---|
| 1 | Principal Balance Before SPC3 Da | Interest Balance Date Before SPC | Interest Balance Before SPC3 Dat |