# EXHIBIT X



Menu

# Account Summary As of 02/14/2025 (ET)

**Total Payment Due:** $0.00

Custom Pay ⌄

## Your Loans ⓘ

| Loan | Due Date | Amount ⓘ |
|---|---|---|
| ⊕ 1-01 DL Consolidated - Unsubsidized | 03/13/2025 | $0.00 |

Total Current Balance: $161,828.28

Total Number of Loans: 1

**View all Loan Details →**

Please note: This message, from a debt collector, is an attempt to collect a debt and any information obtained will be used for that purpose.

## Recent Payments ⓘ

| Date ⌄ | Amount ⌄ | Status ⌄ |
|---|---|---|

### No Recent Payments

**View all Account History →**

### LOOKING TO CHANGE YOUR REPAYMENT PLAN?

Use the Loan Simulator at StudentAid.gov to evaluate your options

**Loan Simulator**



**Federal Student Loan Management**

Postpone Payments

Loan Forgiveness & Discharge

- Loan Consolidation
- Military Benefits

### Help & Support

- Contact Us
- Info Center
- FAQs
- Sitemap

### About Us

- New to MOHELA
- About MOHELA
- Careers
- Feedback
- WebMaster

### Contact Info

1-888-866-4352 (Toll Free)
636-532-0060 (International)
TTY: Dial 711

Fax
1-866-222-7060 (Toll Free)
636-787-4038 (International)

Public Service Loan Forgiveness
800-4-FEDAID (Toll Free)

Official Servicer *of*

**Federal Student Aid**
An OFFICE of the U.S. DEPARTMENT of EDUCATION

Federal Student Aid (FSA) is your federal loan provider. FSA uses servicers (private companies) like Mohela to manage billing, questions, and payments, and to help you enroll in the best repayment plan for you.

Learn more about Federal Student Aid

See your repayment options with *Loan Simulator*

Privacy Policy
Security
Accessibility
Disclaimer of Endorsement
Massachusetts State Ombudsman

usa.gov
ed.gov
StudentAid.gov

NMLS Resource Center
NMLS # 1442770

Copyright © 2024 Higher Education Loan Authority of the State of Missouri (MOHELA). All Rights Reserved.