# EXHIBIT Z



# Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION

Find tools and resources to make the best repayment decision for you. Most borrowers can lower their payments by enrolling in the new SAVE Plan or other income driven plans. Visit StudentAid.gov/restart

| Name | Account Number | Date Billed | Date Due |
|---|---|---|---|
| ALMA P GARY | 0799 | 09-18-23 | 10-13-23 |

| Date Last Payment Received | Principal Paid Since Last Statement | Interest Paid Since Last Statement | Fees Paid Since Last Statement | Total Pmnts Rcvd Since Last Statement |
|---|---|---|---|---|
|  | $0.00 | $0.00 | $0.00 | $0.00 |

| Bill Type | Amount Past Due | Current Due | Total Principal And Interest Due | Outstanding Late Fees To Date |
|---|---|---|---|---|
| INSTALL | $0.00 | $1,074.65 | $1,074.65 | $0.00 |

| Loan Seq | First Disb | Loan Program | Status | Owner | Monthly Installment Amount | Int Rate | Balance | Amount Past Due | Current Amount Due | Total Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07/27/16 | DLUCNS | REPAY | DEPT OF ED | $1,074.65 | 8.125% | $154,673.52 | $0.00 | $1,074.65 | $1,074.65 |

See reverse for important information including, but not limited to, contact information, payment assistance, default information and consumer credit reporting.

Return lower portion with payment (without staples or tape) to special address listed below. Do not write special instructions directly on check as instructions should be included separately. Make checks payable to MOHELA and include 10 digit account number.

**Customer Statement**

Amount Paid - Do not write dollar ($) sign in boxes below or on check.

| Account Number | Date Due | $ | Total Amount Due |
|---|---|---|---|
| 0799 | 10-13-23 |  | $1,074.65 |

2023261019418770799100010746509000000000000003

#BWBBLCY
#B264 0457 9609 18L5#
ALMA P GARY

DEPARTMENT OF EDUCATION
MOHELA
PO BOX 790233
ST LOUIS MO 63179-0233

| Name | | | | Account Number | Date Billed | Date Due |
|---|---|---|---|---|---|---|
| ALMA P GARY | | | | ▮ 0799 | 09-18-23 | 10-13-23 |

**LOAN INFORMATION**

| Loan Seq | Beginning Principal | Balance | Outstanding Accrued Interest | Total Interest Paid | Total Principal Paid | Total Amount Paid | Next Payment Due | Next Payment Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | $149,670.00 | $154,673.52 | $585.32 | $0.00 | $0.00 | $0.00 | | |

CONFIDENTIAL

MOHELA_001606