# EXHIBIT AA

 

# Loan Verification

Borrower Name: JEFF PLAMONDON  
Co-borrower Name:

Date: 5/1/2024  
Account #: ▮▮▮▮ 3658

The data on this form may have been provided directly to the Borrower / Co-borrower before reaching the final destination. Please note that this Loan Verification only covers the timeframe for loan(s) serviced at MOHELA.

| Loan Seq | 1,2 | | | | |
|---|---|---|---|---|---|
| Loan Type | CONSOL | | | | |
| Disbursement Date | 10/13/2022 | | | | |
| Original Loan Amount | $34,522.41 | | | | |
| Loan Status | Forbearance | | | | |
| Option End Date | 01/01/2040 | | | | |
| Current Principal Balance | $34,522.41 | | | | |
| Accrued Interest | $1,485.66 | | | | |
| Interest Rate Type | FIXED | | | | |
| Interest Rate (%) | 6.500 | | | | |
| Repayment Plan | IDR | | | | |
| Repayment Plan Begin | 10/18/2023 | | | | |
| Scheduled Monthly Payment | $165.81 | | | | |
| Next Payment Due | N/A | | | | |
| Payment Amount Next Tier | $391.06 | | | | |
| Repayment Option Next Tier Begin | 10/01/2025 | | | | |

Additional Information:

For IDR plans – Scheduled Monthly Payments for income-driven repayment (IDR) plans are subject to change annually.

For graduated plans – Scheduled Monthly Payments for graduated repayment plans are subject to change every 24 monthly payments.