# EXHIBIT BB

**From:**

    **To:** Noah Zinner <nzinner@ppsl.org>

  **Subject:** Fwd: Jeff, it's time to prepare for student loan payments starting in October

    **Date:** Tue, 27 Aug 2024 17:02:03 -0700

**Importance:** Normal

---

---------- Forwarded message ---------
From: **MOHELA** <noreply@mohela.com>
Date: Mon, Sep 4, 2023 at 7:18 AM
Subject: Jeff, it's time to prepare for student loan payments starting in October
To:



           Federal Student Aid - An office ot the U.S. Department of
Education

Jeff,

Student loan interest will resume starting on September 1, 2023. Payments will be due in October 2023 for most borrowers. MOHELA is your loan servicer, assigned by Federal Student Aid to handle billing and other tasks associated with your student loan(s). As you start making payments, we want to ensure a smooth transition. To make this process easier, we've outlined the next steps and important information about actions you can take now to prepare.

**What's Next?**

- You may receive a repayment correspondence called a "disclosure" in early September. If you are entering repayment for the first time or if your repayment plan has been recalculated.  Your disclosure will let you know what your monthly payment will be.
- MOHELA will send your first bill, with your payment amount and due date, at least 21 days before your due date.
- If you're on Auto Debit, and didn't opt to stay enrolled, you will be removed from Auto Debit before you get your billing statement. If you are removed, we will send a notification. You can re-apply for Auto Debit at any time on mohela.com.

**What if I need a more affordable repayment plan?**

Compare repayment plans with *Loan Simulator*. An income-driven repayment (IDR) plan may be a more affordable option because it adjusts your payment amount based on your income and family size. For your

...

payment amount to be adjusted before your first bill, apply for an IDR plan as soon as possible. Check out details of the new, most affordable IDR plan ever created, called the Saving on a Valuable Education (SAVE) Plan.

## What actions can you take now to prepare with MOHELA?

- Visit mohela.com to log in to or create your new MOHELA account.
- **Update your contact information.** Review and update your address, phone number, and email to ensure your information is current.
- **Enroll (or re-enroll) in Auto Debit to save 0.25% on your interest rate!** Signing up for Auto Debit is optional, but it's a great way to ensure your payment is automatically processed every month so you don't miss a payment.  And you'll pay less money in interest.
- **Opt-In to Paperless Correspondence** to receive your monthly billing statements and other time-sensitive documents faster via your inbox instead of your (snail) mailbox.
- **Check if you qualify for a type of targeted** loan forgiveness.
- Visit Federal Student Aid's Preparing for Repayments to Resume page to look at all the resources available to support borrowers in difficult situations.

## Beware of Scams!

You might be contacted by a company saying they will help you get loan discharge, forgiveness, cancellation, or debt relief for a fee. You never have to pay for help with your federal student aid. Learn more about how you can protect yourself from scams at StudentAid.gov/scams.

This email is an attempt to communicate timely information to you. If you wish to contact us, please go to www.mohela.com. Replies to this message will not be read or responded to. If you do not want to receive future information of this nature, please unsubscribe or contact customer service at 888.866.4352. Please note that unsubscribing from MOHELA's email campaigns will not cancel or change the status of accounts which have elected MOHELA Paperless delivery.

Privacy Policy

This message is an attempt to collect a debt and any information obtained will be used for that purpose.

**California residents**: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work.  For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877.FTC.HELP or www.ftc.gov.

PLS000125