# EXHIBIT CC

**From:** Navient <CustomerService@navient.com>
**To:** ▮▮▮▮▮▮▮▮▮▮
**Subject:** Your forbearance request has been approved
**Date:** Tue, 17 Dec 2019 05:31:16 -0500

---

**Log in to view the communication**



To view all information regarding this notification, **log in to your Navient Inbox**.

**JEFF, your request for forbearance has been approved.**

**Your payments will resume on 01/10/21.**

**What to expect**
If we service your other eligible federal loans, forbearance will also be applied to those loans, and you'll receive notification of those forbearances. Your updated repayment schedule will be sent to you shortly before you're required to begin repaying your loans.

**What you can do**
*If you can, pay interest as it accrues during forbearance.*

**We're here to help**
We want to help you manage your account in a way that's convenient for you. If you have any questions about your account or your options, visit us online or give us a call.

**Manage your account online at Navient.com**



**$0 Monthly Payment Amount**
Your payment could be as low as $0 per month, with qualifying income.
**Learn more online.**

*Please do not respond to this automated message. Emails sent to this address are not monitored.*

Please note you'll need Adobe Reader 5.0 or higher to view your document.
**Download the latest version of Adobe Reader for free.**

Privacy | Terms of Use

© 2018 Navient Solutions, LLC. All rights reserved. Navient and the Navient logo are registered service marks of Navient Solutions, LLC. Navient Corporation and its subsidiaries, including Navient Solutions, LLC, are not sponsored by or agencies of the United States of America.

WR031