# EXHIBIT DD

# CLX – DEFERMENT & FORBEARANCE HISTORY

**Borrower Name:** JEFF PLAMONDON – [CA]

**Borrower SSN:** ███ 9751

**Account No.:** ███ 3658

## ***Transitioned to FISERV 5/07/2024

### Forbearance Time Left

| - | Forbearance Type | Min Days Left | Days Different? |
|---|---|---|---|
| No Records Found! | | | |

### Deferment Time Left

| - | Deferment Type | Min Days Left | Days Different? |
|---|---|---|---|
| No Records Found! | | | |

### Option History...

#### Forb/Def History (RT - DL)

| - | Option Type | Option Name | Loans | Begin Date | End Date |
|---|---|---|---|---|---|
| ~ | Forbearance | EXCEP DISC | 2 | 09/01/23 | 01/01/40 |

| Loan Sequence | Disb Date | Loan Program | Cap Ind | Days Used | Days Left | Total Months Used | Date Certified |
|---|---|---|---|---|---|---|---|
| 001 | 10/13/22 | DLSCNS | No | 5967 | UNL | 196.2 | 08/25/23 |
| 002 | 10/13/22 | DLUCNS | No | 5967 | UNL | 196.2 | 08/25/23 |

| - | Option Type | Option Name | Loans | Begin Date | End Date |
|---|---|---|---|---|---|
| ~ | Forbearance | COVID-19 | 2 | 10/13/22 | 08/31/23 |

| Loan Sequence | Disb Date | Loan Program | Cap Ind | Days Used | Days Left | Total Months Used | Date Certified |
|---|---|---|---|---|---|---|---|
| 001 | 10/13/22 | DLSCNS | No | 323 | UNL | 10.6 | 12/09/22 |
| 002 | 10/13/22 | DLUCNS | No | 323 | UNL | 10.6 | 12/09/22 |

Retrieve Real Time DL

RTC request (queue key: 333815228) has been processed successfully. Time elapsed: 2

### Processing Forb –

After Identifying, Click to Refresh ⟳

*Borrower not eligible: No active loans exist.*

### General Forb –

*Borrower not eligible: Already on option until 01/01/2040.*

CONFIDENTIAL

CLX – DEFERMENT & FORBEARANCE HISTORY

CONFIDENTIAL
MOHELA_002455