# EXHIBIT EE



**ⓂOHELA®**

A Department of Education Servicer

Federal **Student Aid**
An OFFICE of the U.S. DEPARTMENT of EDUCATION

JANUARY 11, 2022

#BWBBLCY
#B264 0457 9601 11L0#
ALMA P GARY

ACCT NUMBER:          0799

---

WELCOME TO MOHELA!
Your Student Loans Have A New Home

---

## WHY WE ARE CONTACTING YOU

Welcome to MOHELA! Effective 12/28/2021, the U.S.Department of Education (ED) transferred the customer service of your federal student loan account from FedLoan Servicing to MOHELA, another member of ED's federal loan servicer team. Your loans were not sold. ED will continue to own your loans; however, MOHELA will manage your loans and assist you on ED's behalf. This change in servicer will not impact the existing terms, conditions, interest rate or available repayment plans of your federal student loans.

IMPORTANT TRANSFER INFORMATION

**Your Actions:** To help ensure a smooth transition to MOHELA, you'll need to do the following:

- √ Read the questions and answers that follow to learn more about the transfer.
- √ Review the enclosed loan information.
- √ Review the enclosed Gramm-Leach-Bliley Act Privacy Notice.
- √ Establish online loan account access on mohela.com.
- √ Update your address book or phone to include MOHELA's contact information.
- √ Make any necessary changes to your contact information.
- √ If applicable, make the changes necessary to direct your federal student loan payments to MOHELA.

MOHELA is here to help answer questions about your transfer and to help you manage loan repayment. We look forward to providing you with excellent service!

Sincerely,

Your MOHELA Servicing Team

Enclosures

TAXF4:OS06BFLSWL
9418770799 9418770799      MR                86000000027230810

p 888.866.4352 I f 866.222.7060 I TDD Dial 711 I 7A-10P M, 7A-7P T-F, 9A-1P SAT CT I mohela.com
fb.com/MOHELA.usa  @MOHELA   633 Spirit Drive I Chesterfield, MO 63005-1243

CONFIDENTIAL                                                           MOHELA_001613

**Questions and Answers about Your Federal Student Loan Account Transfer to MOHELA**

**Q1: What is MOHELA's contact information?**
**A1:** The contact information for MOHELA is as follows:

| Send Payment To: | Send All Correspondence To: |
|---|---|
| U.S. Department of Education<br>MOHELA<br>PO Box 790233<br>St. Louis, MO 63179-0233<br>*All payments must be drawn in U.S. currency on U.S. financial institutions or TD Bank.*<br><br>**Phone:** 888.866.4352 (toll-free)<br>**TDD:** Dial 711<br>Automated Account Information 24/7 | MOHELA<br>633 Spirit Drive<br>Chesterfield, MO 63005-1243<br>*Please include your account # on all correspondence*<br><br>**Fax:** 866.222.7060 (toll-free)<br>**Online Account Access:** 24/7 at mohela.com<br>Create a new ID and password today!<br><br>**Go Paperless:**<br>Sign up on mohela.com to receive your account information online |

*Military Benefits:* Contact our team of Servicemember and Veteran Liaisons at 855.278.3619 or visit *MOHELA.com/military for more information about the benefits from the U.S. Department of Education and the U.S. Department of Defense.*

**Q2: When will MOHELA contact me?**
**A2:** MOHELA is contacting you now because your federal student loan account has been transferred and loaded to our system. If you have any questions, please visit mohela.com or contact customer service.

**Q3: Will I have a new account number with MOHELA?**
**A3:** You may. MOHELA assigned a federal student loan account number to you which may be the same as you had with your prior servicer. The account number is included in this letter and available on mohela.com.

**Q4: Will MOHELA have online account access?**
**A4:** Yes. Visit mohela.com to create a user ID and password to begin managing your student loan account 24/7. Update your contact information, make payments and enroll in Auto Debit, paperless correspondence delivery, download the MOHELA app, enroll in text and email notifications. *Please allow 3-4 business days from the date of this letter for all of your billing and Auto Debit information to be available on mohela.com.*

**Q5: To whom will I make federal student loan payments after MOHELA is my servicer?**
**A5:** If you are making payments, immediately begin using MOHELA's contact information to make payments. We will also let you know when payments will be due. Please make sure your contact information is up-to-date on mohela.com so we can send you important information.

**Q6: What happens if I made my payment to FedLoan Servicing just prior to or after the transfer?**
**A6:** If you made your federal student loan payment directly to FedLoan Servicing that was not yet posted to your loans prior to the transfer, these payments will be forwarded to MOHELA within the next 30 days and we will post the payment to your loans with the effective date that the payment was made to FedLoan Servicing. Please immediately begin using MOHELA's contact information to make payments to avoid payment posting delays.

**Q7: If I normally use a bank or bill pay service to make payments, what do I need to do?**
**A7:** You'll need to provide your bank or bill paying service with the following information for MOHELA:
- Department of Education MOHELA
- PO Box 790233, St. Louis, MO 63179-0233
- New MOHELA Account Number

It's very important to provide the updated name, payment address, and account to your bank or bill paying service immediately. If you don't make these updates, the bank or bill paying service will send your payments to the wrong servicer, and there will be a delay in your account being credited.

CONFIDENTIAL

JANUARY 11, 2022

**Q8: If I am enrolled in Direct Debit with FedLoan Servicing, will the automatic payments continue with MOHELA?**
**A8:** Yes. If you are enrolled in Direct Debit, your information has been transferred to MOHELA and automatic payments will resume with MOHELA.  If something changes, MOHELA will notify you. You can also log in to mohela.com to manage your Auto Debit.  *Please allow 3-4 business days from the date of this letter for all of your billing and Auto Debit information to be available on mohela.com.*

**Q9: When will the consumer credit reporting agencies be updated with my new servicer?**
**A9:** Now that we are servicing your federal student loans, you may see some changes on your credit report. Within 90 days, your old federal student loans will now be reported by us.

**Q10: I sent FedLoan Servicing a form/application, do I need to resend this to MOHELA?**
**A10:** No action is necessary. Any form/application already processed or pending to be processed will be forwarded to MOHELA within the next 30 days.  Please immediately begin using MOHELA's contact information for correspondence.

**Q11: Will the status of my loans change?**
**A11:** The status of your loans should remain the same unless we are notified of a change.

**Q12: My loans were benefiting from the payment pause due to the coronavirus, will my payments still be paused with MOHELA?**
**A12:** Yes. The payment pause and 0% interest rate will remain active through May 1, 2022.

**Q13: Do I need to pay for help with my student loan benefits?**
**A13:** You never have to pay for help! If you have questions or need help with your student loans, contact us for free help. Learn to avoid student aid scams at StudentAid.gov/scams.

TAXF4:OS06BFLSWL
9418770799 9418770799    MR            86000000027230810

| LOAN INFORMATION |
|---|

| Owner Name | Loan Program | Date Disbursed | Principal Balance | Outstanding Interest |
|---|---|---|---|---|
| DEPT OF ED | DLUCNS | 07/27/2016 | $154,673.52 | $.00 |

## HOW TO READ YOUR LOAN INFORMATION

**Owner Name:** The lender of your student loan.
**Loan Program:** This is your loan type.
**Date Disbursed:** Date this specific loan was disbursed.
**Principal Balance:** The principal amount remaining to be paid on this loan. This does not include accrued interest and is not your payoff amount.
**Outstanding Interest:** Accrued interest which has not been paid. Interest accrues daily based on the principal balance and interest rate.

This message is an attempt to collect a debt and any information obtained will be used for that purpose.
CALIFORNIA RESIDENTS: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.