# EXHIBIT FF

```
!�-L锟斤拷���NOOP-REGION:KM
!�-L锟斤拷���NOOP-DOCID:VDFH
!�-L锟斤拷���NOOP-SSN:     5449
!�-L锟斤拷���NOOP-LOANSEQ:0001
!�-L锟斤拷���NOOP-LAST:GARY
!�-L锟斤拷���NOOP-FIRST:ALMA
```

                                                           DEFERMENT/FORBEARANCE HISTORY

```
RUN DATE: 07/03/24  11:06:08
0    BORROWER SSN:        5449              BORROWER NAME: ALMA P GARY
     LOAN OWNER: DEPARTMENT OF EDUCATION                   LOAN PROGRAM: DLUCNS        1ST
DISBURSEMENT DATE: 07/27/16
     GUARANTY DATE: 07/27/2016    LENDER/OWNER CODE: 898500    GUARANTOR CODE: 000500    CL ID:
-    DEFERMENT/         TYPE OF              DESCRIPTION                   DATE          BEGIN
END            GRACE END
     FORBEARANCE        DEF/FOR              OF DEF/FOR                    APPLIED       DATE
DATE           DATE

          F                 05        GENERAL FORBEARANCE                  09/13/17
09/13/17       12/31/17
          F                 05        GENERAL FORBEARANCE                  01/13/18
01/13/18       04/30/18
          F                 09        ADMINISTRATIVE FORB                  08/13/18
08/13/18       09/12/18
          F                 05        GENERAL FORBEARANCE                  10/01/19
10/01/19       10/31/19
          F                 41        COVID-19 EMERGENCY                   12/08/22
03/13/20       08/31/23
          F                 28        PROCESSING FORBEARNC                 10/23/23
11/01/23       12/30/23
          F                 32        EXCEPTIONAL DISCRETI                 02/09/24
09/01/23       10/31/23
          F                 32        EXCEPTIONAL DISCRETI                 02/09/24
12/31/23       01/01/40

0    TOTAL NUMBER OF RECORDS READ            8
     TOTAL NUMBER OF RECORDS WRITTEN         8
1    TSXTM                                   MISSOURI HIGHER EDUCATION LOAN AUTHORITY
PAGE:    1
```