# EXHIBIT II

**MOHELA®**
A Department of Education Servicer



**Federal Student Aid**
An OFFICE of the U.S. DEPARTMENT of EDUCATION

March 28, 2024

#BWBBLCY
#B284 2319 4303 29L2#
JAIME MALDONADO

ACCT NUMBER: ████9093

Dear JAIME MALDONADO,

A forbearance has been placed to postpone payment on some, or all, of your loans. Forbearances can be helpful by providing short-term payment relief, but they can have negative impacts on your account. Carefully read this letter and the Deferment/Forbearance Summary regarding the status of the forbearance(s).

If you are participating in an income-driven repayment (IDR) plan, you may not be benefitting from the interest subsidy and qualifying payments toward loan forgiveness that you may be entitled to under the IDR plan. You may decline or request to end the forbearance by calling us at 888.866.4352.

**The Impact of Forbearances**
Forbearance can be a helpful short-term solution to postpone payments during temporary hardships, while completing paperwork, or when changing repayment plans. However, the amount of forbearance time available to use over the lifetime of your loan(s) is limited. This means future forbearance requests may be denied.

**Options to Postpone or Lower Monthly Payments**
You may qualify for other options to postpone payments, or for a different repayment plan with lower monthly payments. You can compare repayment plans, see estimated monthly payments and overall loan costs, and apply for a new plan by using *Loan Simulator* at studentaid.gov/loan-simulator.

This message, from a debt collector, is an attempt to collect a debt and any information obtained will be used for that purpose.

**California residents:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877-FTC-HELP or www.ftc.gov.

**Massachusetts residents:** If you are struggling with your student loans, please visit www.mass.gov/ago/studentloans to get help from the Ombudsman's Student Loan Assistance Unit.

OS06BFRBST                                  8600000117451928

P 888.866.4352   F 866.222.7060   TDD Dial 711   7A-8P M, 7A-7P T-W, 7A-5P Th-F CT   mohela.com
fb.com/MOHELA.usa   @MOHELA   633 Spirit Drive Chesterfield, MO 63005-1243

CONFIDENTIAL                                                                    MOHELA_001352

**Important Information to Know:**

| During your Deferment/ Forbearance | <ul><li>Daily interest continues to accrue on your loan(s).</li><li>Deferment/forbearance may be declined or requested to end, by you, at any time.</li><li>Payments can be made at any time during your deferment/forbearance period.</li><li>If applicable, Auto Debit will be suspended, including the 0.25% interest rate reduction.</li></ul> |
|---|---|
| At the end of your Deferment/ Forbearance | <ul><li>Repayment will resume according to the terms of your promissory note and the due date may change.</li><li>An Interest Notice will be sent regarding accrued interest and whether it is expected to capitalize.</li><li>If applicable, Auto Debit will resume, including the 0.25% interest rate reduction.</li><li>Unpaid accrued interest may capitalize.*</li></ul> |

**\*What is Capitalization?**

Capitalization is the addition of unpaid interest to the outstanding principal balance of a loan. When your unpaid interest capitalizes, it increases the outstanding principal amount due on your loan. Your interest is then recalculated based on the higher principal balance, increasing the overall cost of your loan and depending on your repayment plan, may also increase your monthly payment.

On a traditional repayment plan (Standard, Graduated, or Extended), your monthly loan payment covers all the interest that accrues (adds up) between monthly payments, so no unpaid interest will accrue while you're making payments on one of these plans. However, unpaid interest can add up in some situations, such as if you re on an income-driven repayment (IDR) plan or if you re not making payments.

Learn about student loan interest and interest capitalization at https://studentaid.gov/understand-aid/types/loans/interest-rates.

**Interest Capitalization Example:**

The actual amount of interest that capitalizes depends on factors such as your loan amount, interest rate and length of time when interest is building up. This example uses an interest rate of 8.25%.

| Example: During Deferment* | Loan Amount | Capitalized Interest for 12 months | Principal to be Repaid | Monthly Payment | Number of Payments | Total Amount Repaid |
|---|---|---|---|---|---|---|
| When interest is paid | $15,000 | $ 0 | $15,000 | $184 | 120 | $23,315** |
| When interest is not paid | $15,000 | $1,238 | $16,238 | $199 | 120 | $23,900 |
| ** This includes $1,238 of interest you paid during the deferment. | | | | | | |
| If you pay the interest during the deferment/forbearance, you will save $15 per month and $585 over the life of the loan. | | | | | | |

CONFIDENTIAL                                                                                                     MOHELA_001353

Notice: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (providing the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agencies that administer compliance with this law concerning this creditor are:

Federal Trade Commission
Consumer Response Center
600 Pennsylvania Avenue NW
Washington, DC 20580

Bureau of Consumer Financial Protection
1700 G Street NW
Washington, DC 20552

CONFIDENTIAL                                                                                                                                                                                                                                                                                                           MOHELA_001354

## DEFERMENT/FORBEARANCE SUMMARY

**Account Number:** ████9093

**Name:** JAIME MALDONADO

**Date:** 03/28/2024

| Loan Sequence | Disbursement Date | Loan Program | Current Principal Balance |
|---|---|---|---|
| 1 | 08/21/2015 | DLSCNS | $5,655.29 |
| 2 | 08/21/2015 | DLUCNS | $24,283.14 |

| Action | Type | Begin Date | End Date |
|---|---|---|---|
| Approved | Exceptional Discretionary Forbearance | 09/01/2023 | 01/01/2040 |
| Removed | General Forbearance | 10/01/2023 | 07/28/2024 |