# EXHIBIT JJ

# CLX – FORBEARANCE & DEFERMENT HISTORY

**Borrower Name:** ANNA VARELA – [CA]

**Borrower SSN:** ████5969

**Account No.:** ████9623

# ***Transitioned to FISERV 8/15/2024

**Option History –**

**Forb/Def History (RT - DL)**

| | Option Type | | Option Name | | Loans | | Begin Date | | End Date |
|---|---|---|---|---|---|---|---|---|---|
| - | Forbearance | | EXCEP DISC | | 2 | | 04/01/24 | | 01/01/40 |

| Loan Sequence | Disb Date | Loan Program | Cap Ind | Days Used | Days Left | Total Months Used | Date Certified |
|---|---|---|---|---|---|---|---|
| 005 | 09/02/22 | DLUCNS | No | 5754 | UNL | 195.5 | 04/01/24 |
| 006 | 09/02/22 | DLSCNS | No | 5754 | UNL | 195.5 | 04/01/24 |

| | Option Type | | Option Name | | Loans | | Begin Date | | End Date |
|---|---|---|---|---|---|---|---|---|---|
| - | Forbearance | | PROCESSING | | 2 | | 03/11/24 | | 03/31/24 |

| Loan Sequence | Disb Date | Loan Program | Cap Ind | Days Used | Days Left | Total Months Used | Date Certified |
|---|---|---|---|---|---|---|---|
| 005 | 09/02/22 | DLUCNS | No | 21 | UNL | .7 | 03/21/24 |
| 006 | 09/02/22 | DLSCNS | No | 21 | UNL | .7 | 03/21/24 |

| | Option Type | | Option Name | | Loans | | Begin Date | | End Date |
|---|---|---|---|---|---|---|---|---|---|
| - | Forbearance | | EXCEP DISC | | 2 | | 09/01/23 | | 03/10/24 |

| Loan Sequence | Disb Date | Loan Program | Cap Ind | Days Used | Days Left | Total Months Used | Date Certified |
|---|---|---|---|---|---|---|---|
| 005 | 09/02/22 | DLUCNS | No | 192 | UNL | 195.5 | 04/01/24 |
| 006 | 09/02/22 | DLSCNS | No | 192 | UNL | 195.5 | 04/01/24 |

| | Option Type | | Option Name | | Loans | | Begin Date | | End Date |
|---|---|---|---|---|---|---|---|---|---|
| - | Forbearance | | COVID-19 | | 4 | | 09/02/22 | | 08/31/23 |

| Loan Sequence | Disb Date | Loan Program | Cap Ind | Days Used | Days Left | Total Months Used | Date Certified |
|---|---|---|---|---|---|---|---|
| 003 | 09/02/22 | DLUCNS | No | 364 | UNL | 12.0 | 12/09/22 |
| 004 | 09/02/22 | DLSCNS | No | 364 | UNL | 12.0 | 12/09/22 |
| 005 | 09/02/22 | DLUCNS | No | 364 | UNL | 12.0 | 12/09/22 |
| 006 | 09/02/22 | DLSCNS | No | 364 | UNL | 12.0 | 12/09/22 |

MOHELA_002483

# CLX – FORBEARANCE & DEFERMENT HISTORY

| | Forbearance | | | COVID-19 | | 1 | | 03/13/20 | | 03/30/22 |
|---|---|---|---|---|---|---|---|---|---|---|

| Loan Sequence | Disb Date | Loan Program | Cap Ind | Days Used | Days Left | Total Months Used | Date Certified |
|---|---|---|---|---|---|---|---|
| 001 | 09/22/15 | DLSTFD | No | 748 | UNL | 24.6 | 01/04/22 |

| | Forbearance | | | COVID-19 | | 1 | | 03/13/20 | | 08/20/22 |
|---|---|---|---|---|---|---|---|---|---|---|

| Loan Sequence | Disb Date | Loan Program | Cap Ind | Days Used | Days Left | Total Months Used | Date Certified |
|---|---|---|---|---|---|---|---|
| 002 | 08/05/16 | DLUNST | No | 891 | UNL | 29.3 | 04/18/22 |

| | Forbearance | | | GENERAL FB | | 2 | | 09/01/18 | | 08/31/19 |
|---|---|---|---|---|---|---|---|---|---|---|

| Loan Sequence | Disb Date | Loan Program | Cap Ind | Days Used | Days Left | Total Months Used | Date Certified |
|---|---|---|---|---|---|---|---|
| 001 | 09/22/15 | DLSTFD | Yes | 365 | 376 | 23.6 | |
| 002 | 08/05/16 | DLUNST | Yes | 365 | 376 | 23.6 | |

| | Forbearance | | | ADMINISTRV | | 2 | | 05/01/18 | | 08/20/18 |
|---|---|---|---|---|---|---|---|---|---|---|

| Loan Sequence | Disb Date | Loan Program | Cap Ind | Days Used | Days Left | Total Months Used | Date Certified |
|---|---|---|---|---|---|---|---|
| 001 | 09/22/15 | DLSTFD | Yes | 112 | UNL | 3.7 | |
| 002 | 08/06/16 | DLUNST | Yes | 112 | UNL | 3.7 | |

| | Forbearance | | | GENERAL FB | | 2 | | 05/12/17 | | 04/30/18 |
|---|---|---|---|---|---|---|---|---|---|---|

| Loan Sequence | Disb Date | Loan Program | Cap Ind | Days Used | Days Left | Total Months Used | Date Certified |
|---|---|---|---|---|---|---|---|
| 001 | 09/22/15 | DLSTFD | Yes | 354 | 376 | 23.6 | |
| 002 | 08/06/16 | DLUNST | Yes | 354 | 376 | 23.6 | |

CONFIDENTIAL