| | |
|---|---|
| Sheila A.G. Armbrust (SBN 265998) <br> sarmbrust@sidley.com <br> Tony S. Mekari (SBN 347057) <br> tony.mekari@sidley.com <br> SIDLEY AUSTIN LLP <br> 555 California Street, Suite 2000 <br> San Francisco, CA 94104 <br> Telephone: (415) 772-1200 | Amy P. Lally (SBN 198555) <br> alally@sidley.com <br> SIDLEY AUSTIN LLP <br> 1999 Avenue of the Stars, 17th Floor <br> Los Angeles, CA 90067 <br> Telephone: (310) 595-9662 |
| Anna Tutundjian (SBN 309969) <br> atutundjian@sidley.com <br> SIDLEY AUSTIN LLP <br> 350 South Grand Avenue <br> Los Angeles, CA 90071 <br> Telephone: (213) 896-6000 <br> Facsimile: (213) 896-6600 | Jacquelyn Fradette (*pro hac vice*) <br> jfradette@sidley.com <br> SIDLEY AUSTIN LLP <br> 1501 K Street, N.W. <br> Washington, D.C. 20005 <br> Telephone: (202) 736-8822 |

*Attorneys for Defendant*
*Higher Education Loan Authority of the*
*State of Missouri*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JAIME MALDONADO, ANNA VARELA, ALMA GARY, and JEFF PLAMONDON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30, <br><br> Defendants. | Case No. 3:24-CV-07850 VC <br><br> Assigned to Hon. Vince Chhabria <br><br> Referred for Discovery to Hon. Peter Kang <br><br> **FURTHER JOINT STATUS REPORT REGARDING DEFENDANT'S MOTION TO MAINTAIN CONFIDENTIALITY** <br><br> Case Removed: November 8, 2024 <br><br> (Superior Court of California for the County of Alameda, Case No. 24CV090146) |

Defendant Higher Education Loan Authority of the State of Missouri ("MOHELA") and Plaintiffs Jaime Maldonado, Anna Varela, Alma Gary, and Jeff Plamondon ("Plaintiffs") (collectively, the "Parties"), by and through their undersigned counsel, hereby provide a further joint status report regarding MOHELA's motion to maintain confidentiality ("Motion"), Dkt. No. 74.

**MOHELA's Statement:**

As described in the Parties' previous joint status reports, the Department of Education (the "Department"), through its Office of General Counsel, insists that any documents and information produced in this action that may constitute Controlled Unclassified Information ("CUI") be handled and safeguarded in accordance with the requirements set forth in 32 C.F.R. part 2002. The Department additionally requires that such information should not be shared with any person or entity that is not willing or able to comply with the security requirements prescribed in 32 C.F.R. part 2002. The Department further insists that such information should not be redisclosed to other parties without the Department's knowledge or consent.

"The CUI Program standardizes the way the executive branch handles information that requires protection under laws, regulations, or Government-wide policies[.]" 34 C.F.R. § 2002.1(b). "All unclassified information throughout the executive branch that requires any safeguarding or dissemination control is CUI. Law, regulation (to include this part), or Government-wide policy must require or permit such controls." *Id.* § 2002.1(c). The Department's input is necessary to determine whether material is CUI. *See id.* §§ 2002.20(a)(4), 2002.20(a)(7), 2002.50. Under MOHELA's contractual and regulatory obligations, it lacks the authority to disclose CUI non-confidentially, especially in light of the Department's recent instructions that MOHELA and recipients of documents produced in this action be handled and safeguarded pursuant to 32 C.F.R. part 2002. Under the lower burden of "good cause" applicable here, the challenged documents should remain confidential.

MOHELA continues to seek additional guidance and clarification from the Department's Office of General Counsel in light of MOHELA's regulatory and contractual obligations to the Department. MOHELA has communicated with the Department on this topic and there exists the

possibility that the Department will file a declaration for purposes of this motion regarding the handling and safeguarding of CUI. However, the government shutdown continues to stall those efforts. Once the shutdown concludes, MOHELA intends to obtain a declaration from the Department's Office of General Counsel and continue to seek further guidance and clarification.

In the meantime, MOHELA confirms that it is not withholding CUI documents or any documents on the basis of confidentiality, and it has and will continue to produce such documents in this case. Moreover, Plaintiffs have still not articulated any valid reason to assert their confidentiality challenge at this juncture, disconnected from any imminent motion practice reliant on the challenged documents. Accordingly, Plaintiffs are not prejudiced by the continued confidential status of the challenged documents.

MOHELA requests that the Court permit further meet and confer efforts and defer any ruling until after the Parties submit a further status report by December 3, 2025.

**Plaintiffs' Statement:**

No progress has been made since the Parties filed their last joint status report on October 22, 2025. ECF No. 91. Plaintiffs maintain the position that they took in that status report, which is restated below:

Plaintiffs have remained willing to discuss MOHELA's rationale for maintaining confidentiality on selected documents pursuant to Federal Rule of Civil Procedure 26, but as no further rationale has been provided during the meet and confer process, Plaintiffs do not believe that additional delay is warranted. As Plaintiffs argued in their Response in Opposition to MOHELA's Motion to Maintain Confidentiality, MOHELA has neither established that any of the challenged documents is actually CUI nor provided any other basis for maintaining the challenged documents' confidentiality under the Protective Order or Rule 26. *See generally* ECF No. 77. That has not changed. Even if the Department were planning to file a declaration in this case, a statement that MOHELA is required to handle CUI in accordance with the requirements set forth in 32 C.F.R. part 2002 would not support MOHELA's argument on either point.

Plaintiffs ask the Court to rule on MOHELA's motion. Plaintiffs will file the challenged documents under seal at the Court's request.

Respectfully submitted,

Date: November 12, 2025                By: /s/ Anna Tutundjian
                                       Anna Tutundjian (SBN 309969)
                                       atutundjian@sidley.com
                                       350 South Grand Avenue
                                       Los Angeles, CA 90071
                                       Telephone: (213) 896-6000
                                       Facsimile: (213) 896-6600

                                       Jacquelyn Fradette (*pro hac vice*)
                                       jfradette@sidley.com
                                       SIDLEY AUSTIN LLP
                                       1501 K Street, N.W.
                                       Washington, D.C. 20005
                                       Telephone: (202) 736-8822

                                       Sheila A.G. Armbrust (SBN 265998)
                                       sarmbrust@sidley.com
                                       Tony S. Mekari (SBN 347057)
                                       tony.mekari@sidley.com
                                       SIDLEY AUSTIN LLP
                                       555 California Street, Suite 2000
                                       San Francisco, CA 94104
                                       Telephone: (415) 772-1200
                                       Facsimile: (415) 772-7400

                                       Amy P. Lally (SBN 198555)
                                       alally@sidley.com
                                       SIDLEY AUSTIN LLP
                                       1999 Avenue of the Stars, 17th Floor
                                       Los Angeles, CA 90067
                                       Telephone: (310) 595-9662
                                       Facsimile: (310) 595-9501

                                       *Attorneys for Defendant*
                                       *Higher Education Loan Authority of the State of Missouri*

Date: November 12, 2025          By: */s/ Rebecca C. Eisenbrey*
                                 Malachi J. Haswell, SBN 307729
                                 Adam McNeile, SBN 280296
                                 KEMNITZER, BARRON & KRIEG, LLP
                                 1120 Mar West, Ste. C2
                                 Tiburon, CA 94920
                                 Phone: (415) 632-1900
                                 adam@kbklegal.com
                                 kai@@kbklegal.com

                                 Noah Zinner, SBN 247581
                                 Rebecca C. Eisenbrey (pro hac vice)
                                 Rebecca C. Ellis (pro hac vice)
                                 PROJECT ON PREDATORY
                                 STUDENT LENDING
                                 769 Centre Street
                                 Jamaica Plain, MA 02130
                                 Phone: (617) 390-2669
                                 nzinner@ppsl.org
                                 reisenbrey@ppsl.org
                                 REllis@ppsl.org
                                 sean@kbklegal.com

                                 Daniel "Sparky" Abrahams, SBN 299193
                                 JUBILEE LEGAL
                                 300 E. Esplanade Drive, Suite 900
                                 Oxnard, CA 93036
                                 Phone: (805) 946-0386
                                 sparky@jubilee.legal

                                 *Attorneys for Plaintiffs and the Proposed Class*

**LOCAL RULE 5-1 FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Anna Tutundjian, attest that concurrence in the filing of this document has been obtained.

Date: November 12, 2025         By:    */s/ Anna Tutundjian*
                                       Anna Tutundjian