Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Tony S. Mekari (SBN 347057)
tony.mekari@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

Anna Tutundjian (SBN 309969)
atutundjian@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9662

Jacquelyn Fradette (*pro hac vice*)
jfradette@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8822

*Attorneys for Defendant*
*Higher Education Loan Authority of the*
*State of Missouri*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAIME MALDONADO, ANNA VARELA, ALMA GARY, and JEFF PLAMONDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30,<br><br>Defendants. | Case No. 3:24-CV-07850 VC<br><br>Assigned to Hon. Vince Chhabria<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING AND HEARING SCHEDULE FOR MOTION(S) FOR SUMMARY JUDGMENT**<br><br>Case Removed: November 8, 2024<br><br>(Superior Court of California for the County of Alameda, Case No. 24CV090146) |

Defendant Higher Education Loan Authority of the State of Missouri ("MOHELA") and Plaintiffs Jaime Maldonado, Anna Varela, Alma Gary, and Jeff Plamondon ("Plaintiffs") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on September 19, 2025, the Court set the briefing schedule for the Parties' anticipated motion(s) for summary judgment pursuant to the parties' joint stipulation. Dkt. No. 88 at 6.

WHEREAS, MOHELA filed its motion for summary judgment on November 7, 2025, and Plaintiffs' opening brief/opposition to MOHELA's motion is currently due by December 1, 2025.

WHEREAS, good cause exists to modify the current briefing schedule as the Parties have scheduled MOHELA's deposition(s) under Fed. R. Civ. P. 30(b)(6) to take place during the weeks of December 1 and December 8, 2025. The Parties began discussing the 30(b)(6) deposition on August 21, 2025, and have been diligently working to schedule it since then. Due to the Parties' meet and confer efforts on the scope of Plaintiffs' original 30(b)(6) topics and the Parties' subsequent scheduling conflicts, it was not possible to conclude the 30(b)(6) deposition before the current due date for Plaintiffs' brief.

WHEREAS, it will be efficient and in the interests of justice to modify the motion for summary judgment briefing schedule to provide the Parties more time to engage in discovery efforts before the motion(s) for summary judgment are fully briefed. This requested modification will minimally affect the schedule of the case.

WHEREAS, the Parties have agreed to continue the motion for summary judgment briefing and hearing schedule as follows:

//
//
//

|  | Current Briefing Schedule | Stipulated Briefing Schedule |
|---|---|---|
| Plaintiffs' opening brief/opposition | December 1, 2025 | December 22, 2025 |
| Defendant's opposition/reply | December 19, 2025 | January 22, 2026 |
| Plaintiffs' reply | January 8, 2026 | February 12, 2026 |
| Hearing | January 22, 2026 | March 5, 2026 |

WHEREAS, this is the Parties' fifth request for a modification or extension of time. *See* Dkt. No. 9 (modifying the briefing schedule for motion to dismiss); Dkt. No. 27 (continuing the initial case management conference in light of the then-pending motion to dismiss); Dkt. No. 57 (modifying the briefing schedule for motion for judgment on the pleadings); Dkt No. 87 (continuing the briefing schedule for motion(s) for summary judgment).

Based on the foregoing, and pursuant to Civil Local Rules 6-2(a) and 7-12, the undersigned Parties hereby stipulate and agree that the briefing schedule for the motion(s) for summary judgment should be revised as follows:

1. Plaintiffs' opening brief/opposition shall be due on December 22, 2025;

2. Defendant's opposition/reply brief shall be due on January 22, 2026; and

3. Plaintiffs' reply shall be due on February 12, 2026.

4. Hearing on the motion(s) for summary judgment will be held on March 5, 2026.

**IT IS SO STIPULATED.**

Date: November 17, 2025

By: */s/ Anna Tutundjian*
Anna Tutundjian (SBN 309969)
atutundjian@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Tony S. Mekari (SBN 347057)
tony.mekari@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9662
Facsimile: (310) 595-9501

Jacquelyn Fradette (pro hac vice)
jfradette@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8822

*Attorneys for Defendant*
*Higher Education Loan Authority of the*
*State of Missouri*

Date: November 17, 2025

By: */s/ Rebecca C. Eisenbrey*
Noah Zinner, SBN 247581
Rebecca C. Eisenbrey (pro hac vice)
Rebecca C. Ellis (pro hac vice)
PROJECT ON PREDATORY
STUDENT LENDING
769 Centre Street
Jamaica Plain, MA 02130
Phone: (617) 390-2669
nzinner@ppsl.org
reisenbrey@ppsl.org
REllis@ppsl.org
sean@kbklegal.com

Daniel "Sparky" Abrahams, SBN 299193
JUBILEE LEGAL
300 E. Esplanade Drive, Suite 900
Oxnard, CA 93036
Phone: (805) 946-0386
sparky@jubilee.legal

Adam McNeile, SBN 280296
Malachi J. Haswell, SBN 307729
KEMNITZER, BARRON & KRIEG, LLP
1120 Mar West, Ste. C2
Tiburon, CA 94920
Phone: (415) 632-1900
adam@kbklegal.com
kai@@kbklegal.com

*Attorneys for Plaintiffs and the Proposed Class*

## LOCAL RULE 5-1 FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Anna Tutundjian, attest that concurrence in the filing of this document has been obtained.

Date: November 17, 2025              By:   */s/ Anna Tutundjian*
                                           Anna Tutundjian

5

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING AND HEARING SCHEDULE FOR MOTION(S) FOR SUMMARY JUDGMENT, CASE NO. 3:24-CV-07850 VC

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED: The briefing and hearing schedule for the Parties' motion(s) for summary judgment is modified as follows:

1. Plaintiffs' opening brief/opposition shall be due on December 22, 2025;

2. Defendant's opposition/reply brief shall be due on January 22, 2026; and

3. Plaintiffs' reply shall be due on February 12, 2026.

4. Hearing on the motion(s) for summary judgment will be held on March 5, 2026.

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE VINCE CHHABRIA
United States District Judge