BRETT A. SHUMATE
Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 514-4964
E-mail: liam.c.holland@usdoj.gov

*Counsel for Non-Party*
*United States Department of Education*

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAIME MALDONADO, ANNA VARELA, ALMA GARY, and JEFF PLAMONDON, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30, <br><br> Defendants. | Case No. 3:24-CV-07850-VC <br><br> **NON-PARTY COUNSEL ENTRY OF APPEARANCE** <br><br> Case Removed: November 8, 2024 <br><br> (Superior Court of California for the County of Alameda, Case No. 24CV090146) |

     Please taken notice that Liam C. Holland, trial attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel for the non-party United States Department of Education in the above-captioned matter.

     On November 17, 2025, this Court issued an order directing Defendant Higher Education Loan Authority of the State of Missouri ("MOHELA") to instruct counsel for the United States Department of Education to enter an appearance in this action so that counsel can receive e-filings and notices from the Court directly going forward. ECF No. 99. The United States Department of Justice represents the United States Department of Education in litigation matters.

Dated: December 5, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 514-4964
E-mail: liam.c.holland@usdoj.gov

*Counsel for Non-Party*
*United States Department of Education*

Non-Party Counsel Entry of Appearance
3:24-CV-07850-VC

1