Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Tony S. Mekari (SBN 347057)
tony.mekari@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9662

Anna Tutundjian (SBN 309969)
atutundjian@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000

Jacquelyn Fradette (*pro hac vice*)
jfradette@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8822

*Attorneys for Defendant*
*Higher Education Loan Authority of the*
*State of Missouri*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAIME MALDONADO, ANNA VARELA, ALMA GARY and JEFF PLAMONDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30,<br><br>Defendants. | Case No. 3:24-CV-07850 VC<br><br>Assigned to Hon. Vince Chhabria<br><br>**FURTHER SUPPLEMENTAL DECLARATION OF LAQUAN ANTHONY IN SUPPORT OF DEFENDANT HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: January 22, 2026<br>Time: 10:00 a.m.<br>Location: Courtroom 4, 17th Floor<br><br>Case Removed: November 8, 2024<br><br>(Superior Court of California for the County of Alameda, Case No. 24CV090146) |

## DECLARATION OF LAQUAN ANTHONY

I, LaQuan Anthony, declare the following:

1. I am the Loan Servicing Manager at the Higher Education Loan Authority of the State of Missouri ("MOHELA"). I have served as Loan Servicing Manager since August 7, 2023. In this capacity, I am involved in the process of discharging federal student loans that the Department of Education, including the Office of Federal Student Aid (the "Department"), has directed MOHELA to discharge under the procedure known as Borrower Defense Group Discharge.

2. I make this declaration based on my personal knowledge, investigation, and belief, unless otherwise indicated. The matters set forth herein are true and correct to the best of my knowledge and, if called as a witness, I could testify competently thereto.

3. On November 7 and 21, 2025, I submitted declarations in support of MOHELA's Partial Motion for Summary Judgment. In Paragraph 6 of my supplemental declaration submitted on November 21, I identified the dates that MOHELA received lists of loans to be discharged under Borrower Defense Group Discharge from the Department that included borrowers who are currently California residents and who attended one of the institutions identified in the complaint filed in this action (the "Group Discharge Files").

4. MOHELA received Group Discharge Files on or around the following dates:

   a) December 30, 2022
   b) January 27, 2023
   c) April 18, 2023
   d) August 23, 2023
   e) May 3, 2024
   f) June 7, 2024
   g) June 11, 2024
   h) September 27, 2024
   i) January 14, 2025
   j) January 16, 2025

5. MOHELA also received lists of loans to be discharged under Borrower Defense Group Discharge from the Department on or around December 7 and 21, 2022, that included borrowers who are currently California residents.

6. I reviewed the group discharge files MOHELA received on or around the dates

1

FURTHER SUPPLEMENTAL DECLARATION OF LAQUAN ANTHONY IN SUPPORT OF DEFENDANT'S
PARTIAL MOTION FOR SUMMARY JUDGMENT CASE NO. 3:24-CV-07850 VC

identified in Paragraphs 4 and 5 herein for federal student loans borrowed by Plaintiffs Jeff Plamondon and Alma Gary based on their social security numbers and also loan award IDs. Plaintiffs Plamondon's and Gary's federal student loans are not included in any of these files.

I hereby declare under penalty of perjury of the laws of the United States that the foregoing statements are true and correct.

Executed on this 19th day of December 2025, in Mechanicsburg, Pennsylvania.

Signed by:

By: _LaQuan Anthony_____
LaQuan Anthony