PROJECT ON PREDATORY STUDENT LENDING
NOAH ZINNER                         Bar No. 247581
REBECCA C. EISENBREY                Admitted *pro hac vice*
REBECCA C. ELLIS                    Admitted *pro hac vice*
769 Centre St.
Jamaica Plain, MA  02130
Telephone:  (617) 390-2669
nzinner@ppsl.org

JUBILEE LEGAL
DANIEL "SPARKY" ABRAHAM    Bar No. 299193
300 E. Esplanade Dr., Ste. 900
Oxnard, CA  93036
Telephone:  (805) 946-0386
sparky@jubilee.legal

KEMNITZER, BARRON & KRIEG, LLP
ADAM J. MCNEILE              Bar No. 280296
MALACHI J. HASWELL           Bar No. 307729
1120 Mar West St., Ste. C2
Tiburon, CA  94920
Telephone:  (415) 632-1900
adam@kbklegal.com
kai@kbklegal.com

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME MALDONADO, ANNA VARELA, ALMA GARY, and JEFF PLAMONDON, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>     vs.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30,<br><br>           Defendants.<br>_____ / | Case No. 3:24-cv-07850-VC<br><br>**DECLARATION OF MALACHI J. HASWELL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT AND CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: March 5, 2026<br>Time: 10:00 a.m.<br>Location: Courtroom 4, 17th Floor<br><br>Assigned for all purposes to Hon. Vince Chhabria |

I, Malachi J. Haswell, declare as follows:

1. I am an attorney at law, licensed to practice in the State of California, and before this Court, and am an attorney with Kemnitzer, Barron & Krieg, LLP, attorneys of record for Plaintiffs in the above captioned matter.

2. I am familiar with the pleadings and files in this action. I have personal knowledge of the facts stated herein and could and would testify competently thereto.

3. Attached hereto are true and correct copies of the following documents:

   - **Exhibit 1**: Excerpts of the deposition of MOHELA's Rule 30(b)(6) deponent, LaQuan Anthony, taken on December 9, 2025.

   - **Exhibit 2**: Excerpts of the deposition of MOHELA's Rule 30(b)(6) deponent, James Melear, taken on December 11, 2025.

   - **Exhibit 3**: Excerpts of the deposition of MOHELA's Rule 30(b)(6) deponent, Shelley Lester, taken on December 12, 2025.

4. Attached hereto are true and correct copies of the following documents produced by MOHELA in this action:

   - **Exhibit 4**: Internal MOHELA record listing dates and details relating to group discharge announcements, last modified October 23, 2024, produced by MOHELA as MOHELA_006098.

   - **Exhibit 5**: Change Request 6346, produced by MOHELA as MOHELA_016206.

   - **Exhibit 6**: October 20, 2023, email between the Department and MOHELA, produced by MOHELA as MOHELA_002895.

   - **Exhibit 7**: MOHELA's discharge progress reporting to the Department as of March 24, 2025, produced by MOHELA as MOHELA_003602. This document was produced by MOHELA as an Excel file and converted to a pdf by Plaintiffs for filing.

   - **Exhibit 8**: September 12, 2023, email correspondence between the Department and MOHELA, forwarded internally on September 14, 2023, produced by MOHELA as MOHELA_016558.

- **Exhibit 9**: December 23, 2023, email correspondence between the Department and MOHELA, produced by MOHELA as MOHELA_003939.

- **Exhibit 10**: MOHELA's internal records detailing communications with Plaintiff Jaime Maldonado, produced by MOHELA as MOHELA_001451.

- **Exhibit 11**: MOHELA's internal records detailing notes from a call with Ms. Maldonado on February 21, 2024, produced by MOHELA as MOHELA_001344.

- **Exhibit 12**: Internal email correspondence between MOHELA employees regarding processing Ms. Maldonado's discharge in October 2024, produced by MOHELA as MOHELA_017613.

- **Exhibit 13**: Internal email correspondence between MOHELA employees regarding processing Ms. Maldonado's discharge in October 2024, produced by MOHELA as MOHELA_017610.

- **Exhibit 14**: e-OSCAR report for Ms. Maldonado, dated April 3, 2025, produced by MOHELA as MOHELA_002733.

- **Exhibit 15**: MOHELA's internal records recording communications with Plaintiff Anna Varela, produced by MOHELA as MOHELA_002475. This document was produced by MOHELA as an Excel file and converted to a pdf by Plaintiffs for filing.

- **Exhibit 16**: February 15, 2024, billing statement from MOHELA to Ms. Varela, produced by MOHELA as MOHELA_002305.

- **Exhibit 17**: March 21, 2024, letter from MOHELA to Ms. Varela, produced by MOHELA as MOHELA_001841.

- **Exhibit 18**: March 28, 2024, email record from MOHELA to Ms. Varela, produced by MOHELA as MOHELA_002226. The record does not include Ms. Varela's name, but the metadata produced with the document shows that the native filename is 2024.03.28 - VARELA - Student Loan Billing Statement.PNG.

- **Exhibit 19**: April 1, 2024, email record from MOHELA to Ms. Varela, produced by MOHELA as MOHELA_002225. The record does not include Ms. Varela's name, but

the metadata produced with the document shows that the native filename is 2024.04.01 - VARELA - Scheduled Payment Confirmation.PNG.

- **Exhibit 20**: Internal email correspondence between MOHELA employees regarding processing Ms. Varela's discharge in September 2024, produced by MOHELA as MOHELA_017608.

- **Exhibit 21**: November 30, 2022, email correspondence between the Department and MOHELA, forwarded internally on December 1, 2022, produced by MOHELA as MOHELA_000003.

- **Exhibit 22**: Undated excerpt from a group file listing Ms. Maldonado's loans, produced by MOHELA as MOHELA_000053.

- **Exhibit 23**: Undated excerpt from a group file listing Ms. Varela's loans, produced by MOHELA as MOHELA_000002.

- **Exhibit 24**: Internal MOHELA records reflecting that all of Ms. Gary's underlying loans were held by the Department and have been discharged, produced by MOHELA as MOHELA_000045.

- **Exhibit 25**: MOHELA's internal records reflecting the addition of the group discharge announcement for The Art Institutes on May 1, 2024, produced by MOHELA as MOHELA_006179.

- **Exhibit 26**: MOHELA's internal records recording communications with Plaintiff Alma Gary, produced by MOHELA as MOHELA_001669. This document was produced by MOHELA as an Excel file and converted to a pdf by Plaintiffs for filing.

- **Exhibit 27**: September 18, 2023, billing statement from MOHELA to Ms. Gary, produced by MOHELA as MOHELA_001605.

- **Exhibit 28**: October 19, 2023, billing statement from MOHELA to Ms. Gary, produced by MOHELA as MOHELA_001599.

- **Exhibit 29**: October 26, 2023, email correspondence between the Department and MOHELA, produced by MOHELA as MOHELA_017573.

- **Exhibit 30**: December 19, 2023, billing statement from MOHELA to Ms. Gary, produced by MOHELA as MOHELA_001585.
- **Exhibit 31**: January 16, 2024, billing statement from MOHELA to Ms. Gary, produced by MOHELA as MOHELA_001574.
- **Exhibit 32**: February 9, 2024, letter from MOHELA to Ms. Gary, produced by MOHELA as MOHELA_001565.
- **Exhibit 33**: MOHELA's internal records recording notes from a call with Ms. Gary on July 22, 2024, produced by MOHELA as MOHELA_002625.
- **Exhibit 34**: MOHELA's internal records detailing communications with Plaintiff Jeff Plamondon, produced by MOHELA as MOHELA_001823.
- **Exhibit 35**: MOHELA's internal records detailing actions taken on Mr. Plamondon's account, produced by MOHELA as MOHELA_002456.
- **Exhibit 36**: August 30, 2023, letter from MOHELA to Mr. Plamondon, produced by MOHELA as MOHELA_001710.
- **Exhibit 37**: Undated letter from MOHELA to Mr. Plamondon, produced by MOHELA as MOHELA_001730.
- **Exhibit 38**: July 23, 2024, letter from MOHELA to Ms. Maldonado, produced by MOHELA as MOHELA_001460.

5.  I have reviewed the group files MOHELA received from the Department in December 2022, January 2023, and June 2024 and produced to Plaintiffs. The loan information for Ms. Maldonado is the same across all three files. Notably, MOHELA only produced the December 2022 group file on December 19, 2025, the last business day before Plaintiffs' opposition and cross-motion were due. Plaintiffs will produce the group files in question for the Court's inspection if requested.

6.  I have reviewed the group files MOHELA received from the Department in April 2023 and June 2024 and produced to Plaintiffs. The loan information for Ms. Varela is the same across both files. Plaintiffs will produce the group files in question for the Court's inspection if

requested.

7. MOHELA has been producing the group files received from the Department on a rolling basis. On meet and confer calls in November 2025, MOHELA's counsel informed Plaintiffs' counsel that they had produced all the group files. By MOHELA's own admission, this statement was false: Mr. Anthony filed a supplemental declaration on November 21, 2025, listing additional group discharge files that had not been previously disclosed or produced to Plaintiffs. ECF No. 101. On December 1, 2025, MOHELA's counsel again represented to Plaintiffs' counsel by email that all of the discharge files have been produced. This was again false. On December 19 and 20, 2025, mere days before this opposition was due, MOHELA produced additional group discharge files for December 7 and 21, 2022, and filed another supplemental declaration listing those files. ECF No. 109.

8. Further, MOHELA has not produced the group discharge files to Plaintiffs in their entirety. MOHELA filtered the lists to remove non-California residents and to redact PII such as social security numbers. MOHELA has also (without notice or explanation to Plaintiffs' counsel) further modified and/or filtered the group discharge lists. For example, MOHELA received separate group files from the Department that were divided by school and loan type. Plaintiffs' counsel determined that MOHELA combined separate group files into single files by date of transmission for the purposes of production, obscuring how MOHELA originally received the files from the Department.

9. Given the errors and misrepresentations MOHELA made in producing the group files to Plaintiffs, and MOHELA's lack of transparency regarding how it filtered and/or otherwise altered the files, it is impossible to be confident that Mr. Plamondon's loan information was not erroneously filtered out of the original group files or contained in group files that have not yet been discovered by MOHELA.

10. Plaintiffs propounded Requests for Production on MOHELA on June 9, 2025. Plaintiffs' requests sought all information relating to the group discharge process, including instructions from the Department, internal communications, and internal policies and procedures. Plaintiffs'

counsel had numerous meet and confer calls with MOHELA's counsel relating to MOHELA's production of documents, and MOHELA has made twenty-one document productions on a rolling basis. At no point during these extensive communications, negotiations, and productions did MOHELA notify Plaintiffs' counsel of the different process used for consolidation loans with underlying Direct Loans or ED-held FFEL loans—specifically, that such loans would never appear in group discharge files from the Department.

11. Plaintiffs propounded Interrogatories to MOHELA on June 9, 2025. Following extensive meet and confer responses on MOHELA's initial (deficient) responses, MOHELA finally provided supplemental responses late in the afternoon on December 8, 2025, the day before Mr. Anthony's deposition. In the supplemental responses, MOHELA described for the first time the "SCAF" process by which the consolidation servicer (MOHELA) and the prior servicer of the underlying loan exchange information to apply necessary adjustments to the consolidation loans based on the discharge of underlying loans.

12. During Mr. Anthony's deposition on December 9, 2025, Plaintiffs' counsel learned for the first time that a consolidation loan—such as Ms. Gary's—that has no underlying commercially-held FFEL loans, only underlying Direct Loans and/or ED-held FFEL loans, would only appear in adjustment files sent from the underlying servicer, and not on group discharge lists.

13. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this Declaration is executed on December 22, 2025, at Los Angeles, California.

Dated: December 22, 2025                    /s/ *Malachi J. Haswell*
                                            Malachi J. Haswell

# **EXHIBITS 1-38**

ALL EXHIBITS FILED UNDER SEAL ATTACHED TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER A PARTY'S MATERIAL SHOULD BE SEALED LOCAL RULE 79-5(d)