PROJECT ON PREDATORY STUDENT LENDING
NOAH ZINNER                     Bar No. 247581
REBECCA C. EISENBREY            Admitted *pro hac vice*
REBECCA C. ELLIS                Admitted *pro hac vice*
769 Centre St.
Jamaica Plain, MA  02130
Telephone:  (617) 390-2669
nzinner@ppsl.org

JUBILEE LEGAL
DANIEL "SPARKY" ABRAHAM         Bar No. 299193
300 E. Esplanade Dr., Ste. 900
Oxnard, CA  93036
Telephone:  (805) 946-0386
sparky@jubilee.legal

KEMNITZER, BARRON & KRIEG, LLP
ADAM J. MCNEILE                 Bar No. 280296
MALACHI J. HASWELL              Bar No. 307729
1120 Mar West St., Ste. C2
Tiburon, CA  94920
Telephone:  (415) 632-1900
adam@kbklegal.com
kai@kbklegal.com

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME MALDONADO, ANNA VARELA, ALMA GARY, and JEFF PLAMONDON, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>     vs.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30,<br><br>           Defendants. | **Case No. 3:24-cv-07850-VC**<br><br>**DECLARATION OF JAIME MALDONADO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT AND CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: March 5, 2026<br>Time: 10:00 a.m.<br>Location: Courtroom 4, 17th Floor<br><br>Assigned for all purposes to Hon. Vince Chhabria |

1
Declaration of Jaime Maldonado in Support of Plaintiffs' Opposition to Motion for Partial Summary Judgment and Cross-Motion for Partial Summary Judgment

I, Jaime Maldonado, declare as follows:

1. I am over the age of 18 and a plaintiff in this action. I have personal knowledge of the facts stated herein and could and would testify competently thereto.

2. I attended Heald College in Hayward, California from 2007 to 2010. Heald College was a chain of schools owned and operated by Corinthian Colleges, Inc. ("CCI").

3. I took out two federal student loans to attend CCI. At all times relevant to this case, MOHELA serviced these loans.

4. On November 17, 2022, I received an email notice from the Department informing me that my CCI-related federal student loans would be discharged. A true and correct copy of this notice is attached hereto as **Exhibit A**.

5. The notice included the following information: that the Department had determined that the loans I received to attend Heald College were eligible for a full discharge; that I did not have to make any more payments on these loans; that I may receive a refund for prior payments made to the Department on the loans, and that my servicer would let me know if I was eligible for a payment refund; that I did not have to take any further action to receive these benefits; and that I should contact my servicer within 30 days only if I did not wish to accept the discharge.

6. All of my federal student loans are from Heald College and are eligible for Group Discharge relief.

7. I contacted MOHELA more times than I can remember about the promised discharge, including innumerable messages via MOHELA's online portal and through phone calls. Every time I called, the MOHELA representatives I spoke to would give me vague answers such as "we're working on that" or "we don't know anything" or "we'll get back to you." I could not get answers from anyone. Despite my numerous contacts with MOHELA, MOHELA never provided substantive information about the discharge status of my loans.

8. On July 6, 2024, I sent MOHELA a letter notifying MOHELA that it violated my rights under the California Student Borrower Bill of Rights, including that MOHELA had failed to process my discharge, continued reporting the loans as owed on my credit, and provided non-

responsive, conflicting, and inaccurate information in response to my inquiries. I enclosed a copy of the notice I received from the Department, and asked that MOHELA confirm my discharge status, remove credit reporting showing a balance due, and confirm my eligibility for a refund. I paid extra to have the letter sent by certified mail, to make sure that MOHELA received it. A true and correct copy of the letter I sent to MOHELA is attached hereto as **Exhibit B**.

9. MOHELA responded to my letter on August 2, 2024. MOHELA's letter, like all my previous contacts with MOHELA, did not provide any substantive information about my promised discharge. In fact, the letter seemed to indicate that MOHELA had not even received my discharge information from the Department, since it said, "*Once* MOHELA receives notification of the approval of your Borrower Defense discharge from FSA, we will move forward with the discharge of your remaining federal student loans, and any refunds due will be issued." A true and correct copy of MOHELA's response to my letter is attached hereto as **Exhibit C**.

10. My loan was not discharged until October 2024, more than two years after the Department announced the discharge for former CCI students. Even after they were discharged, MOHELA kept reporting the loans on my credit until April 2025.

11. I spent time and money dealing with MOHELA's failure to discharge my loans and the resulting harm to my credit. I was deterred from returning to school while the status of my loan discharge was unclear, because I knew I could not afford to go back to school if I had to enter repayment on my student loan. I would have returned to school in 2022 if MOHELA had processed my discharge then. Further, I applied for credit cards in July 2024 and March 2025. I believe having the student loan on my credit reports potentially resulted in higher interest rates than I would have been offered if my loan discharge had been processed earlier. I also paid postage to mail MOHELA the July 2024 letter.

12. I have also experienced enormous stress trying to get MOHELA to process my loan discharge or at least provide me with any information. I called MOHELA numerous times trying

to get answers. Every time I called, the MOHELA representatives I spoke to would give me vague answers. I could not get straight answers from anyone. The stress of trying to deal with this situation significantly impacted my life. I experienced near constant headaches. I felt disbelief, nausea, anger, and a sense of emptiness. I felt shame and humiliation. It had always been important to me to go to college, which was my mother's lifelong dream for me. I wanted to finish my degree and walk the stage for my family and for myself, but the student loans stopped me from doing that. I've experienced insomnia, depression, and anxiety as a result of this situation. The stress over my conversations with MOHELA and the lack of information made me feel physically sick. I would wake up in the middle of the night and wonder what was going to happen.

13. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this Declaration is executed on December 20, 2025 at Union CIty, California.

Dated: 12/20/2025

*Jaime Maldonado*

_____

Jaime Maldonado

4

Declaration of Jaime Maldonado in Support of Plaintiffs' Opposition to Motion for Partial Summary Judgment and Cross-Motion for Partial Summary Judgment

**EXHIBIT A**

<u>Click here to view this email as a web page.</u>



November 17, 2022

Dear Jaime Maldonado:

Subject: Student Loan Discharge Based on Borrower Defense Evidence

The Department of Education ("Department") has determined that **the loan(s) you received to attend a school owned and operated by Corinthian Colleges Inc. are eligible for full loan discharge.** This means the remaining balance on the loan(s) will be forgiven. **You do not have to make any more payments on the loan(s).**

Your loan(s) will be discharged as part of a Department action ("Group Discharge") to discharge all outstanding loans for attendance at Corinthian Colleges Inc. after finding that it engaged in widespread misconduct that violated state consumer protection laws and/or made widespread substantial misrepresentations about its educational programs, both of which are grounds for borrower defense to repayment under the borrower defense regulations (34 C.F.R. § 685.206 and/or § 685.222). The Department is discharging your loans without requiring you to file an application because of the pervasive and widespread nature of the school's conduct.

You also may receive a refund for prior payments made to the Department on your discharged loan(s) related to Corinthian Colleges Inc. Your servicer will let you know if you are eligible for a payment refund, which would be mailed to you. Please check your online account with your loan servicer to ensure your address is correct so you can receive any refund. **Otherwise, you do not have to take any further action to receive your discharge.** Your credit report will also be updated to reflect this discharge when it is complete.

If you do not wish to accept this discharge, please contact your servicer within 30 days of receiving this letter.

It will take the Department some time to process your discharge. Until the Department completes its work, your eligible loan(s) from Corinthian Colleges Inc. will remain paused in forbearance/stopped collections, and we will not ask you to resume making payments. If your loan(s) are in default, we will not attempt to collect on the loan(s) being discharged. If you have other loans not covered by this group discharge, you will enter repayment and/or collections when the national pause on student loan repayment and collections ends.

If you have questions about this notice, please call our borrower defense hotline at 1-855-279-6207 from 8:00-8:00 ET on Monday-Friday or from 11:00-5:00 ET on Saturday or Sunday.

PLS001126

Sincerely,

*Richard Cordray*

Richard Cordray
Chief Operating Officer
Federal Student Aid

**Federal Student Aid**
*An OFFICE of the U.S. DEPARTMENT of EDUCATION*

830 First Street, NE, Washington, D.C. 20002
StudentAid.gov/borrower-defense

# EXHIBIT B

Jaime Maldonado



July 6, 2024

MOHELA
633 Spirit Drive
Chesterfield, MO 63005

*VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED*

RE:   Notice of violation of Cal. Student Borrower Bill of Rights, Cal. Civ. Code §§ 1788.100, *et seq.*
MOHELA account number(s): 5212319093

To Whom It May Concern:

On behalf of myself and all other California student borrowers in my situation, I am writing under Cal. Civ. Code § 1788.103(d)(1) of to notify you of your violation of the California Student Borrower Bill of Rights and to demand that you correct and remedy these violations.

Specifically, you have:
- Materially interfered with my ability to understand the terms and conditions of my federal student loans in violation of Civ. Code § 1788.102(a)(2)(A);
- Misrepresented material information in the servicing of my federal student loans including, but not limited to, the amounts due and my obligations under the terms of the loans in violation of Civ. Code § 1788.102(b)(2);
- Failed to respond or inadequately responded to my requests for information on the status of my loans in violation of Civ. Code § 1788.102(i),(t); and
- Substantially interfered with my right to federal student loan discharge and reimbursement under the Higher Education Act of 1965 (20 U.S.C. Sec. 1070a *et seq.*) in violation of Civ. Code § 1788.103(c).

**Summary of Facts**

On November 17, 2022, I received the enclosed notice from the Department of Education. The notice stated, among other things, that the Department had determined that the federal student loans I received to attend Heald College are eligible for a full discharge. All of my federal student loans are from my attendance at Heald College.

The Department's November 17, 2022 notice stated that my loans would be discharged without any further action on my part, and that I did not "have to make any more payments" on the loans. Finally, the notice said that I could receive a refund for the prior payments I made on these loans and that my servicer, which is MOHELA, would let me know if I was eligible.

1

CONFIDENTIAL                                                                                                                                                                                                                                         PLS001742

MOHELA is still listing my loans on my credit report with a balance due, even though the Department of Education stated that these loans would be discharged. MOHELA has placed my loans in administrative forbearance. In addition, MOHELA is reporting that these loans have continued to accrue interest, making it appear as though I owe more money each month. In December 2023, my loan balance was reduced by approximately $11,000, but a balance of over $29,000 still appears as owing. I also have not received a refund of any previous payments I made on my Heald College loans, nor has MOHELA informed me whether it believes I am eligible for a refund, as the Department of Education said it would.

I have repeatedly contacted MOHELA to ask why my loans have not been discharged. However, when I have been able to reach a MOHELA representative, I receive conflicting and inaccurate information, or no information at all. MOHELA is also continuing to report to the credit bureaus that I owe a balance on these loans. This reporting is inaccurate.

**Demand**

Please immediately do the following to cure your violations:
1. Confirm in writing that borrowers, like me, who got a notice from the Department discharging federal student loan debt taken out to attend certain schools do not owe any money on that debt:
2. Remove all credit reporting on loans that should have been discharged that indicate a balance due, any missed payments, or any status other than paid and closed; and
3. Confirm eligibility for and take all necessary steps to ensure a refund for past payments on these loans.

Sincerely,

*[signature]*

Jaime Maldonado

Encl.:   November 17, 2022 Department of Education Notice to Jaime Maldonado

2

CONFIDENTIAL                                                                                                    PLS001743

[Click here to view this email as a web page.](#)



November 17, 2022

Dear Jaime Maldonado:

Subject: Student Loan Discharge Based on Borrower Defense Evidence

The Department of Education ("Department") has determined that **the loan(s) you received to attend a school owned and operated by Corinthian Colleges Inc. are eligible for full loan discharge.** This means the remaining balance on the loan(s) will be forgiven. **You do not have to make any more payments on the loan(s).**

Your loan(s) will be discharged as part of a Department action ("Group Discharge") to discharge all outstanding loans for attendance at Corinthian Colleges Inc. after finding that it engaged in widespread misconduct that violated state consumer protection laws and/or made widespread substantial misrepresentations about its educational programs, both of which are grounds for borrower defense to repayment under the borrower defense regulations (34 C.F.R. § 685.206 and/or § 685.222). The Department is discharging your loans without requiring you to file an application because of the pervasive and widespread nature of the school's conduct.

You also may receive a refund for prior payments made to the Department on your discharged loan(s) related to Corinthian Colleges Inc. Your servicer will let you know if you are eligible for a payment refund, which would be mailed to you. Please check your online account with your loan servicer to ensure your address is correct so you can receive any refund. **Otherwise, you do not have to take any further action to receive your discharge.** Your credit report will also be updated to reflect this discharge when it is complete.

If you do not wish to accept this discharge, please contact your servicer within 30 days of receiving this letter.

It will take the Department some time to process your discharge. Until the Department completes its work, your eligible loan(s) from Corinthian Colleges Inc. will remain paused in forbearance/stopped collections, and we will not ask you to resume making payments. If your loan(s) are in default, we will not attempt to collect on the loan(s) being discharged. If you have other loans not covered by this group discharge, you will enter repayment and/or collections when the national pause on student loan repayment and collections ends.

If you have questions about this notice, please call our borrower defense hotline at 1-855-279-6207 from 8:00-8:00 ET on Monday-Friday or from 11:00-5:00 ET on Saturday or Sunday.

CONFIDENTIAL                                                                          PLS001744

Sincerely,

*Richard Cordray*

Richard Cordray
Chief Operating Officer
Federal Student Aid

Federal Student Aid
AN OFFICE OF the U.S. DEPARTMENT OF EDUCATION

830 First Street, NE, Washington, D.C. 20002
StudentAid.gov/borrower-defense

CONFIDENTIAL
PLS001745



```
              UNITED STATES
              POSTAL SERVICE.

              UNION CITY
          33170 ALVARADO NILES RD
          UNION CITY, CA 94587-9998
               (800)275-8777
07/06/2024                      11:11 AM
─────────────────────────────────────────
Product            Qty   Unit      Price
                         Price
─────────────────────────────────────────
First-Class Mail®   1              $0.68
Letter
   Chesterfield, MO 63005
   Weight: 0 lb 0.90 oz
   Estimated Delivery Date
      Thu 07/11/2024
Certified Mail®                    $4.40
   Tracking #:
      70192280000089139627
Return Receipt                     $3.65
   Tracking #:
      9590 9402 8190 3030 6684 06
Total                              $8.73
─────────────────────────────────────────
Grand Total:                       $8.73

Debit Card Remit                   $8.73
   Card Name: VISA
   Account #: XXXXXXXXXXXX1479
   Approval #: 031014
   Transaction #: 231
   Receipt #: 048915
   Debit Card Purchase: $8.73
   AID: A0000000980840    Contactless
   AL: US DEBIT
─────────────────────────────────────────
 Text your tracking number to 28777 (2USPS)
 to get the latest status. Standard Message
 and Data rates may apply. You may also
 visit www.usps.com USPS Tracking or call
           1-800-222-1811.

  In a hurry? Self-service kiosks offer
   quick and easy check-out. Any Retail
      Associate can show you how.

          Preview your Mail
          Track your Packages
          Sign up for FREE @
      https://informeddelivery.usps.com

   All sales final on stamps and postage.
    Refunds for guaranteed services only.
        Thank you for your business.

       Tell us about your experience.
    Go to: https://postalexperience.com/Pos
    or scan this code with your mobile device,
```



```
          or call 1-800-410-7420.

UFN: 058026-0400
Receipt #: 840-59450077-2-8478007-2
Clerk: 04
```



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Chesterfield MO 63005

| Certified Mail Fee | $4.40 | 0400 04 |
| --- | --- | --- |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $0.00
☐ Return Receipt (electronic)      $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required         $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here
UNION CITY CA
JUL 06 2024
USPS 94587

Postage  $0.68
Total Postage and Fees  $8.73
07/06/2024

Sent To: MOHELA
Street and Apt. No., or PO Box No.: 633 Spirit drive
City, State, ZIP+4: Chesterfield MO 63005

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7019 2280 0000 8913 9627

CONFIDENTIAL                                                    PLS001746

**EXHIBIT C**

 

August 2, 2024

JAIME MALDONADO

RE:

Enclosed is the information that you have requested.

Phone 888.866.4352, Fax 866.222.7060, TDD Dial 711, 7A-8P M, 7A-7P TUES-W, 7A-5P THURS-F CT
Correspondence: 633 Spirit Drive, Chesterfield, MO 63005-1243
Payment: Department of Education – MOHELA, PO Box 790453, St. Louis, MO 63179-0453
mohela.com   fb.com/MOHELA.usa   @MOHELA
**This message, from a debt collector, is an attempt to collect a debt. Any information obtained will be used for that purpose.**

*California residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877.FTC.HELP or www.ftc.gov.*
*Massachusetts residents: If you are struggling with your student loans, please visit www.mass.gov/ago/studentloans to get help from the Ombudsman's Student Loan Assistance Unit.*

CONFIDENTIAL                                                                                                          PLS001747

  

August 2, 2024

RE: ▮▮▮▮▮▮▮▮

Dear Jaime Maldonado,

This letter is in response to the correspondence, dated July 6, 2024, regarding your student loan account with the U.S Department of Education, Office of Federal Student Aid (FSA).

Your concern as we understand it, is regarding your Borrower Defense loan discharge status.

All Borrower Defense Discharge adjustments, approvals, and subsequent refunds (if applicable) are based on guidance from FSA.

Once MOHELA receives notification of the approval of your Borrower Defense discharge from FSA, we will move forward with the discharge of your remaining federal student loans, and any refunds due will be issued. While we wait for this final approval, an Exceptional Discretionary Administrative Forbearance has been applied to your loans from September 1, 2023, through November 1, 2031.

For further assistance with your Borrower Defense concerns, you may contact the Borrower Defense Hotline at 855-279-6207. The hours of operation for the hotline are: Monday 7AM – 8PM, Tuesday and Wednesday 7 AM – 7PM, Thursday and Friday 7am – 5pm Central Time. You can also find further information regarding Borrower Defense at www.studentaid.gov/borrower-defense/.

On April 19, 2022, the U.S. Department of Education (ED) announced several changes and updates that will bring borrowers closer to forgiveness under income-driven repayment (IDR) plans. These adjustments to accounts include conducting a one-time revision of IDR payment counters to address past inaccuracies and permanently fix IDR payment counting by reforming ED's IDR tracking procedures going forward.

Based on the newly eligible months from the one-time account adjustment, borrowers who have reached 240 or 300 months (as applicable) worth of payments for IDR forgiveness or 120 months of PSLF will

---

Phone 888.866.4352, Fax 866.222.7060, TDD Dial 711, 7A-8P M, 7A-7P TUES-W, 7A-5P THURS-F CT
Correspondence: 633 Spirit Drive, Chesterfield, MO 63005-1243
Payment: Department of Education – MOHELA, PO Box 790453, St. Louis, MO 63179-0453

mohela.com   fb.com/MOHELA.usa   @MOHELA

**This message, from a debt collector, is an attempt to collect a debt. Any information obtained will be used for that purpose.**

*California residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877.FTC.HELP or www.ftc.gov.*
*Massachusetts residents: If you are struggling with your student loans, please visit www.mass.gov/ago/studentloans to get help from the Ombudsman's Student Loan Assistance Unit.*

CONFIDENTIAL                                                                                                                              PLS001748

   

begin to see their loans forgiven in 2023. The Department will continue to discharge loans as borrowers reach the months needed for forgiveness. All other borrowers will see their accounts update in 2024.

More information on these upcoming changes is available at: https://studentaid.gov/announcements-events/idr-account-adjustment.

If you have any other questions or concerns, please don't hesitate to contact us at the number listed below.

Sincerely,

MOHELA Ombudsman Specialist

Phone 888.866.4352, Fax 866.222.7060, TDD Dial 711, 7A-8P M, 7A-7P TUES-W, 7A-5P THURS-F CT
Correspondence: 633 Spirit Drive, Chesterfield, MO 63005-1243
Payment: Department of Education – MOHELA, PO Box 790453, St. Louis, MO 63179-0453
mohela.com   fb.com/MOHELA.usa   @MOHELA
**This message, from a debt collector, is an attempt to collect a debt. Any information obtained will be used for that purpose.**

*California residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877.FTC.HELP or www.ftc.gov.*
*Massachusetts residents: If you are struggling with your student loans, please visit www.mass.gov/ago/studentloans to get help from the Ombudsman's Student Loan Assistance Unit.*

CONFIDENTIAL            PLS001749