OpenSign™ DocumentId: iAMHSY9VYd

PROJECT ON PREDATORY STUDENT LENDING
NOAH ZINNER                    Bar No. 247581
REBECCA C. EISENBREY           Admitted *pro hac vice*
REBECCA C. ELLIS               Admitted *pro hac vice*
769 Centre St.
Jamaica Plain, MA  02130
Telephone:  (617) 390-2669
nzinner@ppsl.org

JUBILEE LEGAL
DANIEL "SPARKY" ABRAHAM    Bar No. 299193
300 E. Esplanade Dr., Ste. 900
Oxnard, CA  93036
Telephone:  (805) 946-0386
sparky@jubilee.legal

KEMNITZER, BARRON & KRIEG, LLP
ADAM J. MCNEILE                Bar No. 280296
MALACHI J. HASWELL             Bar No. 307729
1120 Mar West St., Ste. C2
Tiburon, CA  94920
Telephone:  (415) 632-1900
adam@kbklegal.com
kai@kbklegal.com

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME MALDONADO, ANNA VARELA, ALMA GARY, and JEFF PLAMONDON, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>   vs.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30,<br><br>          Defendants.<br><br>_____ / | **Case No. 3:24-cv-07850-VC**<br><br>**DECLARATION OF ANNA VARELA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT AND CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: March 5, 2026<br>Time: 10:00 a.m.<br>Location: Courtroom 4, 17th Floor<br><br>Assigned for all purposes to Hon. Vince Chhabria |

I, Anna Varela, declare as follows:

1.      I am over the age of 18 and a plaintiff in this action. I have personal knowledge of the facts stated herein and could and would testify competently thereto.

2.      I attended Westwood College online from 2005 until 2008.

3.      I took out federal student loans to attend Westwood. At all times relevant to this case, MOHELA serviced these loans.

4.      On March 29, 2023, I received an email notice from the Department informing me that my Westwood-related federal student loans would be discharged. A true and correct copy of this notice is attached hereto as **Exhibit A**.

5.      The notice included the following information: that the Department had determined that the loans I received to attend Westwood College were eligible for a full discharge; that I did not have to make any more payments on these loans; that I may receive a refund for prior payments made to the Department on the loans, and that my servicer would let me know if I was eligible for a payment refund; that I did not have to take any further action to receive these benefits; and that I should contact my servicer within 30 days only if I did not wish to accept the discharge.

6.      All of my federal student loans are from Westwood College and are eligible for Group Discharge relief.

7.      On August 9, 2023, MOHELA sent me a letter saying my loan balance had been paid off. A true and correct copy of this correspondence is attached hereto as **Exhibit B**. I believed this meant that MOHELA had processed my promised discharge.

8.      To my shock, MOHELA sent me a bill in February 2024, indicating that I had a payment due on my loans in the amount of $362.66. *See* Declaration of Malachi J. Haswell ("Haswell Decl."), Exh. 16.

9.      I called MOHELA twice after I received the February bill, but I could not get a clear answer about the status of my discharge. Finally, on February 19, someone from MOHELA called me back. The representative told me that the notice I received from the Department didn't mean that my loans would automatically be discharged, and that in fact my loans would not

Declaration of Anna Varela in Support of Plaintiffs' Opposition to Motion for Partial Summary Judgment and Cross-Motion for Partial Summary Judgment

automatically be discharged.

10.      On March 22, 2024, MOHELA sent me a notice informing me that I had been placed on a different payment plan. The letter indicated that my new monthly payment amount would be $62.45. The letter also reported the "Current Balance" of my loans as over $60,000. I believed this letter meant that MOHELA would continue billing me for payments on my loans, even though the Department had told me that I did not need to make further payments. A true and correct copy of MOHELA's March 22, 2024, correspondence is attached hereto as **Exhibit C**.

11.      On March 28, 2024, MOHELA sent me an email stating that I had a loan payment due for $62.45. *See* Haswell Decl., Exh. 18. I was very confused because the letter from the Department instructed that I would not have to make further payments on my loans. Since I was unable to get a clear answer from MOHELA on whether my loans were going to be discharged, and because I was worried for my credit, I made a payment of $62.45 to MOHELA on April 1, 2025. *See id.*, Exh. 19.

12.      Every time I tried to contact MOHELA about my promised discharge, MOHELA did not provide any substantive information regarding the status of the discharge.

13.      On May 6, 2024, I sent MOHELA a letter notifying MOHELA that it violated my rights under the California Student Borrower Bill of Rights, including that MOHELA had failed to process my discharge, continued reporting the loans as owed on my credit, and provided non-responsive, conflicting, and inaccurate information in response to my inquiries. I enclosed a copy of the notice I received from the Department, and asked that MOHELA confirm my discharge status, remove credit reporting showing a balance due, and confirm my eligibility for a refund. I paid extra to have the letter sent by certified mail, to make sure that MOHELA received it. A true and correct copy of the letter I sent to MOHELA is attached hereto as **Exhibit D**.

14.      MOHELA responded to my letter on May 14, 2024. MOHELA's letter, like all my previous contacts with MOHELA, did not provide any substantive information about my promised discharge. Instead, it stated that, "MOHELA has not received notification from ED to

discharge your loans at this time." A true and correct copy of MOHELA's response to my letter is attached hereto as **Exhibit E**.

15.     My loan was not discharged until September 2024, more than two years after the Department announced the discharge for former Westwood students.

16.     I spent time and money dealing with MOHELA's failure to discharge my loans and the resulting harm to my credit. I believe I have been offered less favorable credit terms as a result of MOHELA's inaccurate reporting on my account. I also have suffered sleepless nights, anxiety, panic attacks, and depression because of the stress of trying to handle this situation. I started taking medication for my depression because of this situation. I have often been unable to focus at work because I feel like a weight is hanging over my head. The situation has also caused family stress. When I first received the notice from the Department about the discharge and the letter from MOHELA stating the same, I felt so relieved. Then when MOHELA sent me the March 2024 letter informing me that I still had a balance of about $60,000, I was so shocked. I cried at work. It felt like being stabbed. I was also struggling financially and needed the refund that I was owed. I have had to take out personal loans to cover my expenses. I would not have needed to take out as much money as I have if I got the refund when I was supposed to. I believe I would have received more favorable interest rates for those loans if I did not have the student loan balance on my credit report. I also paid postage to mail MOHELA the May 2024 letter.

17.     I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this Declaration is executed on

December 22, 2025 _____ at Winchester _____, California.

Dated: 12/22/2025                    _____

                                     Anna Varela

# EXHIBIT A

[Click here to view this email as a web page.](#)



March 29, 2023

Dear Anna Varela:

Subject: Student Loan Discharge Based on Borrower Defense Evidence

The Department of Education ("Department") has determined that **the Federal student loan(s) you received to attend a school owned and operated by Westwood College (including enrollment in Westwood's online program) at some time during the period from January 1, 2002 through the school's closure in 2016 are eligible for a full discharge.** This means the remaining balance on the loan(s) will be forgiven. **You do not have to make any more payments on the loan(s).**

Your loan(s) will be discharged as part of a Department action ("Group Discharge") to discharge all outstanding Federal student loans taken out by students for attendance at Westwood College between January 1, 2002 through the school's closure in 2016. This action follows the Department's finding that the school engaged in widespread misconduct that violated state consumer protection laws and/or made widespread substantial misrepresentations about its students' employment prospects and the ability of its' students to transfer credits, both of which create a basis for a claim for borrower defense to repayment discharge under the Department's regulations (34 C.F.R. § 685.206 and/or § 685.222). Because of the serious and widespread nature of the misconduct by Westwood, the Department has determined that it is appropriate to discharge the loans made to students who attended Westwood without requiring compliance with the borrower defense regulations. This approach eliminates the need for an individual consideration of each borrower's claim and will result in earlier discharges for borrowers.

You also may receive a refund for prior payments made to the Department on the loans that are being discharged. Your servicer will let you know if you are eligible for a payment refund, which would be mailed to you. Please check your online account with your loan servicer to ensure your address is correct so you can receive any refund. **Otherwise, you do not have to take any further action to receive your discharge.** Your credit report will also be updated to reflect this discharge when it is complete.

If you do not wish to accept this discharge for any reason, including because you are concerned about any possible state tax liability, please contact your loan servicer within 30 days of receiving this letter. Don't know who your loan servicer is? Log in to [StudentAid.gov](http://StudentAid.gov), find "My Aid," and select "View loan servicer details." You also can call us at 1-800-4-FED-AID and we will connect you with your servicer.

PLS001755

It will take the Department some time to process your discharge. Until the Department completes its work, your eligible loan(s) from Westwood College will remain paused in forbearance/stopped collections, and we will not ask you to resume making payments. If your loan(s) are in default, we will not attempt to collect on the loan(s) being discharged. If you have other loans not covered by this group discharge you will receive information about repaying those loans when the national pause on student loan repayment and collections ends.

Please note: This letter does not apply to any private student loans you may have. Also, this letter only applies to a loan(s) you borrowed to attend Westwood College; it does not apply to any loans you may have borrowed to attend any other school.

---

**Beware of Scams.** You might be contacted by a company saying they will help you get loan discharge, forgiveness, cancellation, or debt relief for a fee. You never have to pay for help with your federal student aid. Make sure you work only with the U.S. Department of Education and our loan servicers, and never reveal your personal information or account password to anyone.

Our emails to borrowers come from noreply@studentaid.gov, noreply@debtrelief.studentaid.gov, or ed.gov@public.govdelivery.com. You can report scam attempts to the Federal Trade Commission by calling 1-877-382-4357 or by visiting reportfraud.ftc.gov.

---

If you have questions about this notice, please call our Borrower Defense hotline at 1-855-279-6207. You may visit StudentAid.gov/Contact for our hours of operation.

This letter is NOT an attempt to collect a debt or a demand for any payment.

Sincerely,

Richard Cordray
Chief Operating Officer
Federal Student Aid

Federal **Student** Aid
*An OFFICE of the U.S. DEPARTMENT of EDUCATION*

830 First Street, NE, Washington, D.C. 20002
StudentAid.gov/borrower-defense

**EXHIBIT B**

**MOHELA** ®
A Department of Education Servicer

**Federal Student Aid**
An OFFICE of the U.S. DEPARTMENT of EDUCATION

August 9, 2023

#BWBBLCY
#B211 0716 4108 10L1#
ANNA VARELA
████████████████

ACCT NUMBER ████████

We have received payment in full on your loan(s) listed on the enclosed Loan Information Sheet.

Retain this letter as a record of your Paid in Full status. This letter pertains only to the loan(s) referenced and not to any other loan(s) we may be servicing under this account number. You will receive a similar notice for each loan as it is paid in full.

Your paid in full status may be a result of one of the following: a payment made by you, a payment made on your behalf, or a school refund.

Please understand that the Paid in Full status is subject to change, should any financial activity occur on the loan(s) after the date of this letter. Examples of financial activity include returned payments due to insufficient funds, financial adjustments due to changes in past school enrollment dates, and refunds of payments that paid the loan(s) in full.

Sincerely,

MOHELA

OS06BPFMPN                     86000000066071204

P 888.866.4352 ı F 866.222.7060 ı TDD Dial 711 ı 7A-8P M, 7A-7P T-W, 7A-5P Th-F CT ı mohela.com
fb.com/MOHELA.usa Ń  @MOHELA 633 Spirit Drive Ń Chesterfield, MO 63005-1243

CONFIDENTIAL

Below is the pertinent information for the loan(s) referenced in the enclosed letter.

## LOAN INFORMATION

| Loan Program | Current Owner | Disbursement Date |
|---|---|---|
| DLUCNS | DEPT OF EDUCATION | 09/02/2022 |
| DLSCNS | DEPT OF EDUCATION | 09/02/2022 |

CONFIDENTIAL

# EXHIBIT C

 

March 22, 2024

#BWBBLCY
#B211 0716 4103 22L2#
ANNA VARELA

ACCT NUMBER: ▓▓▓▓▓▓

Your eligible loans have been placed on the Saving on a Valuable Education (SAVE) IDR Repayment Plan. If you were previously on the Revised Pay As You Earn (REPAYE) Income-Driven Repayment (IDR) Plan, it has been replaced by the SAVE Plan. This letter includes more information about the SAVE plan.

**New Monthly Payment Amount:** $62.45

If your income or family size has changed, you can ask for a plan recalculation to lower your monthly payment amount. Visit **StudentAid.gov/idr** to electronically sign and submit a new application.

**IDR Repayment Plan:** SAVE

**# of Monthly Payments Scheduled for the Plan:** 12

**Scheduled Begin Date for this Plan:** 04/25/2024

**NEW: SAVE Plan Replaces the REPAYE Plan to Offer Lower Monthly Payments**

Borrowers on the REPAYE Plan automatically get the benefits of the new SAVE Plan.

The SAVE Plan, like other IDR plans, calculates your monthly payment amount based on your income and family size. The SAVE Plan provides the lowest monthly payments of any IDR plan available to nearly all student loan borrowers.

The SAVE plan differs from other income-driven repayment plans in several ways:

- The SAVE Plan increases the discretionary income exemption from 150% to 225% of the poverty line.
- The plan eliminates 100% of remaining interest for both subsidized and unsubsidized loans after a scheduled payment is made under the SAVE Plan.
- The SAVE Plan excludes spousal income for borrowers who are married and file separately.

**Annual Recertification**

The earliest you could be required to recertify is six months after August 31, 2023, when the payment pause ended. If your recertification date falls between now and February 29, 2024, it will be pushed out by one year.

OS06BAPIDR                          86000000116130859

P 888.866.4352    F 866.222.7060    TDD Dial 711    7A-8P M, 7A-7P T-W, 7A-5P Th-F CT    **mohela.com**
fb.com/MOHELA.usa    @MOHELA    633 Spirit Drive Chesterfield, MO 63005-1243

CONFIDENTIAL                                                                                    PLS001897

When you do recertify next, for your convenience, you can provide consent for the Department of Education (ED) to obtain your federal tax information directly from the IRS; this will enable ED to automatically recertify your IDR plan annually. Otherwise, we'll send you a reminder prior to the recertification due date.

**What to expect**

We'll send you a billing statement that shows your new monthly payment amount at least 21 days before your due date. Be sure your contact information is updated at mohela.com so you don't miss important updates.

**Do You Work in Public Service? Consider Public Service Loan Forgiveness (PSLF)**

If you're employed by a government or not-for-profit organization, you might be eligible for the Public Service Loan Forgiveness (PSLF) Program. The PSLF Program forgives the remaining balance on your Direct Loans after you've made 120 qualifying monthly payments under a qualifying repayment plan while working full-time for an eligible employer. Learn about PSLF at **StudentAid.gov/publicservice**.

**Protecting Your Privacy**

View the Privacy Policy on **mohela.com**. It's also available upon request by calling.

This message, from a debt collector, is an attempt to collect a debt and any information obtained will be used for that purpose.

**California residents:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877-FTC-HELP or **www.ftc.gov**.

**Massachusetts residents:** If you are struggling with your student loans, please visit **www.mass.gov/ago/studentloans** to get help from the Ombudsman's Student Loan Assistance Unit.

### LOAN INFORMATION

| LOAN SEQUENCE | OWNER NAME | LOAN PROGRAM | DISBURSEMENT DATE | CURRENT BALANCE |
|---|---|---|---|---|
| 5 | DEPT OF EDUCATION | DLUCNS | 09/02/2022 | $35,407.83 |
| 6 | DEPT OF EDUCATION | DLSCNS | 09/02/2022 | $26,598.42 |

CONFIDENTIAL

CONFIDENTIAL

PLS001899

HOW TO READ YOUR LOAN INFORMATION

| TERM | DESCRIPTION |
|---|---|
| Current Balance | The principal amount remaining to be paid on this loan. This does not include accrued interest and is not your payoff amount. |
| Disbursement Date | Date this specific loan was disbursed. |
| First Due Date | When the payment is due to MOHELA. This date can be affected by deferments/forbearances. |
| Loan Program | This is your loan type. |
| Number of Payments | The amount of payments you will be required to make at the Payment Amount. If the number of months remaining has been extended, you may pay more interest over the life of your loan. |
| Owner Name | The lender of your student loan. |
| Payment Amount | The monthly payment due for this loan. Payment amounts currently due or past due under your prior Repayment Schedule remain in effect. The new payment amount(s) is effective on the due date listed on the enclosure. |
| Repayment Plan | The repayment plan for this loan (some plans may not be listed here). You may request to change your repayment plan at any time. Each repayment plan has distinct requirements which may result in paying less interest over time or offer greater benefits such as loan forgiveness. |

| PLAN TYPE | PLAN NAME |
|---|---|
| IBR-PFH | Income-Based Repayment Partial Financial Hardship |
| PERM STAND | Income-Based Repayment Permanent Standard |
| IBR2014 PS | Income-Based Repayment 2014 Permanent Standard |
| IBR14 PFH | Income-Based Repayment 2014 Partial Financial Hardship |
| ICR P-STND | Income-Contingent Repayment Permanent Standard |
| ICR1 | Income-Contingent Repayment 1 |
| ICR2 | Income-Contingent Repayment 2 |
| ICR3 | Income-Contingent Repayment 3 |
| ICR-INT ONLY | Income-Contingent Repayment Interest Only for Two Months |
| PAYE-PFH | Pay As You Earn Repayment Partial Financial Hardship |
| PAYE P-STD | Pay As You Earn Permanent Standard |
| SAVE | Saving on a Valuable Education (formerly REPAYE) |

CONFIDENTIAL

**EXHIBIT D**

Anna Varela

███████████████

May 6, 2024

*VIA CERTIFIED MAIL, RETURN RECEIPT MAIL*

MOHELA
633 Spirit Drive
Chesterfield, MO 63005

RE:    Notice of violation of Cal. Student Borrower Bill of Rights, Cal. Civ. Code §§ 1788.100, *et seq*.  MOHELA account number(s):  5587979623

To Whom It May Concern:

Pursuant to Cal. Civ. Code § 1788.103(d)(1), I am writing to give notice of your violation of my rights under the California Student Borrower Bill of Rights and to demand that you correct and remedy these violations.  Specifically, you have:

- Materially interfered with my ability to understand the terms and conditions of my federal student loans in violation of Civ. Code § 1788.102(a)(2)(A);
- Misrepresented material information in the servicing of my federal student loans including, but not limited to, the amounts due and my obligations under the terms of the loans in violation of Civ. Code § 1788.102(b)(2);
- Failed to respond or inadequately responded to my requests for information on the status of my loan discharge in violation of Civ. Code § 1788.102(i),(t); and
- Substantially interfered with my right to federal student loan discharge and reimbursement under the Higher Education Act of 1965 (20 U.S.C. Sec. 1070a *et seq*.) in violation of Civ. Code § 1788.103(c).

**<u>Summary of Facts</u>**

On March 29, 2023, I received the enclosed notice from the Department of Education. The notice stated, among other things, that the Department had determined that the federal student loans I received to attend Westwood College "at some time during the period from January 1, 2002 through the school's closure in 2016" are eligible for a full discharge.  All my outstanding federal student loans are from my attendance at Westwood College during this time period.

The Department's March 29 notice stated that my loans would be discharged without any further action on my part, and that I did not "have to make any more payments" on the loans. Finally, the notice said that I could receive a refund for the prior payments I made on these loans and that my servicer, which is MOHELA, would let me know if I was eligible.

CONFIDENTIAL

On August 9, 2023, I received a letter from MOHELA stating that "we have received payment in full on your loans listed on the enclosed information Sheet." The loans listed are my two consolidated loans made up of only Westwood loans. I have enclosed this letter.

In February 2024, MOHELA began demanding that I make payments on my Westwood College-related federal student loans. Since that time, I have contacted MOHELA to ask why my loans have not been discharged. When I have been able to reach a MOHELA representative, I received conflicting and inaccurate information. At one point, a MOHELA representative told me that they do not even have a record of me attending Westwood. MOHELA is also continuing to report to the credit bureaus that I owe a balance on these loans. This reporting is inaccurate.

### Demand

Please do the following within 30 days to cure your violations explained above:

1. Confirm in writing that I owe nothing on my Westwood-related federal student loans;
2. Remove all credit reporting that indicates a balance due, any missed payments, or any status other than paid and closed;
3. Confirm my eligibility for and take all necessary steps to ensure a refund for my past payments on these loans.

Sincerely,

Anna Varela

Encl.: March 29, 2023 Department of Education Notice to Anna Varela
August 9, 2023 MOHELA letter to Anna Varela

CONFIDENTIAL

# EXHIBIT E

 

May 14, 2024

ANNA VARELA

██████████████

RE: ████████

Enclosed is the information that you have requested.

Phone 888.866.4352 Fax 866.222.7060 TDD Dial 711 7A-8P M, 7A-7P T-W & 7A-5P TH-F CT
Correspondence: 633 Spirit Drive, Chesterfield, MO 63005-1243
Payment: Department of Education – MOHELA, PO Box 790233, St. Louis, MO 63179-0233
mohela.com  fb.com/MOHELA.usa  @MOHELA
Secure Form Submission
**This message, from a debt collector, is an attempt to collect a debt and any information obtained will be used for that purpose.**

*MASSACHUSETTS RESIDENTS: If you are struggling with your student loans, please fill out the form located at: https://www.mass.gov/forms/submit-a-student-loan-help-request*
*to get help from the Ombudsman's Student Loan Assistance Unit.*

*California residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877.FTC.HELP or www.ftc.gov.*

    

May 14, 2024

RE: ████████████

Dear Anna Varela,

This letter is in response to the request received on May 13, 2024, regarding the federally owned student loan currently serviced by MOHELA, a federal servicer for the U.S. Department of Education (ED).

Please accept our sincere apologies. We regret that you had a less than satisfactory experience during your interaction with us. We value your feedback, as we understand how important it is to offer exceptional service. We hope the response provided below resolves your concerns.

Our records indicate, on Aug. 7, 2023, a federal court delayed the effective date of the latest regulations governing borrower defense and closed school loan discharges. Borrowers may still apply for a closed school discharge, and we will process applications using earlier rules. ED will not process any closed school discharge applications under the 2023 rule unless and until the effective date is reinstated. The page at studentaid.gov will be updated with more information as soon as it is available - https://studentaid.gov/manage-loans/forgiveness-cancellation/closed-school.

Once a borrower receives notice of eligibility from the Department of Education (ED), regarding the status of their Borrower Defense claim. MOHELA will process the discharge according to their instructions and send notice once it is complete. MOHELA has not received notification from ED to discharge your loans at this time. We received notification from ED to place an Exceptional Discretionary Forbearance on your account through January 1, 2040. The forbearance will remain on your loan until we are advised to remove it, or ED moves forward with the discharge process.

If you have questions regarding your claim, please contact the Borrower Defense hotline at (855)-279-6207 or visit studentaid.gov/borrower-defense.

On August 11, 2023, we sent you letters **in error** stating we determined you successfully met the requirements of the Public Service Loan Forgiveness (PSLF) Program and your loan had been forgiven. You should not have been sent a letter stating your loan was forgiven as your loan does not yet qualify to be forgiven. We now write to explain the error, the updates made to correct your account, and steps to take if you disagree with the correction.

**PSLF Form Processing Error**

During the processing of your *Public Service Loan Forgiveness (PSLF) & Temporary Expanded PSLF (TEPSLF) Certification & Application* (PSLF form):

Phone 888.866.4352 Fax 866.222.7060 TDD Dial 711 7A-8P M, 7A-7P T-W & 7A-5P TH-F CT
Correspondence: 633 Spirit Drive, Chesterfield, MO 63005-1243
Payment: Department of Education – MOHELA, PO Box 790233, St. Louis, MO 63179-0233
mohela.com  fb.com/MOHELA.usa  @MOHELA
Secure Form Submission
**This message, from a debt collector, is an attempt to collect a debt and any information obtained will be used for that purpose.**

*MASSACHUSETTS RESIDENTS: If you are struggling with your student loans, please fill out the form located at: https://www.mass.gov/forms/submit-a-student-loan-help-request to get help from the Ombudsman's Student Loan Assistance Unit.*

*California residents: The state Rosenthal Fair Debt Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877.FTC.HELP or www.ftc.gov.*

CONFIDENTIAL                                                                                    PLS002031





- An incorrect end date was applied to your eligible employment period.
- This incorrect end date was later than your actual and accurate employment end date, which generated an incorrect number of qualifying payments.
- Following the processing of the inaccurate qualifying payment amount, an unauthorized loan forgiveness was applied to your account.

We recognize you currently participate in the PSLF Program. However, you have not yet achieved the 120 qualifying payments required for this loan forgiveness. Your account has been corrected and updated as explained below. *We sincerely apologize for any confusion these errors may have caused.*

**Updates to your account**

Your account has been corrected and we've taken the following steps to assist you as you return to making student loan payments:

- Your erroneously forgiven student loan(s) have been reinstated as shown in the table directly below.
- If you were incorrectly sent a refund, the refund amount has been added back to your balance.
- A 0% interest rate has been applied to all affected loan(s) from the date the erroneous forgiveness was applied through the date of this letter.
- Your account has been corrected to show your accurate payment counts for PSLF eligible and qualifying payments. You can expect to receive a separate letter with updated payment counts. You can also log in to your account at **mohela.com** to monitor updates to your account and your progress toward forgiveness.
- You will receive credit toward PSLF and income-driven repayment forgiveness for the months from the date the incorrect discharge was applied through February 2024, assuming all other requirements are met.

**Reinstated Loan Details**

| Loan Type | Disbursement Date | Original Balance | Current Balance |
|---|---|---|---|
| DLUCNS | 09/02/2022 | $37,841.89 | $35,407.83 |
| DLSCNS | 09/02/2022 | $28,051.27 | $26,598.42 |

**If you disagree with the action taken on your account, please contact us at 1-855-265-4038. If you feel you are eligible for the Public Service Loan Forgiveness Program, you can use the PSLF Help Tool to certify periods of eligible employment.**

**How To Manage Unique or Extenuating Circumstances**

If you can't resolve your disagreement with a phone call and believe you have unique circumstances that should be considered, you may **submit a complaint** at StudentAid.gov/feedback-center and manage your case online. If your complaint isn't resolved, you can reach out to the U.S. Department of Education's

Phone 888.866.4352 Fax 866.222.7060 TDD Dial 711 7A-8P M, 7A-7P T-W & 7A-5P TH-F CT
Correspondence: 633 Spirit Drive, Chesterfield, MO 63005-1243
Payment: Department of Education – MOHELA, PO Box 790233, St. Louis, MO 63179-0233
mohela.com  fb.com/MOHELA.usa  @MOHELA
Secure Form Submission
**This message, from a debt collector, is an attempt to collect a debt and any information obtained will be used for that purpose.**

*MASSACHUSETTS RESIDENTS: If you are struggling with your student loans, please fill out the form located at: https://www.mass.gov/forms/submit-a-student-loan-help-request to get help from the Ombudsman's Student Loan Assistance Unit.*

*California residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877.FTC.HELP or www.ftc.gov.*

CONFIDENTIAL

   

**Ombudsman Group** by logging in, adding information to your existing case, and requesting to escalate to the Ombudsman Group.

**What Will Happen Next:**

- You are responsible for repaying the remaining balance of your student loan(s).
- We will send your bill, with your payment amount and due date stated, at least 21 days before your scheduled payment is due.
- If you can't afford monthly payments, consider signing up for an income-driven repayment (IDR) plan, like the new **Saving on a Valuable Education (SAVE) plan**, now. An IDR plan may be a more affordable option because it adjusts your payment amount based on your income and family size. For your payment amount to be adjusted before your upcoming bill, apply for an IDR plan, *as soon as possible*.
- Compare repayment plans with **Loan Simulator**.
- Your student loan(s) remain eligible for potential discharge and forgiveness in the future. See **StudentAid.gov/forgiveness** to learn more about types of loan forgiveness, cancellation, or discharge programs available.
- We will report the updated loan status of your student loan(s) to the nationwide Consumer Reporting Agencies.

There will be a pause in processing for all PSLF forms while the program transitions to the Department of Education (ED).

Starting May 1, 2024, you will no longer be able to access your PSLF progress, certified employment, or payment counts on your MOHELA secure web account. Your information is moving to StudentAid.gov and will be available after the processing pause ends in July. Starting in July, ED will fully manage the PSLF Program, but your loans will remain with a loan servicer.

You can continue to submit your PSLF forms, but they will be put on hold and not processed until July. We encourage you to use the PSLF Help Tool to submit your forms. This will speed up processing once the transition is complete. If you submit a PSLF form during the pause, do not resubmit when processing resumes in July. Doing so could cause delays with your submission.

Payments are still due during this pause.

You will not see updates to your PSLF payment counts as you make qualifying payments or certify employment with a PSLF form submission during the pause in processing. Your qualifying payment counts will be updated after the transition is complete in July. At that time, you will be able to access a new PSLF dashboard on StudentAid.gov. You might also see delays and further updates to your eligible and qualifying

Phone 888.866.4352 Fax 866.222.7060 TDD Dial 711 7A-8P M, 7A-7P T-W & 7A-5P TH-F CT
Correspondence: 633 Spirit Drive, Chesterfield, MO 63005-1243
Payment: Department of Education – MOHELA, PO Box 790233, St. Louis, MO 63179-0233
mohela.com  **f** fb.com/MOHELA.usa  **✕** @MOHELA
Secure Form Submission
**This message, from a debt collector, is an attempt to collect a debt and any information obtained will be used for that purpose.**

*MASSACHUSETTS RESIDENTS: If you are struggling with your student loans, please fill out the form located at: https://www.mass.gov/forms/submit-a-student-loan-help-request to get help from the Ombudsman's Student Loan Assistance Unit.*

*California residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877.FTC.HELP or www.ftc.gov.*

CONFIDENTIAL




payment counts because of the payment count adjustment. Learn more about the payment count adjustment for PSLF and income-driven repayment (IDR) forgiveness.

If you complete 120 qualifying payments during the pause, any additional payments you make will be refunded or applied to your other federal student loans that have outstanding balances, after the transition is complete and processing resumes.

During this transition period, the Federal Student Aid Information Center (FSAIC) will not be able to provide any information about your PSLF account, including whether a specific form was received. You will be able to see that your form was successfully submitted through the PSLF Help Tool on your StudentAid.gov account "My Activity" page.

MOHELA will not be able to answer any questions related to your PSLF form or payment counts as of May 1, 2024.

When processing resumes in July 2024, you'll be able to access your PSLF information by logging in to your StudentAid.gov account. You will also be able to view eligible and qualifying PSLF payments in an easy-to-read format; access enhanced self-service tools, including program dashboards and status tracking for your forms and applications; and see a decrease in processing time for PSLF forms.

On April 19, 2022, the U.S. Department of Education (ED) announced several changes and updates that will bring borrowers closer to forgiveness under income-driven repayment (IDR) plans. These adjustments to accounts include conducting a one-time revision of IDR payment counters to address past inaccuracies and permanently fix IDR payment counting by reforming ED's IDR tracking procedures going forward.

Based on the newly eligible months from the one-time account adjustment, borrowers who have reached 240 or 300 months (as applicable) worth of payments for IDR forgiveness or 120 months of PSLF will begin to see their loans forgiven in 2023. The Department will continue to discharge loans as borrowers reach the months needed for forgiveness. All other borrowers will see their accounts update in 2024.

More information on these upcoming changes is available at: https://studentaid.gov/announcements-events/idr-account-adjustment.

If you have any other questions or concerns, please contact us at the number listed below.

Sincerely,

Customer Advocacy Team

Phone 888.866.4352 Fax 866.222.7060 TDD Dial 711 7A-8P M, 7A-7P T-W & 7A-5P TH-F CT
Correspondence: 633 Spirit Drive, Chesterfield, MO 63005-1243
Payment: Department of Education – MOHELA, PO Box 790233, St. Louis, MO 63179-0233
mohela.com  fb.com/MOHELA.usa  @MOHELA
Secure Form Submission
**This message, from a debt collector, is an attempt to collect a debt and any information obtained will be used for that purpose.**

*MASSACHUSETTS RESIDENTS: If you are struggling with your student loans, please fill out the form located at: https://www.mass.gov/forms/submit-a-student-loan-help-request to get help from the Ombudsman's Student Loan Assistance Unit.*

*California residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m.  They may not harass you by using threats of violence or arrest or by using obscene language.  Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work.  For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt.  Collectors may contact another person to confirm your location or enforce a judgment.  For more information about debt collection activities, you may contact the Federal Trade Commission at 877.FTC.HELP or www.ftc.gov.*