PROJECT ON PREDATORY STUDENT LENDING
NOAH ZINNER                       Bar No. 247581
REBECCA C. EISENBREY              Admitted *pro hac vice*
REBECCA C. ELLIS                  Admitted *pro hac vice*
769 Centre St.
Jamaica Plain, MA  02130
Telephone:  (617) 390-2669
nzinner@ppsl.org

JUBILEE LEGAL
DANIEL "SPARKY" ABRAHAM           Bar No. 299193
300 E. Esplanade Dr., Ste. 900
Oxnard, CA  93036
Telephone:  (805) 946-0386
sparky@jubilee.legal

KEMNITZER, BARRON & KRIEG, LLP
ADAM J. MCNEILE                   Bar No. 280296
MALACHI J. HASWELL                Bar No. 307729
1120 Mar West St., Ste. C2
Tiburon, CA  94920
Telephone:  (415) 632-1900
adam@kbklegal.com
kai@kbklegal.com

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME MALDONADO, ANNA VARELA, ALMA GARY, and JEFF PLAMONDON, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30,<br><br>　　　　　Defendants.<br>_____ / | Case No. 3:24-cv-07850-VC<br><br>**DECLARATION OF ALMA GARY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT AND CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: March 5, 2026<br>Time: 10:00 a.m.<br>Location: Courtroom 4, 17th Floor<br><br>Assigned for all purposes to Hon. Vince Chhabria |

I, Alma Gary, declare as follows:

1. I am over the age of 18 and a plaintiff in this action. I have personal knowledge of the facts stated herein and could and would testify competently thereto.

2. Between 2008 and 2013, I took out 13 federal Parent Plus loans to help pay college tuition for my two sons. Of the 13 loans, all but two were for my sons to attend Westwood College. One of the remaining two loans was for one of my sons to attend Art Institute. At all times relevant to this case, MOHELA serviced these loans.

3. On March 29, 2023, I received an email notice from the Department informing me that my Westwood-related federal student loans would be discharged. A true and correct copy of this notice is attached hereto as **Exhibit A**.

4. The notice included the following information: that the Department had determined that the loans I took out for my sons to attend Westwood College were eligible for a full discharge; that I did not have to make any more payments on these loans; that I may receive a refund for prior payments made to the Department on the loans, and that my servicer would let me know if I was eligible for a payment refund; that I did not have to take any further action to receive these benefits; and that I should contact my servicer within 30 days only if I did not wish to accept the discharge.

5. On May 1, 2024, I received an email notice from the Department of Education that my loans related to my son's attendance at Art Institute would be discharged as well. A true and correct copy of this notice is attached hereto as **Exhibit B**.

6. Two weeks later, I received a letter from Aidvantage (my former servicer) indicating that they processed the discharge of my underlying Art Institute loans on May 9, 2025. A true and correct copy of this letter is attached hereto as **Exhibit C**.

7. I called MOHELA numerous times to request information relating to my promised discharges. At least one representative said that they did not have anything on file about a discharge for me and told me to call the Department. The Department directed me to call Aidvantage. Aidvantage confirmed that I was eligible for the discharge but told me that I had to

"wait for MOHELA." One Aidvantage representative said that she would send an email to MOHELA informing them that my loans were eligible for discharge. I started calling MOHELA every month. MOHELA never had any information for me. Sometimes I've spent almost two hours waiting for them to find any information for me, just to be told that they did not have information about my discharge.

8.  On May 13, 2024, I sent MOHELA a letter notifying MOHELA that it violated my rights under the California Student Borrower Bill of Rights, including that MOHELA had failed to process my discharge, continued reporting the loans as owed on my credit, and provided non-responsive, conflicting, and inaccurate information in response to my inquiries. I enclosed a copy of the notice I received from the Department, and asked that MOHELA confirm my discharge status, remove credit reporting showing a balance due, and confirm my eligibility for a refund. I paid extra to have the letter sent by certified mail, to make sure that MOHELA received it. A true and correct copy of the letter I sent to MOHELA is attached hereto as **Exhibit D**.

9.  I never received a response from MOHELA to my May 13, 2024, letter. To this day, I have received no further information from MOHELA regarding my promised discharge.

10. I spent time and money dealing with MOHELA's failure to discharge my loans and the resulting harm to my credit. Additionally, I tried to take out a loan from California Credit Union to help with expenses following my sister's death. I received a denial letter from CCU on July 26, 2024. The denial letter cited my unsecured credit balance, which was largely my student loans that were supposed to be discharged, as a basis for the denial. In addition, my husband and I have been wanting to buy a house for a very long time. My apartment is very small and I can't host family gatherings. I want a house so that I can have my grandchildren visit more often. If I didn't have the MOHELA balance, I would be actively looking to buy a house. As it is, I am worried I wouldn't get financing because of the MOHELA balance being reported on my credit. I also paid postage to mail MOHELA the May 2024 letter.

11. When I got the email from the Department telling me that my loans would be

discharged, I was so happy. But nothing happened after that. When I first started calling MOHELA to request information, it was so depressing. Sometimes I had to wait 1–2 hours to talk to anyone. They never had any information. Sometimes they said I would have to wait years before the discharges would go through. The distress from waiting was so bad. We needed the money from the promised refund, so it was hard to hear MOHELA tell us, "You just have to wait." I was angry because they should have everything in their system. At one point, I had to hang up a call with MOHELA because I was so upset and I cried. I felt helpless, like I had no power to move things along. I was working every day of the week for over twelve hours at two different jobs trying to keep up with the payments to MOHELA. Any time I couldn't pay, I just watched the interest go up and my heart would sink. I was so confused and stressed, constantly wondering about my financial situation and how this situation would resolve.

12. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this Declaration is executed on December 20, 2025 at Woodland Hills, California.

Dated: 12/20/2025

*Alma Gary* (signature)

Alma Gary

# EXHIBIT A

Click here to view this email as a web page.



March 29, 2023

Dear Alma Gary:

Subject: Student Loan Discharge Based on Borrower Defense Evidence

The Department of Education ("Department") has determined that **the Federal student loan(s) you received to attend a school owned and operated by Westwood College (including enrollment in Westwood's online program) at some time during the period from January 1, 2002 through the school's closure in 2016 are eligible for a full discharge.** This means the remaining balance on the loan(s) will be forgiven. **You do not have to make any more payments on the loan(s).**

Your loan(s) will be discharged as part of a Department action ("Group Discharge") to discharge all outstanding Federal student loans taken out by students for attendance at Westwood College between January 1, 2002 through the school's closure in 2016. This action follows the Department's finding that the school engaged in widespread misconduct that violated state consumer protection laws and/or made widespread substantial misrepresentations about its students' employment prospects and the ability of its' students to transfer credits, both of which create a basis for a claim for borrower defense to repayment discharge under the Department's regulations (34 C.F.R. § 685.206 and/or § 685.222). Because of the serious and widespread nature of the misconduct by Westwood, the Department has determined that it is appropriate to discharge the loans made to students who attended Westwood without requiring compliance with the borrower defense regulations. This approach eliminates the need for an individual consideration of each borrower's claim and will result in earlier discharges for borrowers.

You also may receive a refund for prior payments made to the Department on the loans that are being discharged. Your servicer will let you know if you are eligible for a payment refund, which would be mailed to you. Please check your online account with your loan servicer to ensure your address is correct so you can receive any refund. **Otherwise, you do not have to take any further action to receive your discharge.** Your credit report will also be updated to reflect this discharge when it is complete.

If you do not wish to accept this discharge for any reason, including because you are concerned about any possible state tax liability, please contact your loan servicer within 30 days of receiving this letter. Don't know who your loan servicer is? Log in to StudentAid.gov, find "My Aid," and select "View loan servicer details." You also can call us at 1-800-4-FED-AID and we will connect you with your servicer.

PLS004534

It will take the Department some time to process your discharge. Until the Department completes its work, your eligible loan(s) from Westwood College will remain paused in forbearance/stopped collections, and we will not ask you to resume making payments. If your loan(s) are in default, we will not attempt to collect on the loan(s) being discharged. If you have other loans not covered by this group discharge you will receive information about repaying those loans when the national pause on student loan repayment and collections ends.

Please note: This letter does not apply to any private student loans you may have. Also, this letter only applies to a loan(s) you borrowed to attend Westwood College; it does not apply to any loans you may have borrowed to attend any other school.

---

**Beware of Scams.** You might be contacted by a company saying they will help you get loan discharge, forgiveness, cancellation, or debt relief for a fee. You never have to pay for help with your federal student aid. Make sure you work only with the U.S. Department of Education and our loan servicers, and never reveal your personal information or account password to anyone.

Our emails to borrowers come from noreply@studentaid.gov, noreply@debtrelief.studentaid.gov, or ed.gov@public.govdelivery.com. You can report scam attempts to the Federal Trade Commission by calling 1-877-382-4357 or by visiting reportfraud.ftc.gov.

---

If you have questions about this notice, please call our Borrower Defense hotline at 1-855-279-6207. You may visit StudentAid.gov/Contact for our hours of operation.

This letter is NOT an attempt to collect a debt or a demand for any payment.

Sincerely,

*Richard Cordray*

Richard Cordray
Chief Operating Officer
Federal Student Aid

**Federal Student Aid**
An OFFICE of the U.S. DEPARTMENT of EDUCATION

830 First Street, NE, Washington, D.C. 20002
StudentAid.gov/borrower-defense

PLS004535

# EXHIBIT B

Click here to view this email as a web page.



May 1, 2024

Dear Alma Gary:

Subject: Student Loan Discharge Based on Borrower Defense Evidence

You have been approved for debt relief under the Biden-Harris Administration! This is part of the Biden-Harris Administration's commitment to delivering relief to borrowers whose schools engaged in unlawful conduct.

The U.S. Department of Education (ED) has determined that the federal student loan(s) you received to attend The Art Institute on or after Jan. 1, 2004, and on or before Oct. 16, 2017, are eligible for a full discharge. This means the remaining balance on the eligible loan(s) will be forgiven. **You do not have to make any more payments on the loan(s).**

Your loan(s) will be discharged based on an ED finding that The Art Institutes made pervasive and widespread substantial misrepresentations that borrowers relied on to their detriment. This conduct affected students who enrolled at the Art Institutes from Jan. 1, 2004 through Oct. 16, 2017, when the campuses were sold to Dream Center Education Holdings, LLC. These misrepresentations related to the salaries and employment rates for its graduates and the benefits and connections The Art Institutes provided to students and graduates. Because of the pervasive and widespread nature of the misconduct by The Art Institutes, ED has determined that it is appropriate to discharge the loans made to all students who attended The Art Institutes during the time period described above. **Borrowers do not need to file an application for the loans from the Art Institutes during this period to be discharged.** You also may receive a refund for prior payments made to ED on the loan(s) being discharged. Your loan servicer will let you know if you are eligible for a payment refund, which may be mailed to you or sent electronically. Please check your online account with your loan servicer to ensure your address is correct so you can receive any refund. **Otherwise, you do not have to take any further action to receive your discharge.** Your credit report will also be updated to reflect this discharge when it is complete.

If you do not wish to accept this discharge for any reason, including because you are concerned about any possible state tax liability, please contact your loan servicer within 30 days of receiving this letter. Don't know who your loan servicer is? Log in to StudentAid.gov, find "My Aid," and select "View loan servicer details." You also can call us at 1-800-4-FED-AID and we will connect you with your servicer.

It will take ED some time to process your discharge; however, you do not need to make any payments on the loan(s) you received to attend The Art Institute while

PLS004540

your discharge is pending. **Until ED completes its work, the eligible loan(s) you received to attend The Art Institute will remain paused in forbearance/stopped collections, and we will not ask you to resume making payments. If you have loans in default, we will not attempt to collect on the loan(s) being discharged through this action.**

Please note: This letter does not apply to any private student loans you may have. Also, this letter only applies to eligible loan(s) you borrowed to fund an Art Institute enrollment during the timeframe mentioned above; it does not apply to any loans you may have borrowed to attend any other school, and it does not apply to any loans you may have borrowed to fund a separate Art Institute enrollment outside the timeframe mentioned above.

**Beware of Scams**

You might be contacted by a company saying they will help you get loan discharge, forgiveness, cancellation, or debt relief for a fee. You never have to pay for help with your federal student aid. Make sure you work only with the U.S. Department of Education and our loan servicers, and never reveal your personal information or account password to anyone.

Our emails to borrowers come from noreply@studentaid.gov, noreply@debtrelief.studentaid.gov, or ed.gov@public.govdelivery.com. You can report scam attempts to the Federal Trade Commission by calling 1-877-382-4357 or by visiting reportfraud.ftc.gov.

If you have questions about this notice, please call our borrower defense hotline at 1-855-279-6207. You may visit StudentAid.gov/Contact for our hours of operation.

This letter is NOT an attempt to collect a debt or a demand for any payment.

Sincerely,

*Richard Cordray*

Richard Cordray
Chief Operating Officer
Federal Student Aid

**Federal Student Aid**
*An OFFICE of the U.S. DEPARTMENT of EDUCATION*

830 First Street, NE, Washington, D.C. 20002
StudentAid.gov/borrower-defense

PLS004541

# EXHIBIT C

**Aidvantage**
Official Servicer of Federal Student Aid
P.O. Box 300001
Greenville, TX 75403-3001

## Fax Transmittal Cover Sheet

DATE: May 15, 2024

TO: Alma Gary

FAX NUMBER: ▮▮▮▮▮

SUBJECT: Account Information

NUMBER OF PAGES (Including Cover Sheet): 2

FROM: Aidvantage – Official Servicer of Federal Student Aid

DEPARTMENT: Customer Service

TELEPHONE: 800-722-1300

COMMENTS: _____
_____

*THANK YOU!*

If you do not receive all of the following pages or if they are illegible, please contact the person identified as the sender. The information contained in this facsimile communication is proprietary and confidential and intended only for the recipient named. If the reader of this information is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, any dissemination, use or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone. Thank you.

LTR141

CONFIDENTIAL                                                                                      PLS004691



P.O. Box 300001
Greenville, TX 75403-3001

(800) 722-1300

Alma Gary



May 15, 2024

RE: 
Fax:

Alma, in response to your recent request, we're happy to provide you with the following information.

Aidvantage – Official Servicer of Federal Student Aid services the following loans.

| Loan Number | Loan Type | Disbursement Date | Original Principal | Outstanding Principal | Interest Rate |
|---|---|---|---|---|---|
| 1-01 | Federal Parent PLUS Unsubsidized | 8/21/2008 | $9,488.00 | ($15,243.52) | 8.500% |
| 1-02 | Federal Parent PLUS Unsubsidized | 3/9/2009 | $11,529.00 | ($18,195.66) | 8.500% |
| 1-03 | Federal Parent PLUS Unsubsidized | 11/13/2009 | $10,614.00 | ($15,965.28) | 8.500% |
| 1-04 | Direct Parent PLUS Unsubsidized | 5/16/2010 | $8,273.00 | ($12,444.56) | 7.900% |
| 1-05 | Direct Parent PLUS Unsubsidized | 9/1/2010 | $11,607.00 | ($17,322.39) | 7.900% |
| 1-06 | Direct Parent PLUS Unsubsidized | 3/16/2011 | $8,607.00 | ($12,471.72) | 7.900% |
| 1-07 | Direct Parent PLUS Unsubsidized | 4/8/2011 | $11,004.00 | ($15,966.36) | 7.900% |
| 1-08 | Direct Parent PLUS Unsubsidized | 9/2/2011 | $13,500.00 | ($19,073.16) | 7.900% |
| 1-09 | Direct Parent PLUS Unsubsidized | 11/17/2011 | $5,956.00 | ($8,300.66) | 7.900% |
| 1-10 | Direct Parent PLUS Unsubsidized | 5/24/2012 | $5,740.00 | ($7,702.51) | 7.900% |
| 1-11 | Direct Parent PLUS Unsubsidized | 1/10/2013 | $9,233.00 | ($11,831.25) | 7.900% |
| 1-12 | Direct Parent PLUS Unsubsidized | 1/22/2013 | $15,999.00 | $0.00 | 7.900% |
| 1-13 | Direct Parent PLUS Unsubsidized | 8/8/2013 | $1,981.00 | ($2,363.97) | 6.410% |

Per FSA request, we have applied the Defense to Repayment loan discharge on May 9, 2024.

Please note, it may take 90-120 days for the discharge notification to be sent.

**We're here to help.**
If you have any questions about your account or your options, visit us online at Aidvantage.studentaid.gov or give us a call at 800-722-1300. Our hours of operation can be found online at Aidvantage.studentaid.gov/contact-us

Sincerely,

Paul - ADVS
Customer Communications

LTR041

CONFIDENTIAL                                                                                                         PLS004692

**EXHIBIT D**



Alma P. Gary
[REDACTED]

May 13, 2024

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED

MOHELA
633 Spirit Drive
Chesterfield, MO 63005

RE: Notice of violation of Cal. Student Borrower Bill of Rights, Cal. Civ. Code §§ 1788.100, et seq.
MOHELA account number(s): 94 1877 0799

To Whom It May Concern:

Pursuant to Cal. Civ. Code § 1788.103(d)(1), I am writing to give notice of your violation of my rights under the California Student Borrower Bill of Rights and to demand that you correct and remedy these violations. Specifically, you have:

- Materially interfered with my ability to understand the terms and conditions of my federal student loans in violation of Civ. Code § 1788.102(a)(2)(A);
- Misrepresented material information in the servicing of my federal student loans including, but not limited to, the amounts due and my obligations under the terms of the loans in violation of Civ. Code § 1788.102(b)(2);
- Failed to respond or inadequately responded to my requests for information on the status of my loan discharge in violation of Civ. Code § 1788.102(i),(t); and
- Substantially interfered with my right to federal student loan discharge and reimbursement under the Higher Education Act of 1965 (20 U.S.C. Sec. 1070a et seq.) in violation of Civ. Code § 1788.103(c).

## Summary of Facts

On March 29, 2023, I received the enclosed notice from the Department of Education. The notice stated, among other things, that the Department had determined that the federal student loans I received to attend Westwood College "at some time during the period from January 1, 2002, through the school's closure in 2016" are eligible for a full discharge. All of my federal student loan debt is from loans that I took out to pay for the education of my two sons, Andrew and Anthony. Most of these loans were from Andrew and Anthony's attendance at Westwood College during this time period.

The Department's March 29 notice stated that my loans would be discharged without any further action on my part, and that I did "not have to make any more payments" on the loans. Finally, the notice said that I could receive a refund for the prior payments I made on these loans and that my servicer, which is MOHELA, would let me know if I was eligible.

CONFIDENTIAL

PLS004595

Beginning in fall 2023, MOHELA began demanding that I make payments on my federal student loans. Since that time, when I have contacted MOHELA to ask why my Westwood-related loans have not been discharged, MOHELA representatives have given me conflicting and inaccurate information, or no information at all. MOHELA is also continuing to report to the credit bureaus that I owe the full balance on these loans. This reporting is inaccurate.

**Demand**

Please do the following within 30 days to cure your violations explained above:

1. Confirm in writing the accurate post-discharge balance on my federal student loans;
2. Remove all credit reporting that indicates that the full pre-discharge balance is due;
3. Confirm my eligibility for and take all necessary steps to ensure a refund for my eligible past payments on these loans.

Sincerely,

*Alma Gary* · 5/13/24

Alma P. Gary

Encl.: March 29, 2023 Department of Education Notice to Alma Gary

CONFIDENTIAL                                                                                                  PLS004596