PROJECT ON PREDATORY STUDENT LENDING
NOAH ZINNER                    Bar No. 247581
REBECCA C. EISENBREY           Admitted *pro hac vice*
REBECCA C. ELLIS               Admitted *pro hac vice*
769 Centre St.
Jamaica Plain, MA  02130
Telephone:  (617) 390-2669
nzinner@ppsl.org

JUBILEE LEGAL
DANIEL "SPARKY" ABRAHAM    Bar No. 299193
300 E. Esplanade Dr., Ste. 900
Oxnard, CA  93036
Telephone:  (805) 946-0386
sparky@jubilee.legal

KEMNITZER, BARRON & KRIEG, LLP
ADAM J. MCNEILE                Bar No. 280296
MALACHI J. HASWELL             Bar No. 307729
1120 Mar West St., Ste. C2
Tiburon, CA  94920
Telephone:  (415) 632-1900
adam@kbklegal.com
kai@kbklegal.com

Attorneys for Plaintiffs and the Proposed Class

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME MALDONADO, ANNA VARELA, ALMA GARY, and JEFF PLAMONDON, individually and on behalf of all others similarly situated, | **Case No. 3:24-cv-07850-VC** |
| Plaintiffs, | **DECLARATION OF JEFF PLAMONDON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT AND CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30, | Date: March 5, 2026<br>Time: 10:00 a.m.<br>Location: Courtroom 4, 17th Floor |
| Defendants. | Assigned for all purposes to Hon. Vince Chhabria |

I, Jeff Plamondon, declare as follows:

1.    I am over the age of 18 and a plaintiff in this action. I have personal knowledge of the facts stated herein and could and would testify competently thereto.

2.    I attended ITT Technical Institute ("ITT") in Sylmar, California from 2002 to 2003 and again from 2005 to 2008. I took out federal student loans to pay for my attendance at ITT. At all times relevant to this case, MOHELA serviced these loans.

3.    On November 17, 2022, I received an email notice from the Department informing me that my ITT-related federal student loans would be discharged. A true and correct copy of this notice is attached hereto as **Exhibit A**.

4.    The notice included the following information: that the Department had determined that the loans I received to attend ITT post-2004 were eligible for a full discharge; that I did not have to make any more payments on these loans; that I may receive a refund for prior payments made to the Department on the loans, and that my servicer would let me know if I was eligible for a payment refund; that I did not have to take any further action to receive these benefits; and that I should contact my servicer within 30 days only if I did not wish to accept the discharge.

5.    On July 18, 2023, I wrote to MOHELA to ask about the status of my discharge: after quoting the discharge notice I received from ED, I asked, "It has now been 8 months and I have heard nothing yet and with student payment starting up again. What is the status of this?" *See* Declaration of Malachi J. Haswell ("Haswell Decl."), Exh. 34. MOHELA did not provide a substantive response, but only stated on August 1, 2023, that it had "received no updates." *Id.*

6.    Worried that I would be forced to enter repayment despite my discharge approval, I submitted a Borrower Defense to Repayment Application on August 23, 2023, and asked to be placed in borrower defense forbearance. A true and correct copy of my BD application is attached hereto as **Exhibit B**.

7.    I have contacted MOHELA more than times than I can remember concerning the ITT Group Discharge. I have made innumerable phone calls about the same issue. I have also sent emails and submitted online chats. Each time I called MOHELA, I had to wait on hold for an

2

Declaration of Jeff Plamondon in Support of Plaintiffs' Opposition to Motion for Partial Summary Judgment and Cross-Motion for Partial Summary Judgment

average of about 90 minutes. The first time I spoke with MOHELA about the discharge issue, the representative told me that she needed to "do more research on this" and would get back to me. I did not receive a substantive response about the status of the discharge. I called MOHELA once every few weeks for about six months. MOHELA never provided me with information about the status of my discharge.

8.     In September 2023, I received an email from MOHELA that stated that repayment would start on my loans soon. A true and correct copy of the email is attached hereto as **Exhibit C**. I called the Department of Education to figure out what I needed to do, and the Department told me to contact MOHELA. I contacted MOHELA as directed, but MOHELA simply told me to go back to the Department. I gave up trying to call MOHELA because it took a lot of time to ever connect with anyone and no one ever gave me helpful information. In total, I called MOHELA somewhere between 10 and 20 times about the group discharge issue. I also sent emails and submitted messages through MOHELA's online portal. MOHELA has never provided substantive information relating to my promised discharge.

9.     On May 1, 2024, I sent MOHELA a letter notifying MOHELA that it violated my rights under the California Student Borrower Bill of Rights, including that MOHELA had failed to process my discharge, continued reporting the loans as owed on my credit, and provided non-responsive, conflicting, and inaccurate information in response to my inquiries. I enclosed a copy of the notice I received from the Department, and asked that MOHELA confirm my discharge status, remove credit reporting showing a balance due, and confirm my eligibility for a refund. I paid extra to have the letter sent by certified mail, to make sure that MOHELA received it. A true and correct copy of the letter I sent to MOHELA is attached hereto as **Exhibit D**.

10.    MOHELA responded to my letter on June 17, 2024. MOHELA's letter, like all my previous contacts with MOHELA, did not provide any substantive information about my promised discharge. It merely stated, "After reviewing your account, we have not received any notice of discharge from FSA." A true and correct copy of MOHELA's response to my letter is

attached hereto as **Exhibit E**.

11.      I spent time and money spent dealing with MOHELA's failure to discharge and the resulting harm to my credit. Further, I have wanted to buy a new car to replace my old vehicle. I have refrained from seeking credit for such a purchase due to MOHELA's inaccurate credit reporting, which is the most significant negative mark on my credit. I knew that having the student loan on my credit would cause me to get less than ideal financing. I have also foregone necessary dental work because the interest rate for the required credit would be too high, due to the student loan balance reported on my credit.

12.      Additionally, I have put my life on hold because of all this debt, delaying decisions such as taking vacations and starting a family. Every major financial decision in my life revolves around the student loan debt that I was promised would be discharged. When I got the email from the Department of Education about the discharge, I told my wife and my parents, and I celebrated with my friends and family. It was really exciting because finally this large weight was coming off my back. The notice from the Department said that I did not need to do anything and that the discharge would happen automatically.

13.      But then it became a cycle of endless waiting. I tried contacting MOHELA numerous times about the promised discharge. Every time I spoke to someone at MOHELA, they told me that they have no information and to call back at a later time, or they took a message and promised to call back but they never did. After the initial excitement I felt, it felt like MOHELA ripped the carpet from under my feet. I slowly started to realize that I was not going to get the relief I promised. I was facing payments I could not afford and should not have to make, and MOHELA was just sending me in a circle rather than helping me. I could not believe MOHELA's response—not only was the promised relief not going to be delivered but they wanted me to keep paying as well. I became very depressed. I became sluggish and did not feel like I could do anything. I felt weighted down. I could not pull myself out of bed. I would just go straight to sleep after work and sleep for 16 hours. I felt that no one would listen to me and no one cared to fix it. It feels like MOHELA is sabotaging my chances at creating financial

stability and moving on with my life.

14.     To this day, I have received no further information from MOHELA regarding my promised discharge.

15.     I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this Declaration is executed on December 22, 2025 _____ at Moreno Valley _____, California.

Dated: 12/22/2025

*Jeff Plamondon*

_____

Jeff Plamondon

Declaration of Jeff Plamondon in Support of Plaintiffs' Opposition to Motion for Partial Summary Judgment and Cross-Motion for Partial Summary Judgment

# EXHIBIT A

[Click here to view this email as a web page.](#)



November 17, 2022

Dear Jeff Plamondon:

Subject: Student Loan Discharge Based on Borrower Defense Evidence

The Department of Education ("Department") has determined that **the loan(s) you received to attend a school owned and operated by ITT Technical Institute from January 1, 2005 through its closure in September 2016 are eligible for full loan discharge.** This means the remaining balance on the loan(s) will be forgiven. **You do not have to make any more payments on the loan(s).**

Your loan(s) will be discharged as part of a Department action ("Group Discharge") to discharge all outstanding loans for attendance at ITT Technical Institute that first began from January 1, 2005 through closure in September 2016 after finding that it engaged in widespread misconduct that violated state consumer protection laws and/or made widespread substantial misrepresentations about its educational programs, both of which are grounds for borrower defense to repayment under the borrower defense regulations (34 C.F.R. § 685.206 and/or § 685.222). The Department is discharging your loans without requiring you to file an application because of the pervasive and widespread nature of the school's conduct.

You also may receive a refund for prior payments made to the Department on your discharged loan(s) related to ITT Technical Institute. Your servicer will let you know if you are eligible for a payment refund, which would be mailed to you. Please check your online account with your loan servicer to ensure your address is correct so you can receive any refund. **Otherwise, you do not have to take any further action to receive your discharge.** Your credit report will also be updated to reflect this discharge when it is complete.

If you do not wish to accept this discharge, please contact your servicer within 30 days of receiving this letter.

It will take the Department some time to process your discharge. Until the Department completes its work, your eligible loan(s) from ITT Technical Institute will remain paused in forbearance/stopped collections, and we will not ask you to resume making payments. If your loan(s) are in default, we will not attempt to collect on the loan(s) being discharged. If you have other loans not covered by this group discharge, you will enter repayment and/or collections when the national pause on student loan repayment and collections ends.

If you have questions about this notice, please call our borrower defense hotline at 1-855-279-6207 from 8:00-8:00 ET on Monday-Friday or from 11:00-5:00 ET on

Saturday or Sunday.

Sincerely,

Richard Cordray
Chief Operating Officer
Federal Student Aid



830 First Street, NE, Washington, D.C. 20002
StudentAid.gov/borrower-defense

**EXHIBIT B**

My Activity > Borrower Defense Case #15443725

# Borrower Defense Case #15443725

⟳ In Review

📄 Download Completed Application



PLS004932

## Application Information

Enrollment Period
2003 - 2006

School Name
ITT Technical Institute

Created on
Aug 23, 2023

## Status Tracker

✓ Application Created
*Completed on Aug 23, 2023*

2 **Application Review**

We are currently reviewing your borrower defense application and the supporting documentation you've provided. We will notify you as soon as we have a decision or if we need more information.

**Aug 23, 2023**

We have received your borrower defense application for review.

3 Application Decision

## Documents

### My Submitted Document(s)

 **Webform Submission - Case Number: 15443725.pdf**
*Application*

## More Resources

Learn More About Borrower Defense Loan Discharge

Get Updates About Borrower Defense

Start a New Borrower Defense Application

 Hi! Need help?

PLS004933



# U.S. DEPARTMENT OF EDUCATION
# BORROWER DEFENSE
# TO REPAYMENT APPLICATION

OMB Number: 1845-0163
Form Approved
Expiration Date: 11/30/2023

## INSTRUCTIONS

Under the Borrower Defense to Repayment ("Borrower Defense") regulations (34 C.F.R. § 685.400-499), certain misconduct committed by a school that you attended, or that your child attended if you are a parent PLUS borrower, might make you eligible to receive a discharge of your applicable federal student loans. This is called a "Borrower Defense to Repayment" discharge.

If you believe that you may qualify for a Borrower Defense to Repayment discharge, you should complete this application. It outlines the types of misconduct by the school that might qualify you for relief. Once you submit this application, the U.S. Department of Education ("ED") will review your allegations. ED will also ask your school to respond to your claims. ED will then consider your application, any additional evidence you provide, any evidence in our possession, and any response received from your school. ED will notify you when the review is complete and a decision has been made. ED will generally make a decision on your application within three years from the date your application is determined to be materially complete. For more information, please visit the borrower defense website.

**ED strongly encourages you to provide as much detail as possible in this application for your relevant claim or claims.** That will help ED to better review your application. Everything in the application must be true and complete to the best of your knowledge.

**What kind of conduct by the school can lead to an approved application?**

1. You may qualify for a Borrower Defense to Repayment if a school or its representatives made untruthful or misleading statements while trying to convince you to enroll or to remain enrolled, that information was important to you when you decided whether to enroll or remain enrolled, and the misconduct caused you harm warranting a full discharge and refund of all applicable federal loans (34 C.F.R. § 685.401(a)). The school's conduct must relate to untruthful or misleading statements concerning one or more of the following areas:

   - Graduates' employment outcomes; for example:
     - Guarantees of employment; or
     - Guarantees that you would earn a certain salary.
   - The school's educational programs; for example:
     - Whether completion of a program qualifies you for a specific license or certification;
     - The number, availability, and qualifications of instructors; or
     - Your ability to transfer credits to another school;
   - The school's financial charges; for example:
     - The school's program cost; or
     - The availability or type of financial assistance available to you.

The school or its representatives could have made these untruthful or misleading statements directly to you, or in its marketing materials, websites, or other communications.

   - You may also qualify for Borrower Defense to Repayment if your school concealed, suppressed, or omitted certain information that would have been important to your decision of whether to enroll or remain enrolled, and the concealment caused you harm warranting a full discharge and refund of all applicable federal loans (34 C.F.R. § 685.401(a)). This includes conduct such as:
     - A failure to provide important information about any of the three areas described above (i.e. graduates' employment outcomes; the school's educational programs; or the school's financial charges); or
     - A failure to tell you that certain factors, like a criminal record or the program not being authorized by the appropriate agency, would prevent you from meeting requirements for employment in the program's field.
   - You may also qualify for Borrower Defense to Repayment if your school engaged in aggressive and deceptive recruitment tactics to convince you to enroll or to remain enrolled and caused you harm warranting a full discharge and refund of all applicable federal loans (34 C.F.R. § 685.401(a)). This includes conduct such as:
     - Demanding or pressuring you to enroll immediately, including by falsely claiming you would lose your opportunity to attend if you did not immediately enroll;
     - Taking unreasonable advantage of your lack of knowledge about higher education or financial aid to pressure you to enroll or take out loans;
     - Discouraging you prior to enrollment from discussing the decision to enroll with friends, family, or others;
     - Using threatening or abusive language; or,
     - Repeatedly contacting you if you asked not to be contacted further.
   - In some circumstances, a lawsuit against a school may qualify you for Borrower Defense to Repayment. For the lawsuit to qualify, it must be based on the school's misconduct related to your decision to enroll or remain enrolled. It must have been brought by you, a government agency, or, if it's a class action lawsuit, have you included as a class member. In addition, it must have resulted in a favorable judgment (i.e., a judgment against the school and in favor of the plaintiff).
   - Finally, in some circumstances, a school's failure to perform its obligations under a contract with you (such as in an enrollment agreement) may qualify you for Borrower Defense to Repayment. To qualify, those obligations must have been important to you when you were deciding whether to enroll or remain enrolled and caused you harm warranting a full discharge and refund of all applicable federal loans.

**What must be included in the application?**

ED can only consider complete applications. To be complete, an application must include at least the following information:

   - A description in your own words of the statements, acts, or omissions that you believe qualify you for Borrower Defense relief;
   - An explanation of who made the statements, acts, or omissions, and in what context;
   - An approximation of when the statements, acts, or omissions happened;
   - A description of how the statements, acts, or omissions affected your decision to enroll, to continue attending the school, or to take out the loan(s) related to your attendance at the school; and
   - A description of the harm you suffered because of the school's statements, acts, or omissions.

PLS004934

ED recommends you provide as much as detail as possible in the sections below about the statement, act, or omission that you believe qualifies you for a Borrower Defense to Repayment. Additionally, ED recommends that you include the following documents:

- Documents that support your claim that your school lied to you or misled you, including: any e-mails or other communications between you and your school, course catalogs, student manuals, and any advertisements from your school.
- Documents that support your claim that there was a judgment against your school, including: a copy of the court's judgment, if available.
- Documents that support your claim that your school breached a contract with you if your claim is based on a breach of contract, including: a copy of the contract itself.
- Documents that show the date(s) of your enrollment and your program of study, including: enrollment agreements, transcripts, and diplomas.

Any other documentation that is related to the reason you are applying for Borrower Defense relief.

**By completing this application, you are certifying, under penalty of perjury, that all the information provided is true and complete.** This means that you could face criminal prosecution under the U.S. Criminal Code and 20 U.S.C. 1097 if you knowingly submit a false statement on your application.

## SECTION 1: BORROWER INFORMATION

Please provide contact information for the borrower:

| First Name | Middle Name | Last Name |
|---|---|---|
| Jeff | M | Plamondon |

| Date of Birth *(mm/dd/yyyy)* | Social Security Number | Telephone Number |
|---|---|---|
| ███████ | ████ ███████ | |

Email Address
███████

| Street Address | City | State | Zipcode |
|---|---|---|---|
| ███████ | MORENO VALLEY | California | 925536978 |

| Are you a PARENT who took out a federal parent PLUS loan on behalf of the student? | ☐ Yes | ☒ No |
|---|---|---|

If yes, please enter the full name of the student *(Last, First, Middle)*:

If yes, please enter the student's Social Security Number:

## SECTION 2: SCHOOL INFORMATION

School Name
ITT Technical Institute

Campus Name (if you attended a multi-campus system or school):
ITT Technical Institute -

Location *(City, State)*:
Sylmar, California

In what state(s) did you live during the enrollment period that is the subject of this claim? Please include the month/year when you lived in each state listed.
California

Enrollment Dates at this school (month/year to month/year):
Fri Aug 01 00:00:00 GMT 2003 to Fri Sep 01 00:00:00 GMT 2006

| Are you still enrolled at this school? | ☐ Yes | ☒ No |
|---|---|---|

| Are your enrollment dates approximate or exact? | ☐ Approximate | ☒ Exact |
|---|---|---|

Program Name or Major *(e.g., Engineering, Law, Nursing)*:

PLS004935

1 | Computer and Information Sciences, General.

Credential/Degree Sought *(e.g. Certificate, Diploma, Associate, Bachelor's, Master's):*

1 | Bachelor

Graduated

Note: if you are still enrolled at this school, indicate that you are "attending" even if, at the time you complete this application, you are on a scheduled break, an approved leave of absence, or have decided to not attend classes during the current term but plan to resume attendance in the near future.

What was your level of education at the time you enrolled *(e.g. High School, GED, Certificate Program, Associate's Degree, Bachelor's Degree, Master's Degree, Doctorate Degree, Other)*? If you are a parent who took out a federal parent PLUS loan on behalf of the student, what was the student's level of education at the time they enrolled?

High School

## SECTION 3: CONDUCT THAT MAY RESULT IN A BORROWER DEFENSE APPROVAL

The following are common categories of misconduct alleged by borrowers, including some specific examples. You should only check the boxes that apply to you. Please select all that apply. If none of the categories apply to you, there is an "Other" category at the end of Section 3.

You **must** write out answers to the questions that follow the checkboxes in the space provided. The questions request additional information describing the misconduct, including information like what occurred, when it occurred, how it impacted you, and other details necessary to consider your application.

### EMPLOYMENT PROSPECTS

Did your school misrepresent or fail to tell you about jobs that would be available to you, your prospects of obtaining a job, or the employment outcomes of prior graduates? Please select all that apply:

- [X] My school misled me about my likelihood of obtaining a job, such as by misleading me about the number of graduates who were employed in the field of study the program was preparing them for.

- [X] My school misrepresented its job placement rates.

- [ ] My school misrepresented the demand for graduates in my field.

- [ ] My school misrepresented its partnerships with specific employers.

- [X] My school misled me about my likely earnings after graduation by exaggerating the earnings of graduates.

- [ ] My school failed to tell me that obtaining a job or required licensure/certification in my field of study was highly unlikely due to my prior criminal history, a preexisting medical condition, or another circumstance known by my school.

- [ ] Other acts, statements, or omissions related to employment prospects, please identify:

In the boxes below, you must describe the following information in detail and in your own words to ensure you have a materially complete application. If the acts or omissions you experienced occurred during different interactions with the school please include detail about each interaction. Please include any documentation you have supporting your responses.

- **What** did the school say, write, represent to you, or conceal from you? Please be as specific as possible. What did the school's actions lead you to believe?

The school said lots of stuff but mostly that all my credits could be transferred to other schools so I could continue my education elsewhere. They blatantly lied about employment prospects after graduation, about their graduation rate, and about providing employment help after graduation.

- **Who or what** provided you this information, or concealed this information from you (include the person's name and title, if known)?

The school in thhere distributed infomration, along with the counselors, admin, and teachers.

- **When and where** were you told this information (for example, the approximate date or time of year and whether it was during a campus tour or interview, in a meeting, or over the phone)? If the school concealed or suppressed information from you, please explain when and where you should have received this information.

This information was in their recruiting pamplets, on their tv adds, and told to me by the counselors

PLS004936

- *How* was the information communicated to you or concealed from you (for example, via e-mail, in person, through an advertisement, through the school's website)? Please provide examples of the school's communication, if possible.

In person, through advertising, the school websites,

- *How* was the information provided to you, or concealed from you, false or misleading and how did you determine the information was false or misleading?

After graduation, they stopped supporting the job placement they promised during school and before, They also over-promoted what the degree would get me .

- *Why* was the information provided to you, or concealed from you, important to you when you decided to enroll or remain enrolled (for example, you chose to attend this school over others or take out student loans because of the information you were provided)?

Yes, i chose this school due to there talking about how the degree would help me with future job placement.

- *How* has the information provided to you, or concealed from you, caused you harm (for example, have you suffered financial harm, lost opportunities, or experienced other harm as a result)?

Yes, If i decided to go with certerficts or a degree from a UC school I feel like my employment oppulurnites would be much higher.

Please provide any other information you believe is important to this claim.

In this press release that the DOE sent out back in augest it stated. I am included in that time frame yet nothing has happened yet to my loans. I contacted Molena and they say they need me to reach out to you on this. Today, the U.S. Department of Education Department announced that it will discharge all remaining federal student loans that borrowers received to attend ITT Technical Institute (ITT) from January 1, 2005, through its closure in September 2016. The decision, which follows Departmental findings based on extensive internal records, testimony from ITT managers and recruiters, and first-hand accounts from borrowers, will result in 208,000 borrowers receiving 3.9 billion in full loan discharges. This includes borrowers who have not yet applied for a borrower defense to repayment discharge. These borrowers will have the federal student loans they received to attend ITT discharged without any additional action on their part.

## CAREER SERVICES

Did your school mislead you, or fail to tell you, important information about the availability of career services or the specific career services that it would provide? Please select all that apply:

- ☐ My school promised it would provide career services assistance (including, but not limited to resume writing help, mock interviews, and responding to job listings), but it did not.

- ☐ My school promised that it would find me a job when I graduated, but it did not.

- ☐ Other acts, statements, or omissions related to career services, please identify:

In the boxes below, you must describe the following information in detail and in your own words to ensure you have a materially complete application. If the acts or omissions you experienced occurred during different interactions with the school please include detail about each interaction. Please include any documentation you have supporting your responses.

- *What* did the school say, write, represent to you, or conceal from you? Please be as specific as possible. What did the school's actions lead you to believe?

- *Who or what* provided you this information, or concealed this information from you (include the person's name and title, if known)?

- *When and where* were you told this information (for example, the approximate date or time of year and whether it was during a campus tour or interview, in a meeting, or over the phone)? If the school concealed or suppressed information from you, please explain when and where you should have received this information.

PLS004937

- *How* was the information communicated to you or concealed from you (for example, via e-mail, in person, through an advertisement, through the school's website)? Please provide examples of the school's communication, if possible.

- *How* was the information provided to you, or concealed from you, false or misleading and how did you determine the information was false or misleading?

- *Why* was the information provided to you, or concealed from you, important to you when you decided to enroll or remain enrolled (for example, you chose to attend this school over others or take out student loans because of the information you were provided)?

- *How* has the information provided to you, or concealed from you, caused you harm (for example, have you suffered financial harm, lost opportunities, or experienced other harm as a result)?

Please provide any other information you believe is important to this claim.

## ACCREDITATION AND LICENSURE QUALIFICATIONS

Did your school misrepresent or fail to tell you important information about your school's institutional or programmatic accreditation? Please select all that apply:

- [X] My school misled me regarding whether my program had the accreditation necessary to qualify graduates for required licensure or certification or to sit for a licensing exam.

- [X] My school misled me regarding the passage rate of graduates who sit for licensure or certification exams.

- [X] My school failed to tell me that my school or program lacked proper accreditation or was not authorized by the appropriate agency in my state.

- [X] My school failed to tell me that my school or program lost accreditation prior to or during my enrollment.

- [ ] Other acts, statements, or omissions related to accreditation, please identify:

In the boxes below, you must describe the following information in detail and in your own words to ensure you have a materially complete application. If the acts or omissions you experienced occurred during different interactions with the school please include detail about each interaction. Please include any documentation you have supporting your responses.

- *What* did the school say, write, represent to you, or conceal from you? Please be as specific as possible. What did the school's actions lead you to believe?

They said that this school was fully accredited, when in reality it was not.

- *Who or what* provided you this information, or concealed this information from you (include the person's name and title, if known)?

This was the recruiter/consoler teachers and admin of the school site. not 100 percent on the names

- *When and where* were you told this information (for example, the approximate date or time of year and whether it was during a campus tour or interview, in a meeting, or over the phone)? If the school concealed or suppressed information from you, please explain when and where you should have received this information.

During there advertisement, there campus tour, in counseling, the teachers talked about it, the admin talked about it ect.

- *How* was the information communicated to you or concealed from you (for example, via e-mail, in person, through an advertisement, through the school's website)? Please provide examples of the school's communication, if possible.

in-person email and through advertisements,

PLS004938

- **How** was the information provided to you, or concealed from you, false or misleading and how did you determine the information was false or misleading?

Not untill after graduation did i find out that the school really did not mean much and that it was not created.

- **Why** was the information provided to you, or concealed from you, important to you when you decided to enroll or remain enrolled (for example, you chose to attend this school over others or take out student loans because of the information you were provided)?

yes, I would of chose a different school if I did not know I couldn't transfer credits to the any other school.

- **How** has the information provided to you, or concealed from you, caused you harm (for example, have you suffered financial harm, lost opportunities, or experienced other harm as a result)?

yes, I had to go back to school to be able to use a degree for employment.

Please provide any other information you believe is important to this claim.

Today, the U.S. Department of Education (Department) announced that it will discharge all remaining federal student loans that borrowers received to attend ITT Technical Institute (ITT) from January 1, 2005, through its closure in September 2016. The decision, which follows Departmental findings based on extensive internal records, testimony from ITT managers and recruiters, and first-hand accounts from borrowers, will result in 208,000 borrowers receiving $3.9 billion in full loan discharges. This includes borrowers who have not yet applied for a borrower defense to repayment discharge. These borrowers will have the federal student loans they received to attend ITT discharged without any additional action on their part.

## TRANSFERRING CREDITS

Did your school misrepresent or fail to tell you important information about transferring credits into or out of the school? Please select all that apply:

- [X] My school told me that my credits were transferable to a specific school, but they were not.

- [X] My school told me that the credits I earned at the school were generally transferrable to other schools, but they were not.

- [X] My school failed to tell me that my credits would not transfer to other schools.

- [X] My school told me it would accept credits I had earned elsewhere, but after I enrolled, it told me that it would not accept some or all of my transfer credits.

- [ ] Other acts, statements, or omissions related to transferring credits, please identify:

In the boxes below, you must describe the following information in detail and in your own words to ensure you have a materially complete application. If the acts or omissions you experienced occurred during different interactions with the school please include detail about each interaction. Please include any documentation you have supporting your responses.

- **What** did the school say, write, represent to you, or conceal from you? Please be as specific as possible. What did the school's actions lead you to believe?

They said that this school was fully accredited when in reality it was not. They also said that the diploma would help me find work. they were unable to.

- **Who or what** provided you this information, or concealed this information from you (include the person's name and title, if known)?

Tv advertizement, and the school admin at the time. I do not know there names.

- **When and where** were you told this information (for example, the approximate date or time of year and whether it was during a campus tour or interview, in a meeting, or over the phone)? If the school concealed or suppressed information from you, please explain when and where you should have received this information.

We were told this constantly when talking to teachers and staff at the school.

- **How** was the information communicated to you or concealed from you (for example, via e-mail, in person, through an advertisement, through the school's website)? Please provide examples of the school's communication, if possible.

This information was provided through advertisement and the school website which no longer exist.

PLS004939

- *How* was the information provided to you, or concealed from you, false or misleading and how did you determine the information was false or misleading?

After graduation, it turns out that all there promises really did not mean much. This was after completing there whole program.

- *Why* was the information provided to you, or concealed from you, important to you when you decided to enroll or remain enrolled (for example, you chose to attend this school over others or take out student loans because of the information you were provided)?

I chose to attend this school over a state school due to there programs and promises of helping me graduate and the help of job placement after I graduated. they shut down the campus shortly after I graduated and I was unable to obtain any promicesd support.

- *How* has the information provided to you, or concealed from you, caused you harm (for example, have you suffered financial harm, lost opportunities, or experienced other harm as a result)?

I still have student loans from IIT tech to this day.

Please provide any other information you believe is important to this claim.

I dont have any other information

## EDUCATIONAL SERVICES

Did the school misrepresent or fail to tell you important information about the availability of the educational opportunities or support services it provided? Please select all that apply:

- [ ] My school misrepresented the availability of internships or externships or the assistance it would provide in obtaining required internships or externships.

- [ ] My school misrepresented the availability, or qualifications of its faculty.

- [ ] My school misrepresented the type and availability of any tutoring or specialized instruction or assistance it would provide me before, during, or after completion of a course.

- [ ] My school misrepresented how I would be taught (for example, in-person versus online).

- [ ] My school misrepresented the prerequisites required for my course of study.

- [ ] My school misrepresented how often required courses would be available or when those courses would be scheduled (e.g. you were promised you could complete the program by enrolling on weekends, but later learned that a required course was available only on weekdays during regular business hours when you work).

- [ ] My school misrepresented the number of credits required to graduate.

- [ ] My school told me I would be able to graduate in a certain amount of time, but then did not offer enough sections of required classes so that I could complete the program on time.

- [ ] My school failed to tell me that a different company was providing their curriculum instructional materials.

- [ ] My school failed to tell me that a different company was recruiting students on the school's behalf.

- [ ] My school misrepresented its status as a for-profit, nonprofit, or public institution.

- [ ] My school claimed to be a selective admissions school, but actually had an open-enrollment policy, meaning that they enrolled everyone regardless of their grade point average, test scores, volunteer experiences, or other entrance requirements.

- [ ] My school misrepresented its criteria for admission, meaning the basis upon which a school determines who it will admit.

- [ ] Other acts, statements, or omissions related to educational services, please identify:

In the boxes below, you must describe the following information in detail and in your own words to ensure you have a materially complete application. If the acts or omissions you experienced occurred during different interactions with the school please include detail about each interaction. Please include any documentation you have supporting your responses.

- *What* did the school say, write, represent to you, or conceal from you? Please be as specific as possible. What did the school's actions lead you to believe?

PLS004940

- ***Who or what*** provided you this information, or concealed this information from you (include the person's name and title, if known)?

- ***When and where*** were you told this information (for example, the approximate date or time of year and whether it was during a campus tour or interview, in a meeting, or over the phone)? If the school concealed or suppressed information from you, please explain when and where you should have received this information.

- ***How*** was the information communicated to you or concealed from you (for example, via e-mail, in person, through an advertisement, through the school's website)? Please provide examples of the school's communication, if possible.

- ***How*** was the information provided to you, or concealed from you, false or misleading and how did you determine the information was false or misleading?

- ***Why*** was the information provided to you, or concealed from you, important to you when you decided to enroll or remain enrolled (for example, you chose to attend this school over others or take out student loans because of the information you were provided)?

- ***How*** has the information provided to you, or concealed from you, caused you harm (for example, have you suffered financial harm, lost opportunities, or experienced other harm as a result)?

Please provide any other information you believe is important to this claim.

## PROGRAM COST AND NATURE OF THE LOAN

Did the school misrepresent or fail to tell you important information about the cost of your program or the nature of your loans? Please select all that apply:

[X] My school told me I was receiving only grants and scholarships, but I found out later that some or all of those funds were loans.

[X] My school misrepresented the repayment terms or total cost of the loans that it arranged for me, provided to me, or that were provided to me by a lender the school recommended.

[ ] My school misrepresented the overall cost of my program.

[ ] My school misrepresented the overall cost of my program.

[ ] My school misrepresented what costs were or were not included in the published tuition and fees.

[ ] My school misrepresented the cost of living in campus-owned or campus-operated housing.

[ ] My school offered me a full scholarship when admitting me to the school, but then reduced the scholarship amount or failed to renew the scholarship even though I met the scholarship requirements, such as by maintaining a certain GPA, enrolling in a particular program, performing required community or volunteer service, or some other criteria that I satisfied.

[ ] Other acts, statements, or omissions related to program cost and nature of loans, please identify:

In the boxes below, you must describe the following information in detail and in your own words to ensure you have a materially complete application. If the acts or omissions you experienced occurred during different interactions with the school please include detail about each interaction. Please include any documentation you have supporting your responses.

PLS004941

- **What** did the school say, write, represent to you, or conceal from you? Please be as specific as possible. What did the school's actions lead you to believe?

They lead me to believe that I was getting grants and scholarships that would cover most of the payments. To this day I still have student loans I am trying to repay.

- **Who or what** provided you this information, or concealed this information from you (include the person's name and title, if known)?

The consoling department, and financial aid department led me to believe this.

- **When and where** were you told this information (for example, the approximate date or time of year and whether it was during a campus tour or interview, in a meeting, or over the phone)? If the school concealed or suppressed information from you, please explain when and where you should have received this information.

This was before signing up a campus tour. This should have been better explained to us at any time during the onboarding process.

- **How** was the information communicated to you or concealed from you (for example, via e-mail, in person, through an advertisement, through the school's website)? Please provide examples of the school's communication, if possible.

It was never brought up in any meeting with any school staff.

- **How** was the information provided to you, or concealed from you, false or misleading and how did you determine the information was false or misleading?

It was never provided to me untill after I graduated.

- **Why** was the information provided to you, or concealed from you, important to you when you decided to enroll or remain enrolled (for example, you chose to attend this school over others or take out student loans because of the information you were provided)?

I would of choose a state school or community collage that would of been better suited to get a degree from.

- **How** has the information provided to you, or concealed from you, caused you harm (for example, have you suffered financial harm, lost opportunities, or experienced other harm as a result)?

I am still paying off my student loans after all this time due to the high cost

Please provide any other information you believe is important to this claim.

## AGGRESSIVE AND DECEPTIVE RECRUITMENT

Did the school pressure you to make an enrollment decision immediately, take unreasonable advantage of your lack of knowledge about higher education and financial aid, use abusive language, or repeatedly contact you after you told them to stop? Please select all that apply:

[X] My school pressured me to enroll or to make loan-related decisions immediately.

[X] My school told me that I would lose my place or my financial aid if I did not enroll right away.

[ ] My school discouraged me from discussing my decision with family members or reviewing other resources prior to enrolling or making loan-related decisions.

[X] My school pressured me to enroll or to make loan-related decisions without giving me enough time to review the relevant documents.

[X] My school took unreasonable advantage of my lack of knowledge about higher education or financial aid to pressure me into enrolling or taking out loans to attend the school.

[ ] My school used abusive or threatening language while trying to get me to enroll.

[ ] My school repeatedly contacted me for the purposes of enrolling or re-enrolling after I asked them to stop

[ ] Other aggressive and deceptive recruitment tactics, please identify:

PLS004942

In the boxes below, you must describe the following information in detail and in your own words to ensure you have a materially complete application:

- **What** were the aggressive and deceptive recruitment tactics that were used? Please be as specific as possible

when talking to the school about possibly enrolling they used high pressure sales tactics for me and my parents to get me to enroll in their school. Making promises they never fulfilled

- **Who** used these aggressive and deceptive recruitment tactics (include the person's name and title, if known)?

I do not have any names of the people, but this was consoling, financial aid department, and site administrators.

- **When and where** did you experience this conduct (for example, the approximate date or time of year and whether it was during a campus tour or interview, in a meeting, or over the phone)?

The whole time even after enrolling.

- **How** did you experience this conduct (for example, via e-mail, in person, through an advertisement, through the school's website)?

Email and in person, there were also high-pressure phone calls

- **How** was this conduct aggressive and deceptive?

It was super high-pressure sales tactics, including calling, calling my parents to pressure me, pressuring me about fake deadlines to enroll or mysterious nonexistent grants would go away.

- **How** did the conduct influence your decision to enroll (for example, because of the school's conduct, you enrolled without consulting friends and family)?

I was really desperate to start school, so I signed up expecting lots of support and grants it ended up just being a bunch of loans

- **How** has the school's conduct caused you harm (for example, have you suffered financial harm, lost opportunities, or experienced other harm as a result)?

I had to go to extra school, as none of my credits transferred to a state level school,

Please provide any other information you believe is important to this claim.

## JUDGMENT

Has a court awarded a favorable judgment against your school?

Specifically, do any of the following apply to you?

- I filed a lawsuit against my school and won a favorable judgment in a Federal or state court;
- I filed a claim against my school and won a favorable judgment from a Federal or state administrative tribunal;
- I was a class member in a class action lawsuit and won a favorable judgment or I benefited from a government enforcement action where the government won a favorable judgment that related to the making of a covered loan, or the provision of educational services for which the loan was provided.

☐ Yes     ☐ No

**Note: A settlement does not qualify you for Borrower Defense relief even if the settlement was favorable to you. A settlement agreement is not a favorable judgment for the purposes of Borrower Defense relief.**

How much was awarded to you in the judgment or court order?

Please attach the judgment (i.e. the court order or opinion) and all relevant documents relating to your judgment(s). If you don't have a copy of the court documents, please provide as much information as you can about the judgment or order, including the approximate date (month and year) it was obtained, the court or tribunal where the case was heard, and the name of the plaintiff(s) if you were not a named plaintiff (for example, in the case of a class action).

PLS004943

## BREACH OF CONTRACT

Did your school breach a contract with you?

First, did you ever enter into a contract with your school (e.g., did you sign an enrollment agreement when you enrolled? Or, did you sign an agreement regarding a scholarship or other financial aid benefit?)?

☐ Yes          ☐ No

Second, did your school fail to perform any obligations under the contract?

☐ Yes          ☐ No

Please attach the contract and all relevant documents.

Please describe, in as much detail as you can, the ways in which you believe the school failed to perform its obligations under any contract it entered into with you.

## OTHER

Did your school misrepresent or fail to tell you about important information other than what you have already described in this application?

☐ Yes          ☐ No

If yes, please identify what the school misrepresented or failed to tell you:

In the boxes below, you must describe the following information in detail and in your own words to ensure you have a materially complete application:

- *What* did the school say, write, represent to you, or conceal from you? Please be as specific as possible. What did the school's actions lead you to believe?

- *Who or what* provided you this information, or concealed this information from you (include the person's name and title, if known)?

- *When and where* were you told this information (for example, the approximate date or time of year and whether it was during a campus tour or interview, in a meeting, or over the phone)? If the school concealed or suppressed information from you, please explain when and where you should have received this information.

- *How* was the information communicated to you or concealed from you (for example, via e-mail, in person, through an advertisement, through the school's website)? Please provide examples of the school's communication, if possible.

- *How* was the information provided to you, or concealed from you, false or misleading and how did you determine the information was false or misleading?

- *Why* was the information provided to you, or concealed from you, important to you when you decided to enroll or remain enrolled (for example, you chose to attend this school over others or take out student loans because of the information you were provided)?

PLS004944

- **How** has the information provided to you, or concealed from you, caused you harm (for example, have you suffered financial harm, lost opportunities, or experienced other harm as a result)?

Please provide any other information you believe is important to this claim.

## SECTION 4: HARM

Above, you were required to explain how each specific type of misconduct by your school caused you harm. Please use the space below as an opportunity to explain how all the misconduct, taken together, caused you harm, and how the misconduct of the school has impacted your life more broadly.

*What* harm did you experience as a result of the school's statements, acts, or omissions? (For example: because your credits did not transfer you had to start over at a different school; you were unable to find a job when you graduated; you do not have the certification the school promised you would obtain and are now unable to enter your field of study.)

Several different things happened here, First my credits did not transfer causing me to have to start over when attending a Cal State/Community college school, I was also trying to find a job and found out that the degree was almost worthless so I was unable to find a job in the IT field with just the degree, They also talked about heavily how many of the people were placed in the IT field by them turns out that info was very skewed to make them look better.

*How* did the school's statements, acts, or omissions cause you this harm?

Finainal as i am still paying off the student loans, and time as I had to go back to get a new degree.

*How* has your life been impacted by this harm?

Both financial and time, I had to go back to school to get a degree that had some meaning meaning I had to pay for all the classes again.

## SECTION 5: OTHER REFUNDS, REMEDIES, LOAN REDUCTION OR TUITION RECOVERY ACTIONS

Have you recovered the amount of tuition or fees that you paid to your school or had your student loans forgiven? (For example, did you get a closed school loan discharge or total and permanent disability discharge from the U.S. Department of Education? Did you get relief as part of a class-action lawsuit or other settlement?)

☐ Yes          ☒ No

If yes, please describe this other relief, including the amount of financial relief received, and attach any documentation about the relief, if available.

## SECTION 6: FORBEARANCE AND STOPPED COLLECTIONS

You have the option to request forbearance or stopped collections status.

If you are not currently in default on any federal student loan, your loans will be put into **forbearance** while your application is under review. "Forbearance" means that you do not have to make loan payments and your loans will not go into default while your application for a Borrower Defense discharge is pending with the U.S. Department of Education. Your servicer will notify you when your loans have been placed into forbearance status.

If any of your federal student loans are in default, your loans will be put into **stopped collections status** while your application is under review. "Stopped collections status" means that the holder of your defaulted loan will not attempt to collect on the defaulted loan(s), including efforts to withhold money from your wages or federal income tax refunds, while your Borrower Defense application is pending with the U.S. Department of Education.

If you have more questions about forbearance or stopped collections, visit StudentAid.gov/borrower-defense or contact your servicer. If you do not know who your servicer is, please visit StudentAid.gov/aid-summary or call 1-800-4-FED-AID.

**Interest will continue to accumulate on all federal student loans regardless of their status, including subsidized loans, for the first 180 days after you are granted forbearance or stopped collections status. If your application is pending for more than 180 days, no further interest will accumulate until you are notified of the Department's determination in your case.**

If your application for Borrower Defense is denied, the total amount you owe on those loans may be higher. If you wish to make interest payments while your loans are in a forbearance or stopped collections status, please contact your servicer.

You do not have to place your loans in forbearance or stopped collections to apply for Borrower Defense relief. Instead, you may continue making payments on your loans, especially if you are in a repayment program like loan rehabilitation to remove your loans from default or are seeking loan forgiveness through a program such as the Public Service Loan Forgiveness or Income-Driven Repayment Forgiveness programs. You can learn more about repayment options at https://studentaid.gov/manage-loans/repayment/plans,including income driven repayment options at https://studentaid.gov/idr/.

**Do you wish to request that your loans not be placed into forbearance, meaning that you will need to continue making student loan payments while your application is being reviewed?**

☒ **I wish to have my loans placed into forbearance or stopped collection status.**

☐ **I DO NOT wish to have my loans placed into forbearance or stopped collections.**

PLS004945

If you do not select one of the options above and you are not in default on a federal student loan, ED will automatically place your federal student loan(s) into forbearance during our review of the application and the issuance of a decision. If you do not select one of the options set forth above and you are in default on a loan, ED will place the federal student loan(s) that is (are) the subject of your Borrower Defense application into stopped collection status during our review of the application and the issuance of a decision. ED will also ask holders of Federal Family Education Loan (FFEL) program loans not held by ED to make these same changes.

## SECTION 7: CERTIFICATIONS

By signing this attestation, I certify, under penalty of perjury, that: **all of the information that I provided is true and complete.** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097. I sign this application under penalty of perjury.

I also agree to the following: to provide to the U.S. Department of Education additional information that is reasonably available to me that will verify the accuracy of my completed attestation and to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the U.S. Department of Education or its designee that I meet the qualifications for Borrower Defense relief.
I also certify that I received proceeds of a federal loan, in whole or in part, to attend the school/campus identified in Section 2 above.
I also certify that I relied upon the misrepresentations and/or omissions identified in Section 3 above when enrolling at the school, and that the misrepresentations and/or omissions were material to my decision to enroll.
I also certify that I have not received a refund, tuition recovery, settlement, or other financial restitution to repay the loans that are the subject of this Borrower Defense claim, except as otherwise disclosed in my application.
I understand that if my application is approved and some or all of my loans are forgiven, I am assigning to the U.S. Department of Education any legal claim I have against the school for those forgiven loans. By assigning my claims, I am transferring my interest in any claim that I could make against the school relating to the forgiven loans (including the ability to file a lawsuit over those forgiven loans and any money ultimately recovered in compensation for those forgiven loans in court or other legal proceedings) to the U.S. Department of Education. **I am not assigning any claims I may have against the school for any other form of relief — including injunctive relief or damages related to private loans, tuition paid out-of-pocket, loans not forgiven by the Department, or other financial losses.**
I understand that the U.S. Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the U.S. Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.
I understand that any rights and obligations with regard to Borrower Defense are subject to the provisions currently in effect under Title 34 of the Code of Federal Regulations.
I agree to allow the school that is the subject to this Borrower Defense application to provide the Department with items from my student educational record relevant to this Borrower Defense application.
If one or more of the loan(s) that was made for me to attend the school that is the subject of this Borrower Defense application is a federal non-Direct loan and my application is approved for a Borrower Defense discharge, I agree that the U.S. Department of Education will consolidate those loans into a Direct Consolidation Loan to the extent allowed by law and regulation if necessary to effectuate my discharge.
If a Federal Direct Consolidation is needed to effectuate my discharge, I authorize:

1. The U.S. Department of Education to contact the holders of the loans I have selected for consolidation to determine the eligibility for consolidation and the payoff amounts of the loans to be consolidated and discharged;

2. The holders of the loans I want to consolidate to release any information required to consolidate my loans, in accordance with the law, to the U.S. Department of Education or its agents and contractors; and

3. The U.S. Department of Education to pay the full amount I owe to the holders of the loans that I want to consolidate to pay off those loans.

I agree that the U.S. Department of Education and their agents and contractors may contact me regarding my Borrower Defense application or my loan(s) at any cellular telephone number I provide now or in the future using automated dialing equipment or artificial or prerecorded voice or text messages.

| Signature | Date |
|---|---|
| Jeff M Plamondon | 08/23/2023 |

ED recommends submitting this form online at StudentAid.gov/borrower-defense. If you wish to complete the form manually, please mail the completed form and documentation to: U.S. Department of Education, PO Box 1854, Monticello, KY 42633. If you have questions about your individual submission, please visit StudentAid.gov/help-center/contact or contact the Borrower Defense Customer Contact Center at 1-855-279-6207 directly.

## PRIVACY ACT NOTICE

The Privacy Act of 1974 (5 U.S.C. 552a) requires that the following notice be provided to you: The authorities for collecting the requested information from and about you are §421 et seq., §451 et seq. and §461 et seq. of the Higher Education Act of 1965, as amended (20 U.S.C. 1071 et seq., 20 U.S.C. 1087a et seq., and 20 U.S.C. 1087aa et seq.) and the authorities for collecting and using your Social Security Number (SSN) are §§428B(f) and 484(a)(4) of the HEA (20 U.S.C. 1078-2(f) and 20 U.S.C. 1091(a)(4)) and 31 U.S.C. 7701(b). Participating in the William D. Ford Federal Direct Loan (Direct Loan) Program, the Federal Family Education Loan (FFEL) Program, or the Federal Perkins Loan (Perkins Loan) Program, and giving ED your SSN are voluntary, but you must provide the requested information, including your SSN, to participate. The principal purposes for collecting the information on this form, including your SSN, are to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan (such as a deferment, forbearance, discharge, or forgiveness) under the Direct Loan Program, FFEL, or Perkins Loan Programs, to permit the servicing of your loans, and, if it becomes necessary, to locate you and to collect and report on your loans if your loans become delinquent or default. ED also uses your SSN as an account identifier and to permit you to access your account information electronically. The information in your file may be disclosed, on a case- by-case basis or under a computer matching program, to third parties as authorized under routine uses in the appropriate systems of records notices. The routine uses of this information include, but are not limited to, its disclosure to federal, state, or local agencies, to private parties such as relatives, present and former employers, business and personal associates, to consumer reporting agencies, to financial and educational institutions, and to guaranty agencies in order to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan, to permit the servicing or collection of your loans, to enforce the terms of the loans, to investigate possible fraud and to verify compliance with federal student financial aid program regulations, or to locate you if you become delinquent in your loan payments or if you default. To provide default rate calculations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to state agencies. To provide financial aid history information, disclosures may be made to educational institutions. To assist program administrators with tracking refunds and cancellations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal or state agencies. To provide a standardized method for educational

PLS004946

institutions to efficiently submit student enrollment statuses, disclosures may be made to guaranty agencies or to financial and educational institutions. To counsel you in repayment efforts, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal, state, or local agencies. In the event of litigation, ED may send records to the Department of Justice, a court, adjudicative body, counsel, party, or witness if the disclosure is relevant and necessary to the litigation. If this information, either alone or with other information, indicates a potential violation of law, ED may send it to the appropriate authority for action. ED may send information to members of Congress if you ask them to help you with federal student aid questions. In circumstances involving employment complaints, grievances, or disciplinary actions, ED may disclose relevant records to adjudicate or investigate the issues. If provided for by a collective bargaining agreement, ED may disclose records to a labor organization recognized under 5 U.S.C. Chapter 71. Disclosures may be made to ED contractors for the purpose of performing any programmatic function that requires disclosure of records. Before making any such disclosure, ED will require the contractor to maintain Privacy Act safeguards. Disclosures may also be made to qualified researchers under Privacy Act safeguards.

## PAPERWORK REDUCTION ACT NOTICE

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. The valid OMB control number for this information collection is 1845-0163. Public reporting burden for this collection of information is estimated to average 3 hours per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain a benefit (20 U.S.C. 1087e(h)). If you have comments or concerns regarding the status of your individual submission of this application, please contact the Borrower Defense customer Contact Center at 1-855-279-6207 directly. You may also submit and manage your application online at StudentAid.gov/borrower-defense.

PLS004947

# EXHIBIT C



---------- Forwarded message ---------
From: **MOHELA** <<u>noreply@mohela.com</u>>
Date: Mon, Sep 4, 2023 at 7:18 AM
Subject: Jeff, it's time to prepare for student loan payments starting in October
To: ███████████████



 Federal Student Aid - An office ot the U.S. Department of
Education

Jeff,

Student loan interest will resume starting on September 1, 2023. Payments will be due in October 2023 for most borrowers. MOHELA is your loan servicer, assigned by Federal Student Aid to handle billing and other tasks associated with your student loan(s). As you start making payments, we want to ensure a smooth transition. To make this process easier, we've outlined the next steps and important information about actions you can take now to prepare.

**What's Next?**

- You may receive a repayment correspondence called a "disclosure" in early September. If you are entering repayment for the first time or if your repayment plan has been recalculated.  Your disclosure will let you know what your monthly payment will be.
- MOHELA will send your first bill, with your payment amount and due date, at least 21 days before your due date.
- If you're on Auto Debit, and didn't opt to stay enrolled, you will be removed from Auto Debit before you get your billing statement. If you are removed, we will send a notification. You can re-apply for Auto Debit at any time on <u>mohela.com</u>.

**What if I need a more affordable repayment plan?**

Compare repayment plans with _Loan Simulator_. An income-driven repayment (IDR) plan may be a more affordable option because it adjusts your payment amount based on your income and family size. For your

PLS000124

payment amount to be adjusted before your first bill, apply for an IDR plan as soon as possible. Check out details of the new, most affordable IDR plan ever created, called the Saving on a Valuable Education (SAVE) Plan.

**What actions can you take now to prepare with MOHELA?**

- Visit mohela.com to log in to or create your new MOHELA account.
- **Update your contact information.** Review and update your address, phone number, and email to ensure your information is current.
- **Enroll (or re-enroll) in Auto Debit to save 0.25% on your interest rate!** Signing up for Auto Debit is optional, but it's a great way to ensure your payment is automatically processed every month so you don't miss a payment.  And you'll pay less money in interest.
- **Opt-In to Paperless Correspondence** to receive your monthly billing statements and other time-sensitive documents faster via your inbox instead of your (snail) mailbox.
- **Check if you qualify for a type of targeted** loan forgiveness.
- Visit Federal Student Aid's Preparing for Repayments to Resume page to look at all the resources available to support borrowers in difficult situations.

**Beware of Scams!**

You might be contacted by a company saying they will help you get loan discharge, forgiveness, cancellation, or debt relief for a fee. You never have to pay for help with your federal student aid. Learn more about how you can protect yourself from scams at StudentAid.gov/scams.

This email is an attempt to communicate timely information to you. If you wish to contact us, please go to www.mohela.com. Replies to this message will not be read or responded to. If you do not want to receive future information of this nature, please unsubscribe or contact customer service at 888.866.4352. Please note that unsubscribing from MOHELA's email campaigns will not cancel or change the status of accounts which have elected MOHELA Paperless delivery.

Privacy Policy

This message is an attempt to collect a debt and any information obtained will be used for that purpose.

**California residents**: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work.  For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877.FTC.HELP or www.ftc.gov.

# EXHIBIT D

Jeff Plamondon



May 1, 2024

*VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED*

MOHELA
633 Spirit Drive
Chesterfield, MO 63005

RE:    Notice of violation of Cal. Student Borrower Bill of Rights, Cal. Civ. Code §§ 1788.100, *et seq*.
       MOHELA account number(s): 37 5438 3658

To Whom It May Concern:

Pursuant to Cal. Civ. Code § 1788.103(d)(1), I am writing to give notice of your violation of my rights under the California Student Borrower Bill of Rights and to demand that you correct and remedy these violations.  Specifically, you have:

- Materially interfered with my ability to understand the terms and conditions of my federal student loans in violation of Civ. Code § 1788.102(a)(2)(A);
- Misrepresented material information in the servicing of my federal student loans including, but not limited to, the amounts due and my obligations under the terms of the loans in violation of Civ. Code § 1788.102(b)(2);
- Failed to respond or inadequately responded to my requests for information on the status of my loan discharge in violation of Civ. Code § 1788.102(i),(t); and
- Substantially interfered with my right to federal student loan discharge and reimbursement under the Higher Education Act of 1965 (20 U.S.C. Sec. 1070a *et seq*.) in violation of Civ. Code § 1788.103(c).

**Summary of Facts**

On November 17, 2022, I received the enclosed notice from the Department of Education. The notice stated, among other things, that the Department had determined that the federal student loans I received to attend "a school owned and operated by ITT Technical Institute from January 1, 2005 through its closure in September 2016 are eligible for full loan discharge."  Most of my federal student loan debt is from my attendance at ITT during this time period.

The Department's November 17 notice stated that my loans would be discharged without any further action on my part, and that I did not "have to make any more payments" on the loans. Finally, the notice said that I could receive a refund for the prior payments I made on these loans and that my servicer, which is MOHELA, would let me know if I was eligible.

CONFIDENTIAL

Beginning in fall 2023, MOHELA began demanding that I make payments on my ITT-related federal student loans. Since that time, I have repeatedly contacted MOHELA to ask why my loans have not been discharged. However, when I have been able to reach a MOHELA representative, I receive conflicting and inaccurate information, or no information at all. MOHELA is also continuing to report to the credit bureaus that I owe the full balance on these loans. This reporting is inaccurate.

## Demand

Please do the following within 30 days to cure your violations explained above:

1. Confirm in writing the accurate post-discharge balance on my federal student loans;
2. Remove all credit reporting that indicates that the full pre-discharge balance is due;
3. Confirm my eligibility for and take all necessary steps to ensure a refund for my eligible past payments on these loans.

Sincerely,

Jeff Plamondon

Encl.:    November 17, 2022 Department of Education Notice to Jeff Plamondon

CONFIDENTIAL

Click here to view this email as a web page.



November 17, 2022

Dear Jeff Plamondon:

Subject: Student Loan Discharge Based on Borrower Defense Evidence

The Department of Education ("Department") has determined that **the loan(s) you received to attend a school owned and operated by ITT Technical Institute from January 1, 2005 through its closure in September 2016 are eligible for full loan discharge.** This means the remaining balance on the loan(s) will be forgiven. **You do not have to make any more payments on the loan(s).**

Your loan(s) will be discharged as part of a Department action ("Group Discharge") to discharge all outstanding loans for attendance at ITT Technical Institute that first began from January 1, 2005 through closure in September 2016 after finding that it engaged in widespread misconduct that violated state consumer protection laws and/or made widespread substantial misrepresentations about its educational programs, both of which are grounds for borrower defense to repayment under the borrower defense regulations (34 C.F.R. § 685.206 and/or § 685.222). The Department is discharging your loans without requiring you to file an application because of the pervasive and widespread nature of the school's conduct.

You also may receive a refund for prior payments made to the Department on your discharged loan(s) related to ITT Technical Institute. Your servicer will let you know if you are eligible for a payment refund, which would be mailed to you. Please check your online account with your loan servicer to ensure your address is correct so you can receive any refund. **Otherwise, you do not have to take any further action to receive your discharge.** Your credit report will also be updated to reflect this discharge when it is complete.

If you do not wish to accept this discharge, please contact your servicer within 30 days of receiving this letter.

It will take the Department some time to process your discharge. Until the Department completes its work, your eligible loan(s) from ITT Technical Institute will remain paused in forbearance/stopped collections, and we will not ask you to resume making payments. If your loan(s) are in default, we will not attempt to collect on the loan(s) being discharged. If you have other loans not covered by this group discharge, you will enter repayment and/or collections when the national pause on student loan repayment and collections ends.

If you have questions about this notice, please call our borrower defense hotline at 1-855-279-6207 from 8:00-8:00 ET on Monday-Friday or from 11:00-5:00 ET on

CONFIDENTIAL

Saturday or Sunday.

Sincerely,

Richard Cordray
Chief Operating Officer
Federal Student Aid

Federal **Student** Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION

830 First Street, NE, Washington, D.C. 20002
StudentAid.gov/borrower-defense

CONFIDENTIAL                                                   PLS000521

# EXHIBIT E

 

June 17, 2024

JEFF PLAMONDON

█████████████████████████████

RE: ████████████

Enclosed is the information that you have requested.

Phone 888.866.4352, Fax 866.222.7060, TDD Dial 711, 7A-8P M, 7A-7P TUES-W, 7A-5P THURS-F CT
Correspondence: 633 Spirit Drive, Chesterfield, MO 63005-1243
Payment: Department of Education – MOHELA, PO Box 790233 St. Louis, MO 63179-0233
mohela.com  fb.com/MOHELA.usa  @MOHELA
**This message, from a debt collector, is an attempt to collect a debt. Any information obtained will be used for that purpose.**

*California residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m.  They may not harass you by using threats of violence or arrest or by using obscene language.  Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work.  For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt.  Collectors may contact another person to confirm your location or enforce a judgment.  For more information about debt collection activities, you may contact the Federal Trade Commission at 877.FTC.HELP or www.ftc.gov.*
*Massachusetts residents: If you are struggling with your student loans, please visit www.mass.gov/ago/studentloans to get help from the Ombudsman's Student Loan Assistance Unit.*

CONFIDENTIAL

 

June 17, 2024

RE: 

Dear Jeff Plamondon

This letter is in response to the correspondence, dated May 1, 2024, regarding your student loan account with the U.S Department of Education, Office of Federal Student Aid (FSA).

Your concern as we understand it, is regarding your eligibility for Borrower Defense to Repayment.

If the school that you attended committed fraud by doing something or failing to do something, or otherwise violated applicable state law related to your loans or the educational services you paid for, you may be eligible for the Borrower Defense Discharge. You may contact the Borrower Defense Hotline at 1.855.279.6207.

It is important to note that all discharges via Borrower Defense, must be approved by FSA. After reviewing your account, we have not received any notice of discharge from FSA. Once we receive guidance from FSA, we will be able to move forward with loan discharge for the effected loans.

On April 19, 2022, the U.S. Department of Education (ED) announced several changes and updates that will bring borrowers closer to forgiveness under income-driven repayment (IDR) plans. These adjustments to accounts include conducting a one-time revision of IDR payment counters to address past inaccuracies and permanently fix IDR payment counting by reforming ED's IDR tracking procedures going forward.

Based on the newly eligible months from the one-time account adjustment, borrowers who have reached 240 or 300 months (as applicable) worth of payments for IDR forgiveness or 120 months of PSLF will begin to see their loans forgiven in 2023. The Department will continue to discharge loans as borrowers reach the months needed for forgiveness. All other borrowers will see their accounts update in 2024.

More information on these upcoming changes is available at: https://studentaid.gov/announcements-events/idr-account-adjustment.

If you have any other questions or concerns, please don't hesitate to contact us at the number listed below.

Phone 888.866.4352, Fax 866.222.7060, TDD Dial 711, 7A-8P M, 7A-7P TUES-W, 7A-5P THURS-F CT
Correspondence: 633 Spirit Drive, Chesterfield, MO 63005-1243
Payment: Department of Education – MOHELA, PO Box 790233 St. Louis, MO 63179-0233
mohela.com ✦ fb.com/MOHELA.usa 𝕏 @MOHELA
**This message, from a debt collector, is an attempt to collect a debt. Any information obtained will be used for that purpose.**

*California residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877.FTC.HELP or www.ftc.gov.*
*Massachusetts residents: If you are struggling with your student loans, please visit www.mass.gov/ago/studentloans to get help from the Ombudsman's Student Loan Assistance Unit.*

CONFIDENTIAL

 

Sincerely,

MOHELA Ombudsman Specialist

Phone 888.866.4352, Fax 866.222.7060, TDD Dial 711, 7A-8P M, 7A-7P TUES-W, 7A-5P THURS-F CT
Correspondence: 633 Spirit Drive, Chesterfield, MO 63005-1243
Payment: Department of Education – MOHELA, PO Box 790233 St. Louis, MO 63179-0233
mohela.com  fb.com/MOHELA.usa  @MOHELA
**This message, from a debt collector, is an attempt to collect a debt. Any information obtained will be used for that purpose.**

*California residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877.FTC.HELP or www.ftc.gov.*

*Massachusetts residents: If you are struggling with your student loans, please visit www.mass.gov/ago/studentloans to get help from the Ombudsman's Student Loan Assistance Unit.*

CONFIDENTIAL                                                                                           PLS000419

CONFIDENTIAL