Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Tony S. Mekari (SBN 347057)
tony.mekari@sidley.com
SIDLEY AUSTIN LLP
101 California Street, Suite 3500
San Francisco, CA 94111
Telephone: (415) 772-1200

Anna Tutundjian (SBN 309969)
atutundjian@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9662

Jacquelyn Fradette (*pro hac vice*)
jfradette@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8822

*Attorneys for Defendant*
*Higher Education Loan Authority of the*
*State of Missouri*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAIME MALDONADO, ANNA VARELA, ALMA GARY, and JEFF PLAMONDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30,<br><br>Defendants. | Case No. 3:24-CV-07850 VC<br><br>Assigned to Hon. Vince Chhabria<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND JOINT CASE MANAGEMENT STATEMENT**<br><br>Case Removed: November 8, 2024<br><br>(Superior Court of California for the County of Alameda, Case No. 24CV090146) |

Defendant Higher Education Loan Authority of the State of Missouri ("MOHELA") and Plaintiffs Jaime Maldonado, Anna Varela, Alma Gary, and Jeff Plamondon ("Plaintiffs") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on May 9, 2025, the Court set a hearing for class certification on January 22, 2026. Dkt. No. 53. Concurrently, the Court scheduled a further case management conference for February 29, 2026, *id.*, and that a joint case management statement be filed on February 13, 2026, *id.*, both after the hearing on class certification.

WHEREAS, on July 28, 2025, the Parties submitted a joint stipulation that motions for summary judgment be heard before class certification. Dkt. No. 79. The Court entered the briefing schedule on the motions for summary judgment the next day. Dkt. No. 80. Given this revised schedule, the hearing on class certification was vacated. Dkt. No. 110.

WHEREAS, subsequently, the Parties twice jointly requested a continuance of the briefing schedule on the Parties' motions for summary judgment, which the Court granted. *See* Dkt. Nos. 88, 102.

WHEREAS, the Parties filed cross-motions for summary judgment. *See* Dkt. Nos. 93, 111. Briefing on the cross-motions should be complete on February 12, 2026. *See* Dkt No. 102.

WHEREAS, the hearing on the Parties' cross-motions for summary judgment is scheduled for March 5, 2026. *See* Dkt No. 102.

WHEREAS, good cause exists to continue the case management conference and due date for the joint case management statement to a date after the hearing on the cross-motions for summary judgment.

WHEREAS, a continuance would be efficient and in the interest of justice, as the Parties would then have the benefit of having their cross-motions for summary judgment fully-briefed and heard by the Court. This requested modification would likely allow for greater productivity at the case management conference and minimally affect the schedule of the case.

1

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT STATEMENT, CASE NO. 3:24-CV-07850 VC

WHEREAS, this is the Parties' sixth request for a modification or extension of time. *See* Dkt. No. 9 (modifying the briefing schedule for motion to dismiss); Dkt. No. 27 (continuing the initial case management conference in light of the then-pending motion to dismiss); Dkt. No. 57 (modifying the briefing schedule for motion for judgment on the pleadings); Dkt. No. 87 (continuing the briefing schedule for motion(s) for summary judgment); Dkt. No. 100 (continuing the briefing schedule for cross-motions for summary judgment).

Based on the foregoing, and pursuant to Civil Local Rules 6-2(a) and 7-12, the undersigned Parties hereby jointly request that:

1. The case management conference be continued to 10:00 a.m. on March 27, 2026; and
2. The joint case management statement be due on March 20, 2026.

**IT IS SO STIPULATED.**

Date: February 10, 2026

By: */s/ Anna Tutundjian*
Anna Tutundjian (SBN 309969)
atutundjian@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Tony S. Mekari (SBN 347057)
tony.mekari@sidley.com
SIDLEY AUSTIN LLP
101 California Street, Suite 3500
San Francisco, CA 94111
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9662
Facsimile: (310) 595-9501

        Jacquelyn Fradette (pro hac vice)
jfradette@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8822

*Attorneys for Defendant*
*Higher Education Loan Authority of the State of Missouri*

Date: February 10, 2026

By: */s/ Rebecca C. Eisenbrey*
Noah Zinner, SBN 247581
Rebecca C. Eisenbrey (pro hac vice)
Rebecca C. Ellis (pro hac vice)
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street
Jamaica Plain, MA 02130
Phone: (617) 390-2669
nzinner@ppsl.org
reisenbrey@ppsl.org
REllis@ppsl.org
sean@kbklegal.com

Daniel "Sparky" Abrahams, SBN 299193
JUBILEE LEGAL
300 E. Esplanade Drive, Suite 900
Oxnard, CA 93036
Phone: (805) 946-0386
sparky@jubilee.legal

Adam McNeile, SBN 280296
Malachi J. Haswell, SBN 307729
KEMNITZER, BARRON & KRIEG, LLP
1120 Mar West, Ste. C2
Tiburon, CA 94920
Phone: (415) 632-1900
adam@kbklegal.com
kai@@kbklegal.com

*Attorneys for Plaintiffs and the Proposed Class*

## LOCAL RULE 5-1 FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Anna Tutundjian, attest that concurrence in the filing of this document has been obtained.

Date: February 10, 2026  By:  */s/ Anna Tutundjian*
                              Anna Tutundjian

4

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT STATEMENT, CASE NO. 3:24-CV-07850 VC

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED: The case management conference, currently set for February 20, 2026, and joint case management statement, currently due on February 13, 2026, shall be modified as follows:

1. The case management conference is continued to 10:00 a.m. on March 27, 2026; and
2. The joint case management statement is now due on March 20, 2026.

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE VINCE CHHABRIA
United States District Judge