UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAIME MALDONADO, ANNA VARELA, ALMA GARY and JEFF PLAMONDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30,<br><br>Defendants. | Case No. 3:24-CV-07850 VC<br><br>Assigned to Hon. Vince Chhabria<br><br>**JOINT CASE MANAGEMENT SCHEDULE AND ~~[PROPOSED]~~ ORDER** |

The parties to the above-entitled action jointly submit this JOINT CASE MANAGEMENT SCHEDULE pursuant to this Court's Order, ECF No. 136. The only date upon with the parties have not mutually agreed is the cutoff for fact discovery related to the Named Plaintiffs.

**<u>Plaintiffs' Position</u>:** Plaintiffs propose October 30, 2026, aligning with the close of briefing on the second motion(s) for summary judgment. This will allow for continued discovery if necessitated by MOHELA's motion or Plaintiffs' cross-motion.

**<u>MOHELA's Position</u>:** MOHELA proposes July 31, 2026, approximately two weeks before its second motion for summary judgment is due, after approximately a year and a half named Plaintiff discovery. MOHELA's proposed date is consistent with the Court's proposal at the March 27, 2026, Case Management Conference. *See* Tr. at Dkt. 140 at 14:3-14 (The Court: "the close of class discovery as to liability relating to the named Plaintiffs – close of fact discovery as to liability relating to the named Plaintiffs could come, you know, before . . . Mohela's second motion for summary judgment.").

| Event | Proposed Date |
|---|---|
| Deadline for MOHELA to file second motion for summary judgment as to (1) pre-emption, and (2) Plaintiffs' Gary and Plamondon's claims premised on the discharge files | August 7, 2026 |
| Deadline to file opposition to MOHELA's second motion for summary judgment/Plaintiffs' cross-motion for summary judgment (if any) as to Plaintiffs' Rosenthal Act claims and MOHELA's affirmative defense(s) | August 21, 2026 |
| Exchange of class certification expert witness summaries or reports | September 12, 2026 |
| Deadline to file reply in support of MOHELA's second motion for summary judgment/opposition to Plaintiffs' cross-motion for summary judgment | September 4, 2026 |
| Deadline to file reply in support of Plaintiffs' cross-motion for summary judgment | September 18, 2026 |
| Exchange of class certification rebuttal expert witness summaries or reports | October 30, 2026 |
| Hearing on MOHELA's second motion for summary judgment | October 8, 2026 |
| Deadline to file motion for class certification | November 20, 2026 |
| Deadline to file opposition to motion for class certification | December 22, 2026 |
| Deadline to file reply in support of motion for class certification | January 15, 2027 |
| Hearing on class certification | January 28, 2027 |
| CMC | February 18, 2027 |

Dated: March 31, 2026

/s/ Rebecca Eisenbrey
Rebecca C. Eisenbrey (Admitted pro hac vice)
Noah Zinner, SBN 247581
Rebecca C. Ellis (Admitted pro hac vice)
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street
Jamaica Plain, MA 02130

Phone: (617) 322-2808
reisenbrey@ppsl.org
nzinner@ppsl.org
rellis@ppsl.org

Daniel "Sparky" Abrahams, SBN 299193
JUBILEE LEGAL
300 E. Esplanade Drive, Suite 900
Oxnard, CA 93036
Phone: (805) 946-0386
sparky@jubilee.legal

Adam McNeile, SBN 280296
Malachi J. Haswell, SBN 307729
Kristin Kemnitzer, SBN 278946
KEMNITZER, BARRON & KRIEG, LLP
1120 Mar West., Ste. C2
Tiburon, CA 94920
Phone: (415) 632-1900
adam@kbklegal.com
kai@kbklegal.com
kristin@kbklegal.com

*Attorneys for Plaintiffs and the Proposed Class*

Dated: March 31, 2026

/s/ Jacquelyn Fradette
Jacquelyn Fradette (pro hac vice)
jfradette@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8822

Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Tony Mekari (SBN 347057)
tony.mekari@sidley.com
SIDLEY AUSTIN LLP
555 California Street Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200

Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP

1999 Avenue of the Stars 17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595 9662

Anna Tutundjian (SBN 309969)
atutundjian@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: + 1 213 896 6000
*Attorneys for Defendant Higher Education Loan Authority of the State of Missouri*

Attorneys for Defendant

**LOCAL RULE 5-1 FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Rebecca Eisenbrey, attest that concurrence in the filing of this document has been obtained.

Date: March 31, 2026 By: /s/ Rebecca Eisenbrey

**CASE MANAGEMENT ORDER**

The above JOINT CASE SCHEDULE AND [~~PROPOSED~~] ORDER is approved as the Case Management Schedule for this case, and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

Fact Discovery Deadline - 7/31/2026.




Dated: April 2, 2026

IT IS SO ORDERED.

VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE