UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAIME MALDONADO, ANNA VARELA, ALMA GARY and JEFF PLAMONDON, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>   vs.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30,<br><br>           Defendants. | Case No.  3:24-CV-07850 VC<br><br>Assigned to Hon. Vince Chhabria<br><br>Discovery Referred to Hon. Peter H. Kang<br><br>**JOINT STATEMENT IN RESPONSE TO DKT. 145** |

The parties to the above-entitled action jointly submit this JOINT STATEMENT in response to Magistrate Judge Kang's Order at Dkt. 145 issued on April 17, 2026 (the "Order"). The parties have been meeting and conferring on the extent to which other documents that MOHELA has designated confidential under the Protective Order that were not before the Court in the prior dispute have been impacted by the Order.

MOHELA is in the process of re-reviewing its productions to determine which communications with the Department do not contain PII or borrower loan information or have another independent basis for maintaining confidential status under Rule 26(c) such as personal identifying information, employee contact information, and sensitive operational details. *See, e.g., Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (recognizing sealing may be appropriate to prevent use of records for "improper purposes"); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1137 (9th Cir. 2003) (finding that personnel records could be redacted "to protect third-party privacy interests while leaving other meaningful

information"); *Painting Indus. of Haw. Mkt. Recovery Fund v. United States Dep't of the Air Force*, 26 F.3d 1479, 1485 (9th Cir. 1994) (recognizing substantial privacy interest in government employee identifying information).

MOHELA has not identified to Plaintiffs any documents that it intends to de-designate. MOHELA anticipates it will be de-designating the content of approximately 400 communications in the near term, subject to maintaining the confidentiality of MOHELA and Department employee contact information in those communications for purposes of data and employee security and avoiding use for "improper purposes." *Kamakana*, 447 F.3d at 1179. MOHELA's confidentiality re-review is on-going and it expects to make additional de-designations by the end of June. The parties will provide this Court with a further, detailed status report identifying the de-designated documents by July 3, 2026.

Dated: May 29, 2026

*/s/ Rebecca Eisenbrey*
Rebecca Eisenbrey
Attorneys for Plaintiffs and the Proposed Class

Dated: May 29, 2026

*/s/ Anna Tutundjian*
Anna Tutundjian
Attorneys for Defendant

2

## <u>LOCAL RULE 5-1 FILER'S ATTESTATION</u>

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Anna Tutundjian, attest that concurrence in the filing of this document has been obtained.


Date: May 29, 2026                          By:  */s/ Anna Tutundjian*
                                                 Anna Tutundjian

JOINT STATEMENT IN RESPONSE TO DKT. 145
CASE NO.  3:24-CV-07850 VC