OpenSign™ DocumentId: EApFFoTqGf


PROJECT ON PREDATORY STUDENT LENDING
NOAH ZINNER Bar No. 247581
REBECCA C. EISENBREY Admitted *pro hac vice*
REBECCA C. ELLIS Admitted *pro hac vice*
769 Centre St.
Jamaica Plain, MA 02130
Telephone: (617) 390-2669
nzinner@ppsl.org

JUBILEE LEGAL
DANIEL "SPARKY" ABRAHAM Bar No. 299193
300 E. Esplanade Dr., Ste. 900
Oxnard, CA 93036
Telephone: (805) 946-0386
sparky@jubilee.legal

KEMNITZER, BARRON & KRIEG, LLP
ADAM J. MCNEILE Bar No. 280296
MALACHI J. HASWELL Bar No. 307729
1120 Mar West St., Ste. C2
Tiburon, CA 94920
Telephone: (415) 632-1900
adam@kbklegal.com
kai@kbklegal.com

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAIME MALDONADO, ANNA VARELA, ALMA GARY, and JEFF PLAMONDON, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30,

Defendants.

______________________________/

**Case No. 3:24-cv-07850-VC**

**DECLARATION OF PLAINTIFF ALMA GARY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT**

Date: October 8, 2026
Time: 10:00 a.m.
Location: Courtroom 4, 17th Floor

Assigned to Hon. Vince Chhabria

I, Alma Gary, declare as follows:

1. I am over the age of 18 and a plaintiff in this action. I have personal knowledge of the facts stated herein and could and would testify competently thereto.

2. Between 2008 and 2013, I took out 13 federal Parent Plus loans to help pay college tuition for my two sons. All of my loans were ED-held. Of the 13 loans, all but two were for my sons to attend Westwood College. One of the remaining two loans was for one of my sons to attend Art Institute. I consolidated my loans into a federal Direct Consolidation Loan in 2016. At all times relevant to this case, MOHELA serviced these loans.

3. On March 29, 2023, I received an email notice from the Department informing me that my Westwood-related federal student loans would be discharged. A true and correct copy of that notice is attached hereto as **Exhibit A** (PLS004534).

4. The notice included the following information: that the Department had determined that the loans I took out for my sons to attend Westwood College were eligible for a full discharge; that I did not have to make any more payments on these loans; that I may receive a refund for prior payments made to the Department on the loans, and that my servicer would let me know if I was eligible for a payment refund; that I did not have to take any further action to receive these benefits; and that I should contact my servicer within 30 days only if I did not wish to accept the discharge.

5. On May 1, 2024, I received an email notice from the Department of Education that my loans related to my son's attendance at Art Institute would be discharged as well. A true and correct copy of that notice is attached hereto as **Exhibit B** (PLS004540).

6. I called MOHELA numerous times to request information relating to my promised discharges. At least one representative said that they did not have anything on file about a discharge for me and told me to call the Department. The Department directed me to call Aidvantage. Aidvantage confirmed that I was eligible for the discharge but told me that I had to "wait for MOHELA." One Aidvantage representative said that she would send an email to MOHELA informing them that my loans were eligible for discharge. I started calling MOHELA every month. MOHELA never had any information for me. Sometimes I've spent almost two hours waiting for

them to find any information for me, just to be told that they did not have information about my discharge.

7. On May 13, 2024, I sent MOHELA a letter notifying MOHELA that it violated my rights under the California Student Borrower Bill of Rights, including that MOHELA had failed to process my discharge, continued reporting the loans as owed on my credit, and provided non-responsive, conflicting, and inaccurate information in response to my inquiries. I enclosed a copy of the discharge approval notices I received from the Department, and asked that MOHELA confirm my discharge status, remove credit reporting showing a balance due, and confirm my eligibility for a refund. I paid extra to have the letter sent by certified mail, to make sure that MOHELA received it. A true and correct copy of the letter I sent to MOHELA is attached hereto as **Exhibit C** (PLS004595). I never received a response to this letter.

8. On January 8, 2025, I received an email notice from the Department of Education with the subject "Confirming your student loan discharge." A true and correct copy of that notice is attached hereto as **Exhibit D** (PLS004709).

9. The January 8, 2025, notice reiterated my approval for discharge of my Westwood loans. It confirmed that even if the discharge process was not complete, I would not have to make any more payments on my loans, that my loans are not enforceable, and that any attempts to collect on or enforce my loans were without legal basis.

10. I never received a response from MOHELA to my May 13, 2024, letter. To this day, I have received no further information from MOHELA regarding my promised discharge. However, in August 2025, my consolidation loan balance decreased by approximately $17,000 on my MOHELA account.

11. Despite that decrease, MOHELA has continued reporting to credit reporting agencies that I owe over $160,000 on my consolidation loan, does not indicate I have not obligation to repay almost all of the balance, and does not indicate that a discharge of all most all of the balance is processing. A true and correct copy of excerpts of my Equifax credit report from February 12, 2025, is attached hereto as **Exhibit E** (PLS004759), and a true and correct copy of Credit Karma

summaries of my Equifax and Experian credit reports from today, August 21, are attached hereto as **Exhibit F** (not yet produced).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this Declaration is executed on August 21, 2026, at Northridge, California.

Dated: August 21, 2026

Alma Gary