# EXHIBIT A

Click here to view this email as a web page.

March 29, 2023

Dear Alma Gary:

Subject: Student Loan Discharge Based on Borrower Defense Evidence

The Department of Education ("Department") has determined that **the Federal student loan(s) you received to attend a school owned and operated by Westwood College (including enrollment in Westwood's online program) at some time during the period from January 1, 2002 through the school's closure in 2016 are eligible for a full discharge.** This means the remaining balance on the loan(s) will be forgiven. **You do not have to make any more payments on the loan(s).**

Your loan(s) will be discharged as part of a Department action ("Group Discharge") to discharge all outstanding Federal student loans taken out by students for attendance at Westwood College between January 1, 2002 through the school's closure in 2016. This action follows the Department's finding that the school engaged in widespread misconduct that violated state consumer protection laws and/or made widespread substantial misrepresentations about its students' employment prospects and the ability of its' students to transfer credits, both of which create a basis for a claim for borrower defense to repayment discharge under the Department's regulations (34 C.F.R. § 685.206 and/or § 685.222). Because of the serious and widespread nature of the misconduct by Westwood, the Department has determined that it is appropriate to discharge the loans made to students who attended Westwood without requiring compliance with the borrower defense regulations. This approach eliminates the need for an individual consideration of each borrower's claim and will result in earlier discharges for borrowers.

You also may receive a refund for prior payments made to the Department on the loans that are being discharged. Your servicer will let you know if you are eligible for a payment refund, which would be mailed to you. Please check your online account with your loan servicer to ensure your address is correct so you can receive any refund. **Otherwise, you do not have to take any further action to receive your discharge.** Your credit report will also be updated to reflect this discharge when it is complete.

If you do not wish to accept this discharge for any reason, including because you are concerned about any possible state tax liability, please contact your loan servicer within 30 days of receiving this letter. Don't know who your loan servicer is? Log in to StudentAid.gov, find "My Aid," and select "View loan servicer details." You also can call us at 1-800-4-FED-AID and we will connect you with your servicer.

It will take the Department some time to process your discharge. Until the Department completes its work, your eligible loan(s) from Westwood College will remain paused in forbearance/stopped collections, and we will not ask you to resume making payments. If your loan(s) are in default, we will not attempt to collect on the loan(s) being discharged. If you have other loans not covered by this group discharge you will receive information about repaying those loans when the national pause on student loan repayment and collections ends.

Please note: This letter does not apply to any private student loans you may have. Also, this letter only applies to a loan(s) you borrowed to attend Westwood College; it does not apply to any loans you may have borrowed to attend any other school.

---

**Beware of Scams.** You might be contacted by a company saying they will help you get loan discharge, forgiveness, cancellation, or debt relief for a fee. You never have to pay for help with your federal student aid. Make sure you work only with the U.S. Department of Education and our loan servicers, and never reveal your personal information or account password to anyone.

Our emails to borrowers come from noreply@studentaid.gov, noreply@debtrelief.studentaid.gov, or ed.gov@public.govdelivery.com. You can report scam attempts to the Federal Trade Commission by calling 1-877-382-4357 or by visiting reportfraud.ftc.gov.

---

If you have questions about this notice, please call our Borrower Defense hotline at 1-855-279-6207. You may visit StudentAid.gov/Contact for our hours of operation.

This letter is NOT an attempt to collect a debt or a demand for any payment.

Sincerely,



Richard Cordray
Chief Operating Officer
Federal Student Aid

Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION

830 First Street, NE, Washington, D.C. 20002
StudentAid.gov/borrower-defense