# EXHIBIT B

Click here to view this email as a web page.

May 1, 2024

Dear Alma Gary:

Subject: Student Loan Discharge Based on Borrower Defense Evidence

You have been approved for debt relief under the Biden-Harris Administration! This is part of the Biden-Harris Administration's commitment to delivering relief to borrowers whose schools engaged in unlawful conduct.

The U.S. Department of Education (ED) has determined that the federal student loan(s) you received to attend The Art Institute on or after Jan. 1, 2004, and on or before Oct. 16, 2017, are eligible for a full discharge. This means the remaining balance on the eligible loan(s) will be forgiven. **You do not have to make any more payments on the loan(s).**

Your loan(s) will be discharged based on an ED finding that The Art Institutes made pervasive and widespread substantial misrepresentations that borrowers relied on to their detriment. This conduct affected students who enrolled at the Art Institutes from Jan. 1, 2004 through Oct. 16, 2017, when the campuses were sold to Dream Center Education Holdings, LLC. These misrepresentations related to the salaries and employment rates for its graduates and the benefits and connections The Art Institutes provided to students and graduates. Because of the pervasive and widespread nature of the misconduct by The Art Institutes, ED has determined that it is appropriate to discharge the loans made to all students who attended The Art Institutes during the time period described above. **Borrowers do not need to file an application for the loans from the Art Institutes during this period to be discharged.** You also may receive a refund for prior payments made to ED on the loan(s) being discharged. Your loan servicer will let you know if you are eligible for a payment refund, which may be mailed to you or sent electronically. Please check your online account with your loan servicer to ensure your address is correct so you can receive any refund. **Otherwise, you do not have to take any further action to receive your discharge.** Your credit report will also be updated to reflect this discharge when it is complete.

If you do not wish to accept this discharge for any reason, including because you are concerned about any possible state tax liability, please contact your loan servicer within 30 days of receiving this letter. Don't know who your loan servicer is? Log in to StudentAid.gov, find "My Aid," and select "View loan servicer details." You also can call us at 1-800-4-FED-AID and we will connect you with your servicer.

It will take ED some time to process your discharge; however, you do not need to make any payments on the loan(s) you received to attend The Art Institute while

your discharge is pending. **Until ED completes its work, the eligible loan(s) you received to attend The Art Institute will remain paused in forbearance/stopped collections, and we will not ask you to resume making payments. If you have loans in default, we will not attempt to collect on the loan(s) being discharged through this action.**

Please note: This letter does not apply to any private student loans you may have. Also, this letter only applies to eligible loan(s) you borrowed to fund an Art Institute enrollment during the timeframe mentioned above; it does not apply to any loans you may have borrowed to attend any other school, and it does not apply to any loans you may have borrowed to fund a separate Art Institute enrollment outside the timeframe mentioned above.

---

**Beware of Scams**

You might be contacted by a company saying they will help you get loan discharge, forgiveness, cancellation, or debt relief for a fee. You never have to pay for help with your federal student aid. Make sure you work only with the U.S. Department of Education and our loan servicers, and never reveal your personal information or account password to anyone.

Our emails to borrowers come from noreply@studentaid.gov, noreply@debtrelief.studentaid.gov, or ed.gov@public.govdelivery.com. You can report scam attempts to the Federal Trade Commission by calling 1-877-382-4357 or by visiting reportfraud.ftc.gov.

---

If you have questions about this notice, please call our borrower defense hotline at 1-855-279-6207. You may visit StudentAid.gov/Contact for our hours of operation.

This letter is NOT an attempt to collect a debt or a demand for any payment.

Sincerely,

Richard Cordray

Richard Cordray
Chief Operating Officer
Federal Student Aid

Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION

830 First Street, NE, Washington, D.C. 20002
StudentAid.gov/borrower-defense