# EXHIBIT C

Alma P. Gary
6100 De Soto Avenue, Apt. 521
Woodland Hills, CA 91367

May 13, 2024

*VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED*

MOHELA
633 Spirit Drive
Chesterfield, MO 63005

RE: Notice of violation of Cal. Student Borrower Bill of Rights, Cal. Civ. Code §§ 1788.100, *et seq.*
MOHELA account number(s): 94 1877 0799

To Whom It May Concern:

Pursuant to Cal. Civ. Code § 1788.103(d)(1), I am writing to give notice of your violation of my rights under the California Student Borrower Bill of Rights and to demand that you correct and remedy these violations. Specifically, you have:

- Materially interfered with my ability to understand the terms and conditions of my federal student loans in violation of Civ. Code § 1788.102(a)(2)(A);
- Misrepresented material information in the servicing of my federal student loans including, but not limited to, the amounts due and my obligations under the terms of the loans in violation of Civ. Code § 1788.102(b)(2);
- Failed to respond or inadequately responded to my requests for information on the status of my loan discharge in violation of Civ. Code § 1788.102(i),(t); and
- Substantially interfered with my right to federal student loan discharge and reimbursement under the Higher Education Act of 1965 (20 U.S.C. Sec. 1070a *et seq.*) in violation of Civ. Code § 1788.103(c).

**Summary of Facts**

On March 29, 2023, I received the enclosed notice from the Department of Education. The notice stated, among other things, that the Department had determined that the federal student loans I received to attend Westwood College "at some time during the period from January 1, 2002, through the school's closure in 2016" are eligible for a full discharge. All of my federal student loan debt is from loans that I took out to pay for the education of my two sons, Andrew and Anthony. Most of these loans were from Andrew and Anthony's attendance at Westwood College during this time period.

The Department's March 29 notice stated that my loans would be discharged without any further action on my part, and that I did "not have to make any more payments" on the loans. Finally, the notice said that I could receive a refund for the prior payments I made on these loans and that my servicer, which is MOHELA, would let me know if I was eligible.

Beginning in fall 2023, MOHELA began demanding that I make payments on my federal student loans. Since that time, when I have contacted MOHELA to ask why my Westwood-related loans have not been discharged, MOHELA representatives have given me conflicting and inaccurate information, or no information at all. MOHELA is also continuing to report to the credit bureaus that I owe the full balance on these loans. This reporting is inaccurate.

**Demand**

Please do the following within 30 days to cure your violations explained above:

1. Confirm in writing the accurate post-discharge balance on my federal student loans;
2. Remove all credit reporting that indicates that the full pre-discharge balance is due;
3. Confirm my eligibility for and take all necessary steps to ensure a refund for my eligible past payments on these loans.

Sincerely,

Alma Gary 5/13/24

Alma P. Gary

Encl.: March 29, 2023 Department of Education Notice to Alma Gary