EQUIFAX

# CREDIT REPORT

---

**ALMA GARY**

**Report Confirmation**

**5547355033**

## 4.2 MISSOURI HIGHER EDUCATION LOAN

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| **Account Number** | xxxxxxxxxxxxxxxx 0703 | **Reported Balance** | $161,507 |
| **Account Status** | PAYS_AS_AGREED | **Available Credit** | |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | $154,673 | $154,673 | $154,673 | $154,673 | $154,673 | $154,673 | $154,673 |
| 2024 | $156,773 | $157,806 | $158,874 | $159,938 | $160,934 | $161,998 | $163,028 | $164,093 | $165,123 | $159,239 | $159,979 | $160,743 |
| 2025 | $161,507 | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | $1,074 | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |



CONFIDENTIAL 

2025

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | $0 | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | XXXX | XXXX | XXXX | XXXX | ✓ | XXXX | XXXX | XXXX | XXXX | XXXX | XXXX |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | XXXX | XXXX | XXXX |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | XXXX | XXXX | XXXX | XXXX | XXXX | XXXX | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | XXXX | XXXX | XXXX | XXXX | XXXX | XXXX | XXXX | XXXX | XXXX | XXXX | XXXX | XXXX |
| 2018 | XXXX | XXXX | XXXX | XXXX | XXXX | XXXX | XXXX | XXXX | XXXX | XXXX | XXXX | XXXX |

✓ Paid on Time | **30** 30 Days Past Due | **60** 60 Days Past Due | **90** 90 Days Past Due | **120** 120 Days Past Due

**150** 150 Days Past Due | **180** 180 Days Past Due | **V** Voluntary Surrender | **F** Foreclosure | **C** Collection Account

**CO** Charge-Off | **B** Included in Bankruptcy | **R** Repossession | **TN** Too New to Rate | XXXX No Data Available

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| **High Credit** | $149,670 | **Payment Responsibility** | INDIVIDUAL |
| **Credit Limit** | | **Account Type** | INSTALLMENT |
| **Terms Frequency** | DEFERRED | **Term Duration** | |
| **Balance** | $161,507 | **Date Opened** | Jul 27, 2016 |
| **Amount Past Due** | $0 | **Date Reported** | Jan 31, 2025 |
| **Actual Payment Amount** | | **Date of Last Payment** | Aug 2023 |



CONFIDENTIAL PLS004787

| | | | |
|---|---|---|---|
| **Date of Last Activity** | Jan 2025 | **Scheduled Payment Amount** | |
| **Months Reviewed** | 54 | **Delinquency First Reported** | |
| **Activity Designator** | | **Creditor Classification** | UNKNOWN |
| **Deferred Payment Start Date** | | **Charge Off Amount** | |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Education Loan | **Date Closed** | |
| **Date of First Delinquency** | | | |

## Comments

Student loan - payment deferred

Fixed rate

## Contact

MISSOURI HIGHER EDUCATION LOAN
633 SPIRIT DR
CHESTERFIELD, MO 63005-1243
(636) 733-3700



CONFIDENTIAL