# EXHIBIT F

10:30

Experian

# MOHELA

Balance updated Jul 31, 2026

$163,503
Balance

$132,833
Original balance

Min. monthly payment $0

Date opened Jul 27, 2016
10 yrs

Terms 360 Months

**Payment history**

Open/Never late. Deferred, payments begin Jan 2040.
As of Jul 2026

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ND | ND | ND | ND | ND | ND | ✓ | • | • | • | • | • |
| 2025 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2024 | ✓ | ND | ND | ND | ND | ✓ | ND | ND | ND | ND | ND | ND |

Dashboard Credit Money Insurance Cards & Loans

10:31

Equifax

# MISSOURI HIGHER EDUC

Closed

Balance updated Apr 30, 2026

$160,798
Balance

$132,833
Original balance

Min. monthly payment -

Date opened Jul 27, 2016
10 yrs

## Payment history

Pays account as agreed
As of Apr 2026

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ✓ | ✓ | ✓ | • | • | • | • | • | • | • | • | • |
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

Dashboard Credit Money Insurance Cards & Loans

10:32

# Credit Scores

The remaining balance on your mortgage or non-mortgage installment loans is relatively high.

---

**Percentage of principal you have paid down on your open non-mortgage installment loans**

**65%**

FICO® Scores weigh the amounts paid down and balances of mortgage and non-mortgage installment loans (such as auto or student loans) against the original loan amounts. In general, when an installment loan is first obtained the balance is high. As the loan is paid down, the balance decreases. As installment loan balances decrease, they have less impact on a FICO® Score. Having a low installment loan balance to loan amount ratio is considered slightly less risky than having a 0% installment loan ratio. Consolidating or moving debt from one account to another will usually not help a FICO® Score since the same total amount is owed and the score may go down due to opening a new account.