OpenSign™ DocumentId: 0zKMH5rJtK


PROJECT ON PREDATORY STUDENT LENDING
NOAH ZINNER Bar No. 247581
REBECCA C. EISENBREY Admitted *pro hac vice*
REBECCA C. ELLIS Admitted *pro hac vice*
769 Centre St.
Jamaica Plain, MA 02130
Telephone: (617) 390-2669
nzinner@ppsl.org

JUBILEE LEGAL
DANIEL "SPARKY" ABRAHAM Bar No. 299193
300 E. Esplanade Dr., Ste. 900
Oxnard, CA 93036
Telephone: (805) 946-0386
sparky@jubilee.legal

KEMNITZER, BARRON & KRIEG, LLP
ADAM J. MCNEILE Bar No. 280296
MALACHI J. HASWELL Bar No. 307729
1120 Mar West St., Ste. C2
Tiburon, CA 94920
Telephone: (415) 632-1900
adam@kbklegal.com
kai@kbklegal.com

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAIME MALDONADO, ANNA VARELA, ALMA GARY, and JEFF PLAMONDON, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30,

Defendants.

_______________________________/

**Case No. 3:24-cv-07850-VC**

**DECLARATION OF PLAINTIFF JEFF PLAMONDON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT**

Date: October 8, 2026
Time: 10:00 a.m.
Location: Courtroom 4, 17th Floor

Assigned to Hon. Vince Chhabria

I, Jeff Plamondon, declare as follows:

1. I am over the age of 18 and a plaintiff in this action. I have personal knowledge of the facts stated herein and could and would testify competently thereto.

2. I attended ITT Technical Institute ("ITT") in Sylmar, California from 2002 to 2003 and again from 2005 to 2008. I took out federal student loans to pay for my attendance at ITT. I consolidated my loans into a Direct Consolidation Loan in 2022. At all times relevant to this case, MOHELA serviced these loans.

3. On November 17, 2022, I received an email notice from the Department informing me that my ITT-related federal student loans would be discharged. A true and correct copy of this notice is attached hereto as **Exhibit A (**PLS000101).

4. The notice included the following information: that the Department had determined that the loans I received to attend ITT post-2004 were eligible for a full discharge; that I did not have to make any more payments on these loans; that I may receive a refund for prior payments made to the Department on the loans, and that my servicer would let me know if I was eligible for a payment refund; that I did not have to take any further action to receive these benefits; and that I should contact my servicer within 30 days only if I did not wish to accept the discharge.

5. On July 18, 2023, I wrote to MOHELA to ask about the status of my discharge: after quoting the discharge notice I received from ED, I asked, "It has now been 8 months and I have heard nothing yet and with student payment starting up again. What is the status of this?" *See* Declaration of Malachi J. Haswell ("Haswell Decl."), Exh. 17. MOHELA did not provide a substantive response, but only stated on August 1, 2023, that it had "not yet received updates." *Id.*

6. I have contacted MOHELA more than times than I can remember concerning the ITT Group Discharge. I have made innumerable phone calls about the same issue. I have also sent emails and submitted online chats. Each time I called MOHELA, I had to wait on hold for an average of about 90 minutes. The first time I spoke with MOHELA about the discharge issue, the representative told me that she needed to "do more research on this" and would get back to me. I did not receive a substantive response about the status of the discharge. I called MOHELA once

every few weeks for about six months. MOHELA never provided me with information about the status of my discharge.

7. In September 2023, I received an email from MOHELA that stated that repayment would start on my loans soon. **Exhibit B** (PLS000124). I called the Department of Education to figure out what I needed to do, and the Department told me to contact MOHELA. I contacted MOHELA as directed, but MOHELA simply told me to go back to the Department. I gave up trying to call MOHELA because it took a lot of time to ever connect with anyone and no one ever gave me helpful information. In total, I called MOHELA somewhere between 10 and 20 times about the group discharge issue. I also sent emails and submitted messages through MOHELA's online portal. MOHELA has never provided substantive information relating to my promised discharge.

8. On May 1, 2024, I sent MOHELA a letter notifying MOHELA that it violated my rights under the California Student Borrower Bill of Rights, including that MOHELA had failed to process my discharge, continued reporting the loans as owed on my credit, and provided nonresponsive, conflicting, and inaccurate information in response to my inquiries. I enclosed a copy of the notice I received from the Department, and asked that MOHELA confirm my discharge status, remove credit reporting showing a balance due, and confirm my eligibility for a refund. I paid extra to have the letter sent by certified mail, to make sure that MOHELA received it. A true and correct copy of the letter I sent to MOHELA is attached hereto as **Exhibit C** (PLS000518).

9. MOHELA responded to my letter on June 17, 2024. MOHELA's letter, like all my previous contacts with MOHELA, did not provide any substantive information about my promised discharge. It merely stated, "After reviewing your account, we have not received any notice of discharge from FSA." A true and correct copy of MOHELA's response to my letter is attached hereto as **Exhibit D** (PLS000417).

10. On January 8, 2025, I received an email notice from the Department of Education with the subject "Confirming your student loan discharge." A true and correct copy of that notice is attached hereto as **Exhibit E** (PLS005260).

11. The January 8, 2025, notice reiterated my approval for discharge of my post-2004 ITT

loans. It confirmed that even if the discharge process was not complete, I would not have to make any more payments on my loans, that my loans are not enforceable, and that any attempts to collect on or enforce my loans were without legal basis.

12. To this day, I have received no further information from MOHELA regarding my promised discharge. However, on April 24, 2026, MOHELA's attorneys informed my attorneys that the Department had instructed MOHELA to process my Group Discharge, and that it had done so. I checked my MOHELA account and saw that my consolidation loan balance had been reduced.

13. Until April 2026, MOHELA reporting to credit reporting agencies that I owed approximately $38,000 on my consolidation loan, did not indicate I had no obligation to repay almost all of the balance, and did not indicate that a discharge of all most all of the balance was processing. A true and correct copy of excerpts of my Equifax credit report from March 10, 2025, is attached hereto as **Exhibit F** (PLS000786).

14. As of today, my credit report shows only the non-Group Discharge balance of my consolidation loan for April 2026, May 2026, and June 2026. No balance is reported prior to April 2026. A true and correct copy of excerpts of my Equifax credit report from today, August 21, 2026, is attached hereto as **Exhibit G** (to be produced).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this Declaration is executed on August 21, 2026, at Moreno Valley, California.

*Jeff Plamondon*

Dated: August 21, 2026

______________

Jeff Plamondon