# EXHIBIT C

Jeff Plamondon
13352 Crabapple St.
Moreno Valley, CA 92553

May 1, 2024

*VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED*

MOHELA
633 Spirit Drive
Chesterfield, MO 63005

RE: Notice of violation of Cal. Student Borrower Bill of Rights, Cal. Civ. Code §§ 1788.100, *et seq*.
MOHELA account number(s): 37 5438 3658

To Whom It May Concern:

Pursuant to Cal. Civ. Code § 1788.103(d)(1), I am writing to give notice of your violation of my rights under the California Student Borrower Bill of Rights and to demand that you correct and remedy these violations. Specifically, you have:

- Materially interfered with my ability to understand the terms and conditions of my federal student loans in violation of Civ. Code § 1788.102(a)(2)(A);
- Misrepresented material information in the servicing of my federal student loans including, but not limited to, the amounts due and my obligations under the terms of the loans in violation of Civ. Code § 1788.102(b)(2);
- Failed to respond or inadequately responded to my requests for information on the status of my loan discharge in violation of Civ. Code § 1788.102(i),(t); and
- Substantially interfered with my right to federal student loan discharge and reimbursement under the Higher Education Act of 1965 (20 U.S.C. Sec. 1070a *et seq*.) in violation of Civ. Code § 1788.103(c).

**<u>Summary of Facts</u>**

On November 17, 2022, I received the enclosed notice from the Department of Education. The notice stated, among other things, that the Department had determined that the federal student loans I received to attend "a school owned and operated by ITT Technical Institute from January 1, 2005 through its closure in September 2016 are eligible for full loan discharge." Most of my federal student loan debt is from my attendance at ITT during this time period.

The Department's November 17 notice stated that my loans would be discharged without any further action on my part, and that I did not "have to make any more payments" on the loans. Finally, the notice said that I could receive a refund for the prior payments I made on these loans and that my servicer, which is MOHELA, would let me know if I was eligible.

Beginning in fall 2023, MOHELA began demanding that I make payments on my ITT-related federal student loans. Since that time, I have repeatedly contacted MOHELA to ask why my loans have not been discharged. However, when I have been able to reach a MOHELA representative, I receive conflicting and inaccurate information, or no information at all. MOHELA is also continuing to report to the credit bureaus that I owe the full balance on these loans. This reporting is inaccurate.

**Demand**

Please do the following within 30 days to cure your violations explained above:

1. Confirm in writing the accurate post-discharge balance on my federal student loans;
2. Remove all credit reporting that indicates that the full pre-discharge balance is due;
3. Confirm my eligibility for and take all necessary steps to ensure a refund for my eligible past payments on these loans.

Sincerely,

Jeff Plamondon

Jeff Plamondon

Encl.: November 17, 2022 Department of Education Notice to Jeff Plamondon

Click here to view this email as a web page.

November 17, 2022

Dear Jeff Plamondon:

Subject: Student Loan Discharge Based on Borrower Defense Evidence

The Department of Education ("Department") has determined that **the loan(s) you received to attend a school owned and operated by ITT Technical Institute from January 1, 2005 through its closure in September 2016 are eligible for full loan discharge.** This means the remaining balance on the loan(s) will be forgiven. **You do not have to make any more payments on the loan(s).**

Your loan(s) will be discharged as part of a Department action ("Group Discharge") to discharge all outstanding loans for attendance at ITT Technical Institute that first began from January 1, 2005 through closure in September 2016 after finding that it engaged in widespread misconduct that violated state consumer protection laws and/or made widespread substantial misrepresentations about its educational programs, both of which are grounds for borrower defense to repayment under the borrower defense regulations (34 C.F.R. § 685.206 and/or § 685.222). The Department is discharging your loans without requiring you to file an application because of the pervasive and widespread nature of the school's conduct.

You also may receive a refund for prior payments made to the Department on your discharged loan(s) related to ITT Technical Institute. Your servicer will let you know if you are eligible for a payment refund, which would be mailed to you. Please check your online account with your loan servicer to ensure your address is correct so you can receive any refund. **Otherwise, you do not have to take any further action to receive your discharge.** Your credit report will also be updated to reflect this discharge when it is complete.

If you do not wish to accept this discharge, please contact your servicer within 30 days of receiving this letter.

It will take the Department some time to process your discharge. Until the Department completes its work, your eligible loan(s) from ITT Technical Institute will remain paused in forbearance/stopped collections, and we will not ask you to resume making payments. If your loan(s) are in default, we will not attempt to collect on the loan(s) being discharged. If you have other loans not covered by this group discharge, you will enter repayment and/or collections when the national pause on student loan repayment and collections ends.

If you have questions about this notice, please call our borrower defense hotline at 1-855-279-6207 from 8:00-8:00 ET on Monday-Friday or from 11:00-5:00 ET on

Saturday or Sunday.

Sincerely,

Richard Cordray
Chief Operating Officer
Federal Student Aid

Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION

830 First Street, NE, Washington, D.C. 20002
StudentAid.gov/borrower-defense