# EXHIBIT D

MOHELA®
A Department of Education Servicer

Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION

June 17, 2024

JEFF PLAMONDON
13352 CRABAPPLE ST
MORENO VALLEY, CA 92553-6978

RE: [redacted]

Enclosed is the information that you have requested.

Phone 888.866.4352, Fax 866.222.7060, TDD Dial 711, 7A-8P M, 7A-7P TUES-W, 7A-5P THURS-F CT
Correspondence: 633 Spirit Drive, Chesterfield, MO 63005-1243
Payment: Department of Education – MOHELA, PO Box 790233 St. Louis, MO 63179-0233
mohela.com fb.com/MOHELA.usa @MOHELA

**This message, from a debt collector, is an attempt to collect a debt. Any information obtained will be used for that purpose.**

*California residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877.FTC.HELP or www.ftc.gov.*

*Massachusetts residents: If you are struggling with your student loans, please visit www.mass.gov/ago/studentloans to get help from the Ombudsman's Student Loan Assistance Unit.*

MOHELA®
A Department of Education Servicer

Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION

June 17, 2024

RE: [redacted]

Dear Jeff Plamondon

This letter is in response to the correspondence, dated May 1, 2024, regarding your student loan account with the U.S Department of Education, Office of Federal Student Aid (FSA).

Your concern as we understand it, is regarding your eligibility for Borrower Defense to Repayment.

If the school that you attended committed fraud by doing something or failing to do something, or otherwise violated applicable state law related to your loans or the educational services you paid for, you may be eligible for the Borrower Defense Discharge. You may contact the Borrower Defense Hotline at 1.855.279.6207.

It is important to note that all discharges via Borrower Defense, must be approved by FSA. After reviewing your account, we have not received any notice of discharge from FSA. Once we receive guidance from FSA, we will be able to move forward with loan discharge for the effected loans.

On April 19, 2022, the U.S. Department of Education (ED) announced several changes and updates that will bring borrowers closer to forgiveness under income-driven repayment (IDR) plans. These adjustments to accounts include conducting a one-time revision of IDR payment counters to address past inaccuracies and permanently fix IDR payment counting by reforming ED's IDR tracking procedures going forward.

Based on the newly eligible months from the one-time account adjustment, borrowers who have reached 240 or 300 months (as applicable) worth of payments for IDR forgiveness or 120 months of PSLF will begin to see their loans forgiven in 2023. The Department will continue to discharge loans as borrowers reach the months needed for forgiveness. All other borrowers will see their accounts update in 2024.

More information on these upcoming changes is available at: https://studentaid.gov/announcements-events/idr-account-adjustment.

If you have any other questions or concerns, please don't hesitate to contact us at the number listed below.

Phone 888.866.4352, Fax 866.222.7060, TDD Dial 711, 7A-8P M, 7A-7P TUES-W, 7A-5P THURS-F CT
Correspondence: 633 Spirit Drive, Chesterfield, MO 63005-1243
Payment: Department of Education – MOHELA, PO Box 790233 St. Louis, MO 63179-0233
mohela.com fb.com/MOHELA.usa @MOHELA

**This message, from a debt collector, is an attempt to collect a debt. Any information obtained will be used for that purpose.**

*California residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877.FTC.HELP or www.ftc.gov.*

*Massachusetts residents: If you are struggling with your student loans, please visit www.mass.gov/ago/studentloans to get help from the Ombudsman's Student Loan Assistance Unit.*

MOHELA®
A Department of Education Servicer

Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION

Sincerely,

MOHELA Ombudsman Specialist

Phone 888.866.4352, Fax 866.222.7060, TDD Dial 711, 7A-8P M, 7A-7P TUES-W, 7A-5P THURS-F CT
Correspondence: 633 Spirit Drive, Chesterfield, MO 63005-1243
Payment: Department of Education – MOHELA, PO Box 790233 St. Louis, MO 63179-0233
mohela.com fb.com/MOHELA.usa @MOHELA

**This message, from a debt collector, is an attempt to collect a debt. Any information obtained will be used for that purpose.**

*California residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877.FTC.HELP or www.ftc.gov.*

*Massachusetts residents: If you are struggling with your student loans, please visit www.mass.gov/ago/studentloans to get help from the Ombudsman's Student Loan Assistance Unit.*