# EXHIBIT E

**Noah Zinner**

**From:** [redacted]
**Sent:** Thursday, January 9, 2025 10:56 AM
**To:** Noah Zinner
**Subject:** Fwd: Confirming your student loan discharge.

[redacted]

---------- Forwarded message ---------
From: **U.S. Department of Education** <noreply@studentaid.gov>
Date: Wed, Jan 8, 2025 at 5:44 PM
Subject: Confirming your student loan discharge.
To: <jarbos@gmail.com>

Click here to view this email as a web page.

January 8, 2025

Borrower Defense Group Discharge Case: 24627005

Dear Jeff M Plamondon:

Subject: Confirming your student loan discharge.

The U.S. Department of Education (ED) is writing to provide an update on our prior determination that some or all of your federal student loans should be discharged based on misconduct by your school. We previously notified you that the federal student loans you received to attend ITT Technical Institute during the period of January 1, 2005 through its closure in September 2016 would be discharged because ED concluded that your school made pervasive and widespread substantial misrepresentations which borrowers relied on to their detriment, and/or violated state consumer protection laws.

We are confirming that if your discharge is still incomplete **you do not have to make any more payments on the loan(s)** that we are in the process of discharging. We will discharge the **full remaining balance** of your eligible loans and refund all payments you previously made to ED on these loans.

Please note: We are sending this message to all borrowers with approved discharges based upon misconduct by their school. If your discharge is complete, you may disregard this notice.

ED takes the following steps on the loans approved for this relief:

- Discharge the entire remaining balance of the loans. This includes principal and outstanding interest. If you consolidated your loans, we will only discharge the portion of those loans that you took out to attend the school during the time period identified above.
- Remove the loans from your credit report if they are fully discharged.
- Refund any payments previously made to ED on the loans being discharged.

Until ED completes this work, your eligible loans—including any Federal consolidation loan(s) that repaid those eligible loans—will remain paused in forbearance or stopped collections unless you have opted out of forbearance or stopped collections, and you will not be asked to resume making payments. If you have loans in default, we will not attempt to collect on the loan(s) being discharged through this action.

ED's prior determination was that the loans described above are not enforceable and that you are no longer obligated to repay them. As a result, ED will not seek to enforce them, and any future attempts to collect on or enforce your repayment obligations are without legal basis. Furthermore, because the loans described above and your repayment obligations are not enforceable, you are entitled to, and will receive, a discharge. This restates the final determination ED communicated in our prior notice.

**ED recommends that you retain a copy of this letter for your records** if your relief is not yet complete.Your Borrower Defense Group Discharge case number is **24627005**. You may reference this number if you contact our call center with questions about your discharge. If you already applied for a borrower defense discharge, this case number may be different than your borrower defense application number.

Although your servicer has been instructed that the loan(s) that is(are) the subject of this notice should not be put into repayment (unless you have opted out of forbearance or stopped collections), sometimes loans that ED has agreed will be discharged are erroneously returned to repayment status. In those circumstances, providing a copy of this letter to your servicer could aid you in resolving any dispute about repayment.

Please continue to check your online account with your loan servicer to ensure your address is correct so you can receive any refund. **Otherwise, you do not have to take any further action to receive your discharge**. If you have questions, please contact your servicer. Don't know who your loan servicer is? Log in to your StudentAid.gov account, navigate to the "My Aid" page, and select

"View loan servicer details." You also can call us at 1-800-4-FED-AID and we will connect you with your servicer.

Please note: This letter does not apply to any private student loans you may have. Also, this letter only applies to eligible loan(s) you borrowed to fund ITT Technical Institute enrollment during the timeframe mentioned above; it does not apply to any loans you may have borrowed to attend any other school, and it does not apply to any loans you may have borrowed to fund a separate ITT Technical Institute enrollment outside the timeframe mentioned above.

---

**Beware of Scams**

You might be contacted by a company saying they will help you get loan discharge, forgiveness, cancellation, or debt relief for a fee. You never have to pay for help with your federal student aid. Make sure you work only with the U.S. Department of Education and our loan servicers, and never reveal your personal information or account password to anyone.

Our emails to borrowers come from noreply@studentaid.gov, noreply@debtrelief.studentaid.gov, or ed.gov@public.govdelivery.com. You can report scam attempts to the Federal Trade Commission by calling 1-877-382-4357 or by visiting reportfraud.ftc.gov.

---

If you have questions about this notice, please call our borrower defense hotline at 1-855-279-6207. You may visit StudentAid.gov/Contact for our hours of operation.

This letter is NOT an attempt to collect a debt or a demand for any payment.

Sincerely,
U.S. Department of Education
Office of Federal Student Aid

Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION

830 First Street, NE, Washington, D.C. 20002
StudentAid.gov/borrower-defense