EQUIFAX

# CREDIT REPORT

---

**JEFF PLAMONDON**

**Report Confirmation**

**5569772949**

# 4. Installment Accounts

Installment accounts are loans that require payment on a monthly basis until the loan is paid off, such as auto or student loans.

## 4.1 MISSOURI HIGHER EDUCATION LOAN

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| **Account Number** | xxxxxxxxxxxxxxxx 0507 | **Reported Balance** | $37,708 |
| **Account Status** | PAYS_AS_AGREED | **Available Credit** | |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | $34,574 | $34,574 | $34,574 | $34,522 | $34,522 | $34,522 |
| 2024 | $34,897 | $35,081 | $35,272 | $35,462 | $35,640 | $35,830 | $36,014 | $36,769 | $36,953 | $37,144 | $37,328 | $37,518 |
| 2025 | $37,708 | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Credit Limit



CONFIDENTIAL 

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | $0 | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | No Data | No Data | No Data | ✓ | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | No Data | No Data | No Data | No Data |
| 2022 | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | ✓ | ✓ | ✓ |

✓ Paid on Time | **30** 30 Days Past Due | **60** 60 Days Past Due | **90** 90 Days Past Due | **120** 120 Days Past Due

**150** 150 Days Past Due | **180** 180 Days Past Due | **V** Voluntary Surrender | **F** Foreclosure | **C** Collection Account

**CO** Charge-Off | **B** Included in Bankruptcy | **R** Repossession | **TN** Too New to Rate | No Data Available

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| **High Credit** | $34,521 | **Payment Responsibility** | INDIVIDUAL |
| **Credit Limit** | | **Account Type** | INSTALLMENT |
| **Terms Frequency** | DEFERRED | **Term Duration** | |
| **Balance** | $37,708 | **Date Opened** | Oct 13, 2022 |
| **Amount Past Due** | $0 | **Date Reported** | Jan 31, 2025 |
| **Actual Payment Amount** | | **Date of Last Payment** | Aug 2023 |
| **Date of Last Activity** | Jan 2025 | **Scheduled Payment Amount** | |

| | | | |
|---|---|---|---|
| **Months Reviewed** | 27 | **Delinquency First Reported** | |
| **Activity Designator** | | **Creditor Classification** | UNKNOWN |
| **Deferred Payment Start Date** | | **Charge Off Amount** | |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Education Loan | **Date Closed** | |
| **Date of First Delinquency** | | | |

## Comments

Student loan - payment deferred

Fixed rate

## Contact

MISSOURI HIGHER EDUCATION LOAN
633 SPIRIT DR
CHESTERFIELD, MO 63005-1243
(636) 733-3700