EQUIFAX

Credit Report

Date: August 21, 2026
Confirmation # 6233546126

Prepared for:

**JEFF PLAMONDON**

## *DID YOU KNOW?*

*If you find something in your report that looks like a mistake, contact us at **equifax.com/personal/disputes** or call 888-EQUIFAX (888-378-4329) to start a new dispute or check the status of your dispute.*

*There are many types of consumer reporting agencies, including credit bureaus and specialty agencies. A list can be found by accessing the CFPB's website at: **consumerfinance.gov/consumer-tools/credit-reports-and-scores/consumer-reporting-companies/companies-list***
*Looking for telecommunications, pay TV, and utility data? That information is maintained by a different company, the National Consumer Telecom and Utilities Exchange (NCTUE), and can be accessed at: **nctue.com/consumer***

Prepared for:
**JEFF PLAMONDON**

Date: August 21, 2026
Confirmation # 6233546126

## MISSOURI HIGHER EDUCATION LOAN

633 SPIRIT DR, CHESTERFIELD, MO 63005-1243 | (636) 733-3700
Account Number: ***0507** | Owner: **Individual Account**
Loan/Account Type: **Education Loan** | Status: **Pays As Agreed**

Date Reported: **07/31/2026** | Balance: **$3,880**
Credit Limit: - | High Credit: **$17,242**

Date Opened: **10/13/2022**
Date of Last Activity: **07/31/2026**
Scheduled Payment Amount: -
Actual Payment Amount: -
Date of Last Payment: -
Term Duration: -

Date of 1st Delinquency: -
Date Major Delinquency 1st Reported: -
Amount Past Due: **$0**
Charge Off Amount: -
Date Closed: -
Activity Designator: -

Terms Frequency: **Deferred**
Months Reviewed: **26**
Deferred Payment Start Date: -
Balloon Payment Amount: -
Balloon Payment Date: -
Narrative Code(s): **088, 132**

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 06/26 | $3,862 | - | - | - | - | $17,242 | - | 088, 132 |
| 05/26 | $3,845 | - | - | - | - | $17,242 | - | 088, 132 |
| 04/26 | $3,827 | - | - | - | - | $17,242 | - | 088, 132 |

| Narrative Code | Narrative Code Description |
|---|---|
| **088** | Student Loan - Payment Deferred |
| **132** | Fixed Rate |

[redacted]