PROJECT ON PREDATORY STUDENT LENDING
NOAH ZINNER Bar No. 247581
REBECCA C. EISENBREY Admitted *pro hac vice*
REBECCA C. ELLIS Admitted *pro hac vice*
769 Centre St.
Jamaica Plain, MA 02130
Telephone: (617) 390-2669
nzinner@ppsl.org

JUBILEE LEGAL
DANIEL "SPARKY" ABRAHAM Bar No. 299193
300 E. Esplanade Dr., Ste. 900
Oxnard, CA 93036
Telephone: (805) 946-0386
sparky@jubilee.legal

KEMNITZER, BARRON & KRIEG, LLP
ADAM J. MCNEILE Bar No. 280296
MALACHI J. HASWELL Bar No. 307729
1120 Mar West St., Ste. C2
Tiburon, CA 94920
Telephone: (415) 632-1900
adam@kbklegal.com
kai@kbklegal.com

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAIME MALDONADO, ANNA VARELA, ALMA GARY, and JEFF PLAMONDON, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30,

Defendants.

_______________________________/

**Case No. 3:24-cv-07850-VC**

**DECLARATION OF MALACHI J. HASWELL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT**

Date: October 8, 2026
Time: 10:00 a.m.
Location: Courtroom 4, 17th Floor

Assigned to Hon. Vince Chhabria

I, Malachi J. Haswell, declare as follows:

1. I am an attorney at law, licensed to practice in the State of California, and before this Court, and am an attorney with Kemnitzer, Barron & Krieg, LLP, attorneys of record for Plaintiffs in the above captioned matter.

2. I am familiar with the pleadings and files in this action. I have personal knowledge of the facts stated herein and could and would testify competently thereto.

3. Attached hereto are true and correct copies of the following documents:

- **Exhibit 1**: Excerpts of the first deposition of MOHELA's Rule 30(b)(6) deponent, Shelley Lester, taken on December 12, 2025. MOHELA consented to the filing of this exhibit on the public docket.
- **Exhibit 2**: Excerpts of the deposition of MOHELA's Rule 30(b)(6) deponent, James Melear, taken on December 11, 2025. MOHELA consented to the filing of this exhibit on the public docket.
- **Exhibit 3**: Excerpts of the deposition of MOHELA's Rule 30(b)(6) deponent, LaQuan Anthony, taken on December 9, 2025. MOHELA consented to the filing of this exhibit on the public docket.
- **Exhibit 4**: Excerpts of the deposition of MOHELA's Rule 30(b)(6) deponent, Korynn Seiss, taken on June 26, 2026. MOHELA consented to the filing of this exhibit on the public docket.
- **Exhibit 5**: Excerpts of the second deposition of MOHELA's Rule 30(b)(6) deponent, Shelley Lester, taken on July 22, 2026. MOHELA consented to the filing of this exhibit on the public docket.
- **Exhibit 6**: Excerpts of the deposition of MOHELA's Rule 30(b)(6) deponent, Megan Bates, taken on July 15, 2026. MOHELA consented to the filing of this exhibit on the public docket.

4. Attached hereto are true and correct copies of the following documents produced by MOHELA in this action:

- **Exhibit 7:** August 4, 2025, email from the Department to MOHELA transmitting a post-consolidation adjustment spreadsheet, produced by MOHELA as MOHELA_017636.
- **Exhibit 8:** A spreadsheet created by the Department attached to the August 4, 2025, email at Exhibit 7, produced by MOHELA as MOHELA_017637 and marked confidential. This document was produced by MOHELA as an Excel file and converted to a pdf by Plaintiffs for filing. The file had 2663 rows, of which all but the header and the row shown were redacted. Plaintiffs filtered out all redacted rows for ease of use. MOHELA consented to the filing of this exhibit on the public docket.
- **Exhibit 9:** An internal document showing Plaintiff Alma Gay's federal loan history, produced by MOHELA as MOHELA_000045 and marked confidential. MOHELA consented to the filing of this exhibit on the public docket.
- **Exhibit 10:** Internal MOHELA record listing dates and details relating to group discharge announcements, last modified October 23, 2024, produced by MOHELA as MOHELA_006098 and marked confidential. MOHELA has previously waived confidentiality as to this document and it has appeared on the public docket. *See* ECF No. 129-4.
- **Exhibit 11:** November 30, 2022, email correspondence between the Department and MOHELA, forwarded internally on December 1, 2022, produced by MOHELA as MOHELA_000003 and marked confidential. MOHELA has previously waived confidentiality as to this document and it has appeared on the public docket. *See* ECF No. 129-21.
- **Exhibit 12**: MOHELA's Responses and Objections to Plaintiffs' First Set of Requests for Admission, served to Plaintiffs' counsel on August 18, 2026.
- **Exhibit 13:** June 11, 2024, email from the Department to its federal student loan servicers transmitting Westwood Group Discharge "retrigger" files, produced by MOHELA as MOHELA_000038 and marked confidential. MOHELA consented to the filing of this exhibit on the public docket.

- **Exhibit 14:** MOHELA's internal records recording communications with Plaintiff Alma Gary, produced by MOHELA as MOHELA_001669 and marked confidential. MOHELA has previously waived confidentiality as to this document and it has appeared on the public docket. *See* ECF No. 129-26. This document was produced by MOHELA as an Excel file and converted to a pdf by Plaintiffs for filing.
- **Exhibit 15:** October 26, 2023, email correspondence between the Department and MOHELA, produced by MOHELA as MOHELA_017573 and marked confidential. MOHELA has previously waived confidentiality as to this document and it has appeared on the public docket. *See* ECF No. 129-29.
- **Exhibit 16:** An internal document showing Plaintiff Jeff Plamondon's federal loan history, produced by MOHELA as MOHELA_000066 and marked confidential. MOHELA consented to the filing of this exhibit on the public docket.
- **Exhibit 17:** MOHELA's internal records detailing communications with Plaintiff Jeff Plamondon, produced by MOHELA as MOHELA_001823 and marked confidential. MOHELA has previously waived confidentiality as to this document and it has appeared on the public docket. *See* ECF No. 129-34.
- **Exhibit 18:** February 9, 2024, letter from MOHELA to Ms. Gary, produced by MOHELA as MOHELA_001565 and marked confidential. MOHELA has previously waived confidentiality as to this document and it has appeared on the public docket. *See* ECF No. 129-32.
- **Exhibit 19:** MOHELA's internal records detailing actions taken on Mr. Plamondon's account, produced by MOHELA as MOHELA_002456 and marked confidential. MOHELA has previously waived confidentiality as to this document and it has appeared on the public docket. *See* ECF No. 129-35.
- **Exhibit 20:** August 30, 2023, letter from MOHELA to Mr. Plamondon, produced by MOHELA as MOHELA_001710 and marked confidential. MOHELA has previously waived confidentiality as to this document and it has appeared on the public docket. *See*

ECF No. 129-36.

- **Exhibit 21:** Undated letter from MOHELA to Mr. Plamondon, produced by MOHELA as MOHELA_001730 and marked confidential. MOHELA has previously waived confidentiality as to this document and it has appeared on the public docket. *See* ECF No. 129-37.
- **Exhibit 22:** February 15, 2024, billing statement from MOHELA to Ms. Varela, produced by MOHELA as MOHELA_002305 and marked confidential. MOHELA has previously waived confidentiality as to this document and it has appeared on the public docket. *See* ECF No. 129-16.
- **Exhibit 23:** March 21, 2024, letter from MOHELA to Ms. Varela, produced by MOHELA as MOHELA_001841 and marked confidential. MOHELA has previously waived confidentiality as to this document and it has appeared on the public docket. *See* ECF No. 129-17.
- **Exhibit 24:** March 28, 2024, email record from MOHELA to Ms. Varela, produced by MOHELA as MOHELA_002226 and marked confidential. The record does not include Ms. Varela's name, but the metadata produced with the document shows that the native filename is 2024.03.28 - VARELA - Student Loan Billing Statement.PNG. MOHELA has previously waived confidentiality as to this document and it has appeared on the public docket. *See* ECF No. 129-18.
- **Exhibit 25:** MOHELA's internal records detailing communications with Plaintiff Jaime Maldonado, produced by MOHELA as MOHELA_001451 and marked confidential. MOHELA has previously waived confidentiality as to this document and it has appeared on the public docket. *See* ECF No. 129-10.
- **Exhibit 26:** MOHELA's response to Ms. Maldonado's SBBR letter, produced by MOHELA as MOHELA_001214 and marked confidential. MOHELA consented to the filing of this exhibit on the public docket.
- **Exhibit 27:** e-OSCAR report for Ms. Maldonado, dated April 3, 2025, produced by

MOHELA as MOHELA_002733 and marked confidential. MOHELA has previously waived confidentiality as to this document and it has appeared on the public docket. *See* ECF No. 129-14.

- **Exhibit 28:** e-OSCAR report for Ms. Varela, dated April 3, 2025, produced by MOHELA as MOHELA_002592 and marked confidential. MOHELA consented to the filing of this exhibit on the public docket.

5. Attached hereto are true and correct copies of the of the following documents produced by Maximus Education LLC, d/b/a/ Aidvantage and Maximus Federal Services, LLC ("Aidvantage"), in response to a Rule 45 subpoena served in this action:

- **Exhibit 29:** May 3, 2024, email from the Department to its federal student loan servicers attaching AI Group Discharge files, forwarded internally on July 27, 2026, assigned Bates number Aidvantage000001 by Plaintiffs when produced to MOHELA.
- **Exhibit 30:** Portion of a discharge confirmation spreadsheet containing Plaintiff Alma Gay's loan information, sent by Aidvantage to the Department, assigned Bates number Aidvantage000015 by Plaintiffs when produced to MOHELA. This document was produced by Aidvantage as an Excel file and converted to a pdf by Plaintiffs for filing.
- **Exhibit 31:** May 12, 2025, email from Aidvantage to MOHELA attaching the spreadsheet at Exhibit 30, forwarded internally on July 27, 2026, assigned Bates number Aidvantage000014 by Plaintiffs when produced to MOHELA.

6. MOHELA has not produced any email containing the March 28, 2023 discharge instructions for Ms. Gary's Westwood loans. However, as of the time this declaration is filed, MOHELA has not yet certified that its document production is complete.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this Declaration is executed on August 21, 2026, at Oakland, California.

Dated: August 21, 2026

/s/ *Malachi J. Haswell*
Malachi J. Haswell