# EXHIBIT 2

**In the Matter Of:**

*Maldonado v*

*Higher Education Loan Authority of the State of Missouri*

---

*Confidential - 30(b)(6)*

*JAMES MELEAR*

*December 11, 2025*

---

LEXITAS™

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-----------------------------------------

JAIME MALDONADO, ANNA VARELA, ALMA GARY and JEFF PLAMONDON, individually and on behalf of all others similarly situated,

Plaintiffs,

Case No.
vs. 3:24-CV-07850-VC

HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30,

Defendants.

-----------------------------------------

* * *

*** CONFIDENTIAL ***

* * *

REMOTE 30(b)(6) VIDEO DEPOSITION OF

JAMES MELEAR

Thursday, December 11, 2025

10:02 a.m. (EST)

Reported by:

Jaclyn Urzia, RPR, CRR

Job No. 2025-1007244

December 11, 2025

10:02 a.m. (EST)

Remote Video 30(b)(6) Deposition of JAMES MELEAR, held remotely via Zoom, before Jaclyn Urzia, a Registered Professional Reporter, Certified Stenographic Realtime Reporter and Notary Public.

REMOTE APPEARANCES:

Attorneys for Plaintiffs:
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street
Jamaica Plain, Massachusetts 02130
BY: REBECCA C. EISENBREY, ESQ.
-and-
JUBILEE LEGAL
300 East Esplanade Drive
Suite 900
Oxnard, California 93036
BY: DANIEL ABRAHAM, ESQ.
-and-
KEMNITZER BARRON & KREIG, LLP
1120 Mar West
Suite C2
Tiburon, California 94920
BY: MALACHI HASWELL, ESQ.

(Continued)

REMOTE APPEARANCES: (Continued)

Attorneys for Defendants:
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
BY: JACQUELYN FRADETTE, ESQ.
ANNA TUTUNDJIAN, ESQ.
JACOB STEINBERG-OTTER, ESQ.
TONY S. MEKARI, ESQ.

A L S O P R E S E N T:
TONY WICKS, Lexitas Videographer
MARK RASCHESS, MOHELA In-house Counsel

---------------- I N D E X ----------------

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| JAMES MELEAR | MR. ABRAHAM | 8 |
| | MS. FRADETTE | 323 |

----------------- EXHIBITS -----------------

| EXHIBIT | | FOR ID. |
|---|---|---|
| (PROVIDED ELECTRONICALLY TO REPORTER) | | |
| Exhibit 97 | Aidvantage document, beginning Bates PLS004691 | 97 |
| Exhibit 91 | AUD form, beginning Bates MOHELA_002733 | 204 |
| Exhibit 85 | MOHELA Fair Credit Reporting Act policy, beginning Bates MOHELA_005062 | 205 |
| Exhibit 82 | Credit - Borrower Defense Workflow, Bates MOHELA_003178 | 206 |
| Exhibit 84 | Direct Dispute Letters, beginning Bates MOHELA_004202 | 208 |

(Continued)

---------------- EXHIBITS ----------------

| EXHIBIT | | FOR ID. |
| --- | --- | --- |
| (PROVIDED ELECTRONICALLY TO REPORTER) | | |
| Exhibit 53 | May 1, 2024 letter, beginning Bates MOHELA_001749 | 219 |
| Exhibit 93 | August 2, 2024 letter, beginning Bates MOHELA_001349 | 234 |
| Exhibit 87 | Trade line chart, Bates MOHELA_002510 | 265 |
| Exhibit 88 | Experian Bullseye report, Bates MOHELA_002534 | 267 |
| Exhibit 89 | Equifax Customer Inquiry, Bates MOHELA_002533 | 269 |
| Exhibit 90 | TransUnion Report, Bates MOHELA_002535 | 271 |
| Exhibit 95 | AUD form, beginning Bates MOHELA_002593 | 278 |

\- - -

(REPORTER'S NOTE: All quotations from exhibits are reflected in the manner in which they were read into the record and do not necessarily denote an exact quote from the document.)

THE VIDEOGRAPHER: We are now on the record. My name is Tony Wicks, and I'm the remote videographer with Lexitas.

Today's date is December 11, 2025, and the time is approximately 10:02 a.m. Eastern.

This deposition is being held remotely in the matter of Maldonado, et al., versus Higher Education Loan Authority of the State of Missouri.

The deponent is Jim Melear.

Will counsel please identify themselves and the parties they represent, after which the court reporter will swear in the witness.

MR. ABRAHAM: Daniel "Sparky" Abraham, Jubilee Legal. Counsel for Plaintiffs.

MS. HASWELL: Malachi Haswell, Kemnitzer, Barron & Krieg, also for Plaintiffs.

MS. EISENBREY: And Rebecca Eisenbrey, Project on Predatory Student Lending, also for Plaintiffs.

MS. FRADETTE: Jacquelyn Fradette, from Sidley Austin, on behalf of Defendant MOHELA.

JAMES MELEAR,

called as a witness, having been duly sworn by a Notary Public, was examined and testified as follows:

EXAMINATION BY

MR. ABRAHAM:

Q. Good morning, Mr. Melear. Thanks for being here today.

A. Good morning.

Q. Before we get started, I should just let you know I am getting over a cold. So I'm going to do my best here. But I may ask for --

A. You're not alone. I'm with you.

Q. Okay.

A. I'm fighting the same thing. I appreciate that. Okay.

Q. All right. Well, I'm going to mute myself if I have to cough or sneeze. I don't know if you can do the same, but just...

A. I'm not sure if I can, but I have

Kleenex, so you'll probably see me use it.
Q. Great.
So can you just state and spell your name for the record, please.
A. Yes. Formal name is James. Last name is Melear, M-E-L-E-A-R. I'm referred to as "Jim."
Q. Thank you, Mr. Melear.
And what's your business address?
A. I would use 633 Spirit Drive, Chesterfield, Missouri. Corporate headquarters for MOHELA.
Q. Are you an employee of MOHELA?
A. I'm a hired contractor with an employment contract with MOHELA. So I'm not considered a formal employee. I do have the responsibilities of managing employees, including providing oversight, direction, and evaluation of performance.
Q. Okay. We'll come back to that in a moment.
Have you ever been deposed before?
A. I have.
Q. When was the last time you were

loans that will be sent to each servicer, but wanted to provide you with the OPEIDs for this group discharge and applicable enrollment period so you can identify potential volume on your system for forecasting purposes.

Do you see that?

A. Yes.

Q. What is an OPEID?

A. That's a school identification code.

Q. Does each school have a unique OPEID?

A. Yes. Each school has an OPEID, and a school can have more than one.

Q. Would a school have more than one if it has different campuses?

A. Correct, yes.

Q. So this e-mail says that the Department of Education is sending the OPEIDs so that the servicers can identify potential volume and for forecasting purposes, is that right?

A. Potential volume, yes.

Q. How can a servicer use OPEIDs to

identify a potential volume?

MS. FRADETTE: Object to form.

Go ahead.

A. You can access the OPEID at the loan award ID level of data. So you can tell which loan was created or dispersed to the specific school. So you could, based off of these OPEIDs, identify total loans that had been dispersed for those campuses.

Q. Is that a report that MOHELA can run?

MS. FRADETTE: Object to form.

A. It would be a specialized query that we would have to have created and executed for each ID number.

Q. Did MOHELA do that in response to this e-mail?

A. In 2023, I can't speak to specifically how they responded to this e-mail. I wasn't in this position at the time. So I can't conjecture what was done with this in response to the actions that were taken, specific actions.

Q. Who would know?

Q. The department provides a group file to MOHELA and to all the other servicers to include the borrowers who are eligible for the group discharge serviced by each servicer, is that accurate?

MS. FRADETTE: Object to form.

A. Yes, that's correct.

Q. So what does MOHELA do after it receives a group file?

A. The first thing we will do is evaluate it to understand the number of discharge records, and then we will start the evaluation process to identify the age of those loans to understand the historical structure or data that will be needed for the discharge.

And then, based off of the beginning of that analysis and depending on the priorities that FSA has assigned us at the time regarding all borrower defense discharges, we may start processing that file or, depending on, again, those priorities that FSA has assigned to us, it may be queued or prioritized to be done after the immediate priorities are

combined"?

A. I do.

Q. It says: We have combined our requests into a master "Do Not Bill" list of all protected borrowers related to BD/Sweet/et cetera. These are borrowers who should be in a forbearance/non-collection status regardless of servicer including those with a pending discharge, those who have been discharged and so on.

Do you see that?

A. I do.

Q. What did MOHELA do with the "Do Not Bill" list?

MS. FRADETTE: Object to form. LaQuan Anthony was designated to testify about this.

A. Back in '23, if you're asking specifically what was done, I'd need to go back and check the record to understand the actions taken with this e-mail.

Q. Do you understand the "Do Not Bill" list referenced in this e-mail to include borrowers who are eligible for

discharge, whether that discharge was complete or in process?

MS. FRADETTE: Object to form.

A. I do. I understand that it references accounts identified in process for discharge.

MR. ABRAHAM: Okay. I think we can break for lunch if it's okay with everybody and maybe come back at -- sorry, trying to do the math. It's 12:36 right now. So do we want to come back at 1:30?

MS. FRADETTE: Sure.

THE VIDEOGRAPHER: All right. Then going off the record at 12:36.

(Whereupon, a brief recess was taken from 12:36 p.m. to 1:34 p.m. EST)

THE VIDEOGRAPHER: Going back on the record at 1:34.

BY MR. ABRAHAM:

Q. Thanks, Mr. Melear. So before we took a break for lunch, we were talking about a "Do Not Bill" list.

Do you remember that?

A. Yeah.

THE COURT REPORTER: This is a new exhibit for today, right?

MR. ABRAHAM: This is a new exhibit for today, yes, thank you.

(Exhibit 91, AUD form, beginning Bates MOHELA_002733, remotely introduced and provided electronically to the reporter.)

BY MR. ABRAHAM:

Q. Are you looking at Exhibit 91?

A. I am.

Q. Can you see -- well, first of all, what is this?

A. This is an AUD form or format of the AUD electronic form that would be completed to be processed through e-OSCAR.

Q. It says date created, top right hand, April 3, 2025.

Do you see that?

A. I do.

Q. And under consumer information, it's got last name Maldonado, first name Jaime?

A. I see that.

Q. Do you know who that is?
A. Yes.
Q. Who is it?
A. Plaintiff in the case.
Q. Thank you.
Under account information, it says account status and then there's a box that says account status and under that box it says DA.
What does that mean?
A. I'd have to refer to the details for completing this and the instructions for it to identify or speak to individual codes.
Q. Could it mean delete account?
A. It could.
MS. FRADETTE: Object to form.
MR. ABRAHAM: Why don't we go ahead and look at the credit reporting policy then, if that would help. I believe that's Exhibit 85, which is a new exhibit for today.
(Exhibit 85, MOHELA Fair Credit Reporting Act policy, beginning Bates MOHELA_005062, remotely introduced and

provided electronically to the
reporter.)
BY MR. ABRAHAM:
Q. Do you want to take a minute and look through it?
You know what, this might not have the account code in it. One second.
MR. ABRAHAM: I'm sorry, let's move off of Exhibit 85 and go instead to Exhibit 82, which is a new exhibit for today.
(Exhibit 82, Credit - Borrower Defense Workflow, Bates MOHELA_003178, remotely introduced and provided electronically to the reporter.)
BY MR. ABRAHAM:
Q. Are you looking at Exhibit 82?
A. I am.
Q. And this is MOHELA page 3178?
A. Correct.
Q. What is this?
A. Workflow for borrower defense credit reporting.
Q. And I want to just kind of direct you to the shape in the middle of the

page. It says: Delete trade line via automated universal data form AUD update class to DA deleted account status add notation.
Do you see that?
A. I do.
Q. Does that refresh you about what DA meant on the AUD?
A. Yes.
Q. Does it mean delete account?
A. Yeah, delete account.
Q. So if we turn back to Exhibit 91, was this the AUD that deleted credit reporting on Jaime Maldonado's account?
MS. FRADETTE: Object to form.
A. This would be the information that would be necessary, it appears, to complete the AUD.
Q. Is this not the AUD itself?
A. It could be. I mean, the AUD is completed online. So this is a format of that electronic form, so to speak.
Q. I see it's like a printout?
A. Yeah.
Q. While we're talking about credit

ways they can request things be changed with credit reporting.

Q. If a borrower disputed the balance on their account specifically, what steps would MOHELA take to investigate whether it's correct?

MS. FRADETTE: Object to form.

A. You're going to look at account level, individual loans. You're going to confirm the outstanding balance is accurate. You're going to confirm, you know, all the loans are in the right borrower name, and you're going to respond to the borrower with this is the balance we've got, this is the total loan volume we have. If there's a discrepancy of some sort where payments may not have been recognized for some reason because another servicer perhaps didn't apply them or they weren't reflected in the conversion balances, we'd make adjustments.

So there's multiple activities that can result from a borrower contesting the balance of their account.

Q. So in that example that you

provided where, for example, maybe payments weren't correctly applied previously, would MOHELA then apply the payments adjust the balance in the credit reporting?

MS. FRADETTE: Object to form.

A. After the appropriate investigation and research and account updates were done, yes, then we would update the credit report.

Q. Would MOHELA need to communicate with the Department of Education recording that change?

MS. FRADETTE: Object to form.

A. No. That's an administrative function that the department expects its servicers to form on its behalf.

Q. The department expects the servicers to ensure that the balance is correctly portrayed on the credit reports?

A. Absolutely, yes.

MS. FRADETTE: Object to form.

Q. And that includes, by investigating borrower disputes and making sure the results of those investigations

are reflected in the credit reports?

MS. FRADETTE: Object to form.

A. Yes. FSA expects servicers to do that and MOHELA expects -- requires that that's what we do. I mean, FCRA requires that servicers perform updates, credit -- credit dispute reviews, evaluations and make corrections for borrowers timely.

Q. Right. I think the FCRA thing is accurate, complete and verifiable, right?

A. Yes.

MR. ABRAHAM: Can we look at Exhibit 87? This is new for today, Jackie.

(Exhibit 87, Trade line chart, Bates MOHELA_002510, remotely introduced and provided electronically to the reporter.)

MR. ABRAHAM: This is MOHELA 2510.

BY MR. ABRAHAM:

Q. Do you have it?

A. Yes.

Q. Can you tell me what this is?

A. It appears to be trade line

REPORTER CERTIFICATE

I, JACLYN URZIA, do hereby certify:

That said proceedings were taken at the time and place herein named; and that the transcript is a true record of the testimony as reported by me, a disinterested person, and was thereafter transcribed.

I further certify that I am not interested in the outcome of the said action, nor connected with, nor related to any of the parties in said action, nor to their respective counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 17th day of December, 2025.

JACLYN URZIA, RPR, CRR