# EXHIBIT 3

**In the Matter Of:**

*Maldonado, et al. vs*

*Higher Education Loan Authority of the State of Missouri*

*LAQUAN ANTHONY*

*December 09, 2025*

LEXITAS™

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

----------------------------------------

JAIME MALDONADO, ANNA VARELA, ALMA GARY and JEFF PLAMONDON, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

Case No. 3:24-CV-07850-VC

HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30,

Defendants.

----------------------------------------

* * *

*** CONFIDENTIAL ***

* * *

REMOTE 30(b)(6) VIDEO DEPOSITION OF

LAQUAN ANTHONY

Tuesday, December 9, 2025

10:01 a.m. (EST)

Reported by:

Jaclyn Urzia, RPR, CRR

Job No. 2025-1007236

December 9, 2025

10:01 a.m. (EST)

Remote Video 30(b)(6) Deposition of LAQUAN ANTHONY, held remotely via Zoom, before Jaclyn Urzia, a Registered Professional Reporter, Certified Stenographic Realtime Reporter and Notary Public.

REMOTE APPEARANCES:

Attorneys for Plaintiffs:
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street
Jamaica Plain, Massachusetts 02130
BY: REBECCA C. EISENBREY, ESQ.
-and-
JUBILEE LEGAL
300 East Esplanade Drive
Suite 900
Oxnard, California 93036
BY: DANIEL ABRAHAM, ESQ.
-and-
KEMNITZER BARRON & KREIG, LLP
1120 Mar West
Suite C2
Tiburon, California 94920
BY: MALACHI HASWELL, ESQ.

(Continued)

REMOTE APPEARANCES: (Continued)

Attorneys for Defendants:
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
BY: JACQUELYN FRADETTE, ESQ.
JAZMYNE DENMAN, ESQ.

A L S O P R E S E N T :
EDDIE JONES, Lexitas Videographer
MARK RASCHESS, MOHELA In-house Counsel

---------------- I N D E X ----------------


| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| LAQUAN ANTHONY | MS. EISENBREY | 12 |


------------------ EXHIBITS ------------------


| EXHIBIT | | FOR ID. |
|---|---|---|
| (PROVIDED ELECTRONICALLY TO REPORTER) | | |
| Exhibit 1 | Discharge approve file, Bates MOHELA_000053 | 31 |
| Exhibit 2 | Discharge approve file, Bates MOHELA_000002 | 37 |
| Exhibit 3 | Email chain, beginning Bates MOHELA_000003 | 52 |
| Exhibit 4 | Sending Borrower Defense Discharge Letters, Bates MOHELA_003135 | 59 |
| Exhibit 5 | Notes planning for CR 6346, Bates MOHELA_016296 | 63 |
| Exhibit 7 | Email, Bates MOHELA_002856 | 79 |
| Exhibit 8 | Email chain, Bates MOHELA_003030 | 84 |
| Exhibit 9 | Email chain, beginning Bates MOHELA_016487 | 86 |


(Continued)

---------------- EXHIBITS ----------------


| EXHIBIT | | FOR ID. |
|---|---|---|
| | (PROVIDED ELECTRONICALLY TO REPORTER) | |
| Exhibit 13 | Process flow document, beginning Bates MOHELA_000069 | 94 |
| Exhibit 14 | Email chain, beginning Bates MOHELA_015572 | 100 |
| Exhibit 15 | Call Center instructions, beginning Bates MOHELA_015413 | 113 |
| Exhibit 16 | Email, Bates MOHELA_016465 | 124 |
| Exhibit 17 | Email, Bates MOHELA_015884 | 128 |
| Exhibit 18 | Email, Bates MOHELA_015887 | 130 |
| Exhibit 19 | Email, beginning Bates MOHELA_016140 | 132 |
| Exhibit 77 | Supplemental Declaration of LaQuan Anthony in Support of Defendant Higher Education Loan Authority of the State Of Missouri's Motion for Partial Summary Judgment | 134 |
| Exhibit 21 | Excel file, Bates MOHELA_003602 | 138 |


(Continued)

---------------- EXHIBITS ----------------


| EXHIBIT | | FOR ID. |
|---|---|---|
| (PROVIDED ELECTRONICALLY TO REPORTER) | | |
| Exhibit 22 | Email, Bates MOHELA_003169 | 146 |
| Exhibit 23 | Excel spreadsheet, Bates MOHELA_001758 | 148 |
| Exhibit 24 | Email chain, Bates MOHELA_002895 | 153 |
| Exhibit 25 | Email chain, beginning Bates MOHELA_015705 | 157 |
| Exhibit 26 | Email chain, beginning Bates MOHELA_015298 | 166 |
| Exhibit 27 | Email chain, beginning Bates MOHELA_016528 | 169 |
| Exhibit 28 | Email chain, beginning Bates MOHELA_002980 | 172 |
| Exhibit 12 | MOHELA Impact Analysis, beginning Bates MOHELA_003032 | 178 |
| Exhibit 31 | Log, beginning Bates MOHELA_015515 | 196 |
| Exhibit 33 | Email chain, beginning Bates MOHELA_002917 | 203 |


(Continued)

---------------- EXHIBITS ----------------


| EXHIBIT | | FOR ID. |
|---|---|---|
| (PROVIDED ELECTRONICALLY TO REPORTER) | | |
| Exhibit 30 | Email chain, Bates MOHELA_003427 | 211 |
| Exhibit 35 | Email, Bates MOHELA_015514 | 216 |
| Exhibit 38 | Email chain, beginning Bates MOHELA_015620 | 222 |
| Exhibit 11 | Business Operations Change Request Form, beginning Bates MOHELA_016206 | 228 |
| Exhibit 39 | Email, beginning Bates MOHELA_016757 | 233 |
| Exhibit 50 | Chart, Bates MOHELA_000057 | 243 |
| Exhibit 51 | July 6, 2024 letter, beginning Bates PLS001742 | 248 |
| Exhibit 55 | Snapshot of CEMS portal, beginning Bates MOHELA_004132 | 255 |
| Exhibit 56 | January 8, 2025 letter, beginning Bates PLS004706 | 257 |
| Exhibit 65 | Communication comments, beginning Bates MOHELA_001451 | 263 |
| Exhibit 66 | Chart, Bates MOHELA_000055 | 267 |


(Continued)

---------------- EXHIBITS ----------------


| EXHIBIT | | FOR ID. |
|---|---|---|
| | (PROVIDED ELECTRONICALLY TO REPORTER) | |
| Exhibit 67 | Chart, Bates MOHELA_000056 | 268 |
| Exhibit 68 | Screenshots, beginning Bates MOHELA_000050 | 272 |
| Exhibit 69 | Fiserv/CARES Loan Information, beginning Bates MOHELA_002489 | 281 |
| Exhibit 70 | CLX-IDQ Tasks, Bates MOHELA_002485 | 282 |
| Exhibit 71 | Fiserv/CARES - Deferment and Forbearance History, Bates MOHELA_002497 | 286 |
| Exhibit 75 | CLX Secure Messaging, Bates MOHELA_001823 | 290 |
| Exhibit 76 | Fiserve (CARES) - Activity Notes, beginning Bates MOHELA_002677 | 293 |


(Continued)

---------------- EXHIBITS ----------------

| EXHIBIT | FOR ID. |
| --- | --- |
| (PROVIDED ELECTRONICALLY TO REPORTER) | |
| Exhibit 78 Defendant Higher Education Loan Authority of the State Of Missouri's Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories | 298 |

- - -

(REPORTER'S NOTE: All quotations from exhibits are reflected in the manner in which they were read into the record and do not necessarily denote an exact quote from the document.)

THE VIDEOGRAPHER: We are now on the record. My name is Eddie Jones. I am the remote videographer with Lexitas.

Today's date is December 9, 2025. The time is now 10:01 a.m. Eastern.

This deposition is being held remotely in the matter of Jaime Maldonado, Anna Varela, Alma Gary and Jeff Plamondon versus Higher Education Loan Authority of the State of Missouri.

The deponent is LaQuan Anthony.

Would all counsel please introduce themselves for the record, after which our court reporter, Jaclyn Urzia, will swear in the witness.

MS. EISENBREY: This is Rebecca Eisenbrey, from the Project on Predatory Student Lending, for the Plaintiffs.

MS. HASWELL: This is Malachi Haswell, from Kemnitzer, Barron & Krieg, also for the Plaintiffs.

MR. ABRAHAM: This is Daniel

Abraham, from Jubilee Legal, for the Plaintiffs.

MS. FRADETTE: This is Jacquelyn Fradette, of Sidley Austin, for Defendant MOHELA. And observing today is my associate. Could you state...

MS. DENMAN: Yes. Jazmyne Denman.

LAQUAN ANTHONY,

called as a witness, having been duly sworn by a Notary Public, was examined and testified as follows:

EXAMINATION BY

MS. EISENBREY:

Q. Okay. Good morning. So this is the 30(b)(6) deposition in Maldonado versus MOHELA.

Mr. Anthony, can you please state your name for the record?

A. LaQuan Anthony.

Q. And can you please spell that?

A. L-A-Q-U-A-N, last name A-N-T-H-O-N-Y.

Q. Thank you. And what is your business address?

required to do this.

If MOHELA did do this, it is only to, you know, give us an idea of what to anticipate.

Q. In your time at MOHELA, has MOHELA ever run OPEIDs for a group discharge for forecasting or any other purposes?

A. In my time, we have not.

Q. Okay. And who in MOHELA staff would be notified of a coming group discharge like that CollegeAmerica group discharge?

A. So generally, the department will notify a couple of groups at MOHELA. One that is listed -- I mean, if we're going back to, I believe this is Exhibit 7, the group BD discharges e-mail, distro is one place they would send that.

They have also sent information to another distro, which I don't know if it's listed here, I don't see it, but there's a group fcdistro@mohela.com that they would also send information to like this.

is that correct?

MS. FRADETTE: Object to form.

A. I believe what you're asking is -- and correct me if I'm wrong, but you're asking if another loan servicer had received an approval for either one of those two plaintiffs, would they -- are you asking would those servicers communicate that information with MOHELA?

Q. I'm asking if an adjustment was sent from -- an adjustment request was sent from Aidvantage to MOHELA for Ms. Gary's loans, that wouldn't appear on a group file, correct?

A. Correct. If there was any adjustment request, that would not appear on any group discharge files. As I had alluded to earlier, those SCAF adjustment requests, those pre-conversion adjustment requests, when they come through, they don't have a reason attached to them.

So we wouldn't -- if there was anything, we would have no way of knowing that this was related to, you know, another loan servicer receiving a group

loan discharge.
Q. Okay. It says: Confirming your student loan discharge.
Correct?
A. Yes, that's what it says here in the subject line.
Q. Okay. And so from CEMS, MOHELA could view this letter?
A. So MOHELA, if a letter does exist in CEMS, MOHELA may be able to view a letter if a letter does exist. With that said, for borrower defense group discharge, we do not have a requirement, and it's also listed in the CR, if I'm not mistaken, that there is no requirement for MOHELA or loan servicers to review any open cases that they have in relation to borrower defense group discharge. We only go into open cases for individual discharge types.
Q. But you could?
A. Under no circumstances would my agents, you know, even think to, you know, if they're working an approval, if a borrower is on an approval file, they

would not discharge an account and then go into the CEMS portal for group discharge borrowers. They would not do that. We are only instructed to go into the CEMS portal for individual group discharge borrowers.

Q. So Alma Gary, it's your statement in the declaration that Alma Gary is not a group discharge borrower?

MS. FRADETTE: Object to form.

Q. Is that correct?

MS. FRADETTE: Misstates the document.

A. We're testifying that Alma Gary was not received by MOHELA on my discharge approval file.

Q. Could someone go into the CEMS portal and see this letter related to Alma Gary?

MS. FRADETTE: Object to form.

A. We could log into CEMS and if this letter exists, then we may be able to view it. But again, for group discharge borrowers, there is no requirement for anyone at MOHELA to go into CEMS for

information communicated between the department and between the recipient of the discharge. There's no requirement for us to go in there. There's no work for us to do in the CEMS portal, and we also cannot accept any instruction of a group discharge.

Something like this letter, for example, we could not go in and read this letter and perform a discharge based on this.

Q. And on what basis are you referring to Ms. Gary as a group discharge borrower?

A. I'm sorry, what do you mean by that question?

Q. You just said as a group discharge borrower. I'm just asking why you are categorizing Ms. Gary as a group discharge borrower.

MS. FRADETTE: I believe you filed this lawsuit claiming she is, so I think that's what he's referring to.

Q. So is that just based on my terms or is this how you would view her in your

A. I'm sorry, could you repeat the question?

Q. Why would Ms. Gary be in borrower defense to repayment forbearance?

A. That would be because we received instruction to apply forbearance to Alma Gary's account by the department.

Q. Related to borrower defense?

A. Yes, related to borrower defense. Alma Gary was included in an e-mail that was sent by the department. I had alluded to this earlier, but I wasn't specific about us receiving anything on behalf of Alma Gary. Although we had not received any discharge approval file for Alma Gary, the department sent a large list of borrowers that they believed had not been sent to specific loan servicers that may be eligible for borrower defense, but they have not sent a borrower defense approval file.

Alma Gary was included in that list. At that point, we identified her as a borrower defense borrower and ensured that her account was placed into

REPORTER CERTIFICATE

I, JACLYN URZIA, do hereby certify:

That said proceedings were taken at the time and place herein named; and that the transcript is a true record of the testimony as reported by me, a disinterested person, and was thereafter transcribed.

I further certify that I am not interested in the outcome of the said action, nor connected with, nor related to any of the parties in said action, nor to their respective counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 16th day of December, 2025.

JACLYN URZIA, RPR, CRR