# EXHIBIT 4

# In the Matter Of:

*Maldonado, Varela, Gary, and Plamondon vs*

*Higher Education*

---

*KORYNN SIESS*

*June 26, 2026*

---

LEXITAS™

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAIME MALDONADO, ANNA VARELA, ALMA GARY and JEFF PLAMONDON, individually and on behalf of all others similarly situated, | ) | No. 3:24-CV-07850-VC Assigned to Hon. Vince Chhabria |
| Plaintiffs, | ) | |
| -vs- | ) | |
| HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30, | ) | |
| Defendants. | ) | |

CONTINUED DEPOSITION OF MISSOURI HIGHER EDUCATION LOAN AUTHORITY, THROUGH KORYNN GRACE SIESS, via Zoom videoconference, produced, sworn and examined on Wednesday, June 26, 2026, before:

MARY KERKVLIET IVEY
Missouri C.C.R. 529
Kansas CSR 863

in a certain cause now pending in the United States District Court, Northern District of California, wherein JAIME MALDONADO, ANNA VARELA, ALMA GARY and JEFF PLAMONDON, individually and on behalf of all others similarly situated, are Plaintiffs and HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30 are Defendants.

Taken on behalf of Plaintiffs

INDEX


| | Page |
|---|---|
| Examination by Ms. Eisenbrey | 6 |
| Examination by Ms. Fradette | 100 |
| Re-Examination by Ms. Eisenbrey | 132 |
| Re-Examination by Ms. Fradette | 137 |
| Further Re-Examination by Ms. Eisenbrey | 140 |

PREVIOUSLY MARKED EXHIBITS

| | | |
|---|---|---|
| Exhibit 3 | Questions and Answers Between MOHELA and the Department of Education | 38 |
| Exhibit 25 | Johnston E-Mail Dated 7/16/2024 | 81 |
| Exhibit 70 | Screen Capture of IDQ Tasks | 56 |
| Exhibit 78 | MOHELA's Supplemental Interrogatory Responses | 18 |
| Exhibit 97 | Loan History for Alma Gray | 73 |
| Exhibit 213 | Unidentified | 72 |

SIESS DEPOSITION EXHIBITS

| | | |
|---|---|---|
| Exhibit 214 | Garza-Matthews E-Mail Dated 9/17/2024 | 78 |
| Exhibit 215 | Post-Consolidation Adjustment Spreadsheet | 83 |
| Exhibit 216 | Class Screen | 89 |
| MOHELA A | FSA E-Mail Dated 2/19/2025 | 101 |

EXHIBITS (Cont'd.)

| | | |
|---|---|---|
| MOHELA B | Maldonado Adjustments | 103 |
| MOHELA C | Disbursement Adjustments E-Mail Dated July 28/2025 | 109 |
| MOHELA D | Post-Consolidation Adjustment Spreadsheet Specific to Maldonado | 110 |
| MOHELA E | Post-Consolidation Adjustment Spreadsheet | 111 |
| MOHELA F | Manual Adjustment Spreadsheet | 113 |
| MOHELA G | Post-Consolidation Adjustment From FSA | 117 |
| MOHELA H | Loan History for Alma Gray | 118 |
| MOHELA I | E-Mail With Post-Consolidation Adjustment Spreadsheet From FSA | 121 |
| MOHELA J | Plamondon Disbursement Adjustment sheet | 122 |

(Exhibits provided electronically and e-mailed to counsel.)

STIPULATIONS

It is hereby stipulated and agreed by and between counsel for the respective parties and the witness that said deposition shall be signed before the time of trial.

APPEARANCES

For Plaintiffs:

Ms. Rebecca Eisenbrey
Mr. Malik Jarvis
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street
Jamaica Plain, Massachusetts 02130
Phone: 617-322-2200
E-mail: reisenbrey@ppsl.org
mjarvis@ppsl.org
- and -
Mr. Malachi J. Haswell
KEMNITZER BARRON & KRIEG, LLP
1120 Mar West
Suite C2
Tiburon, California 94920
Phone: 415-632-1900
E-mail: kai@kbklegal.com

APPEARANCES (Continued)

For Defendants:

Ms. Jacquelyn E. Fradette
Ms. Jazmyne Denman
SIDLEY AUSTIN LLP
1501 S Street, NW
Washington, DC 20005
Phone: 202-736-8822
E-mail: jfradette@sidley.com
jazmyne.denman@sidley.com
and
Mr. Tony S. Mekari
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, California 94101
Phone: 415-722-1200
E-mail: tony.mekari@sidley.com

Also Present:

Mr. Mark Raschess
Vice President
Associate General Counsel
MOHELA

(The deposition commenced at
9:36 a.m. Central, 10:36 a.m. Eastern.)

KORYNN GRACE SIESS,

(of lawful age, having been sworn, testified as follows:)

EXAMINATION BY MS. EISENBREY:

Q. Okay. Good morning, Ms. Siess.
This is a continuation of the 30(b)(6) deposition in the case Maldonado, et al., versus MOHELA, Docket No. 3:24-CV-7850-VC.
You've already -- or, well, please state your name for the record?
A. Yeah, it's Korynn Siess.
Q. Okay. And what is your business address?
A. It would be 633 Spirit Drive in Chesterfield, Missouri.
Q. Okay. And have you ever been deposed before?
A. No.
Q. Are you familiar with how a deposition works?
A. Vaguely, yes.
Q. Okay. So I'm going to ask you questions on the subjects that your attorneys received notice on. If you don't understand a

A. Can you rephrase that, please?
Q. (By Ms. Eisenbrey) Did your team make any effort to identify post-consolidation adjustments that related to group discharge?
A. The Department doesn't provide a reason, so I'm not sure how that could have been accomplished without the reason.
Q. So your team did not make any effort to identify group discharge borrowers who were included in adjustment files?
MS. FRADETTE: Object to form. Misstates testimony.
A. Can you rephrase, please?
Q. (By Ms. Eisenbrey) I'm just asking a yes or no question. Did your team make any effort to identify post-adjustment -- or post-consolidation adjustments that related to group discharge?
MS. FRADETTE: Object to form. Go ahead.
A. I don't know that it's as simple as a yes-or-no answer. So again, post-consolidation adjustments aren't specific to borrower defense. The

CERTIFICATE

I, MARY KERKVLIET IVEY, Certified Court Reporter within and for the State of Missouri and Certified Shorthand Reporter within and for the State of Kansas, hereby certify that the within-named witness appeared at the time and place set forth in the caption thereof, was by me first duly sworn to testify the whole truth concerning this matter in controversy; was examined and said examination then and there written by me in machine shorthand, afterwards reduced to writing under my direction, is correctly and accurately set forth in the foregoing pages; and that said deposition is now herewith returned.

I further certify that I am not court reporter, employee, counsel, attorney or relative of either party, or otherwise interested in the event of this suit.

I have hereunto set my hand at my office in Shawnee, Kansas, this 3rd day of July, 2026.

/s/ Mary Kerkvliet Ivey

MARY KERKVLIET IVEY
CERTIFIED COURT REPORTER MO529
CERTIFIED SHORTHAND REPORTER KS863