# EXHIBIT 7

# DLCS Post Transfer Adj 700512 20250703

| | |
|---|---|
| **From:** | FSA Disbursement Adjustments <fsadisbursementadjustments@ed.gov> |
| **To:** | grp.DLConsolidation <[redacted]@mohela.com>; "Siess, Korynn" <[redacted]@mohela.com>; "Carter, Jordon" <[redacted]@mohela.com>; grp.AccountRebuilds <[redacted]@mohela.com>; "Coughlin, Greg" <[redacted]@mohela.com>; "Pirosko, Paul" [redacted]@mohela.com>; "Clancy, Haidon" <[redacted]@mohela.com> |
| **Cc:** | FSAVendorManagementTeam <fsavendormanagementteam@ed.gov> |
| **Date:** | Mon, 04 Aug 2025 18:30:09 +0000 |
| **Attachments:** | DLCS Post Transfer Adj 700512 20250703.xlsx (307.2 kB) |

**Caution:** This email originated from outside the organization. Please take care when clicking links or opening attachments.

C

N
T

ROLLED UNCLASSIFIED INFORMATION

Attached is a spreadsheet approved to be processed.
Reminder:
All Legacy LC disbursement/funding history records are in the FSA Repository on the Great Lakes website. The name of the document is "*Consolidation Origination Document – PUT*". Therefore, if you have any "calculation" issues, you will need to pull this document and compare it to your system to see what is needed to process the transaction. There may be multiple documents in the repository, therefore, make sure you review all of them. Remember, these are disbursement adjustments, so if there are adjustments for loans transferred to DMCS, you will need to include it in the monthly CR2244/2372 monthly DMCS spreadsheets.
Please add a column to indicate the date processed and/or reject reason and send it back to FSA Disbursement Adjustments.
Note: As per USDS requirement 29000.050, the spreadsheet shall be completed and returned to FSA within 10 business days of receipt. If an extension is needed you will need to request it through the contracting officer and cc FSA Vendor Management and FSA Disbursement Adjustments.
Current COD PW
FSA Disbursement Adjustments
Federal Student Aid
U.S. Department of Education

Sensitive in accordance with 32 CFR Part 2002