# EXHIBIT 10

**Borrower Defense to Repayment (DTR)**

**Document ID:** 111112
**Created:** 7/15/2023 9:59 AM
**Last Modified:** 10/23/2024 9:11 AM

REGULATORY

# Description

A borrower may be eligible for loan forgiveness and potentially a refund if the loan was borrowed to attend a school that took various misleading actions amounting to fraud, or otherwise justify a legal action against the school, under applicable state law.

## What is Borrower Defense?

Borrower defense to repayment is a legal ground for discharging federal Direct Loans. Under the law, borrowers may have a borrower defense to repayment if their school engaged in certain misconduct related to the making of a federal loan or the educational services it provided which caused the borrower harm warranting a full discharge of their applicable federal Direct Loans. If the U.S. Department of Education (ED) approves their application for borrower defense, Federal Student Aid (FSA) will discharge any remaining balance on the federal student loans the borrower took out to attend the school and may also refund loan payments the borrower already made. **Borrowers must submit applications under the penalty of perjury that an application is accurate and true to the best of their knowledge.**

See also https://studentaid.gov/manage-loans/forgiveness-cancellation/borrower-defense.

## Key Phrases

- "I believe my school may have committed fraud."
- "My school violated state law."
- "The school I attended is a part of a lawsuit. Am I entitled to forgiveness or a refund?"

# Eligibility

## Eligible Loan Programs

- All Direct loans.
  - Spousal Consolidation Loans (-9) Considerations - Pertaining to Forgiveness & Discharge
  - Parent PLUS borrowers are eligible for borrower defense if the misconduct occurred to their child. Parent PLUS borrowers must submit their own application and may submit an application even if their child does not.
  - Borrowers may be eligible for borrower defense regardless of whether or not the school closed.

| Important | Borrowers included in group discharges do NOT need to have their FFEL loans consolidated to have discharge processed. FSA does not want to require more work on the customer, servicers, or themselves since the balances will just be written off. |
|---|---|

# Call Handling Procedures

## Inquiry About Eligibility

- **When?** A call is received from a borrower who has questions or is requesting Borrower Defense to Repayment or any key phrases.

| Step | Action |
|---|---|
| 1 | **Important**: Do NOT attempt to pre-qualify or determine borrower eligibility for Borrower Defense to Repayment. MOHELA does not initiate the process.<br>Provide an overview of Borrower Defense to Repayment.<br>**Suggested Speak:** "Defense to Repayment is a process in which a borrower may be eligible for loan forgiveness if the loan was borrowed to attend a school that took various misleading actions amounting to fraud, or otherwise justify a legal action against the school, under applicable state law. |
| 2 | Advise the borrower they can apply for Borrower Defense to Repayment at studentaid.gov/borrower-defense.<br>**Suggested Speak:** "If you believe your school was misleading, fraudulent, or in violation of l aw, visit Studentaid.gov/borrower-defense to apply." |
| 2 | Document the call :<br><table><tr><th>Corr Code</th><th>Description</th><th>Agent Generated or System Generated</th></tr><tr><td>GYP8</td><td>RECEIVED BORR INQUIRY DEFENSE TO REPAYMENT</td><td>Agent</td></tr><tr><td>n/a</td><td>Free Form: Write a detailed account of what was discussed/actions taken</td><td>Agent</td></tr></table> |

## Inquiry About Submitted Application

- **When?** A call is received from a borrower who has already submitted a Borrower Defense (BD) application/claim.

| Step | Action |
|---|---|
| 1 | Advise the borrower to log in to their studentaid.gov account for any updates on their application. |
| 2 | If the borrower has questions about a specific previous group discharge settlement, advise the borrower of the following:<br>• the Department of Education and Federal Student Aid make all borrower defense determinations and they directly notify eligible borrowers.<br>• Information currently outlined in the list of Group Discharges and Settlements that pertains to the borrower's group, case, and/or school. (Additional information about each group discharge can be found at https://studentaid.gov/announcements-events/borrower-defense-update.) |
| 3 | Only if the borrower requests a phone number to call, provide the **Borrower Defense Hotline.**<br><br>**Borrower Defense Hotline:** 1-855-279-6207<br>Hours of Operation (Central Time):<br>Monday 7AM - 8PM<br>Tuesday and Wednesday 7AM - 7PM<br>Thursday and Friday 7AM - 5PM |
| 4 | Advise the borrower about non-interest-capping administrative forbearance placed during FSA's investigation.<br><table><tr><th>If...</th><th>Then...</th></tr><tr><td>the account is on a FORN</td><td>verify if the forbearance (FORN) was placed to allow time for FSA Borrower Defense processing. When the FORN is placed,<br>• Loan Servicing applies the FORN through 01/01/40<br>• Loan Servicing will submit CORR ML00 or TL00 with comment stating FORN was applied for BD and the begin/end dates.<br>Example: ML00 – APPLD BD FORN FROM XX/XX/XX-01/01/40.<br>• letter L237 – Defense to Repayment Administrative Forbearance Processed is sent.<table><tr><th>If...</th><th>Then...</th></tr><tr><td>the forbearance is for FSA Borrower Defense processing.</td><td>advise the borrower that per Federal Student Aid, MOHELA placed a non-interest-capping forbearance through (end date of forbearance) while their application is processed. The forbearance will be removed after Federal Student Aid completes their investigation if the loans are not fully discharged.</td></tr><tr><td>the forbearance is not for FSA Borrower Defense processing</td><td>advise the borrower that, unless they opt out, if MOHELA is instructed by Federal Student Aid, a non-interest-capping forbearance may be placed on their eligible loan(s) through the year 2040 since there is no specific timeline for</td></tr></table></td></tr></table> |

| | |
|---|---|
| | when the claim investigation will be complete. The forbearance will be removed after Federal Student Aid completes their investigation if the loans are not fully discharged. |

| | |
|---|---|
| loans are not on forbearance | Determine if the borrower has opted out of the BD Forbearance. Navigate to **CARES > Web Apps > Toolbox/Doc Lookup > LPQ >Task History** to determine if the FORN was adjusted due to opt out. |

- **Department**: Loan Servicing
- **Category**: Claims
- **Queue Name:** Borrower Defense – Opt Out

| If… | Then… |
|---|---|
| the borrower hasn't opted out | advise the borrower that Federal Student Aid may instruct MOHELA to apply a non-interest-capping forbearance on their eligible loan(s) to allow time for their review. If MOHELA is notified, the forbearance will be placed through the year 2040 since there is no specific timeline for when the claim investigation will be complete. The forbearance will be removed after Federal Student Aid completes their investigation if the loans are not fully discharged. |
| the borrower opted out | advise the borrower they have opted to make payments while Federal Student Aid reviews their claim and Federal Student Aid will notify them with their decision. |

| | |
|---|---|
| the borrower wants to opt out of the forbearance | submit a processing request: |

- Navigate to **CARES > Web Apps > Toolbox/Doc Lookup > LPQ**
  - **Department:** Loan Servicing
  - **Category**: Claims
  - **Queue Name:** Borrower Defense – Opt Out
  - **Task Description:** Clearly document the reason(s) they would like the forbearance removed.

**Note:** Opting out of the forbearance will not impact the borrower defense claim itself.

**4** Document the call.

| Corr Code | Description | Agent Generated or System Generated |
|---|---|---|
| GYP8 | RECEIVED BORR INQUIRY DEFENSE TO REPAYMENT | Agent |
| n/a | Free Form: Write a detailed account of what was discussed/actions taken | Agent |

### Inquiry About Approved/Denied Application

- **When?** A call is received from a borrower who has questions about discharge or refund when a borrower defense (BD) claim has been approved/denied by Federal Student Aid.

| Step | Action |
|---|---|
| 1 | Review the account based on the information requested. See<br>• Application Approved<br>• Application Denied |
| 2 | Document the call. |

| Corr Code | Description | Agent Generated or System Generated |
|---|---|---|
| GYP8 | RECEIVED BORR INQUIRY DEFENSE TO REPAYMENT | Agent |
| n/a | Free Form: Write a detailed account of what was discussed/actions taken | Agent |

## Group Discharges & Settlements

- Borrowers who have applied may be eligible for a financial adjustment if their application was pending for an extended period of time.
- The Department of Education will determine how much debt relief to provide. If the borrower has questions about the amount of debt relief, direct them to Studentaid.gov.
- FSA will notify the borrower and the servicer if the account requires adjustment and if the application has been approved.

### Group Discharge and Settlement Details

| Timeline | Group/Case/School | Details |
|---|---|---|
| June 22, 2022 to August 2024 | • Sweet v. Cardona (formerly Sweet v. DeVos) | **August 2024: Sweet Class Discharges/Refunds**<br>Almost all discharges and refunds for borrowers in the Sweet Class were completed on COMPASS/CLX (prior to MOHELA completing transition to Fiserv servicing systems). The following discharges/refunds occurred for loans while serviced on CLASS/CARES.<br>• In August 2024, per Federal Student Aid (FSA), MOHELA issued lump sum refund checks (one check) for payments made to some loans under the Sweet settlement. Refunds were sent to borrowers and for amounts FSA instructed.<br>  ◦ The refund amount and date will be documented in account history (**CARES>Servicing Dashboard>History>History)** with CORR **MP00** comment **Per FSA request related to Sweet Settlement borrower has been sent a refund of $XXX.XX on MMDDCCYY.**<br>**July 19, 2024:** Federal Student Aid sent email notices to some borrowers on July 19, 2024, who submitted their Borrower Defense to Repayment applications by June 22, 2022, but whose application cannot be approved without revision. These borrowers are being instructed to revise and resubmit a new borrower defense application. Additional information and frequently asked questions are available at StudentAid.gov/announcements-events/sweet-settlement.<br>• **What do these borrowers need to do?**<br>Borrowers need to revise and resubmit their application within six months of the date of the notice. This notice (linked above) provides borrowers with instructions on how to revise and resubmit their application along with the information that needs to be included when they resubmit their application. To resubmit their application, they should visit https://StudentAid.gov/borrower-defense.<br>• **Where can a borrowers get more information?**<br>Borrowers can review additional information about the *Sweet* settlement (including copies of the settlement and the court orders approving the settlement) on the Department's website at https://studentaid.gov/announcements-events/sweet-settlement.<br>The Department and Plaintiffs in the case Sweet v. Cardona have agreed to a settlement, which was granted final approval by the court on November 16, 2022 and was effective as of January 28, 2023<br>**Jan. 28, 2023:** The settlement became effective, and ED started to implement. Although the settlement is final, the court granted a temporary stay (delay) of discharges related to three schools until the court of appeals rules on their motion to stay.<br>**November 16, 2022:** The court granted final approval to the settlement as fair, adequate, and reasonable on. The agreement affects the processing of borrower defense applications filed on or before Nov. 15, 2022. Borrowers whose applications for borrower defense discharges were pending as of June 22, 2022, are "Class Members," while those whose applications were submitted in the period from June 23 to Nov. 15, 2022, are "Post-Class Applicants."<br>**June 22, 2022:** the U.S. Department of Education (ED) and the plaintiffs reached a settlement in the case titled Sweet v. Cardona (formerly Sweet v DeVos).<br>For additional background information on Sweet V Cardona, see https://studentaid.gov/announcements-events/sweet-settlement. |
| May 1, 2024 | • The Art Institutes | The U.S. Department of Education (ED) announced the approval of more than $6.1 billion in student loan relief for nearly 317,000 borrowers who enrolled at any Art Institutes campus on or after Jan. 1, 2004, through Oct. 16, 2017. ED found that that The Art Institutes and its parent company, Education Management Corporation, made pervasive and substantial misrepresentations to prospective students about post-graduation employment rates, salaries, and career services during that time.<br>This group discharge will provide automatic relief to borrowers harmed by The Art Institutes' actions, including borrowers who have not yet applied for borrower defense. ED will begin notifying eligible borrowers today that they are approved for discharges. Borrowers do not need to take any action to receive their discharge.<br>FSA's announcement: https://studentaid.gov/announcements-events/borrower-defense-update |

| | | |
|---|---|---|
| Sept. 20, 2023 | • Phoenix University | The U.S. Department of Education (ED) announced the approval of more than 1,200 borrower defense claims for students who enrolled in the University of Phoenix (Phoenix) between Sept. 21, 2012, and Dec. 31, 2014. These students will receive 100% discharges of their eligible federal student loans, resulting in nearly $37 million of discharges. |
| August 30, 2023 | • Ashford University | The U.S. Department of Education (ED) announced the approval of more than 2,300 borrower defense claims for students who enrolled at Ashford University (Ashford), now known as the University of Arizona Global Campus, from March 1, 2009, through April 30, 2020. These students will receive 100% discharges of their eligible federal student loans, resulting in approximately $72 million of discharges. |
| July 25, 2023 | • CollegeAmerica school with physical campuses in Colorado | The U.S. Department of Education (ED) announced that all borrowers who enrolled at a CollegeAmerica school with physical campuses in Colorado on or after Jan. 1, 2006, through July 1, 2020, will receive 100% discharges of their eligible federal student loans. Approximately 7,400 borrowers will receive approximately $130 million in discharges. |
| August 30, 2022 | • Westwood College (Westwood) | The U.S. Department of Education (ED) announced that all borrowers who attended any Westwood College location between January 1, 2002 and November 17, 2015 will receive 100% discharges of their eligible federal student loans. This will provide relief to borrowers harmed by Westwood's actions, including borrowers who have not applied for borrower defense. Approximately 79,000 borrowers will receive approximately $1.5 billion in discharges. |
| August 16, 2022 | • ITT Technical Institute<br>• Kaplan Career Institute | ED announced that it will discharge all remaining federal student loans that borrowers received to attend ITT Technical Institute (ITT) from Jan. 1, 2005, through its closure in September 2016. This will provide discharges to all federal student loan borrowers who attended ITT during that period, including borrowers who have not yet applied for borrower defense. Approximately 208,000 borrowers will receive discharges of their federal student loans, resulting in nearly $3.9 billion in discharges.<br><br>ED also announced that it will grant borrower defense discharges for approximately 100 borrowers who attended Kaplan Career Institute's Kenmore Square Campus in Boston, MA, and were enrolled in the Medical Assistant or Medical Billing & Coding Program between July 1, 2011, and Feb. 16, 2012. |
| June 2, 2022 | • Corinthian College | ED approved a group discharge for all students with federal student loans who attended a school owned or operated by Corinthian Colleges, Inc. (CCI) from its founding in 1995 to its closure in April 2015. Federal student loan borrowers who attended CCI between 1995 and 2015 will receive discharges of their federal student loans, whether or not they submitted an application for borrower defense. Approximately 560,000 borrowers will receive 100% discharges of their federal student loans, resulting in approximately $5.8 billion in discharges. |
| April 28, 2022 | • Marinello Schools of Beauty | ED determined that all borrowers who enrolled in a Marinello Schools of Beauty (Marinello) program between January 2009 and when Marinello closed in February 2016 will receive 100% discharges of their federal student loans based on a borrower defense group discharge. This will facilitate discharges to borrowers harmed by Marinello's actions, including many who have not yet applied for borrower defense. Approximately 28,000 borrowers will receive around $238 million in discharges. |
| February 16, 2022 | • DeVry University (DeVry)<br>• Westwood College (Westwood)<br>• ITT Technical Institute (ITT) nursing program<br>• | The U.S. Department of Education (ED) announced the approval of approximately 3,800 borrower defense to repayment (borrower defense) claims for students who attended DeVry University (DeVry), Westwood College (Westwood), the nursing program at ITT Technical Institute (ITT), and the criminal justice programs at Minnesota School of Business (MSB) and Globe University (Globe). These students will receive 100% discharges of their federal student loans, resulting in nearly $131 million of relief. |
| Jan 14, 2022 | • Minnesota School of Business (MSB) criminal justice program<br>• Globe University (Globe) criminal justice program | ED processed loan discharges for students affected by Minnesota School of Business (MSB) and Globe University (Globe) bankruptcy cases. Visit the MSB and Globe Developments page for more details. |
| July 9, 2021 | • Court Reporting Institute (CRI)<br>• Marinello Schools of Beauty<br>• Westwood College | ED has approved more than 1,800 borrower defense claims for individuals who attended Court Reporting Institute (CRI), Marinello Schools of Beauty (Marinello), and Westwood College (Westwood). These students will receive 100% loan discharges, resulting in approximately $55.6 million in student loan discharges. |
| June 16, 2021 | • ITT Technical Institute | ED will award 100% discharge of loans for 18,000 borrowers who attended ITT Technical Institute (ITT) and whose borrower defense claims have been approved. These borrowers will receive cumulative loan discharges totaling approximately $500 million. |

## Interest & Tax

- The Department of Education might waive interest on the federal student loans that it holds for the period between the date the application was submitted and the date of the borrower's notification email.
    - This will show as transaction code 207 - CASH/CREDIT-NO PMT COUNTER INCREMENT
    - Note: This is for informational purposes ONLY. All questions regarding the amount of relief must be directed to Studentaid.gov.
- Effective tax year 2020, Borrower Defense discharges will not be considered taxable income. Borrower Defense discharge amounts during tax year 2020 will NOT be reported on 1099s or to the IRS.

## Application Approved

- The Department of Education determines how much debt relief to provide and notifies MOHELA when to discharge loans.

| Discharge Information | Details |
|---|---|
| Approval Notification | • FSA will notify the borrower and the servicer if the account requires adjustment and if the application has been approved.<br>• Loan Servicing will submit **LPQ – FSA Approved Write Off Borrower Defense** to Accounting to process the discharge. |
| Discharge | • Accounting will<br>  ◦ Enter CORR<br>    ▪ **Full Discharge:** GM1E – FULL DISCHARGE POSTED – BORROWER DEFENSE.<br>    ▪ **Partial Discharge:** GM1D – PARTIAL DISCHARGE POSTED – BORROWER DEFNSE<br>  ◦ Send discharge notice<br>    ▪ **L257** - Borrower Defense to Repayment Discharge – Individual Approval letter.<br>    ▪ **L704** – Borrower Defense to Repayment Discharge – Group Approval letter.<br>  ◦ Apply Discharge under financial Tran Codes 294/295.<br>  ◦ Loans fully discharged will change to PIFD - Paid in Full by Discharge. |
| Borrower Payments /Refunds | • For loans discharged under Borrower Defense, other than under Sweet v. Cardona, any payments made on the discharged loan(s) will be reapplied, first to the remaining balance of any non-discharged loans then to the remaining balance on any other outstanding Direct loans. For information on refunds under Sweet v. Cardona, see Discharge and Settlement Details > Sweet v. Cardona (formerly Sweet v. Devos).<br>• If no balance remains, the payments will be refunded.<br>• The amount of the refund cannot be determined until Accounting notes the account. Accounting will CORR **MP00** with the refund amount.<br>• Refunds will reflect in CARES under individual financial Trans Codes.<br>  ◦ **604**: Individual Payments<br>  ◦ **650/659**: Lump sum refunds (refund amounts instructed by FSA)<br>  ◦ **660**: Credit balance refunds<br>• Refund amounts will be sent to the borrower in one check from the U.S. Department of the Treasury. |
| Credit Bureau and NSLDS Reporting | • T he Credit Bureaus will be notified of the discharge and any negative reporting associated with the discharged loans will be removed.<br>  ◦ Updated credit reporting will be sent to the nationwide Consumer Reporting Agencies (CRAs) within 30-days from the time the discharge was completed. MOHELA cannot determine when CRAs will update their data. |

| | |
|---|---|
| | • The discharge will be reported to NSLDS no more than 10 business days from the time the discharge was completed. |
| Discharge Reversal | • Federal Student Aid (FSA) may subsequently decide that an approved discharge needs to be reversed. |

## Application Denied

- Federal Student Aid (FSA) will notify the borrower and MOHELA when the application has been denied.
- Loan Servicing will:
  - shorten the non-capping forbearance.
  - add CORR code **ML00** or **TL00** with comment **ADJUSTED BD FORN FROM XX/XX/40 TO END ON XX/XX/XX** .
    - Note that the BD FORN will also be adjusted to end if the borrower opts out. Navigate to **CARES > Web Apps > Toolbox/Doc Lookup > LPQ >Task History** to determine if the FORN was adjusted due to opt out.
      - **Department:** Loan Servicing
      - **Category:** Claims
      - **Queue Name:** Borrower Defense – Opt Out
- The loan will enter repayment, and the borrower will be responsible to repay the loan.

Confidential and Proprietary Information of MOHELA