# EXHIBIT 11

**From:** Lester, Shelley - x3132
**To:** Seth, Bradley - p3453
**Subject:** FW: CR6346- Team has questions
**Date:** Thursday, December 1, 2022 7:19:21 AM

---

**From:** Phillips, Debra <Debra.Phillips@ed.gov>
**Sent:** Wednesday, November 30, 2022 7:48 AM
**To:** Farmer, Jennifer - x3484 <FarmerJ@MOHELA.com>
**Cc:** Martinelli, Nicholas <Nicholas.Martinelli@ed.gov>; Cox, Brenda <Brenda.Cox@ed.gov>; Elvis Taylor <Elvis.Taylor@ed.gov>; Lowe, Eddie <Eddie.Lowe@ed.gov>; Grp.FC-CR <grp.fc-cr@MOHELA.com>
**Subject:** RE: CR6346- Team has questions

Good morning! Here are the responses to your questions.

1. Please provide details about FSA's planned process for discharging consolidation loans via BD automation. What will the original servicer get in the BD file vs. what will the consolidation servicer get? Will underlying loans that PIF through consolidation and later transferred due to decommissioning be included in the files?
   Direct and ED-held loans that were consolidated will be sent to the underlying servicer to process the discharge and provide a consolidation adjustment to the consolidation originator (T1DL and SPC3). Non-ED held loans that were consolidated will be sent to the current consolidation servicer to process the discharge on the consolidation loans (T1FP).

2. Should MOHELA place the forbearance on a loan that has previously received any type of discharge?
   The forbearance should be placed on all current loans included in the file until the processing is complete. If a loan has been previously discharged it would not require a forbearance.

3. Can FSA please provide a beta sample file with the correct naming convention, header and trailer record, some actual borrower accounts for MOHELA to review?
   Yes, this is something we can provide.

4. What loan types will be received in the file layout? Will it be Alpha-numeric or a code like "D1" and can FSA provide the potential LOAN_TYPE options that we will receive?
   The file layout calls for a 2 character codes – Direct Loans are D0-D9 and non Direct loans are SF, SU, PL, PU and NU.

5. What does "All Processing Complete" mean in the response file? Should we use the discharge date or the date that any refunds/reallocation is complete, if needed?
   Processing complete means all processing is complete, including refunds/reallocation as necessary. Discharge date may be earlier than All Processing Completed date.

---

**From:** Farmer, Jennifer - x3484 <FarmerJ@MOHELA.com>

**Sent:** Thursday, November 17, 2022 7:53 PM
**To:** Martinelli, Nicholas <Nicholas.Martinelli@ed.gov>; Cox, Brenda <Brenda.Cox@ed.gov>
**Cc:** Taylor, Elvis <Elvis.Taylor@ed.gov>; Lowe, Eddie <Eddie.Lowe@ed.gov>; Grp.FC-CR <grp.fc-cr@MOHELA.com>
**Subject:** CR6346- Team has questions

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Good evening,

As MOHELA continues to work through our Ongoing Cost for CR 6346, we have the following questions:

1. Please provide details about FSA's planned process for discharging consolidation loans via BD automation. What will the original servicer get in the BD file vs. what will the consolidation servicer get? Will underlying loans that PIF through consolidation and later transferred due to decommissioning be included in the files?
2. Should MOHELA place the forbearance on a loan that has previously received any type of discharge?
3. Can FSA please provide a beta sample file with the correct naming convention, header and trailer record, some actual borrower accounts for MOHELA to review?
4. What loan types will be received in the file layout? Will it be Alpha-numeric or a code like "D1" and can FSA provide the potential LOAN_TYPE options that we will receive?
5. What does "All Processing Complete" mean in the response file? Should we use the discharge date or the date that any refunds/reallocation is complete, if needed?

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
The information in this email is confidential and may be legally privileged. If you have received this email in error please notify the sender immediately. MOHELA reserves the right to record all email sent to and from this address and may, at its sole discretion, archive, monitor and/or review said email. MOHELA does not accept responsibility for any loss or damage arising from the use of this email or attachments. Any views or opinions expressed in this email are solely those of the author and do not necessarily represent those of MOHELA.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *