# EXHIBIT 13

**From:** Jennings, Colby
**To:** "DMCS Contracts"; "Lindbloom, Niev E"; "Karen M Smith/MAXIMUS"; "Amy L Seeley/MAXIMUS"; "Chamberlin, Amanda M"; Hadley, John; "Brown, Jamie"; "Amy.Goheen"; "z-NelnetBorrowerDefense@nelnet.net"; "z-Nelnet-FSA-PMO"; "BorrowerDefense@edfinancial.com"; "Heather Ryder"; Analysts-Compliance; grp.FC-Reporting; "Gramlich, Linda - ADVS"; "HeatherMcmanus@aidvantage.com"; "Palmiotto, Michael - ADVS"; "Zachery Suits"; "Jamie Beeler"; "Aidvantage PMO"
**Cc:** Burris, Joshua; Wohlfiel, Luz; Moghaddam, George; Tyrrell, Pete; Bryant, Michael; Krobath, Christopher; Colby Jennings; Adams, Brenda; Illes, Michael; Hines, Niambi; Brown, Janis; Owen, Nicholas O.; FSAVendorManagementTeam; LaVia, Mark; USDSCORTEAM; FSA Borrower Defense Ops; Curran, Frank D.; FSA ACQ Loan Servicing Team
**Subject:** USDS - Borrower Defense Approvals - 06/11/2024 - [Group] Westwood (Retriggers)
**Date:** Tuesday, June 11, 2024 11:48:11 AM
**Attachments:** image001.png
583_Approvals_061124_Westwood.xlsb
580_Approvals_061124_Westwood.xlsb
500_Approvals_061124_Westwood.xlsb
578_Approvals_061124_Westwood.xlsb
507_Approvals_061124_Westwood.xlsb
556_Approvals_061124_Westwood.xlsb

---

**Caution:** This email originated from outside the organization. Please take care when clicking links or opening attachments.

Servicers/DMCS,

Following reconciliation of Westwood group discharge files, attached you will find approval files for loans that have been identified as transferred to new servicers per NSLDS. All approved borrower defense borrowers must be placed in a non-capping borrower defense administrative forbearance. Please ensure that the forbearances are added immediately to ensure borrowers are not billed, which should remain in effect until the loans have been discharged or you have been instructed by FSA to remove the forbearance.

Current SEAD Quarterly PW.

Let us know if you have any questions.

Thank you!

**Colby Jennings**
**Borrower Processing Division – Borrower Defense**
**Contracting Officer's Representative (USDS)**
Delivery Systems and Extended Workforce Support
Student Experience and Aid Delivery
U.S. Dept. of Education | Federal Student Aid
830 First St NE, Washington D.C., 20202
202-213-3744 (Mobile)
202-453-4902 (Desk)