# EXHIBIT 15

# Borrower Defense Forbearance on Consolidation Loans (Group)

**From:** "Tsilakis, Nikolas" <nikolas.tsilakis@ed.gov>
**To:** "Hadley, John" <john.hadley@nelnet.net>; "Brown, Jamie" <jamie.brown@nelnet.net>; Tonya ODaniel <todaniel@glhec.org>; "Werner, Allen" <awerner@glhec.org>; Amy.Goheen <amy.goheen@nelnet.net>; Matt.Stover <matt.stover@nelnet.net>; z-nelnetborrowerdefense@nelnet.net; borrowerdefense@edfinancial.com; Analysts-Compliance <analysts-compliance@edfinancial.com>; Anthony Hussein/MAXIMUS <anthonyhussein@maximus.com>; Douglas C Seeley/MAXIMUS <douglascseeley@maximus.com>; grp.BDDischarges <grp.bddischarges@mohela.com>; Karen M Smith/MAXIMUS <karenmsmith@maximus.com>; aher@glhec.org; heathermcmanus@maximus.com; lindagramlich@maximus.com; "Leiby, Wendy" <wendyleiby@maximus.com>; michellemarsh@maximus.com; theresaelms@maximus.com; "Knoche, Karen" <karenknoche@maximus.com>; "Palmiotto, Michael" <michaelpalmiotto@maximus.com>
**Cc:** "Campbell, Patrick" <patrick.campbell@ed.gov>; "LaVia, Mark" <mark.lavia@ed.gov>; "Hardiman, Darrick" <darrick.hardiman@ed.gov>; "Szathmary, Michael" <michael.szathmary@ed.gov>; Lisa Tessitore <lisa.tessitore@ed.gov>; "Wohlfiel, Luz" <luz.wohlfiel@ed.gov>; "Bryant, Michael" <michael.bryant@ed.gov>; "Wise, Mark" <mark.wise@ed.gov>; Elvis Taylor <elvis.taylor@ed.gov>; "Lowe, Eddie" <eddie.lowe@ed.gov>; "Washington, Patrice" <patrice.washington@ed.gov>; "Brown, Janis" <janis.brown@ed.gov>; "Owen, Nicholas O." <nicholas.owen@ed.gov>; "Myers-Wright, Helena" <helena.myers-wright@ed.gov>; "Galleguillos, Ruben" <ruben.galleguillos@ed.gov>; "Clark, Nita" <nita.clark@ed.gov>; "Bryson, Jane" <jane.bryson@ed.gov>; "Piccolo, Marc" <marc.piccolo@ed.gov>; "Hines, Niambi" <niambi.hines@ed.gov>; "Illes, Michael" <michael.illes@ed.gov>; "Jerreld, Wendy" <wendy.jerreld@ed.gov>; TivasReports <tivasreports@ed.gov>; FSAVendorManagementTeam <fsavendormanagementteam@ed.gov>; Colby Jennings <colby.jennings@ed.gov>
**Date:** Thu, 26 Oct 2023 13:14:28 +0000
**Attachments:** Consol Loan List for Forbs (GROUP).xlsx (5.18 MB)

**Caution:** This email originated from outside the organization. Please take care when clicking links or opening attachments.

Servicers:

Now that the payment pause has ended, and in recognition of the volume of Borrower Defense discharges pending discharge, FSA has determined that borrowers approved for Group borrower defense discharge will also need to have their Direct Consolidation loan(s) placed into a forbearance if the underlying loans have not yet been discharged and the consolidation loan adjusted. Normally, with Group discharges, only those loans approved for discharge are placed onto a forbearance upon receipt of the discharge request; however, as in many cases, the servicer of the underlying loan to be discharged is not the servicer of the Direct Consolidation loan.

Attached is a list of all active-balance Consolidation loans that do not have a discharge reported in NSLDS, or whose underlying loan has not yet been reported as discharged in NSLDS. Please review this list and place any Consolidation loan you have on your servicing system into a Borrower Defense forbearance if they are not already in a forbearance or in another approved status such as $0 IDR or deferment. As per existing requirements, these loans should remain in forbearance until FSA instructs you to end the forbearance.

Please acknowledge receipt of this email. Let us or your liaison know if you have any questions. Please have the forbearances added to these loans by close of business on Wednesday, November 1, 2023, and provide confirmation when all forbearances have been added.

Thank you!

(Oct-Dec SEAD pwd)

**Nikolas G. Tsilakis**
Management and Program Analyst
Borrower Processing Division
Student Experience & Aid Delivery

Office: 202-987-1094
Mobile: 717-571-6237
nikolas.tsilakis@ed.gov

Federal Student Aid