# EXHIBIT 17

# CLX SECURE MESSAGING

**Borrower Name:** JEFF PLAMONDON – [CA]

**Borrower SSN:** [redacted]

**Account No.:** [redacted]

# ***Transitioned to FISERV 5/07/2024

Secure Message History -

Page Size: 10 20 50 100

| | Message Type | Subject | Threads | Thread Created Time | Resend |
|---|---|---|---|---|---|
| – | Paperless | Forbearance Interest Accrual Reminder | 1 | 2/27/2024 12:19:46 PM | Resend |

| Source | Body | Created Time | Attachments | Created By | InteractionID |
|---|---|---|---|---|---|
| Mohela | Forbearance Interest Accrual Reminder | 2/27/2024 12:19:46 PM | Forbearance Interest Accrual Reminder | Mailstream | |

| | Message Type | Subject | Threads | Thread Created Time | Resend |
|---|---|---|---|---|---|
| – | Secure Messaging | Complaint | 2 | 7/18/2023 9:39:09 AM | |

| Source | Body | Created Time | Attachments | Created By | InteractionID |
|---|---|---|---|---|---|
| Mohela | Dear Jeff Plamondon,Thank for contacting MOHELA. At this time we have not yet received updates regarding your ongoing Borrower Defense case and your loans remain on the COVID-19 Forbearance. Please continue to refer to the Borrower Defense Hotline number as it is the Department of Education that conducts the Borrower Defense discharge process.If you have other questions please contact us at the number listed below.Sincerely,Customer Advocacy TeamPhone 888.866.4352 Fax 866.222.7060 TDD Dial 711 7A-8P M, 7A-7P T-W, 7A-5P TH-F CTCorrespondence: 633 Spirit Drive, Chesterfield, MO 63005-1243Payment: Department of Education – MOHELA, PO Box 790233 St. Louis, MO 63179-0233mohela.com fb.com/MOHELA.usa @MOHELAThis message, from a debt collector, is an attempt to collect a debt. Any information obtained will be used for that purpose.California residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877.FTC.HELP or www.ftc.gov. | 8/1/2023 11:28:11 AM | | Jinneth.Salazar Stephen | 1001156216 |
| Borrower | Back on November 17, 2022 I got an email from the DOE saying. "Dear Jeff Plamondon: Subject: Student Loan Discharge Based on Borrower Defense Evidence The Department of Education ("Department") has determined that the loan(s) you received to attend a school owned and operated by ITT Technical Institute from January 1, 2005 through its closure in September 2016 are eligible for full loan discharge. This means the remaining balance on the loan(s) will be forgiven. You do not have to make any more payments on the loan(s). Your loan(s) will be discharged as part of a Department action ("Group Discharge") to discharge all outstanding loans for attendance at ITT Technical Institute that first began from January 1, 2005 through closure in September 2016 after finding that it engaged in widespread misconduct that violated state consumer protection laws and/or made widespread substantial misrepresentations about its educational programs, both of which are grounds for borrower defense to repayment under the borrower defense regulations (34 C.F.R. ~~ 685.206 and/or ~~ 685.222). The Department is discharging your loans without requiring you to file an application because of the pervasive and widespread nature of the school's conduct. You also may receive a refund for prior payments made to the Department on your discharged loan(s) related to ITT Technical Institute. Your servicer will let you know if you are eligible for a payment refund, which would be mailed to you. Please check your online account with your loan servicer to ensure your address is correct so you can receive any refund. Otherwise, you do not have to take any further action to receive your discharge. Your credit report will also be updated to reflect this discharge when it is complete. If you do not wish to accept this discharge, please contact your servicer within 30 days of receiving this letter. It will take the Department some time to process your discharge. Until the Department completes its work, your eligible loan(s) from ITT Technical Institute will remain paused in forbearance/stopped collections, and we will not ask you to resume making payments. If your loan(s) are in default, we will not attempt to collect on the loan(s) being discharged. If you have other loans not covered by this group discharge, you will enter repayment and/or collections when the national pause on student loan repayment and collections ends. If you have questions about this notice, please call our borrower defense hotline at 1-855-279-6207 from 8:00-8:00 ET on Monday-Friday or from 11:00-5:00 ET on Saturday or Sunday. It has now been 8 months and I have herd nothing yet and with student payments starting up again. What is the status of this. | 7/18/2023 9:39:09 AM | | Web 6719085 | |