# EXHIBIT 19

# CLX – IDQ

**Borrower Name:** JEFF PLAMONDON – [CA]

**Borrower SSN:** [redacted]

**Account No.:** [redacted]

## ***Transitioned to FISERV 5/07/2024

Top 10 IDQ Tasks for the Borrower

| QueueKey | Assigned Department | Status | DL | FFELP | RecipientSSN | Queue | Task Description | # Att | Requested Department | CreatedBy | CreatedTime |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10235177 | LOAN SERVICING | Completed | True | False | 607039751 | Borrower Defense Admin Forb | Unless a specific end date is provided, the admin forb will end on 1/1/2040. Dates of forbearance: Bwr granted BD forb by FSA. Plcd BD forb (32) 09.01.23-01.01.40 | | LOAN SERVICING | TERONYAG | 8/24/2023 3:41:38 PM |
| 8413943 | FEDERAL CONTRACTS | Completed | True | False | 607039751 | Post Consolidation Adjustments | Post adj from file NAtoMOTLC111822b | | ACCOUNTING | DEMETRIAK | 2/8/2023 2:27:23 PM |