# EXHIBIT 20

MOHELA®
A Department of Education Servicer

Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION

August 30, 2023

ACCT NUMBER: [redacted]

#BWBBLCY
#B060 2589 5408 31L2#
JEFF M PLAMONDON
13352 CRABAPPLE ST
MORENO VALLEY CA 92553-6978

Your eligible loans have been placed on the Saving on a Valuable Education (SAVE) IDR Repayment Plan. If you were previously on the Revised Pay As You Earn (REPAYE) Income-Driven Repayment (IDR) Plan, it has been replaced by the SAVE Plan. This letter includes more information about the SAVE plan.

**New Monthly Payment Amount:** $165.81

**IDR Repayment Plan:** SAVE

**# of Monthly Payments Scheduled for the Plan:** 12

**First Scheduled Due Date for this Plan*:** 10/18/2023

*If you are currently on a deferment or forbearance, repayment of your loan(s) will occur after your deferment or forbearance ends. Watch for a bill when it s time for your first payment.

Repayment of your loan(s) will occur when your current deferment or forbearance ends.

**NEW: SAVE Plan Replaces the REPAYE Plan to Offer Lower Monthly Payments**

Borrowers on the REPAYE Plan automatically get the benefits of the new SAVE Plan.

The SAVE Plan, like other IDR plans, calculates your monthly payment amount based on your income and family size. The SAVE Plan provides the lowest monthly payments of any IDR plan available to nearly all student loan borrowers.

The SAVE plan differs from other income-driven repayment plans in several ways:

- The SAVE Plan increases the discretionary income exemption from 150% to 225% of the poverty line.
- The plan eliminates 100% of remaining interest for both subsidized and unsubsidized loans after a scheduled payment is made under the SAVE Plan.
- The SAVE Plan excludes spousal income for borrowers who are married and file separately.

**Annual Recertification**

OS06BAPIDR 86000000068438543

You won t be required to recertify before payments restart in October 2023, and the earliest you could be required to recertify is six months after the payment pause ends. If your recertification date falls between now and six months after the pause ends, it will be pushed out by one year.

When you do recertify next, for your convenience, you can provide consent for the Department of Education (ED) to obtain your federal tax information directly from the IRS; this will enable ED to automatically recertify your IDR plan annually. Otherwise, we ll send you a reminder prior to the recertification due date.

**What to expect**

We ll send you a billing statement that shows your new monthly payment amount at least 21 days before your due date. Be sure your contact information is updated at mohela.com so you don t miss important updates.

**Do You Work in Public Service? Consider Public Service Loan Forgiveness (PSLF)**

If you re employed by a government or not-for-profit organization, you might be eligible for the Public Service Loan Forgiveness (PSLF) Program. The PSLF Program forgives the remaining balance on your Direct Loans after you ve made 120 qualifying monthly payments under a qualifying repayment plan while working full-time for an eligible employer. Learn about PSLF at StudentAid.gov/publicservice.

**Protecting Your Privacy**

View the Privacy Policy on mohela.com. It's also available upon request by calling.

**LOAN INFORMATION**

| LOAN SEQUENCE | OWNER NAME | LOAN PROGRAM | DISBURSEMENT DATE | CURRENT BALANCE |
|---|---|---|---|---|
| 1 | DEPT OF EDUCATION | DLSCNS | 10/13/2022 | $17,242.81 |
| 2 | DEPT OF EDUCATION | DLUCNS | 10/13/2022 | $17,279.60 |