# EXHIBIT 21

MOHELA®
A Department of Education Servicer

Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION

#BWBBLCY
#B060 2589 5412 20L9#
JEFF M PLAMONDON
13352 CRABAPPLE ST
MORENO VALLEY CA 92553-6978

ACCT NUMBER: [redacted]

REVIEW CAREFULLY –
YOU MAY HAVE
PAYMENTS DUE SOON

YOUR STUDENT LOAN REPAYMENT DETAILS

You are receiving the enclosed Repayment Obligation/Schedule Disclosure Statement because one or more of your loans is entering into repayment. The reason for entering into repayment varies by loan program, therefore please refer to **How to Read Your Repayment Obligation** for more information.

**Important Information About the Repayment Obligation/Schedule Disclosure Statement**

- If you did not select a repayment plan or you were not eligible for the repayment plan you selected, your loan(s) were disclosed on the Standard Repayment Plan (L).
- You have the option to make more frequent or additional payments at any time.
- This is an estimate of repayment and may be recalculated in the future to pay off within the number of months allowed for your loan program.
- If more than one loan is or will be entering into repayment, you may receive separate Repayment Obligation/Schedule Disclosure Statements.

**Important Information to Manage Your Loan(s)**

- Log into mohela.com to manage your loan(s) and contact information online.*
- Monthly billing statements will be sent to you at least 20 days prior to your due date.
- You can request to change your due date.
- You can request to change your repayment plan at any time – Review the enclosed **Overview of Repayment Plans** for more information.*
- Options to postpone payment through deferment or forbearance, discharges, cancellations, forgiveness and consolidation may be available.*

*Subject to eligibility requirements, please refer to mohela.com or studentaid.ed.gov for more information.

Here are some key things you can do to stay on track with your student loans:

**Explore an Income-Driven Repayment (IDR) Plan:** Payments are based on your income and family size, and may be as low as $0. And right now, you can self-report this information. Apply for IDR on StudentAid.gov, through the Repayment Plan Evaluator on mohela.com, or by contacting us.
**Never Miss a Payment:** Sign up for Auto Debit on mohela.com to have your payments automatically taken from your bank account. By enrolling, you may be eligible for a 0.25% interest rate reduction.
**Go Paperless:** See important electronic correspondence sooner on mohela.com. Sign up on mohela.com.

## HOW TO READ YOUR REPAYMENT OBLIGATION

**Accrued Unpaid Interest to be Capitalized**: Amount of unpaid interest accrued from the first disbursement date to the date the repayment period begins which will capitalize (added to principal) if not paid. Interest accrues daily.

**Amount to be Repaid**: Unpaid principal balance, plus accrued unpaid interest to be capitalized.

**Disbursement Date**: Date a loan was first disbursed (loan(s) may include multiple disbursements).

**Estimated Amount to Be Repaid**: Estimate of the total amount to repay based on the unpaid principal balance and accrued unpaid interest (accrued unpaid interest to be capitalized and interest payable over the life of the loan(s)). This excludes the $0.00 you've already paid.

**Interest Payable**: Total interest payable during the repayment period.

**Interest Rate**: Rate charged to borrow the student loan. May be a fixed or variable interest rate.

**Loan Program**: Type of student loan. Refer to the table below for more information regarding the loan program and the reason for this statement.

| Loan Program Abbreviation | Loan Program Name | Reason Loan Programs Enter Into Repayment |
|---|---|---|
| DLSTFD | Direct Subsidized Stafford | No longer enrolled at least half time and the grace period is/has ended. |
| DLUNST | Direct Unsubsidized Stafford | |
| DLPLGB | Direct Student PLUS (Graduate PLUS) | Fully disbursed loans. No grace period for this program. School deferment may have been placed based on enrollment and request. |
| DLPLUS | Direct Parent PLUS | |
| DLSCNS | Direct Subsidized Consolidation | Consolidation process is complete. |
| DLUCNS | Direct Unsubsidized Consolidation | |
| DLCNSL | Direct Consolidation | |
| DLPCNS | Direct Parent PLUS Consolidation | |
| DLSSPL | Direct Subsidized Spousal Consolidation | |
| DLUSPL | Direct Unsubsidized Spousal Consolidation | |
| DLSPCN | Direct Spousal Consolidation | |
| TEACH | Direct TEACH | Once a TEACH grant is converted to a loan and the grace period is/has ended. |
| STFFRD | Federal Subsidized Stafford | No longer enrolled at least half time and the grace period is/has ended. |
| UNSTFD | Federal Unsubsidized Stafford | |
| PLUS | Federal Parent PLUS | Fully disbursed loans. No grace period for this program. School deferment may have been placed based on enrollment and request. |
| SUBCNS | Federal Subsidized Consolidation | Consolidation process is complete. |
| UNCNS | Federal Unsubsidized Consolidation | |
| CNSLDN | Federal Consolidation | |

Rehab loans previously defaulted and recently completed loan rehabilitation are in the process of being transferred to MOHELA for servicing.

**Monthly Due Date**: When the payment is due to MOHELA.

**Number of Payments**: Number of monthly payments scheduled.

**Payment Amount**: Monthly payment due for this loan. The new payment amount(s) is effective on the due date listed on the enclosure.

**Payment Start Date**: Date the first payment amount will be due.

**Principal Balance**: Principal amount remaining to be paid. May include capitalized interest. This is not the payoff amount.

**Repayment Plan**: Repayment plan type (Abbreviation).

**Repayment Plan Description**: Full name of the repayment plan type. Learn more in the attached documents about repayment plans or visit mohela.com and studentaid.gov.

**Repayment Start/ Deferment End Date**: Date a loan entered repayment or a school deferment ends.

**Student**: First name of the student for which the PLUS loan disbursed (if applicable).

**Total Amount to be Repaid**: Total amount to repay based on the unpaid principal balance and accrued unpaid interest to be capitalized and interest payable over the life of the loan(s).

**Total Current Payment Due Monthly**: Amount due monthly for all loans listed on this Repayment Obligation.

**Unpaid Principal Balance**: Sum of unpaid principal for all loans listed on this Repayment Obligation may include capitalized interest (added to principal balance).

## Repayment Obligation / Schedule Disclosure Statement

This document is the Repayment Schedule Disclosure Statement which is provided for in the promissory note(s) you signed under the Federal Family Education Loan Program or William D. Ford Federal Direct Loan Program. You must repay your loan(s) in compliance with the schedule set forth below.

**Summary of Loans Entering Repayment:**

| Disb Date | Loan Program | Repay Start / Defer End Date | Principal Balance | Interest Rate | Repayment Plan | Payment Amount | Monthly Due Date |
|---|---|---|---|---|---|---|---|
| 10/13/2022 | DLSCNS | 10/13/2022 | $17,294.75 | 6.500% | EL | $116.50 | 18 |
| 10/13/2022 | DLUCNS | 10/13/2022 | $17,279.60 | 6.500% | EL | $116.39 | 18 |

**Total Current Payment Due Monthly:** $232.89 **(see back for additional repayment term details)**

**Estimated Total to be Repaid:**

| | | |
|---|---|---|
| Unpaid Principal Balance | | $34,574.35 |
| Accrued Unpaid Interest to be Capitalized* | + | $0.00 |
| Amount to be Repaid | = | $34,574.35 |
| Interest Payable | + | $35,286.57 |
| Total Amount to be Repaid | = | $69,860.92 |

* Excludes the $0.00 you've already paid

| Repayment Plan | Repayment Plan Description | Number of Payments | Payment Amount | Payment Start Date |
|---|---|---|---|---|
| EL | EXTENDED LEVEL | 299 | $232.89 | 09/18/2023 |
| | | 001 | $226.81 | 08/18/2048 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Student Name (Parent PLUS Loans Only):**

| Disb Date | Loan Program | Student |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Disb Date | Loan Program | Student |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**INTEREST ACCRUAL & CAPITALIZATION**

Interest accrues (builds) daily on loans, beginning with the first disbursement date. Any unpaid interest will be capitalized and added to the principal balance when the loans enter repayment. After repayment begins, interest will continue to accrue daily on the principal balance until that balance is paid in full. The U.S. Department of Education pays the interest on Direct Subsidized Loans while you're in school at least half-time, for the first six months after you leave school (grace period) and during a period of deferment. Interest capitalization occurs any time unpaid accrued interest is added to the outstanding principal balance of the loan. Capitalized interest means more expense - it increases the loan principal and the monthly payment amount under most repayment plans and causes more interest to be paid throughout the life of the loan. The actual amount of interest that capitalizes depends on factors such as the loan amount, interest rate and length of the deferment/forbearance. This example uses an interest rate of 8.25%.

| During Deferment/Forbearance | Loan Amount | Capitalized Interest for 12 months | Principal to be Repaid | Monthly Payment (Rounded) | Number of Payments | Total Amount to Repay |
|---|---|---|---|---|---|---|
| When interest is paid | $15,000 | $0 | $15,000 | $184 | 120 | $23,318* |
| When interest is not paid | $15,000 | $1,238 | $16,238 | $199 | 120 | $23,880 |

* This includes $1,238 of interest you paid during the deferment/forbearance.
**Result:** If you pay the interest during the deferment/forbearance, you will pay $15 less per month and $562 less over the life of the loan.

**PAYMENT INFORMATION**

**Mailing Address**: Department of Education MOHELA, PO Box 790233, St. Louis, MO 63179-0233
**Auto Debit:** Automatic monthly payments electronically debited from your bank account may provide a 0.25% interest rate reduction. Apply on mohela.com.
**Pay by Phone:** Call 888.866.4352, 24/7.
**Bill Pay:** Use your bank's online bill pay service.
Payoff Loan(s): Visit mohela.com or call 888.866.4352 for a payoff amount.
**Payments Made by Check:** You authorize us to make a one-time electronic fund transfer from your bank account or to process the payment as a check transaction. Funds may be withdrawn from your bank account the same day we receive your payment, and you will not receive your check back from your financial institution.

**DIFFICULTY MAKING PAYMENTS**

**Repayment Plans (based on loan program and other factors):** Standard, Graduated, Extended, Income-Based, Income-Contingent, Pay As You Earn and Revised Pay As You Earn. Different plans may offer you a lower monthly payment. To select a different repayment plan or for details about ways to keep your student loan on track, including consolidation, call 888.866.4352, visit mohela.com or the U.S. Department of Education's website at studentaid.gov.
**Deferment/Forbearance Periods:** Visit mohela.com or studentaid.gov for a list of these options and eligibility requirements or call 888.866.4352. These options do not remove the obligation to repay your loan(s). Accrued interest can be paid at any time.

**DEFERMENT/FORBEARANCE**

**During Deferment/Forbearance:** These options may be declined or requested to end at any time. If applicable, Auto Debit will suspend including the 0.25% interest rate reduction.
**At the End of Deferment/Forbearance:** Repayment will resume according to the terms of your promissory note, the due date may change and unpaid accrued interest may capitalize. An Interest Notice may be sent regarding accrued interest and whether it is expected to capitalize. If applicable, Auto Debit will resume including the 0.25% interest rate reduction.

**PAYMENT APPLICATION**

**Standard Payment Application:** Payment applies first toward outstanding accrued interest then to the principal balance. Past due amounts are satisfied first, followed by current due amounts. Payments are distributed proportionally across all loans unless you request otherwise.

**Additional Payments & Paying Ahead:** You may make additional payments greater than the installment amount at any time without penalty. If you pay more than your total amount due and at least a portion of your future bill, your account is paid ahead. Additional payments apply to your principal balance after all outstanding interest is satisfied. Interest continues to accrue between payments. Additional payments may not qualify for Public Service Loan Forgiveness and your due date cannot be advanced beyond your annual income-driven repayment (IDR) anniversary date. Borrowers with $0.00 payments on an IDR Plan cannot advance their due date ("pay ahead"). If you actively participate in Auto Debit, your installment amount and any additional amount requested will be extracted from your bank account even if your due date has been advanced. Visit mohela.com/payingahead or call us to learn more about additional payments and paying your account ahead.

**Partial Payments:** Standard Payment Application is used for payments less than the required monthly installment amount. If you submit special payment instructions and select a payment amount that does not satisfy the total amount due, your account may become delinquent.

**COLLECTION CHARGES**

You are liable for all costs, including (but not limited to) reasonable attorney fees, court costs and collection agency fees incurred as a result of the collection of your delinquent payments.

**CONSUMER CREDIT REPORTING**

The status of your student loan(s) is reported monthly to the nationwide consumer reporting agencies. If your account is past due, late payments may be reported. Late or missed payments or defaults reflected on your consumer credit report will adversely affect your consumer credit rating.

**DEFAULT**

If you fail to make payments and your loan becomes more than 270 days delinquent, your loan is in default. Default is serious and could result in legal or other actions such as loss of tax refunds, collection charges, attorney fees, loss or denial of professional license, negative credit reports and administrative wage garnishment. You can avoid delinquency and default by making your payments by the due date each month. To help you successfully repay your loans, a variety of repayment options are available. If you default, you may be able to remove the default by completing the rehabilitation program. If your interest rate has been discounted and you default on the loans, the interest rate will no longer be discounted.

**SUBMITTING SPECIAL PAYMENT INSTRUCTIONS**

**One-Time Payment Instructions:** To request special payment instructions when making an additional or partial payment, submit your request via one of the following:

- **Web** – Log into mohela.com to make a payment and target your payment to be applied to a specific loan or set of loans.
- **Phone** – Speak to a customer service representative at 888.866.4352.
- **Mail** – Include specific instructions on how you want your payment applied. Include the amount, disbursement date, loan type and indicate this is a one-time payment instruction. Send instructions to MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243.

**Standing Payment Instructions:** To never pay your account ahead when you make future payments that are greater than your installment amount due (See "Additional Payments & Paying Ahead"), or to provide instructions for how you want all ongoing payments applied, include a separate document with your payment and allow extra processing time. Submit your recurring request via mail. Include specific instructions on how you want ongoing payments applied. Include the amount, disbursement date, loan type and indicate this is a standing payment instruction. Send instructions to MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243.

**STUDENT LOAN BENEFITS**

**Direct Loan Up-Front Rebate –** If you have a Direct Subsidized Stafford, Direct Unsubsidized Stafford, or Direct PLUS Loan disbursed on or after July 1, 2000 through June 30, 2012, you have received an up-front rebate. To keep this rebate, you must make timely full installment payments for your first 12 payments. Full installments of the amount listed in the "Monthly Installment Amount" field on your billing statement must be made no more than 6 days after your due date. If you fail to make your payments in accordance with these requirements, we will add the rebate amount back to the principal balance of your loans. If you lose the rebate benefit, it cannot be reinstated.

**Auto Debit:** Automatic monthly payments electronically debited from your bank account may provide a 0.25% interest rate reduction. To enroll or manage Auto Debit, visit mohela.com. If you already participate in Auto Debit:

- The previous payment amount will be withdrawn for payment(s) currently due, including any additional amount you have requested.
- Any additional amount you have requested will continue to be withdrawn with the payment amount listed on the Repayment Schedule.
- Your new monthly payment amount will be withdrawn on the due date listed.
- Auto Debit withdrawals continue regardless of paid ahead status.

**Military Members**: Visit mohela.com/military to explore benefits and options.

**Forgiveness, Cancellation, or Discharge Types:** Public Service Loan Forgiveness, Teacher Loan Forgiveness, Total and Permanent Disability Discharge, Bankruptcy Discharge, Closed School Discharge, False Certification of Student Eligibility, Unauthorized Signature/Payment Discharge, Unpaid Refund Discharge and Borrower Defense to Repayment. For more information, visit mohela.com or the U.S. Department of Education's website at studentaid.gov.

**Public Service Loan Forgiveness (PSLF):** If you are employed by a government or not-for-profit organization, you may be able to receive forgiveness of the remaining balance on your Direct Loans after you have made 120 (10 years) qualifying monthly payments under a qualifying repayment plan while working full-time for a qualifying employer. Payments do not qualify if made more than 15 days after your due date or made when payments are not required. Learn more about PSLF qualifications by visiting https://studentaid.gov/manage-loans/forgiveness-cancellation/public-service.

**Other Benefits:** Other borrower benefit programs may be available. Learn more at mohela.com/infocenter.

**CONTACT INFORMATION**

You must notify us promptly of any changes to you (or your relevant endorser/co-maker's) home address, phone number or email address.

**OMBUDSMAN CONTACT INFORMATION**

**Office of the Ombudsman -** The Department of Education's Office of Student Financial Assistance has created the Student Loan Ombudsman's office to help you resolve concerns if every effort has been exhausted with us. To learn more about the Office of the Ombudsman, visit https://studentaid.gov/feedback-ombudsman/disputes/prepare.

**MISCELLANEOUS**

**Loan Changes:** Adjustments may occur on your loan(s) including, but not limited to, the principal, interest, interest rates and/or payment amounts.

**Protecting Your Privacy:** View the Privacy Policy on mohela.com. It is also available upon request by calling 888.866.4352.

**Alternative Formats Available:** Current and prospective borrowers are entitled to receive any student loan related communication or document in an accessible, alternative format. Borrowers interested in receiving student aid forms, student loan statements, notices, written communications, and publications in alternative formats should contact us directly at 1.888.866.4352 or by email at Grp.AltForm@mohela.com. MOHELA offers various alternative formats such as Braille, large print, audio CD, and digital navigable formats supported by computers and digital talking-book players, delivered through data CD, email, or other electronic means.