# EXHIBIT 22

MOHELA®
A Department of Education Servicer

Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION

**Find tools and resources to make the best repayment decision for you. Most borrowers can lower their payments by enrolling in the new SAVE Plan or other income driven plans. Visit StudentAid.gov/restart**

| Name | Account Number | Date Billed | Date Due |
|---|---|---|---|
| ANNA VARELA | [redacted] | 02-15-24 | 02-25-24 |

| Date Last Payment Received | Principal Paid Since Last Statement | Interest Paid Since Last Statement | Fees Paid Since Last Statement | Total Pmnts Rcvd Since Last Statement |
|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $0.00 |

| Bill Type | Amount Past Due | Current Due | Total Principal And Interest Due | Outstanding Late Fees To Date |
|---|---|---|---|---|
| INSTALL | $0.00 | $362.66 | $362.66 | $0.00 |

| Loan Seq | First Disb | Loan Program | Status | Owner | Monthly Installment Amount | Int Rate | Balance | Amount Past Due | Current Amount Due | Total Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 09/02/22 | DLSCNS | REPAY | DEPT OF ED | $155.57 | 5.625% | $26,598.42 | $0.00 | $155.57 | $155.57 |
| 5 | 09/02/22 | DLUCNS | REPAY | DEPT OF ED | $207.09 | 5.625% | $35,407.83 | $0.00 | $207.09 | $207.09 |

See reverse for important information including, but not limited to, contact information, payment assistance, default information and consumer credit reporting.

**Customer Statement**

| Account Number | Date Due | Total Amount Due |
|---|---|---|
| [redacted] | 02-25-24 | $362.66 |

20240460155879796231000036266090000000000000007

DEPARTMENT OF EDUCATION
MOHELA
PO BOX 790233
ST LOUIS MO 63179-0233

ANNA VARELA
28176 WINGED FOOT DR
MENIFEE CA 92586-2557

| Name | Account Number | Date Billed | Date Due |
|---|---|---|---|
| ANNA VARELA | 55 8797 9623 | 02-15-24 | 02-25-24 |

LOAN INFORMATION

| Loan Seq | Beginning Principal | Balance | Outstanding Accrued Interest | Total Interest Paid | Total Principal Paid | Total Amount Paid | Next Payment Due | Next Payment Amount |
|---|---|---|---|---|---|---|---|---|
| 6 | $28,051.27 | $26,598.42 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 5 | $37,841.89 | $35,407.83 | $0.00 | $0.00 | $0.00 | $0.00 | | |


***Payments are Resuming***

**3 Ways To Prepare:**

1. Use *Loan Simulator* to choose a repayment option that best meets your needs. Visit StudentAid.gov/loan-simulator
2. Check out NEW repayment plan, Saving on a Valuable Education (SAVE). Visit StudentAid.gov/save
3. Sign up for Auto Debit on mohela.com

**Why Sign Up for Auto Debit?**

- Save 0.25% on your interest rate.
- Get a reminder ahead of each withdrawal.
- Relax knowing your bill will be paid each month.

**Qualifying Payments May Apply Toward Forgiveness**

Your payments may count toward income-driven repayment plan forgiveness or Public Service Loan Forgiveness. Learn more at StudentAid.gov/forgiveness

**Create and Manage Your Account on mohela.com**

- Make payments
- Update your contact info
- Go Paperless

### How to Read Your Bill/Statement - Action May Be Necessary

| Bill Field | Description |
|---|---|
| Accrual Period Begin Date | The date for this period when interest began accruing on loan(s). |
| Accrual Period End Date | The date for this period when interest stopped accruing and capitalized on the loan(s) principal amount. |
| Account Number | Unique 10-digit identification number under which all of the loan(s) are serviced by MOHELA. **Include this number on your check or money order.** |
| Balance | Principal amount remaining to be paid. May include capitalized interest. This is not a payoff amount. |
| Bill Type | **INSTALL**: Monthly bill. You owe payments for principal and interest. A payment is required.<br>**INTEREST NOTICE**: Informs you how much interest has accrued on your loan(s). No action is needed, but the outstanding interest may capitalize, if not paid. |
| Date Billed | Date the bill was created. |
| Date Due | When the payment is due to MOHELA |
| Date Last Payment Received | Date the last payment was received. |
| Fees Paid Since Last Statement | Not applicable for loans serviced by MOHELA and owned by the Department of Education. |
| First Disbursement | Date a loan was first disbursed (loan(s) may include multiple disbursements) |
| Interest Paid Since Last Statement | Amount paid towards interest since the last bill was created. |
| Interest Rate | The rate charged to borrow the student loan. May be a fixed or variable interest rate. Variable interest rates change every July 1, which may change the monthly installment amount. |
| Loan Program | Type of student loan – DLSTFD, DLUNST, DLPLGB, DLPLUS, DLSCNS, DLUCNS, DLCNSL, DLPCNS, DLSSPL, DLUSPL, DLSPCN, TEACH, STFFRD, UNSTFD, PLUS, SUBCNS, UNCNS, CNSLDN. |
| Outstanding Late Fees to Date | Late fees that have accrued as of the date this bill was sent. |
| Principal Paid Since Last Statement | Amount paid toward principal balance since the last bill was created. |
| Status | Current status of the loan or stage of the loan cycle:<br>**REPAY (Repayment)** – Monthly payments are due.<br>**INTER (Interim)** – In school. Monthly payments are not required while attending school.<br>**DEFER (Deferment)** – Monthly payments are temporarily postponed. You are responsible for interest on unsubsidized loans during deferment.<br>**FORB (Forbearance)** – Monthly payments are temporarily postponed. You are responsible for interest on subsidized and unsubsidized loans during forbearance.<br>**GRACE (Grace Period)** – No monthly payment is due for a period of time (typically 6 months) after leaving school, however interest continues to accrue and may capitalize if not paid (be added to the principal balance). |
| Total Amount Paid | Amount paid toward interest, principal, and fees, if applicable, since the loan was first disbursed. |
| Total Interest Paid | Amount paid toward interest since the loan was first disbursed. |
| Total Principal Paid | Amount paid toward principal since the loan was first disbursed. |
| Total Payments Received Since Last Statement | Summary of payments received since the last bill was created. |

**INTEREST ACCRUAL & CAPITALIZATION**

Capitalization happens when unpaid interest gets added to the principal balance of a loan. Then your interest is recalculated based on that higher principal balance, increasing the overall cost of your loan. And depending on your repayment plan, capitalization may also cause your monthly payment amount to increase. On a traditional repayment plan (Standard, Graduated, or Extended), your monthly loan payment covers all the interest that accrues (adds up) between monthly payments. So, no unpaid interest will accrue while you're making payments on one of these plans. But unpaid interest can add up in some situations, such as if you're on an income-driven repayment (IDR) plan or if you're not making payments. Learn about student loan interest and interest capitalization at studentaid.gov/understand-aid/types/loans/interest-rates.

**Interest Capitalization Example:**

The actual amount of interest that capitalizes depends on factors such as your loan amount, interest rate and length of time when interest is building up. This example uses an interest rate of 8.25%.

| During Deferment/Forbearance | Loan Amount | Capitalized Interest for 12 months | Principal to be Repaid | Monthly Payment (Rounded) | Number of Payments | Total Amount to Repay |
|---|---|---|---|---|---|---|
| When interest is paid | $15,000 | $0 | $15,000 | $184 | 120 | $23,318* |
| When interest is not paid | $15,000 | $1,238 | $16,238 | $199 | 120 | $23,880 |

* This includes $1,238 of interest you paid during the deferment/forbearance.
Result: If you pay the interest during the deferment/forbearance, you will pay $15 less per month and $562 less over the life of the loan.
*For 6 months after the COVID-19 payment pause ends, no interest will capitalize. After 7/1/2023, interest will no longer capitalize after certain account activities including when ending a forbearance, grace period, and certain income-driven repayment plans. Interest will continue to capitalize after deferments. We are updating our system. If interest capitalizes during this transition period, you may qualify for an interest credit once the system updates occur.

**PAYMENT INFORMATION**

Always include the account number when making payments. Do Not Send Cash. All payments must be drawn in U.S. currency on U.S. financial institutions or TD Bank.
**Mailing Address:** Department of Education MOHELA, PO Box 790233, St Louis, MO 63179-0233.
**Auto Debit:** Automatic monthly payments electronically debited from your bank account may provide a 0.25% interest rate reduction. Apply on mohela.com. Pay by Phone: Call 888.866.4352, 24/7.
**Bill Pay:** Use your bank's online bill pay service.
**Payoff Loan(s):** Visit mohela.com or call 888.866.4352 for a payoff amount.
**Payments Made by Check:** You authorize us to make a one-time electronic fund transfer from your bank account or to process the payment as a check transaction. Funds may be withdrawn from your bank account the same day we receive your payment, and you will not receive your check back from your financial institution.

## DIFFICULTY MAKING PAYMENTS

**Repayment Plans (based on loan program and other factors):** Standard, Graduated, Extended, Income-Based, Income-Contingent, Pay As You Earn, and Saving on a Valuable Education (SAVE, formerly called REPAYE. Different plans may offer you a lower monthly payment. To select a different repayment plan or for details about ways to keep your student loan on track, including consolidation, call 888.866.4352, visit mohela.com or the U.S. Department of Education's website at StudentAid.gov.
**Deferment/Forbearance Periods:** Visit mohela.com or StudentAid.gov for a list of these options and eligibility requirements or call 888.866.4352. These options do not remove the obligation to repay your loan(s). Accrued interest can be paid at any time.

## DEFERMENT/FORBEARANCE

**During Deferment/Forbearance:** These options may be declined or requested to end at any time. If applicable, Auto Debit will suspend including the 0.25% interest rate reduction.
**At the End of Deferment/Forbearance:** Repayment will resume according to the terms of your promissory note, the due date may change, and unpaid accrued interest may capitalize. An Interest Notice may be sent regarding accrued interest and whether it is expected to capitalize. If applicable, Auto Debit will resume including the 0.25% interest rate reduction.

## PAYMENT APPLICATION

**Standard Payment Application:** Payment is applied first toward outstanding accrued interest then to the principal balance. Amount past due is satisfied first, followed by the current amount due. Payments are distributed proportionally across all loans unless requested otherwise.
**Additional Payments:** Additional payments greater than the total amount due can be made at any time without penalty. These payments may not qualify for Public Service Loan Forgiveness.
**Paid Ahead:** Additional payments greater than the total amount due will change the future total amount due and/or date due, (paying loan(s) ahead). Exceptions: Paid ahead will not occur beyond the income driven repayment (IDR) plan anniversary date, will not occur for $0 IDR payment schedules, and the monthly installment amount for Auto Debit will continue to extract from your bank account regardless of the total amount due and paid ahead. Visit mohela.com/payingahead or call us for more information.
**Partial Payments:** Payments less than the total amount due are applied using the Standard Payment Application. If special payment instructions are submitted and a payment amount is selected that does not satisfy the total amount due, the loan(s) may become delinquent and be reported to nationwide consumer reporting agencies.

## SUBMITTING SPECIAL PAYMENT INSTRUCTIONS

**One-Time Payment Instructions:** To request special payment instructions when making an additional or partial payment, submit your request via:
**Web** – Log into mohela.com to make and target your payments to be applied to a specific loan or set of loans.
**Phone** – Contact customer service at 888.866.4352.
**Mail** – Provide instructions for how to apply the payment. Include the amount, disbursement date, loan type and indicate this is a "one-time payment instruction". Submit your recurring request via fax at 866.222.7060 or mail to: MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243.
**Standing Payment Instructions:** To never pay loan(s) ahead when you make additional payments greater than the total amount due (See "Additional Payments & Paying Ahead"), or to provide instructions for how all ongoing payments should be applied, provide instructions for how to apply additional payment. Include the amount, disbursement date, loan type and indicate this is a "standing payment instruction". Submit this recurring request via fax at 866.222.7060, secure message, or mail to: MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243.

## CONSUMER CREDIT REPORTING

The status of your student loan(s) is reported monthly to the nationwide consumer reporting agencies.

## STUDENT LOAN BENEFITS

**Military Members**: Visit mohela.com/military to explore benefits and options.
**Forgiveness, Cancellation, or Discharge Types:** Public Service Loan Forgiveness, Teacher Loan Forgiveness, Total and Permanent Disability Discharge, Bankruptcy Discharge (in rare cases), Closed School Discharge, False Certification of Student Eligibility, Unauthorized Signature/Payment Discharge, Unpaid Refund Discharge and Borrower Defense to Repayment. For more information, visit mohela.com or the U.S. Department of Education's website at StudentAid.gov.
**Public Service Loan Forgiveness (PSLF)**: If you are employed by a government or not-for-profit organization, you may be able to receive forgiveness of the remaining balance on your Direct Loans after you have made 120 (10 years) qualifying monthly payments under a qualifying repayment plan while working full-time for a qualifying employer. Payments do not qualify if made more than 15 days after your due date or made when payments are not required. Learn more about PSLF qualifications by visiting https://StudentAid.gov/pslf.
**Other Benefits:** Other borrower benefit programs may be available. Learn more at mohela.com/infocenter.

## CONTACT INFORMATION

You must notify us promptly if your or your relevant endorser/co-maker's home address, phone number and/or email address changes.

## OMBUDSMAN CONTACT INFORMATION

MOHELA Ombudsman: The MOHELA Ombudsman's goal is to help you successfully repay your student loans, resolve your account dispute or concerns in a timely manner and to provide you with excellent customer service. Learn more at mohela.com/DL/common/contactUs.
Office of the Ombudsman: The Department of Education's Office of Student Financial Assistance has created the Student Loan Ombudsman's office to help you resolve concerns if every effort has been exhausted with us. To learn more about the Office of the Ombudsman, visit ombudsman.ed.gov.

## MISCELLANEOUS

**Loan Changes:** Adjustments may occur on your loan(s) including, but not limited to, the principal, interest, interest rates and/or payment amounts.
**Protecting Your Privacy:** View the Privacy Policy on mohela.com. It is also available upon request by calling 888.866.4352.
**Alternative Formats Available:** Current and prospective borrowers are entitled to receive any student loan related communication or document in an accessible, alternative format. Borrowers interested in receiving student aid forms, student loan statements, notices, written communications, and publications in alternative formats should contact us directly at 1.888.866.4352 or by email at Grp.AltForm@mohela.com. MOHELA offers various alternative formats such as Braille, large print, audio CD, and digital navigable formats supported by computers and digital talking-book players, delivered through data CD, email, or other electronic means.