# EXHIBIT 23

MOHELA®
A Department of Education Servicer

Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION

March 21, 2024

ACCT NUMBER: [redacted]

#BWBBLCY
#B211 0716 4103 22L2#
ANNA VARELA
28346 DESERT TRUMPET RD
WINCHESTER CA 92596-8246

**MOHELA Has Placed an Administrative Forbearance on Your Account**

Dear ANNA VARELA,

Carefully read the following pages nd the enclosed loan details regarding the approved Administrative Forbearance period(s) for your loan(s).

If you are enrolled in an income-driven repayment (IDR) plan, you may not be using the full benefits you are entitled to under the IDR plan while your account is in a forbearance status. If you are applying for an IDR plan or another repayment option, please provide the necessary documentation to complete your request. You may decline or request to end the Administrative Forbearance by contacting us.

If the forbearance was not approved for some of your loans and you would like more details, please contact us.

Difficulty Making Payments? We can help. Student loan counselors are available to discuss your repayment options including:

- Income-driven repayment plans
- Other repayment plans and schedules
- Availability of consolidation, deferment, or forbearance

You can also explore your options by visiting *Loan Simulator* to determine what other repayment options may be available to you.

Sincerely,

MOHELA

OS06BF28AP 86000000116068948

**Important Information to Know:**

| | |
|---|---|
| During your Deferment/ Forbearance | • Daily interest continues to accrue on your loan(s).<br>• Deferment/forbearance may be declined or requested to end, by you, at any time.<br>• Payments can be made at any time during your deferment/forbearance period.<br>• If applicable, Auto Debit will be suspended, including the 0.25% interest rate reduction. |
| At the end of your Deferment/ Forbearance | • Repayment will resume according to the terms of your promissory note and the due date may change.<br>• An Interest Notice will be sent regarding accrued interest and whether it is expected to capitalize.<br>• If applicable, Auto Debit will resume, including the 0.25% interest rate reduction.<br>• Unpaid accrued interest may capitalize.* |

***What is Capitalization?**

Capitalization is the addition of unpaid interest to the outstanding principal balance of a loan. When your unpaid interest capitalizes, it increases the outstanding principal amount due on your loan. Your interest is then recalculated based on the higher principal balance, increasing the overall cost of your loan and depending on your repayment plan, may also increase your monthly payment.

On a traditional repayment plan (Standard, Graduated, or Extended), your monthly loan payment covers all the interest that accrues (adds up) between monthly payments, so no unpaid interest will accrue while you're making payments on one of these plans. However, unpaid interest can add up in some situations, such as if you re on an income-driven repayment (IDR) plan or if you re not making payments.

Learn about student loan interest and interest capitalization at https://studentaid.gov/understand-aid/types/loans/interest-rates.

**Interest Capitalization Example:**

The actual amount of interest that capitalizes depends on factors such as your loan amount, interest rate and length of time when interest is building up. This example uses an interest rate of 8.25%.

| Example: During Deferment* | Loan Amount | Capitalized Interest for 12 months | Principal to be Repaid | Monthly Payment | Number of Payments | Total Amount Repaid |
|---|---|---|---|---|---|---|
| When interest is paid | $15,000 | $ 0 | $15,000 | $184 | 120 | $23,315** |
| When interest is not paid | $15,000 | $1,238 | $16,238 | $199 | 120 | $23,900 |

** This includes $1,238 of interest you paid during the deferment.

If you pay the interest during the deferment/forbearance, you will save $15 per month and $585 over the life of the loan.

This message, from a debt collector, is an attempt to collect a debt and any information obtained will be used for that purpose.

**California residents:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877-FTC-HELP or www.ftc.gov.

**Massachusetts residents:** If you are struggling with your student loans, please visit www.mass.gov/ago/studentloans to get help from the Ombudsman's Student Loan Assistance Unit.

## DEFERMENT/FORBEARANCE SUMMARY

**Account Number:** [redacted]

**Name:** ANNA VARELA

**Date:** 03/21/2024

| Loan Sequence | Disbursement Date | Loan Program | Current Principal Balance |
|---|---|---|---|
| 5 | 09/02/2022 | DLUCNS | $35,407.83 |
| 6 | 09/02/2022 | DLSCNS | $26,598.42 |

| Action | Type | Begin Date | End Date |
|---|---|---|---|
| Approved | Delinquency Forbearance | 02/25/2024 | 03/10/2024 |
| Approved | Processing Forbearance | 03/11/2024 | 03/31/2024 |