# EXHIBIT 24

Student Loan Billing Statement

MOHELA® A Department of Education Servicer

Federal Student Aid An OFFICE of the U.S. DEPARTMENT of EDUCATION

## Billing Statement Summary

Information is current as of 03/28/2024

**Your Student Loan Payment is Due 04/25/2024**

| | |
|---|---|
| Current Due: | $62.45 |
| Past Due: | $0.00 |
| Total Due: | $62.45 |

Pay Online Now

This notice does not replace your billing information available on mohela.com. For information about which loans are included in this billing statement and your repayment options, please log in.

## Easy Ways to Pay

- Sign up for Auto Debit and receive a **0.25% interest rate reduction.**
- Log in to your mohela.com account to make a payment.
- Get the MOHELA app for your iPhone or Android device.
- Use our automated phone system at 888.866.4352, anytime, 24/7.

You received this email because you are a MOHELA customer and signed up for our Go Paperless program. Replies to this message are not monitored. If you would like to contact us or cancel your participation in MOHELA's Go Paperless program, call our Customer Service Department at 888-866-4352.

Privacy Policy

This message is an attempt to collect a debt, and any information obtained will be used for that purpose.

**California residents:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877-FTC-HELP or www.ftc.gov.

**Massachusetts residents:** If you are struggling with your student loans, please visit www.mass.gov/ago/studentloans to get help from the Ombudsman's Student Loan Assistance Unit.

Close