# EXHIBIT 25

# CLX SECURE MESSAGING

**Borrower Name:** Jaime Maldonado – [CA]

**Borrower SSN:** [redacted]

**Account No.:** [redacted]

# ***Transitioned to FISERV 7/09/2024

Secure Message History -

Page Size: 10 20 50 100

| - | Message Type | Subject | Threads | Thread Created Time | Resend |
|---|---|---|---|---|---|
| - | Paperless | Forbearance Processing Status | 1 | 4/1/2024 8:58:48 PM | Resend |

| Source | Body | Created Time | Attachments | Created By | InteractionID |
|---|---|---|---|---|---|
| Mohela | Forbearance Processing Status | 4/1/2024 8:58:48 PM | Forbearance Processing Status | Mailstream | |

| - | Message Type | Subject | Threads | Thread Created Time | Resend |
|---|---|---|---|---|---|
| - | Paperless | Forbearance Interest Accrual Reminder | 1 | 3/27/2024 6:07:53 PM | Resend |

| Source | Body | Created Time | Attachments | Created By | InteractionID |
|---|---|---|---|---|---|
| Mohela | Forbearance Interest Accrual Reminder | 3/27/2024 6:07:53 PM | Forbearance Interest Accrual Reminder | Mailstream | |

| - | Message Type | Subject | Threads | Thread Created Time | Resend |
|---|---|---|---|---|---|
| - | Paperless | Important Account Information | 1 | 2/23/2024 1:20:35 PM | Resend |

| Source | Body | Created Time | Attachments | Created By | InteractionID |
|---|---|---|---|---|---|
| Mohela | Important Account Information | 2/23/2024 1:20:35 PM | Important Account Information | Mailstream | |

| - | Message Type | Subject | Threads | Thread Created Time | Resend |
|---|---|---|---|---|---|
| - | Secure Messaging | Forgiveness and Discharge Options | 2 | 1/23/2024 11:26:02 AM | |

| Source | Body | Created Time | Attachments | Created By | InteractionID |
|---|---|---|---|---|---|
| Mohela | Thank you for contacting MOHELA. We apologize for any confusion and inconvenience that may have been caused.We apologize for any inconvenience, but due to the complex nature of your inquiry we need you to speak with one of our Customer Service Representatives. Please call toll free at 888.866.4352. Our hours are Monday 7 a.m. to 8 p.m., Tuesday and Wednesday 7 a.m. to 7 p.m., Thursday and Friday 7 a.m. to 5 p.m. CT.If you have any additional questions, please contact us toll free at 888.866.4352. Our hours are Monday 7 a.m. to 8 p.m., Tuesday and Wednesday 7 a.m. to 7 p.m., Thursday and Friday 7 a.m. to 5 p.m. CT.Thank you,MOHELAPhone 888.866.4352 Fax 866.222.7060 TDD Dial 711 7A-8P M, 7A-7P T-W, and 7A-5P TR-F. CT. 633 Spirit Drive, Chesterfield, MO 63005-1243. This message, from a debt collector, is an attempt to collect a debt and any information obtained will be used for that purpose. MASSACHUSETTS RESIDENTS: If you are struggling with your student loans, please fill out the form located at: https://www.mass.gov/forms/submit-a-student-loan-help-request to get help from the Ombudsman's Student Loan Assistance Unit. California residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877.FTC.HELP or www.ftc.gov.If you do not want to receive future information of this nature, please unsubscribe or contact customer service at 888.866.4352. | 2/15/2024 8:35:16 AM | | OLIVERP | |
| Borrower | I see that there was an adjustment to my account and I'm assuming this due to the student loan discharge I was informed I would be receiving from the DOE. My concern is the balance as the email I received from the DOE stated I was eligible for a FULL loan discharge. When can I expect to see the balance removed? | 1/23/2024 11:26:02 AM | | Web UNKNOWN | |

| - | Message Type | Subject | Threads | Thread Created Time | Resend |
|---|---|---|---|---|---|
| - | Paperless | Important Account Information | 1 | 12/8/2023 10:36:48 PM | Resend |

| Source | Body | Created Time | Attachments | Created By | InteractionID |
|---|---|---|---|---|---|
| Mohela | Important Account Information | 12/8/2023 10:36:48 PM | Important Account Information | Mailstream | |

| - | Message Type | Subject | Threads | Thread Created Time | Resend |
|---|---|---|---|---|---|
| - | Paperless | Important Account Information | 1 | 12/5/2023 3:39:04 AM | Resend |

| Source | Body | Created Time | Attachments | Created By | InteractionID |
|---|---|---|---|---|---|
| Mohela | Important Account Information | 12/5/2023 3:39:04 AM | Important Account Information | Mailstream | |

| - | Message Type | Subject | Threads | Thread Created Time | Resend |
|---|---|---|---|---|---|
| - | Paperless | Forbearance Processing Status | 1 | 9/15/2023 1:22:05 AM | Resend |

| Source | Body | Created Time | Attachments | Created By | InteractionID |
|---|---|---|---|---|---|
| Mohela | Forbearance Processing Status | 9/15/2023 1:22:05 AM | Forbearance Processing Status | Mailstream | |

# CLX SECURE MESSAGING

| | | | | | |
|---|---|---|---|---|---|
| Secure Messaging | Forgiveness and Discharge Options | 2 | 8/4/2023 9:18:01 AM | | |

| Source | Body | Created Time | Attachments | Created By | InteractionID |
|---|---|---|---|---|---|
| Mohela | Thank you for contacting MOHELA. We apologize for any confusion. Please be advised we have not received any indication as of now from (FSA) Department of Education regarding your loans being discharge. We are waiting to receive approval and intructions on taking further steps. For any questions about your borrower defense determination, please contact the borrower defense hotline at 1-855-279-6207 (8 a.m. to 8 p.m. Eastern Time, Monday through Friday.)If you have any additional questions, please contact us toll free at 888.866.4352. Our hours are Monday 7 a.m. to 8 p.m., Tuesday and Wednesday 7 a.m. to 7 p.m., Thursday and Friday 7 a.m. to 5 p.m. CT.Thank you,MOHELA Phone 888.866.4352 Fax 866.222.7060 TDD Dial 711 7A-8P M, 7A-7P T-W, & 7A-5P Th-F. CT. 633 Spirit Drive, Chesterfield, MO 63005-1243. This message, from a debt collector, is an attempt to collect a debt and any information obtained will be used for that purpose. California residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877.FTC.HELP or www.ftc.gov. If you do not want to receive future information of this nature, please unsubscribe or contact customer service at 888.866.4352. | 8/8/2023 1:34:53 PM | | Cristal.Vicente | 3001123428 |
| Borrower | I received my letter from Student aid in November that all my loans of be discharged under the CCI umbrella. I have spoken to representatives at both student aid and mohela who assured me this would be the case since I received the email. With the payment pause ending at the end of August I need to know what will happen to my account. I was told it would be placed in an administrative forbearance while mohela waits on student aid for directions with the discharge. Please confirm this is correct and I will not be expected to resume payments. | 8/4/2023 9:18:01 AM | | Web 4981063 | |

| | | | | | |
|---|---|---|---|---|---|
| Secure Messaging | Forgiveness and Discharge Options | 2 | 5/24/2023 1:07:32 PM | | |

| Source | Body | Created Time | Attachments | Created By | InteractionID |
|---|---|---|---|---|---|
| Mohela | Thank you for contacting MOHELA,We apologize for any inconvenience this may have caused. For assistance with Borrower Defense Against Repayments claim updates, Determinations, or general information, please reach out to the defense hotline, 1-855-279-6207 (8 a.m. to 8 p.m. Eastern time Monday through Friday).If you have any additional questions, please contact us toll free at 888.866.4352. Our hours are Monday 7 a.m. to 8 p.m., Tuesday and Wednesday 7 a.m. to 7 p.m., Thursday and Friday 7 a.m. to 5 p.m. CT.Thank you,MOHELAPhone 888.866.4352 Fax 866.222.7060 TDD Dial 711 7A-8P M, 7A-7P T-W, & 7A-5P Th-F. CT. 633 Spirit Drive, Chesterfield, MO 63005-1243. This message, from a debt collector, is an attempt to collect a debt and any information obtained will be used for that purpose. California residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877.FTC.HELP or www.ftc.gov.If you do not want to receive future information of this nature, please unsubscribe or contact customer service at 888.866.4352. | 5/24/2023 1:27:27 PM | | Angela.Mwamba | 2001594623 |
| Borrower | Wondering when there will be any movement on discharging my loan. I attended Heald and only Heald and according to the DOE my full balance should be discharged, without having to file anything as part of the group borrowers defense discharge. The only communication I have received was an email from DOE in Nov 2022, stating I would receive a full discharge and possible refunds on payments I had made. This is now my 3rd inquiry to MOHELA, and I'd like and update. | 5/24/2023 1:07:32 PM | | Web 4981063 | |

# CLX SECURE MESSAGING

| | | | |
|---|---|---|---|
| Secure Messaging | Forgiveness and Discharge Options | 2 | 3/24/2023 6:06:08 AM |

| Source | Body | Created Time | Attachments | Created By | InteractionID |
|---|---|---|---|---|---|
| Mohela | Thank you for contacting MOHELA, We apologize for any inconvenience. For questions about your borrower defense determination and claims, please call the Borrower Defense Hotline at 1-855-279-6207 from 8 a.m. to 11 p.m. Eastern time (ET) Monday through Friday and from 11 a.m. to 5 p.m. ET Saturday through Sunday. Due to the unprecedented large volumes, it will take time for many borrowers to receive their discharges. While some borrowers will receive discharges in the coming weeks, FSA will continue providing the servicers additional borrowers for discharge in the coming months. You will be notified when your discharge has been complete. If you have any additional questions, please contact us toll free at 888.866.4352 Monday 7 a.m. to 10 p.m., Tuesday through Friday 7 a.m. to 7 p.m., and Saturday 9 a.m. to 1 p.m. CT.Thank you,MOHELA Phone 888.866.4352 Fax 866.222.7060 TDD Dial 711 7A-10P M, 7A-7P T-F, & 9A-1P Sat. CT. 633 Spirit Drive, Chesterfield, MO 63005-1243. This message, from a debt collector, is an attempt to collect a debt and any information obtained will be used for that purpose. California residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877.FTC.HELP or www.ftc.gov. If you do not want to receive future information of this nature, please unsubscribe or contact customer service at 888.866.4352. | 3/30/2023 5:59:17 PM | | Jessica.Vergara | 2001275514 |
| Borrower | I was directed to the student aid borrow discharge page after my last inquiry about my loan and hitch was from attending a Corinthian College and this is what it says: ED Approves Group Discharge for All Corinthian Colleges Students June 2, 2022 ED approved a group discharge for all students with federal student loans who attended a school owned or operated by Corinthian Colleges, Inc. (CCI) from its founding in 1995 to its closure in April 2015. Federal student loan borrowers who attended CCI between 1995 and 2015 will receive discharges of their federal student loans, whether or not they submitted an application for borrower defense. Approximately 560,000 borrowers will receive 100% discharges of their federal student loans, resulting in approximately $5.8 billion in discharges. Eligible borrowers will have their CCI loans discharged without needing to take any additional action | 3/24/2023 6:06:08 AM | | Web 4981063 | |

| | | | |
|---|---|---|---|
| Secure Messaging | Forgiveness and Discharge Options | 2 | 3/20/2023 8:56:18 AM |

| Source | Body | Created Time | Attachments | Created By | InteractionID |
|---|---|---|---|---|---|
| Mohela | Thank you for contacting MOHELA, We apologize for any inconvenience.If you feel your Direct Student Loans could be forgiven under the Borrower Defense to Repayment program and would like to inquire about this, please visit www.studentaid.ed.gov/borrower-defense. If you have any additional questions, please contact us toll free at 888.866.4352 Monday 7 a.m. to 10 p.m., Tuesday through Friday 7 a.m. to 7 p.m., and Saturday 9 a.m. to 1 p.m. CT. Thank You, MOHELA Phone 888.866.4352 Fax 866.222.7060 TDD Dial 711 7A-10P M-F & 9A-1P Sat. CT. 633 Spirit Drive, Chesterfield, MO 63005-1243. This message is an attempt to collect a debt and any information obtained will be used for that purpose. California residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877.FTC.HELP or www.ftc.gov. If you do not want to receive future information of this nature, please unsubscribe or contact customer service at 888.866.4352. | 3/21/2023 8:28:47 AM | | Brandi.Sparks | 1001786541 |
| Borrower | I received an email in November from the Department of Education regarding full discharge of my loan due to borrowers defense since I attended a Corinthian college. The letter stated I do not have to complete any paperwork and it would be an automatic discharge. I have seen no movement on this and am wondering what the timeline is for Moheia to begin the discharge of my loan, and also any potential refunds as also stated in the letter from the DOE. | 3/20/2023 8:56:18 AM | | Web 4981063 | |

| | | | |
|---|---|---|---|
| Paperless | Important Account Information | 1 | 12/6/2022 4:30:01 PM |

| Source | Body | Created Time | Attachments | Created By | InteractionID |
|---|---|---|---|---|---|
| Mohela | Important Account Information | 12/6/2022 4:30:01 PM | | Mailstream | |

# CLX SECURE MESSAGING

| | | | | |
|---|---|---|---|---|
| Secure Messaging | Other | 2 | 10/26/2022 3:48:06 PM | |

| Source | Body | Created Time | Attachments | Created By | InteractionID |
|---|---|---|---|---|---|
| Mohela | Thank you for contacting MOHELA,We apologize for any inconvenience this may have caused. Certain borrowers may be eligible for full Borrower Defense loan discharge of their Direct Loans, if the school they attended did things or failed to do things, that would amount to fraud, or otherwise justify a legal action against the school under applicable state law (i.e. unrealistic promises of gainful employment, not disclosing the loss of program accreditation). This process is called Defense to Repayment. If you feel your Direct Student Loans could be forgiven under the Borrower Defense to Repayment and would like to inquire about this, please visit www.studentaid.ed.gov/borrower-defense. If you did not receive any notification from the Department of Education regarding Corinthians, please complete the application process through the StudentAid.gov website.On April 19, 2022, the U.S. Department of Education (ED) announced several changes and updates that will bring borrowers closer to forgiveness under income-driven repayment (IDR) plans. These adjustments to borrower accounts include conducting a one-time revision of IDR payment counters to address past inaccuracies (including automatically discharging loans for eligible borrowers) and permanently fixing IDR payment counting by reforming ED's IDR tracking procedures going forward. One of the benefits is ED will conduct a one-time account adjustment to borrower accounts that will count time toward IDR forgiveness, including any months in which you had time in a repayment status, regardless of the payments made, loan type, or repayment plan, including time in repayment prior to consolidation. Did you know that if you get a job at a government or not-for-profit organization you may qualify for Public Service Loan Forgiveness? Please visit www.studentaid.gov/publicservice for more information. Thank You, MOHELA Phone 888.866.4352 fax 866.222.7060 TDD Dial 711 7A-10P M, 7A-7P T-F, 9A-1P Sat CT. 633 Spirit Drive, Chesterfield, MO 63005-1243 This message is an attempt to collect a debt and any information obtained will be used for that purpose. California residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877.FTC.HELP orwww.ftc.gov. | 11/2/2022 8:19:24 AM | | Renee.Gardner | 2001232211 |
| Borrower | All my loans are from when I attended Heald college (2008-2010). The Biden administration announced in June that all loans through Corinthian colleges would be forgiven, Heald is one of the colleges under the Corinthian umbrella. I haven't received anything about this discharge. Can you please advise on what is happening with that? | 10/26/2022 3:48:06 PM | | Web 4981063 | |

| | | | | |
|---|---|---|---|---|
| Paperless | Student Loan Interest Statement | 1 | 7/26/2022 3:04:54 AM | |

| Source | Body | Created Time | Attachments | Created By | InteractionID |
|---|---|---|---|---|---|
| Mohela | Student Loan Interest Statement | 7/26/2022 3:04:54 AM | | Mailstream | |

| | | | | |
|---|---|---|---|---|
| Secure Messaging | Payments or Bills | 2 | 6/1/2022 8:24:28 PM | |

| Source | Body | Created Time | Attachments | Created By | InteractionID |
|---|---|---|---|---|---|
| Mohela | Thank you for contacting MOHELA,A request has been submitted for the complete payment history prior to MOHELA servicing your loans and will be sent in a separate correspondence to the active address on file. Please allow up to 30 days for receipt.Did you know that if you get a job at a government or not-for-profit organization you may qualify for Public Service Loan Forgiveness? Please visit StudentAid.gov/publicservice for more information.Thank You,MOHELAPhone 888.866.4352 fax 866.222.7060 TDD Dial 711 7A-10P M, 7A-7P T-F, 9A-1P Sat CT. 633 Spirit Drive, Chesterfield, MO 63005-1243. This message is an attempt to collect a debt and any information obtained will be used for that purpose. California residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877.FTC.HELP or www.ftc.gov.If you do not want to receive future information of this nature, please unsubscribe or contact customer service at 888.866.4352. | 6/3/2022 5:19:06 PM | | Stephen.Caldwell | 1001641576 |
| Borrower | I'd like a financial history of all payments made on this Loan prior to Mohela taking it over. | 6/1/2022 8:24:28 PM | | Web 4981063 | |