# EXHIBIT 26

MOHELA®
A Department of Education Servicer

Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION

August 2, 2024

JAIME MALDONADO
31400 SAN ARDO CT
UNION CITY, CA 94587-2755

RE: [redacted]

Enclosed is the information that you have requested.

Phone 888.866.4352, Fax 866.222.7060, TDD Dial 711, 7A-8P M, 7A-7P TUES-W, 7A-5P THURS-F CT
Correspondence: 633 Spirit Drive, Chesterfield, MO 63005-1243
Payment: Department of Education – MOHELA, PO Box 790453, St. Louis, MO 63179-0453
mohela.com fb.com/MOHELA.usa @MOHELA

**This message, from a debt collector, is an attempt to collect a debt. Any information obtained will be used for that purpose.**

*California residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877.FTC.HELP or www.ftc.gov.*

*Massachusetts residents: If you are struggling with your student loans, please visit www.mass.gov/ago/studentloans to get help from the Ombudsman's Student Loan Assistance Unit.*

MOHELA®
A Department of Education Servicer

Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION

August 2, 2024

RE: [redacted]

Dear Jaime Maldonado,

This letter is in response to the correspondence, dated July 6, 2024, regarding your student loan account with the U.S Department of Education, Office of Federal Student Aid (FSA).

Your concern as we understand it, is regarding your Borrower Defense loan discharge status.

All Borrower Defense Discharge adjustments, approvals, and subsequent refunds (if applicable) are based on guidance from FSA.

Once MOHELA receives notification of the approval of your Borrower Defense discharge from FSA, we will move forward with the discharge of your remaining federal student loans, and any refunds due will be issued. While we wait for this final approval, an Exceptional Discretionary Administrative Forbearance has been applied to your loans from September 1, 2023, through November 1, 2031.

For further assistance with your Borrower Defense concerns, you may contact the Borrower Defense Hotline at 855-279-6207. The hours of operation for the hotline are: Monday 7AM – 8PM, Tuesday and Wednesday 7 AM – 7PM, Thursday and Friday 7am – 5pm Central Time. You can also find further information regarding Borrower Defense at www.studentaid.gov/borrower-defense/.

On April 19, 2022, the U.S. Department of Education (ED) announced several changes and updates that will bring borrowers closer to forgiveness under income-driven repayment (IDR) plans. These adjustments to accounts include conducting a one-time revision of IDR payment counters to address past inaccuracies and permanently fix IDR payment counting by reforming ED's IDR tracking procedures going forward.

Based on the newly eligible months from the one-time account adjustment, borrowers who have reached 240 or 300 months (as applicable) worth of payments for IDR forgiveness or 120 months of PSLF will

Phone 888.866.4352, Fax 866.222.7060, TDD Dial 711, 7A-8P M, 7A-7P TUES-W, 7A-5P THURS-F CT
Correspondence: 633 Spirit Drive, Chesterfield, MO 63005-1243
Payment: Department of Education – MOHELA, PO Box 790453, St. Louis, MO 63179-0453
mohela.com fb.com/MOHELA.usa @MOHELA

**This message, from a debt collector, is an attempt to collect a debt. Any information obtained will be used for that purpose.**

*California residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877.FTC.HELP or www.ftc.gov.*

*Massachusetts residents: If you are struggling with your student loans, please visit www.mass.gov/ago/studentloans to get help from the Ombudsman's Student Loan Assistance Unit.*

MOHELA®
A Department of Education Servicer

Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION

begin to see their loans forgiven in 2023. The Department will continue to discharge loans as borrowers reach the months needed for forgiveness. All other borrowers will see their accounts update in 2024.

More information on these upcoming changes is available at: https://studentaid.gov/announcements-events/idr-account-adjustment.

If you have any other questions or concerns, please don't hesitate to contact us at the number listed below.

Sincerely,

MOHELA Ombudsman Specialist

Phone 888.866.4352, Fax 866.222.7060, TDD Dial 711, 7A-8P M, 7A-7P TUES-W, 7A-5P THURS-F CT
Correspondence: 633 Spirit Drive, Chesterfield, MO 63005-1243
Payment: Department of Education – MOHELA, PO Box 790453, St. Louis, MO 63179-0453
mohela.com fb.com/MOHELA.usa @MOHELA

**This message, from a debt collector, is an attempt to collect a debt. Any information obtained will be used for that purpose.**

*California residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877.FTC.HELP or www.ftc.gov.*
*Massachusetts residents: If you are struggling with your student loans, please visit www.mass.gov/ago/studentloans to get help from the Ombudsman's Student Loan Assistance Unit.*