# EXHIBIT 27

e-OSCAR

AUD AUD-12213297

## Dispute Information

| Equifax Subscriber Code | Experian Subscriber Code | Correction Indicator | Date Created |
|---|---|---|---|
| 654FZ13214 | 1946641 | 3 | 04/03/2025 |

| Innovis Subscriber Code | TransUnion Subscriber Code | Account Number |
|---|---|---|
| 3004421 | 1WQN121 | [redacted] |

## Consumer Information

**Current Consumer Info**

| Field | Value |
|---|---|
| Last Name | MALDONADO |
| First Name | JAIME |
| Middle Name | |
| Generation Code | |
| SSN | [redacted] |
| Date of Birth | |
| Telephone Number | |
| Consumer Info Indicator | |
| ECOA Code | 1 |
| Street Address | 31400 San Ardo Ct |
| City | Union City |
| State | CA |
| Zip | 94587 |
| Zip Extension | |

**Previous Consumer Info**

| Field | Value |
|---|---|
| Last Name | |
| First Name | |
| Middle Name | |
| Generation Code | |
| Street Address | |
| City | |
| State | |
| Zip | |
| Zip Extension | |

## Account Information

**Account Status**

| Account Status | Account Type | Portfolio Type | Special Comment | Compliance Condition | Terms Duration | Payment Rating | Interest Type Indicator | Terms Freq |
|---|---|---|---|---|---|---|---|---|
| DA | 12 | I | | | | | | |

**Account Amounts**

| Current Balance | Amount Past Due | Credit Limit | High Credit/Orig Amount | Orig Charge Off Amount | Sched Monthly Payment | Actual Payment Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

**Account Dates**

| Date Opened | Date of Account Information | Date Last Payment | Date Closed | FCRA 1st Date of Delinquency |
|---|---|---|---|---|
| 08/21/2015 | | | | |

**Original Creditor**

| Original Creditor Name | Original Creditor Class |
|---|---|
| | |

**Purchased Portfolio**

| Portfolio Indicator | Purchased From or Sold to Name (Business Only) |
|---|---|
| | |

**Specialized Payment Information**

| Specialized Payment Indicator | Deferred Payment Start Date | Balloon Payment Amount | Balloon Payment Due Date |
|---|---|---|---|
| | | | |

**Mortgage Information**

| Agency Identifier | Secondary Marketing Agency Account Number | Mortgage Identifier |
|---|---|---|
| | | |

**Account History**

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2022 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |

e-OSCAR

AUD AUD-12213297

## Associated Consumer Information

**1st Associated Consumer Information**

| Field | Value | Field | Value |
|---|---|---|---|
| Last Name | | Street Address | |
| First Name | | | |
| Middle Name | | City | |
| Generation Code | | State | |
| SSN | | ZIP | |
| Date of Birth | | Zip Extension | |
| Telephone Number | | | |
| Consumer Info Indicator | | | |
| ECOA Code | | | |

**2nd Associated Consumer Information**

| Field | Value | Field | Value |
|---|---|---|---|
| Last Name | | Street Address | |
| First Name | | | |
| Middle Name | | City | |
| Generation Code | | State | |
| SSN | | ZIP | |
| Date of Birth | | Zip Extension | |
| Telephone Number | | | |
| Consumer Info Indicator | | | |
| ECOA Code | | | |

| Submitted By | Telephone Number | Date Submitted |
|---|---|---|
| Kyle Derendinger | 6367333700 | 04/03/2025 |

By submitting this AUD, the Company certifies that it has verified the completeness and accuracy of the information in compliance with all legal requirements and adjusted Company records to reflect the data submitted.