# EXHIBIT 29

**From:** "Mcmanus, Heather - ADVS" <HeatherMcmanus@aidvantage.com>
**To:** "Mcmanus, Heather - ADVS" <HeatherMcmanus@aidvantage.com>
**Subject:** Fw: Borrower Defense Approvals - 05/03/2024 - [GROUP] Art Institutes (AI) T1FP
**Date:** Mon, 27 Jul 2026 17:10:17 +0000
**Importance:** Normal
**Attachments:** BD_Approvals_050324_Group_AI_T1FP.zip
**Inline-Images:** image001.png; image004.png; Outlook-bcognact.png

---

**Heather McManus**
Manager – Operations
Aidvantage

aidvantage
E:HeatherMcManus@aidvantage.com

Remote | Tobyhanna PA | EST

---

**From:** Jennings, Colby <Colby.Jennings@ed.gov>
**Sent:** Friday, May 3, 2024 2:59 PM
**To:** DMCS Contracts <DMCScontracts@maximus.com>; Lindbloom, Niev E <nievlindbloom@maximus.com>; Smith, Karen M <KarenMSmith@maximus.com>; 'Amy L Seeley/MAXIMUS' <AmyLSeeley@maximus.com>; 'Chamberlin, Amanda M' <AmandaMChamberlin@maximus.com>; Hadley, John <john.hadley@nelnet.net>; 'Brown, Jamie' <Jamie.Brown@nelnet.net>; Amy.Goheen <Amy.Goheen@nelnet.net>; 'z-NelnetBorrowerDefense@nelnet.net' <'z-NelnetBorrowerDefense@nelnet.net'>; z-Nelnet-FSA-PMO <z-Nelnet-FSA-PMO@nelnet.net>; 'BorrowerDefense@edfinancial.com' <'BorrowerDefense@edfinancial.com'>; Heather Ryder <HRyder@edfinancial.com>; Analysts-Compliance <Analysts-Compliance@edfinancial.com>; grp.FC-Reporting <grp.FC-Reporting@MOHELA.com>; Gramlich, Linda - ADVS <LindaGramlich@aidvantage.com>; Mcmanus, Heather - ADVS <HeatherMcmanus@aidvantage.com>; Palmiotto, Michael - ADVS <MichaelPalmiotto@aidvantage.com>; Zachery Suits <ZSuits@edfinancial.com>; Jamie Beeler <jbeeler@edfinancial.com>
**Cc:** Burris, Joshua <Joshua.Burris@ed.gov>; Wohlfiel, Luz <Luz.Wohlfiel@ed.gov>; Moghaddam, George <George.Moghaddam@ed.gov>; Tyrrell, Pete <Pete.Tyrrell@ed.gov>; Bryant, Michael <Michael.Bryant@ed.gov>; Krobath, Christopher <Christopher.Krobath@ed.gov>; Jennings, Colby <Colby.Jennings@ed.gov>; Adams, Brenda <Brenda.Adams@ed.gov>; Illes, Michael <Michael.Illes@ed.gov>; Hines, Niambi <Niambi.Hines@ed.gov>; Brown, Janis <Janis.Brown@ed.gov>; Owen, Nicholas O. <Nicholas.Owen@ed.gov>; FSAVendorManagement@ed.gov <FSAVendorManagement@ed.gov>; Piccolo, Marc <Marc.Piccolo@ed.gov>; LaVia, Mark <Mark.LaVia@ed.gov>; Cox, Brenda <Brenda.Cox@ed.gov>; Campbell, Patrick <Patrick.Campbell@ed.gov>; Curran, Frank D. <Frank.Curran@ed.gov>; Tessitore, Lisa <Lisa.Tessitore@ed.gov>; Jerreld, Wendy <Wendy.Jerreld@ed.gov>; USDSCORTEAM <USDSCORTEAM@ed.gov>; USDS Implementation <USDSImplementation@ed.gov>; Singleton, Rhonda <Rhonda.Singleton@ed.gov>
**Subject:** Borrower Defense Approvals - 05/03/2024 - [GROUP] Art Institutes (AI) T1FP

Good afternoon, Servicers and DMCS,

Attached are the Borrower Defense **Group** Approval files for Art Institute (AI), in a Zip file. Each e-mail will indicate the discharge type. Due to the size of the files, multiple e-mails are necessary to deliver to all servicers. These are broken out in folders by Discharge Types (T1DL, T1FP and SPC3) as referenced in the below table. These spreadsheets are being delivered for Group Discharges to support your processing. They contain the supplemental data elements for discharges that are necessary for appropriate processing. The CSV files (in the format prescribed by the Group Discharge CR) will also be delivered via SAIG, with confirmation to all servicers once that has been completed.

Although these are being sent as Group discharges, some borrowers submitted an application and have open cases in DCC; for those borrowers, you will need to ensure the borrower's open case in DCC is updated to status 3.61 as instructed in CR 6507. The associated case numbers are provided within the attachments.

FSA is also working to deliver a master Do Not Bill list, to ensure that all loans for all borrowers are placed in the appropriate hold, unless for example the borrower is already on an $0 IDR.

Files are encrypted with the **Apr-Jun 2024** SEAD password.

| Servicer | Borrowers | Total Loans | T1DL Discharges | SPC3 Discharges | T1FP Discharges |
|---|---|---|---|---|---|
| Mohela (500) | 18,654 | 88,052 | 64,672 | 4,466 | 18,914 |
| Mohela (512) | 3,807 | 16,611 | 14,486 | 249 | 1,876 |
| EdFinancial (507) | 11,400 | 54,490 | 46,486 | 2,514 | 5,490 |
| DMCS (555) | 32 | 34 | - | 34 | - |
| DMCS (556) | 93,574 | 357,048 | 245,820 | 89,583 | 21,645 |
| ACS/Post Aces (577) | 162 | 244 | - | 244 | - |
| Aidvantage (578) | 82,834 | 418,525 | 248,190 | 127,398 | 42,937 |
| Nelnet (580) | 106,578 | 532,291 | 449,062 | 52,962 | 30,267 |
| Nelnet TPD (582) | 12 | 29 | 7 | 22 | - |
| Post Aces (583) | 588 | 1,700 | 1,672 | - | 28 |
| **Total** | **317,641** | **1,469,024** | **1,070,395** | **277,472** | **121,157** |

**Colby Jennings**
**Borrower Processing Division – Borrower Defense**
**Contracting Officer's Representative (USDS)**
Delivery Systems and Extended Workforce Support
Student Experience and Aid Delivery
U.S. Dept. of Education | Federal Student Aid
830 First St NE, Washington D.C., 20202
Phone: 202-213-3744

Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION | PROUD SPONSOR of the AMERICAN MIND™