# EXHIBIT 31

**From:** "Mcmanus, Heather - ADVS" <HeatherMcmanus@aidvantage.com>
**To:** "Mcmanus, Heather - ADVS" <HeatherMcmanus@aidvantage.com>
**Subject:** FW: USDS - Aidvantage - BDD Group File Report 05/07/24 File - CR6346
**Date:** Mon, 27 Jul 2026 17:23:20 +0000
**Importance:** Normal
**Attachments:** BD5005780507202405122025.zip
**Inline-Images:** image001.png

---

**From:** Mcmanus, Heather - ADVS
**Sent:** Monday, May 12, 2025 2:47 PM
**To:** Illes, Michael <Michael.Illes@ed.gov>; Jennings, Colby <Colby.Jennings@ed.gov>; TivasReports <TivasReports@ed.gov>; DSEWReports@ed.gov <DSEWReports@ed.gov>; vog-fsa@ed.gov <vog-fsa@ed.gov>; VOG-FSA <vog-fsa@ed.gov>; Bubel, Susan <Susan.Bubel2@ed.gov>; Brown, Janis <Janis.Brown@ed.gov>
**Cc:** Gramlich, Linda - ADVS <LindaGramlich@aidvantage.com>; Palmiotto, Michael - ADVS <MichaelPalmiotto@aidvantage.com>; Dwojewski, Sara - ADVS <SaraDwojewski@aidvantage.com>; Katie Fink <KatieLWallace@aidvantage.com>
**Subject:** USDS - Aidvantage - BDD Group File Report 05/07/24 File - CR6346

Good afternoon,

Please see attached results for the Aidvantage Borrower Defense Group Discharge file.

For this population received 5/7/24 of 82,834 accounts / 418,525 loans, discharge processing is complete for 71,147 accounts / 349,291 loans.

Quarter 2 2025 SEAD/OLPM password applied.

**Heather McManus**
Sr Analyst - Business
Aidvantage

aidvantage
**M:** 570.266.1944
**E:** HeatherMcManus@aidvantage.com

Remote | Tobyhanna PA | EST