Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Tony S. Mekari (SBN 347057)
tony.mekari@sidley.com
SIDLEY AUSTIN LLP
101 California Street, Suite 3500
San Francisco, CA 94111
Telephone: (415) 772-1200

Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9662

Jacquelyn Fradette (*pro hac vice*)
jfradette@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8822

*Attorneys for Defendant Higher Education Loan Authority of the State of Missouri*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

JAIME MALDONADO, ANNA VARELA, ALMA GARY, and JEFF PLAMONDON, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30,

Defendants.

Case No. 3:24-CV-07850 VC
Assigned to Hon. Vince Chhabria

**DECLARATION OF SHEILA A.G. ARMBRUST IN SUPPORT OF DEFENDANT HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI'S REPLY IN SUPPORT OF ITS SECOND MOTION FOR SUMMARY JUDGMENT**

Date: October 8, 2026
Time: 10:00 a.m.
Location: Courtroom 4, 17th Floor

Case Removed: November 8, 2024
(Superior Court of California for the County of Alameda, Case No. 24CV090146)

# DECLARATION OF SHEILA A.G. ARMBRUST

I, Sheila A.G. Armbrust, declare as follows:

1. I am a partner at Sidley Austin LLP and a member in good standing of the State Bar of California. I represent Defendant Higher Education Loan Authority of the State of Missouri ("MOHELA") in the above-captioned matter and make this declaration in support of MOHELA's Reply in support of its Second Motion for Summary Judgment. The facts stated in this declaration are true and correct based upon my own personal knowledge, and if called as a witness to testify, I could and would competently testify to them.

2. Attached as exhibits to this declaration are true and correct copies of the following documents:

**Exhibit L**: A Joint Status Report from *Hemphill v. McMahon*, 1:22-cv-01391 (D.D.C. Sept. 8, 2025), Dkt. 46.

**Exhibit M**: Excerpts from the September 22, 2025 deposition of Plaintiff Alma Gary.

**Exhibit N**: Excerpts from the September 23, 2025 deposition of Plaintiff Jeff Plamondon.

**Exhibit O**: The transcript of the hearing on the parties' cross-motions for summary judgment, held on March 5, 2026.

**Exhibit P:** Excerpts from the July 22, 2026 deposition of MOHELA's Rule 30(b)(6) representative, Shelley Lester.

**Exhibit Q**: Excerpts from the July 15, 2026 deposition of MOHELA's Rule 30(b)(6) representative, Megan Bates.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate. Executed on the 4th of September 2026, in San Francisco, California.

By: */s/ Sheila A. G. Armbrust*
Sheila A.G. Armbrust