# EXHIBIT M

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

JAIME MALDONADO, ANNA VARELA, )
ALMA GARY, and JEFF )
PLAMONDON, individually and )
on behalf of all others )
similarly situated, ) No. 3:24-CV-07850 VC
)
PLAINTIFFS, )
)
VS. )
)
HIGHER EDUCATION LOAN )
AUTHORITY OF THE STATE OF )
MISSOURI, and DOES 1-30, )
)
DEFENDANTS. )
_________________________________)

VIDEOTAPED DEPOSITION OF ALMA GARY
TRANSCRIPT CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
MONDAY, SEPTEMBER 22, 2025, 9:21 A.M.
LOS ANGELES, CALIFORNIA

Reported by Desiree Cooks, CSR No. 14075
Job No. 7571248
Pages 1 - 227

speculation. 11:48:25
THE WITNESS: No. 11:48:25
BY MS. LALLY: 11:48:30
Q All right. Let's -- let's look at the second paragraph of the letter. 11:48:31 11:48:39
The letter reads, "The US Department of Education has determined that the federal student loan(s) you received to attend The Art Institute on or after January 1, 2004, and on or about October 16, 2017, are eligible for a full discharge." 11:48:43 11:48:46 11:48:51 11:48:57 11:49:06 11:49:11
Do you see that? 11:49:11
A Yes. 11:49:13
Q When you read this letter in May of last year, did you understand that your Art Institute loan had been discharged? 11:49:13 11:49:16 11:49:20
A Yes. 11:49:22
Q Okay. So you understood eligible for a full discharge to be the same thing as having been discharged? 11:49:25 11:49:26 11:49:30
MR. ZINNER: Objection. Calls for a legal conclusion. 11:49:32 11:49:33
THE WITNESS: I believe so. 11:49:33
BY MS. LALLY: 11:49:35
Q If we look at the next paragraph, the 11:49:41

first sentence reads, "Your loans will be discharged 11:49:44
based on an ED finding that The Art Institutes made 11:49:50
pervasive and widespread substantial 11:49:57
misrepresentations." 11:50:03

Is it your testimony that when you read 11:50:05
this letter that your loans will be discharged, that 11:50:07
you believed your loans for The Art Institute had 11:50:10
already been discharged? 11:50:13

MR. ZINNER: Same objection. Calls for a 11:50:14
legal conclusion. 11:50:17

THE WITNESS: No. I believe that they are 11:50:17
going to discharge, not that they've been 11:50:21
discharged. 11:50:24

BY MS. LALLY: 11:50:24

Q Okay. So your understanding is that they 11:50:24
would be discharged in the future? 11:50:26

A Yes. 11:50:27

Q All right. Look at the bottom of the 11:50:28
page, please. The second to last line from the 11:50:43
bottom reads, "It will take ED some time to process 11:50:48
your discharge." 11:50:56

Did you understand "ED" to be referring to 11:50:57
the Department of Education? 11:51:03

A What I understood was it was going to take 11:51:03
some time to -- the loans to be discharged. 11:51:08

REPORTER'S CERTIFICATION

I, Desiree Cooks, Certified Shorthand Reporter in and for the State of California, do hereby certify:

That the foregoing witness was by me duly sworn; that the deposition was then taken before me at the time and place herein set forth; that the testimony and proceedings were reported stenographically by me and later transcribed into typewriting under my direction; that the foregoing is a true record of the testimony and proceedings taken at that time.

Further, that if the foregoing pertains to the original transcript of a deposition in a federal case, before completion of the proceedings, review of the transcript [ ] was [ ] was not requested.

IN WITNESS WHEREOF, I have subscribed my name on this date:

Desiree Cooks, CSR No. 14075