# EXHIBIT N

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JAIME MALDONADO, ANNA VARELA, ALMA GARY, and JEFF PLAMONDON, individually and on behalf of all others similarly situated, | ) |
| PLAINTIFFS, | ) No. 3:24-CV-07850 VC |
| VS. | ) |
| HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30, | ) |
| DEFENDANTS. | ) |

VIDEOTAPED DEPOSITION OF JEFF PLAMONDON
TRANSCRIPT CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
TUESDAY, SEPTEMBER 23, 2025, 10:01 A.M.
LOS ANGELES, CALIFORNIA

Reported by Desiree Cooks, CSR No. 14075
Job No. 7571265
Pages 1 - 258

testimony. Form. 12:25:19

THE WITNESS: Correct. 12:25:21

Yes, I'm not claiming that. 12:25:23

BY MS. TUTUNDJIAN: 12:25:24

Q Okay. After receiving the original 12:25:25
department communication that we are looking at, 12:25:32
November 17, 2022, notifying you of your eligibility 12:25:36
to receive discharges, you received subsequent 12:25:41
communications from the Department regarding 12:25:43
processing your discharge; correct? 12:25:45

A I -- I don't remember if I received 12:25:47
anything else from the Department. 12:25:51

Q Okay. Fair enough. 12:25:58

Let's look at 30, please. Marking this as 12:26:00
Exhibit 22, and it is PLS000110. 12:26:37

(Exhibit 22 marked.) 12:26:44

BY MS. TUTUNDJIAN: 12:26:44

Q Do you recognize this document? 12:26:46

A I got two copies of it. 12:26:48

Yes, I recognize this. 12:27:15

Q Okay. And this is an email from the 12:27:16
Federal Student Aid Information Center to you, 12:27:24
subject FSA Feedback Case Number 14827277, dated 12:27:28
July 27th, 2023; correct? 12:27:35

A Yes. 12:27:36

Q Does this help refresh your recollection 12:27:38
that you did receive subsequent communications from 12:27:40
the Department? 12:27:43
A Yes. 12:27:43
Q Okay. And here, the FSA is responding to 12:27:45
your inquiry regarding the status of your group 12:27:54
discharge; correct? 12:27:56
MR. ZINNER: Objection. Form. 12:27:58
THE WITNESS: Yes. 12:27:59
BY MS. TUTUNDJIAN: 12:28:04
Q Okay. Take a look at Paragraph 3. It 12:28:05
states, "It will take ED sometime to process your 12:28:08
discharge." 12:28:14
Do you see that? 12:28:14
A Correct. 12:28:15
Q Okay. "Until ED completes its work, your 12:28:18
eligible loans from your school remain paused in 12:28:21
forbearance/stop collections, and we will not ask 12:28:24
you to resume making payments"; correct? 12:28:27
A Yes. 12:28:29
Q The Department, again, is communicating to 12:28:34
you that it's going to take some time to process 12:28:37
your discharge; correct? 12:28:39
A Yeah, that's what it's saying. 12:28:43
Q Okay. And this is from the Department and 12:28:45

not MOHELA; correct? 12:28:47
A Correct. 12:28:47
Q Okay. And if you look over to two paragraphs below it, it states, "Due to the unprecedented large volumes, it will take time from Many borrowers to receive their discharges." 12:28:49 12:28:54 12:28:57 12:29:00
Do you see that? 12:29:02
A I do. 12:29:02
Q Okay. "While some borrowers will receive discharges in the coming weeks, ED will continue providing the servicers additional borrowers for discharge in the coming months. However, we do not have a timeline for all borrowers to be discharged. Your servicer will notify you once your discharge is complete." 12:29:05 12:29:08 12:29:11 12:29:13 12:29:16 12:29:20 12:29:24
Did I read that correctly? 12:29:25
A Yeah. 12:29:27
Q The Department is telling you that there is unprecedented -- unprecedented large volume of borrowers; correct? 12:29:28 12:29:33 12:29:35
MR. ZINNER: Objection. Form. 12:29:38
THE WITNESS: Yes. 12:29:39
BY MS. TUTUNDJIAN: 12:29:41
Q And it's telling you that it's going to take time for the many borrowers to receive their 12:29:42 12:29:43

# REPORTER'S CERTIFICATION

I, Desiree Cooks, Certified Shorthand Reporter in and for the State of California, do hereby certify:

That the foregoing witness was by me duly sworn; that the deposition was then taken before me at the time and place herein set forth; that the testimony and proceedings were reported stenographically by me and later transcribed into typewriting under my direction; that the foregoing is a true record of the testimony and proceedings taken at that time.

Further, that if the foregoing pertains to the original transcript of a deposition in a federal case, before completion of the proceedings, review of the transcript [ ] was [X] was not requested.

IN WITNESS WHEREOF, I have subscribed my name on this date: 9/30/25

Desiree Cooks, CSR No. 14075