# EXHIBIT P

**In the Matter Of:**

*Maldonado, et al. vs*

*Higher Education Loan Auth. of the State of MO, et al.*

---

*SHELLEY LESTER*

*July 22, 2026*

---

LEXITAS™

clarified in our e-mail from earlier this week.

Q. (By Ms. Haswell) Okay. So you are prepared to testify about Topic 3bii, and no other portions of -- to the extent that it relates to template and mass communications, but no other portions of Subtopic 3b?

A. That's correct.

Q. And then further down on that page is Subsection 3c, "The general circumstances in which MOHELA was required to implement the Department of Education's Change Requests 6346, including but not limited to," and then lists several Subsections. Could you please review those and let me know when you've finished.

A. Yeah, I am prepared to speak to these topics.

MS. FRADETTE: Again, to the extent that it -- I'm just going to clarify for the record, to the extent that it intersects with templating and communications campaigns to consumers.

Q. (By Ms. Haswell) Okay. So, Ms. Lester, one of the topics you're noticed to testify about is MOHELA's use of form letters or templates. Do you know what I mean when I say "templates"?

A. We use a variety of templates that we

either receive from FSA or that we create that are approved from FSA. So those would be the templates that I would be referring to.

Q. Okay. So these are communications that are sent to multiple borrowers that vary only with respect to a borrower's name, address, account information, or loan details; is that right?

A. Yes.

Q. And is your department responsible for crafting template communications that are sent to multiple borrowers?

MS. FRADETTE: Object to form. Go ahead.

A. There can be form letters or templates created in any number of ways. In some cases, they are provided directly by FSA as the lender of the loans that we're servicing on their behalf. So we take those templates and implement them, and in cases where MOHELA is drafting our own system-generated communications, those go through FSA reviews and approvals.

Q. (By Ms. Haswell) Are any other -- I'm sorry, could you repeat that last part?

A. My team is responsible for managing that process.

Q. Do any other departments in MOHELA draft

CERTIFICATE OF REPORTER

I, Kelsie E. Kaufman, a Certified Court Reporter, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken remotely by me to the best of my ability and thereafter reduced to typewriting under my direction; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the action.

Kelsie E. Kaufman, CCR