# EXHIBIT Q

**In the Matter Of:**

*Maldonado vs*

*Higher Education Loan Authority*

*MEGAN LYNN BATES*

*July 15, 2026*

LEXITAS™

direction from FSA to MOHELA that MOHELA
must report borrower tradelines to CRAs?
MS. FRADETTE: Object to the
form. Go ahead.
A. There are applicable USDS requirements that
do advise we need to report and how we need
to report and the frequency in which we
need to report. So if -- for my purposes,
the USDS requirements would be direction
from FSA.
Q. (By Ms. Haswell) And when you say the USDS
requirements, are you referring to the
requirements in the USDS contract?
A. Correct, yes.
Q. For an FSA loan that's serviced by MOHELA,
is it possible for MOHELA to suppress or
decline to report borrower tradelines to
CRAs?
MS. FRADETTE: Object to the
form. Go ahead.
A. We technically, meaning systematically,
have a way to suppress or bypass loan
reporting for a time period. And again, to
step back, suppress or bypass to me means
that, again, we place the pause button on

that borrower's credit reporting and we would not credit report for a time period, whether that is one month or multiple months.

We do have that technical ability through the servicing system, and there are a -- I don't have the specifics, but I can recall one instance in which we are directed to bypass or suppress accounts in an ID theft or fraudulent capacity.

Q. (By Ms. Haswell) In that context that you just mentioned, the fraud context, when would MOHELA suppress a borrower's tradeline with the CRAs?

MS. FRADETTE: Object to the form.

A. Currently I believe there are information -- or there is information to potentially bypass or suppress if there is a pending ID theft application or affidavit that is being reviewed by FSA.

Q. (By Ms. Haswell) Would MOHELA immediately suppress the tradeline upon receiving a complaint of ID theft or would that come later in the process of investigating the

request that was received, credit reporting would continue as normal and reported in the next reporting cycle, you know, after the discharge has been completed.

MS. FRADETTE: Kai, is now a good time to do a quick lunch break?

MS. HASWELL: Yeah. Can we keep it a little bit on the shorter side? I'm just aware of your time constraints as well. Is 30 minutes okay?

MS. FRADETTE: Yeah, that's fine with us.

MS. HASWELL: Okay. So then we would be back at 1:20?

MS. FRADETTE: Yeah, that's perfect.

MS. HASWELL: Okay, great. Thank you.

MS. FRADETTE: Thanks.

(Whereupon, a lunch break was taken.)

Q. (By Ms. Haswell) Okay. Before the break, we were discussing credit reporting and I just had a couple of followup, wrap-up questions on that topic. Is it your

understanding that FSA requires MOHELA to report tradelines under the USDS contract?

A. Yes, that is outlined in the USDS contract.

Q. And you mentioned that there are some circumstances where MOHELA suppresses credit reporting where a borrower's balance is in question, for example, in cases of identity theft; is that right?

A. Yes.

MS. FRADETTE: Object. Go ahead.

A. Sorry. Yes, so we would -- MOHELA would suppress if applicable when outlined by, you know, FSA.

Q. (By Ms. Haswell) Okay. And is it your understanding that the change request for the group discharges prohibits MOHELA from suppressing tradelines for borrowers with loans subject to group discharge?

MS. FRADETTE: Object to the form. Go ahead.

A. I would say that the CR advises MOHELA or instructs MOHELA how to credit report or process group discharges.

Q. (By Ms. Haswell) Is that instruction, to

CERTIFICATE

I, MARY KERKVLIET IVEY, Certified Court Reporter within and for the State of Missouri and Certified Shorthand Reporter within and for the State of Kansas, hereby certify that the within-named witness appeared at the time and place set forth in the caption thereof, was by me first duly sworn to testify the whole truth concerning this matter in controversy; was examined and said examination then and there written by me in machine shorthand, afterwards reduced to writing under my direction, is correctly and accurately set forth in the foregoing pages; and that said deposition is now herewith returned.

I further certify that I am not court reporter, employee, counsel, attorney or relative of either party, or otherwise interested in the event of this suit.

I have hereunto set my hand at my office in Shawnee, Kansas, this 19th day of July, 2026.

MARY KERKVLIET IVEY
CERTIFIED COURT REPORTER MO529
CERTIFIED SHORTHAND REPORTER KS863