Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Tony S. Mekari (SBN 347057)
tony.mekari@sidley.com
SIDLEY AUSTIN LLP
101 California Street, Suite 3500
San Francisco, CA 94111
Telephone: (415) 772-1200

Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9662

Jacquelyn Fradette (*pro hac vice*)
jfradette@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8822

*Attorneys for Defendant Higher Education Loan Authority of the State of Missouri*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

JAIME MALDONADO, ANNA VARELA, ALMA GARY and JEFF PLAMONDON, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, and DOES 1-30,

Defendants.

Case No. 3:24-CV-07850 VC

Assigned to Hon. Vince Chhabria

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE SECOND MOTION FOR SUMMARY JUDGMENT HEARING AND CASE MANAGEMENT SCHEDULE**

**JOINT STIPULATION**

Defendant Higher Education Loan Authority of the State of Missouri ("MOHELA") and Plaintiffs Jaime Maldonado, Anna Varela, Alma Gary, and Jeff Plamondon ("Plaintiffs") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the Second Motion for Summary Judgment Hearing was set for October 8, 2026, at 10:00 a.m. *See* Dkt. 142.

WHEREAS, on September 29, 2026, the Court reset the Second Motion for Summary Judgment Hearing for October 29, 2026, at 10:00 a.m. Dkt. No. 171.

WHEREAS, as permitted by paragraph 8 of the Court's Standing Order for Civil Cases, the Parties respectfully request that the Second Motion for Summary Judgment Hearing be continued to November 19, 2026, due to the conflicts of the Parties.

WHEREAS, as permitted by paragraph 8 of the Court's Standing Order for Civil Cases, the Parties respectfully request that the briefing schedule and hearing for class certification be reset based on the new proposed date for the Second Motion for Summary Judgment Hearing.

WHEREAS, a continuance of the briefing and hearing schedule for class certification would be efficient and in the interest of justice, as the Parties would then have the benefit of having the Second Motion for Summary Judgment heard by the Court before Plaintiffs' motion for class certification is due. This continuance would minimally affect the schedule of the case.

WHEREAS, this is the Parties' seventh request for a modification or extension of time. *See* Dkt. No. 9 (modifying the briefing schedule for motion to dismiss); Dkt. No. 27 (continuing the initial case management conference in light of the then-pending motion to dismiss); Dkt. No. 57 (modifying the briefing schedule for motion for judgment on the pleadings); Dkt. No. 87 (continuing the briefing schedule for motion(s) for summary judgment); Dkt. No. 100

(continuing the briefing schedule for cross-motions for summary judgment); Dkt. No. 118 (continuing the case management conference and joint case management statement).

Based on the foregoing, and pursuant to Civil Local Rules 6-2(a), 7-12, and paragraph 10 of the Court's Standing Order for Civil Cases, the Undersigned Parties hereby jointly stipulate and request that the following dates and deadlines be continued as follows:

| Event | Current Date | [Proposed] New Date |
|---|---|---|
| Hearing on MOHELA's second motion for summary judgment | October 29, 2026 | November 19, 2026 |
| Deadline to file motion for class certification | November 20, 2026 | December 22, 2026 |
| Deadline to file opposition to motion for class certification | December 22, 2026 | January 29, 2027 |
| Deadline to file reply in support of motion for class certification | January 15, 2027 | February 16, 2027 |
| Hearing on class certification | January 28, 2027 | At the Court's convenience |
| Case Management Conference | February 18, 2027 | At the Court's convenience |

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: October 6, 2026

*/s/Rebecca Eisenbrey*
Rebecca Eisenbrey
Attorneys for Plaintiffs and the Proposed Class

Dated: October 6, 2026

*/s/Sheila A.G. Armbrust*
Sheila A.G. Armbrust
Attorneys for Defendant

## LOCAL RULE 5-1 FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Sheila A.G. Armbrust, attest that concurrence in the filing of this document has been obtained.

Date: October 6, 2026

By: */s/Sheila A.G. Armbrust* ___
Sheila A.G. Armbrust

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED: The deadline for the Second Motion for Summary Judgment Hearing is continued from October 29, 2026, to November 19, 2026, and the Court continues the dates regarding class certification and further case management conference as stated below.

| Event | [Proposed] New Date |
|---|---|
| Hearing on MOHELA's second motion for summary judgment | November 19, 2026 |
| Deadline to file motion for class certification | December 22, 2026 |
| Deadline to file opposition to motion for class certification | January 29, 2027 |
| Deadline to file reply in support of motion for class certification | February 16, 2027 |
| Hearing on class certification | At the Court's convenience |
| Case management conference | At the Court's convenience |

**IT IS SO ORDERED.**

DATED: ________________

HONORABLE VINCE CHHABRIA
United States District Judge