November 12, 2026

The Honorable Peter H. Kang

Magistrate Judge for the Northern District of California

Dear Magistrate Judge Kang:

**Plaintiffs' Statement:**

Plaintiffs Jaime Maldonado, et al. ("Plaintiffs") submit this letter requesting clarification of this Court's November 9, 2026, Discovery Order. ECF No. 188. Specifically, Plaintiffs request to clarify this Court's understanding of the specific date of the class discovery deadline in Judge Chhabria's April 2, 2026, scheduling order. ECF No. 142.

It appears that this Court understood Judge Chhabria's Order to set a July 31, 2026, deadline for class discovery. While Plaintiffs concede that the accompanying text order could support such an understanding, Plaintiffs believe the record is clear that Judge Chhabria intended this deadline to only apply to the cutoff for fact discovery related to the Named Plaintiffs, and not to class discovery. *See id.*

The first page of the Order establishes that the discovery deadline at issue in the Order was the "cutoff for fact discovery related to the Named Plaintiffs." *Id.* at 1. That Judge Chhabria did not intend the July 31, 2026, date to apply to a cutoff for class discovery is further explained by his statements at the preceding Case Management Conference:

> *THE COURT:* "I understand, but, you know, there have been difficulties, and there are difficulties getting stuff from the Department of Education. So, you know, and often -- you know, often during class certification proceedings, you know, there -- there is a need to do further discovery as the -- as the briefing is happening and stuff like that. So, I -- I agree that -- that class cert -- class discovery -- sorry -- discovery should remain open through class certification."

ECF No. 140 (March 27, 2026, CMC Transcript) at 11:14–22; *see also id.* at 13:4–11 (Court proposes closing fact discovery as to the Named Plaintiffs before the second motion for summary judgment, "[b]ut obviously . . . class related discovery could continue").

Plaintiffs respectfully ask the Court to clarify whether the Discovery Order depended on the understanding that "[f]act discovery on class certification ended months ago, and no new deadline for any future fact discovery has been set," ECF No. 188 at 4, and whether confirmation that class discovery is still open would change the Court's analysis.

**MOHELA's Response:**

Plaintiffs seek these documents to purportedly prove liability as to the Named Plaintiffs, specifically notice and willfulness, which Plaintiffs describe as "an element of Plaintiffs' claims." Dkt. 185 at 1. Fact discovery on liability closed on July 31, 2026, *see* Dkt. 142, as this Court



v.

correctly found. The Court therefore properly denied the request as untimely, even though class discovery remains open.

To the extent any part of Plaintiffs' request survives the timeliness bar, it should still be denied (or deferred) for the reasons stated in MOHELA's statement at Dkt. 185, including because no Plaintiff submitted an ACDV dispute.

Dated: November 12, 2026

/s/ Rebecca Eisenbrey
Rebecca C. Eisenbrey (Admitted pro hac vice)
Noah Zinner, SBN 247581
Rebecca C. Ellis (Admitted pro hac vice)
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street
Jamaica Plain, MA 02130
Phone: (617) 322-2808
reisenbrey@ppsl.org
nzinner@ppsl.org
rellis@ppsl.org

Daniel "Sparky" Abraham, SBN 299193
JUBILEE LEGAL
300 E. Esplanade Drive, Suite 900
Oxnard, CA 93036
Phone: (805) 946-0386
sparky@jubilee.legal

Adam McNeile, SBN 280296
Malachi J. Haswell, SBN 307729
Kristin Kemnitzer, SBN 278946
KEMNITZER, BARRON & KRIEG, LLP
1120 Mar West., Ste. C2
Tiburon, CA 94920
Phone: (415) 632-1900
adam@kbklegal.com
kai@kbklegal.com
kristin@kbklegal.com

*Attorneys for Plaintiffs and the Proposed Class*

Dated: November 12, 2026

/s/ Jacquelyn Fradette
Jacquelyn Fradette (pro hac vice)
jfradette@sidley.com
SIDLEY AUSTIN LLP

1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8822

Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Tony Mekari (SBN 347057)
tony.mekari@sidley.com
SIDLEY AUSTIN LLP
555 California Street Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200

Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars 17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595 9662

*Attorneys for Defendant Higher Education Loan Authority of the State of Missouri*